```
IODA****-**-3758    MFT>30   TX-PRD>199112    PLN-NUM>       NM-CTRL>SPRI
47-404-79007-9<DLN                                           BOD-CD>WI
                                     MF-XTRCT-CYC>200512 SC-REASON-CD>6T
STS>72   MOD-BAL>          15,615.45  CYC>200513
STS>26   MOD-BAL>          15,615.45  CYC>200413 TODAYS-DT>03/31/2005  ICS>1
NDING TRANS     LAST-NOTICE>DAP   ARDI-CD>1    PRIMARY-LOC>7315
                                              COLLECT-LOC>30
-------------------------------
D>05292005 FRZ>VT  -    |        AIMS-CD>1 COLLECTION-ASGMT>30142205
D>05292007 INTL>        |     FMS-CD>3      LIEN>4    MOD-YLD-SCOR>11002
D>04151995              |
-------------------------------
CTRL-INFO>NO CASE CONTROLS
------------------------POSTED RETURN INFORMATION----------------------------
-RCVD-DT>02161996   MO-DELQ>5
3   NUM-EXEMPT>01
-------------------------RETURN TRANSACTION--------------------------------
  T/C   POSTED    TRANS-AMOUNT         CYC   T     DLN
  150   10071996               0.00   199639     18210-251-00305-6    SFR
----------------------POSTED TRANSACTIONS SECTION--------------------------
  T/C   POSTED    TRANS-AMOUNT   CYC   T     DLN
  424   02261996           0.00  199610     73277-057-20000-6   SOURCE-CD>24
                    PBC>000   SBC>00000  EGC>1137   PUSH-CD>021
  570   10071996           0.00  199639     18210-251-00305-6
loyee #6615428704  Page 001 of 005   PAGE  002
```

```
ODA███-███-3758    MFT>30  TX-PRD>199112    PLN-NUM>       NM-CTRL>SPRI
 420  09271996              0.00  199641    73277-271-00000-6
                                  PBC>000   SBC>00000  EGC>1137
 300  01061997              0.00  199652    18247-754-10057-6 HOLD-CD>2
                                                              APPL-CD>254
                          DISP-CD>11
 520  01061997              0.00  199704    73277-006-00000-7  COLL-CLS-CD>72
                          BLLC>24            APPL-CD>254
 560  03181997              0.00  199713    73277-077-77500-7   ASED>07101997
 370  05291997              0.00  199725    73251-149-13501-7
 300  05291997          7,979.00  199725    73251-149-13501-7
                                  CSED>20070529
 160  05291997          1,995.00  199725    73251-149-13501-7
                                                              CSED>20070529
 170  05291997            457.00  199725    73251-149-13501-7
                                                              CSED>20070529
 190  05291997          5,184.45  199725    73251-149-13501-7
 914  01151998              0.00  199806    73277-416-30004-8
                                                        AGENT-ID-NUM>73166200
 521  01041999              0.00  199904    73277-004-00000-9
 300  03011999              0.00  199907    18247-404-79007-9
                                                        PRT-CD>2 APPL-CD>254
                          DISP-CD>01 ASED>05292005
```

```
 421   03011999          0.00    199907   X 18247-404-79007-9
 912   02191999          0.00    199909     18277-453-30010-9
                                                              AGENT-ID-NUM>18000000
 582   04301999          0.00    199919     73277-523-54137-9
                              REGULAR LIEN
 530   07301999          0.00    199932     73277-614-56159-9
                                                              COLL-CLS-CD>12
 971   11242003          0.00    200347     28277-001-99999-3      971-CD>060
 531   01082004          0.00    200404     57277-408-02088-4
 971   01102004          0.00    200404     63277-412-01952-4      971-CD>611
 972   02092004          0.00    200405     28277-001-99999-4      971-CD>060
 971   04122004          0.00    200413     18277-999-99999-4      971-CD>061
 972   06282004          0.00    200424     18277-999-99999-4      971-CD>061
 971   07052004          0.00    200426     28277-001-99999-4      971-CD>060
 971   09142004          0.00    200438     49277-660-02312-4      971-CD>611
 971   02112005          0.00    200508     49277-446-09983-5      971-CD>611
 971   03022005          0.00    200511     49277-463-03311-5      971-CD>066
 971   03022005          0.00    200511     49277-463-03312-5      971-CD>069
-----------------------PENDING TRANSACTIONS SECTION-------------------------
 971   03252005          0.00    200514     49277-487-02475-5      971-CD>275
 520   03282005          0.00    000001     57277-089-00000-5   COLL-CLS-CD>77
                              BLLC>30                          CSED-EXT-IND>P
loyee #6615428704 Page 003 of 005   PAGE  004
```

```
MODA ███ 3758  MFT-30   TX-PRD-199112   PLN-NUM>    NM-CTRL>SPRI
---------------------------NOTICE HISTORY SECTION-----------------------------
OTICE        AMOUNT        CYC    S  AO
P71A         27,212.11    200343  M  15    SUPPRESS-CD>0
P504         27,425.65    200401  I  30    SUPPRESS-CD>0
PDP2         27,503.59    200405  I  15    SUPPRESS-CD>0
AP           15,615.45    200410  M  15
AP           27,620.94    200411  I  30    SCND-TDA-SEL>A
AP           27,668.59    200413  I  30
-------------------CONTROL BASE AND HISTORY INFORMATION----------------------
  STATUS   ACT-DT    ACTION-EMP   ACTIVITY   RCVD-DT  ASSIGN-TO  CAT  ORG F S
           03172004  3023647873   STAUP2200                                 C
-------------------------SERVICE CENTER HISTORY SECTION----------------------
STS    DATE       STATUS-AMOUNT    CYC
53     11032003     15,615.45     200343
58     01192004     15,615.45     200401
58D    02162004   NXT>505         200405  MIN-NUM-DELAY>06
60     03292004   NXT>505         200411  MIN-NUM-DELAY>00
2      03292004     15,615.45     200411
6      ████████     15,615.45     200413
2      ████████     15,615.45     200513
------------------------MASTER FILE HISTORY SECTION--------------------------
STS   DATE       STATUS-AMOUNT     CYC
loyee #6615428704 Page 004 of 005  PAGE  005
```

```
IODA           -3758     MFT>30   TX-PRD>199112    PLN-NUM>        NM-CTRL>SPRI
  12    01061997              0.00      199652
  21    05291997         15,615.45      199725
  58    07211997         15,615.45      199728
  22    09011997         15,615.45      199734
  26    09221997         15,615.45      199737
  58    03151999         15,615.45      199909
  26    03221999         15,615.45      199910
  58    01192004         15,615.45      200401
  22    03292004         15,615.45      200411
  26    04122004         15,615.45      200413
```

loyee #6615428704  Page 005 of 005   PAGE   001