IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LINDSEY K. SPRINGER, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. CIV-05-466-M |
| | ) | |
| INTERNAL REVENUE SERVICE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to 28 U.S.C. § 455, I recuse as the judge to whom this case is assigned. The Clerk of the Court is directed to return this case to the regular procedure for random selection so that a successor judge may be determined.

**IT IS SO ORDERED this   28th   day of April, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE