UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

**FILED**

SEP 2 2 2004

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 03-CR-0055-EA
)
JUDITH RAY PATTERSON, )
)
Defendant. )

## SHOW CAUSE ORDER

On September 14, 2004, Jerold W. Barringer filed an "Amended Notice of Appeal" (Dkt. # 191) purportedly on behalf of his client, defendant Judith Ray Patterson. As detailed in the attached Certification of Representation of Counsel (Dkt. # 198), Judith Ray Patterson terminated Mr. Barringer as her attorney no later than late August 2004, and directed him to forward all correspondence and records to her present attorney, William P. Widell, Jr. Despite defendant's termination of her attorney-client relationship with Mr. Barringer, he filed the "Amended Notice of Appeal" without her knowledge or authorization, and she asks that the "Amended Notice of Appeal" be stricken. The Court finds that the "Amended Notice of Appeal" should be stricken as having been filed without authorization.

The Court has the power to punish contempt, such as misbehavior by attorneys, or to sanction for misrepresentations to the Court. Filing pleadings after termination of the attorney-client relationship and without the knowledge or authorization of a former client, refusal to file a motion to withdraw after termination, and misrepresentation of attorney status to a court is misbehavior and sanctionable conduct which causes the judicial process to have to respond to such improper actions.

199

Continuation of such behavior and refusal to move to withdraw may justify entry of a restraining order.

IT IS THEREFORE ORDERED that the "Amended Notice of Appeal" (Dkt. # 191) is hereby stricken.

IT IS FURTHER ORDERED that Jerold W. Barringer show cause, no later than October 8, 2004, why he should not be held in contempt and/or sanctioned for filing pleadings after termination of the attorney-client relationship and without the knowledge or authorization of a former client, for refusal to file a motion to withdraw after termination, and for misrepresentation of his attorney status to this Court. Mr. Barringer shall further show cause why a restraining order should not be entered against him from further representations that anything he does is on behalf of Judith Ray Patterson.

Dated this 22nd day of September, 2004.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
v.                             )   Case No. 03-CR-0055-EA
                               )
JUDITH RAY PATTERSON,          )
                               )
            Defendant.         )

FILED
SEP 21 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

## CERTIFICATION OF REPRESENTATION BY COUNSEL

The undersigned, Judith Ray Patterson, hereby certifies:

1. That no later than late August, 2004, I terminated Jerold W. Barringer as my attorney in these criminal proceedings. I directed Mr. Barringer not to contact me further and to forward all correspondence and records to my present attorney, William P. Widell, Jr. Mr. Barringer no longer represents me in this or any other legal matter. My correspondence to Mr. Barringer and to Oscar Stilley, former counsel for my husband Eddy Lynn Patterson, is attached hereto.

2. That William P. Widell, Jr. currently represents me in these proceedings and he is the only attorney authorized to file pleadings on my behalf.

3. That I did not authorize Mr. Barringer to file the "Amended Notice of Appeal" (Dkt. #191), filed herein on September 14, 2004.

4. I hereby request that the "Amended Notice of Appeal" (Dkt. # 191) be stricken, as having been filed without my authorization.

Dated this 21st day of September, 2004.

*Judith Ray Patterson*
JUDITH RAY PATTERSON

CONSENTED TO:

*William P. Widell, Jr.*
William P. Widell, Jr.
Counsel for Judith Ray Patterson
403 S. Cheyenne, Penthouse
Tulsa, Oklahoma 74103
Telephone: (918) 605-1809
Facsimile: (918) 582-5063

# WILLIAM PATRICK WIDELL
## ATTORNEY AT LAW

403 S. Cheyenne St., Suite Penthouse, Tulsa Oklahoma 74103

Phone       (918) 605-1809
Facsimile   (918) 582-5063

September 17, 2004

Jerold Barringer
P.O. Box 213
Nakomis, IL 62075

**VIA CERTIFIED MAIL**

In re   *United States vs. Patterson*
         03CR 55 EA

Dear Mr. Barringer:

I want to make the following clear:

1. I no longer want you to serve as my attorney;

2. I want you to withdraw the 10th circuit appeal in case number 04-5048 and the Amended Notice of Appeal, filed contrary to my wishes, in case number 03CR55EA;

3. Forward any documents necessary to demonstrate compliance with my wishes to Mr. Widell;

3. Other than the above, I do not want you to take any other further action on my behalf.

I have attempted to terminate your services by letters to you and Mr. Stilly (attached); however, you have continued to file pleadings in my case. I have instructed Mr. Widell to make clear to you that I no longer want you to serve as my attorney. Mr. Widell informs me that you will not withdraw until you speak with me and advise me of my rights. Please understand, I do not wish to speak with you and I do not want your advise. I simply want you to comply with the above requests as soon as possible.

If you have any questions regarding my instructions, please contact Mr. Widell.

Judith Patterson

Cc: Attorney Registration and Discipline
Commission of Supreme Court of Illinois
One N. Old Capitol Plaza
Springfield, IL 62701

## VERIFICATION

STATE OF OKLAHOMA   )
                    ) ss:
COUNTY OF TULSA     )

I, *Judith Patterson*, of lawful age, being first duly sworn upon oath, states the following: that she is the above-named defendant; that she has read the foregoing document, and understands same; and the facts therein set forth are true and correct.

_____
Judith Patterson

Subscribed and sworn to before me this _____ day of _____, 2004.

_____
Notary Public

My commission expires:

_____

7/19/04.

Oscar,

This letter is to inform you that I do not want you or Jerry Barringer representing me in any legal issues what so ever.

I want you to send all correspondence and records regarding my case to:

Wm. Widell
403 S. Cheyenne
Penthouse Suite
Tulsa, OK  74103

I ask you do this a.s.a.p.

Judith Patterson

Aug 15, 2004

From: Judith Patterson
Federal Prison Camp
#09283-062
P O Box 2149
Bryan, Texas 77805

Mr. Jerold Barringer,

This letter is to inform you that I no longer want your services as Attorney. I would appreciate it if you would send all my papers to Wm Widell. I would appreciate not hearing from you, Oscar Stilley or Mr. Springer.

Judith Patterson