Mr. Lindsay Springer
5147 S. Harvard No. 116
Tulsa, OK 74135

Re: Donation

Dear Lindsay:

Please find enclosed our donation check hopefully as an encouragement to you to continue your fight against the anti constitutional issues endorsed, encouraged and policed by our government. If we had more Christians standing up for God's laws and for the rights of the American people, this would once again be a country of the people, by the people and for the people, endowed and blessed by its Creator.

Thank you for being willing to suffer persecution to do that which is right. In closing please don't forget to call Eric Lynch to discuss the issues he is working on.

Sincerely in Christ,

Eddy Patterson

EP/
enc