

DISTRICT COURT OF THE UNITED STATES
FOR NORTHERN DISTRICT OF OKLAHOMA

Eddy L. Patterson     )
                      )
and                   )
                      )
Judy R. Patterson     )
        Plaintiffs    )
                      )
v.                    )
                      )
JAY BRYCE, REVENUE OFFICER )
and DISTRICT DIRECTOR, )
INTERNAL REVENUE SERVICE )
        DEFENDANTS    )

**99CV0814H (J)**

CASE NO. _____

**F I L E D**

SEP 2 9 1999

Phil Lombardi, Clerk
U.S. DISTRICT COURT

PETITION TO QUASH REQUEST FOR
MEETING AND MOTION FOR WRIT OF
MANDAMUS TO BE GIVEN TO JAY
BRYCE AND THE INTERNAL REVENUE
SERVICE TO ESTABLISH CLAIM
AGAINST PLAINTIFFS

(1)  Now comes Eddy L. Patterson and Judy R. Patterson, Plaintiffs, with petition to quash request for meeting and motion for writ of mandamus be given to the Internal Revenue Service to file a UCC-1 to establish their claim before any meeting can be requested.  In addition, Plaintiffs request the court to include in the mandamus and order for the Defendants to furnish Plaintiffs with a written statement, signed under penalty of perjury, giving the Plaintiffs the section from the Internal Revenue Code (Title 26) that makes the Plaintiffs liable for the 1040 tax and the implementing regulation from 26 CFR that gives this section the force of law.

(2)  This court has jurisdiction to hear and determine this cause of action pursuant to 26 USC Section 7402(a).  In addition, 28 USC Section 1340 gives original jurisdiction of civil actions arising under internal revenue acts and 28 USC Sections 1361 and 1391(e)gives district courts original jurisdictions of actions in nature of mandamus to compel officer or employee of the United States to perform duty owed to Plaintiff.  Davis v. Federal Deposit Insurance Corporation D.C. Colo. 1974, 369 F.S. pp. 277.

(3)  JAY BRYCE, REVENUE OFFICER, sent letter dated July 15, 1999 to Plaintiffs scheduling a meeting for August 9, 1999 at 9:00 am (EXHIBIT A).

(4)  Meeting was rescheduled to September 9, 1999 due to conflicting schedules.

(5)  Plaintiffs sent certified letter on September 6, 1999 (EXHIBIT B) to JAY BRYCE informing him that the Internal Revenue Service did not have a claim against Plaintiffs because the Internal Revenue Service had not filed a UCC-1 with County Clerk, Tulsa, Oklahoma to establish their claim (EXHIBIT C).

(6)  Plaintiffs also challenged jurisdiction of Internal Revenue Service over them by stating there was no section in the

1

Internal Revenue Code that made them liable for the individual income tax (1040 Tax).

(7) JAY BRYCE, REVENUE OFFICER sent letter dated September 13, 1999 (EXHIBIT D), in reply to Plaintiffs letter of September 6, 1999, but did not answer any of the Plaintiff's questions raised in that letter. In fact, Defendant omitted a material fact in his letter when he said the United States Code (USC) is the law of the land. It is only the law of the land if implementing regulations give the sections of the USC the force of the law, in most cases. See CALIFORNIA BANKERS ASSOCIATION v. SHULTZ, 416 U.S. 21(1974) and UNITED STATES v. MERSKY ET AL, 361 U.S. 431 (1960).

(8) It is a principal of law that one must have a claim to pursue collection of an obligation and under the rules and regulations of the Uniform Commercial Code (UCC), one must file a UCC-1 to establish that claim.

(9) Because the Internal Revenue Service has not established a claim against Plaintiffs by filing a UCC-1 with County Clerk, Tulsa, Oklahoma, Plaintiffs pray that this court will quash request for meeting until Defendant files a UCC-1 and in conjunction with this order, issue writ of mandamus to JAY BRYCE, REVENUE OFFICER, and to the Internal Revenue Service to file a UCC-1 to establish claim and furnish Plaintiffs with a written statement, signed under penalty of perjury, giving Plaintiffs the section from 26 USC and the implementing regulation from 26 CFR that makes Plaintiffs liable for 1040 tax.

Respectfully Submitted,

Eddy J. Patterson
11245 S. 67th E. Court
Bixby, Oklahoma 74008
(918) 299-7064

Judy W. Patterson
11245 S. 67th E. Court
Bixby, Oklahoma 74008
(918) 299-7064

Exhibit A

Accepted For Value

Internal Revenue Service
District Director

Date: 08/03/1999


EDDY L & JUDY R PATTERSON
12331 E 60TH ST
TULSA, OK 74146-6902

Department of the Treasury
INTERNAL REVENUE SERVICE
1645 S 101ST EAST AVENUE, 5226
TULSA, OK 74128
Taxpayer Identification Number:
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

Place of Appointment:
Address shown above.
Date: 09/07/1999
Time: 09:00 AM
Contact Telephone Number:
(918) [581-7060] [251]
Person to Contact:
JAY BRYCE


        We have scheduled a meeting with you for the reason(s) stated below.

        We have no record of receiving the following tax returns and want
to discuss this matter with you:

| Form Number: | Tax Period Ended: |
|---|---|
| 1040 | 12/31/1996 |
| 1040 | 12/31/1997 |
| 1040 | 12/31/1998 |

        You should bring signed returns and visit our office on the date and
at the time your meeting is scheduled.  If you cannot come to this meeting,
you should call our office immediately and reschedule your appointment.

        If you do not do either one, a summons may be issued requiring you
to produce certain books, papers, records, or other relevant material.
Under section 7210 of the Internal Revenue Code, anyone who is summoned to
testify or appear and to produce books, accounts, or other relevant material,
but who does not do so and is convicted, will be fined up to $1,000,
imprisoned for up to a year, or both, and will be charged prosecution costs.

        We would appreciate your cooperation.

                                        Sincerely yours,


                                        Richard R. Auby
                                        District Director

Internal Revenue Service
District Director

Date: 08/03/1999


EDDY L & JUDY R PATTERSON
12331 E 60TH ST
TULSA, OK 74146-6902

Department of the Treasury
INTERNAL REVENUE SERVICE
1645 S 101ST EAST AVENUE, 5226
TULSA, OK 74128
Taxpayer Identification Number
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

Place of Appointment:
Address shown above.
Date: 09/07/1999
Time: 09:00 AM
Contact Telephone Number:
(918) [581-7060] [251]
Person to Contact:
JAY BRYCE

We have scheduled a meeting with you for the reason(s) stated below.

We have no record of receiving the following tax returns and want to discuss this matter with you:

| Form Number: | Tax Period Ended: |
|---|---|
| 1040 | 12/31/1996 |
| 1040 | 12/31/1997 |
| 1040 | 12/31/1998 |

You should bring signed returns and visit our office on the date and at the time your meeting is scheduled.  If you cannot come to this meeting, you should call our office immediately and reschedule your appointment.

If you do not do either one, a summons may be issued requiring you to produce certain books, papers, records, or other relevant material. Under section 7210 of the Internal Revenue Code, anyone who is summoned to testify or appear and to produce books, accounts, or other relevant material, but who does not do so and is convicted, will be fined up to $1,000, imprisoned for up to a year, or both, and will be charged prosecution costs.

We would appreciate your cooperation.

Sincerely yours,


Richard R. Auby
District Director

Exhibit B

# N O T I C E

September 6, 1999                    CERTIFIED MAIL RETURN RECEIPT REQ

Mr. Jay Bryce
Internal Revenue Service
1645 S. 101ˢᵗ E. Ave
Tulsa, Ok 74128

RE:  EDDY L PATTERSON & JUDY R. PATTERSON

Dear Mr. Bryce:

We have received your letter of 7/15/99 scheduling a meeting with us.  We are required and determined to abide by the law.  Therefore, before we can meet with you there are several key concerns which must be addressed by your office.

We hereby give NOTICE to you, JAY BRYCE, REVENUE OFFICER that;

   (1)  The INTERNAL REVENUE SERVICE operates under the Rules and Regulations of the UNIFORM COMMERCIAL CODE, (UCC).
   (2)  The INTERNAL REVENUE SERVICE has not filed a UCC1 with the state of Oklahoma to establish their claim against us (see certified document from officer of County Clerk, Tulsa, Oklahoma, Exhibit I).
   (3)  There is no section in the INTERNAL REVENUE CODE that makes us liable for the Individual Income Tax.  Section I only says TAX IMPOSED.  Section 1.1-1 26 CFR, states that Section I of the code imposes an income tax on every individual whom is a citizen or resident of the United States.  A Regulation only clarifies a statute, it cannot change a statute.  Section I in the Code makes no mention of an individual whom is a citizen or resident of the United States.  In addition, Section 1.1-1 26 CFR is not shown in the CFR Index Authority as the implementing regulation, (See Exhibit II).
   (4)  Section 7605 – Time and Place of Examination.  There is no implementing regulation shown for this section in the CFR Index Authorities for Title 26 (See Exhibit III).  The 301.7605 Regulation in 26 CFR is an administrative and procedural Regulation and has no force of law (See 26 CFR Part 601-102).
   (5)  Section 7609 (See Exhibit 3) Special Procedures for Third-Party Summons, there is no implementing regulation for this section shown in CFR Index Authorities for 26 CFR.

We need answers to these concerns and must receive complying documents before we can meet with you.

YOU HAVE TEN (10) DAYS WITH WHICH TO COMPLY FROM RECEIPT OF THIS CERTIFIED LETTER, UCC 1-204, UNLESS YOU REQUEST AN EXTENSION OF TIME.

A lack of response on your part means a fault exists, UCC 1-201(16), creating fraud through material misrepresentation which vitiates all forms, contracts, agreements, etc., expressed or implied from the beginning, UCC 1-103.

Mr. Jay Bryce
Internal Revenue Service
September 4, 1999
Page 2


ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC 1-207.


Eddy L. Patterson                    Judy R. Patterson
SS NO. 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                   SS NO. 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


cc:  District Director

| PATTERSON, EDDY LYNN | EDDY LYNN PATTERSON | State of Oklahoma |
| PATTERSON, JUDITH RAY | Z 11245 S. 67TH E. COURT | Tulsa Oklahoma |
| 11245 S. 67TH E. COURT | BIXBY, OK 74008 | FILED |
| BIXBY, OK 74008 | | JOSH BRISTGGS |
| Debtor(s) (Last Name First) and address(es) | Party requesting information or copies (Name and Address) | Tulsa County Clerk |
| | | 08/18/99  13:11:54 |
| | | RCPT 870834 |
| | | For Filing Officer Use |

Filing officer please furnish certificate showing whether there is on file as of _____ 19__ at ___ __ M any presently effective financing statement naming the above named debtor(s) and any statement of assignment thereof, and if there is, giving the date and hour of filing of each such statement and the name(s) and address(es) of each secured party(ies) therein. Enclosed is uniform fee of $5.00.

[X] INFORMATION REQUEST:

[ ] COPY REQUEST:
Fiing officer please furnish exact copies of each page of financing statements and statements of assignment listed below, at the rate of $1.00 each, which are on file with your office. Enclosed is $ _____ fee for copies requested. In case any of said statements contain more than one page the undersigned agrees to pay the sum of $1.00 for each additional page.

Date _____   (Signature of Requesting Party)

| File No. | Date and Hour of Filing | Name(s) and Address(es) of Secured Party(ies) |
| --- | --- | --- |
| 9903672 | 08/18/99 | EDDY LYNN PATTERSON, Z11245 S 67TH E ACT, BIXBY, OK 74 |
| 9903673 | 08/18/99 | JUDITH RAY PATERSON, Z11245 S 67TH E CT, BIXBY, OK 740 |

CERTIFICATE: The undersigned filing officer hereby certifies that

[ ] the above listing is a record of all presently effective financing statements and statements of assignment which name the above debtor(s) and which are on file in my office as of _____ 19__ at ___ __ M

[ ] the attached _____ pages are true and exact copies of all available financing statements or statements of assignment listed in above request.
Additional fee requested $ ____

AUGUST 18, 1999
Date

_Lou Freeman_
Signature of Filing Officer

TO BE RETURNED WITH COPIES OR INFORMATION   FORM UCC-i – Copyright© 1988 by BURKHART's Legal Forms – 2648 E. 11th Street, Tuls

EXHIBIT I

CFR Index

Authorities

*EXHIBIT II*

26 U.S.C.—Continued
CFR

26 U.S.C.—Continued
CFR

26 U.S.C. (1986 I.R.C.)
CFR

26 U.S.C. (1986 I.R.C.)—Continued
CFR

26 U.S.C. (1986 I.R.C.)—Continued
CFR

CFR Index

Authorities

*26 U.S.C. (1986 I.R.C.)—Continued

26 U.S.C. (1986 I.R.C.)—Continued

26 U.S.C. (1986 I.R.C.)—Continued

*Exhibit 44*

EXHIBIT C

| PATTERSON, EDDY LYNN | EDDY LYNN PATTERSON | State of Oklahoma |
| PATTERSON, JUDITH RAY | Z 11245 S. 67TH E. COURT | Tulsa Oklahoma |
| 11245 S. 67TH E. COURT | BIXBY, OK 74008 | FILED |
| BIXBY, OK 74008 | | JOAN HASTINGS |
| Debtor(s) (Last Name First) and address(es) | Party requesting information or copies (Name and Address) | Tulsa County Clerk |
| | | 08/18/99 03:11:34 |
| | | RCPT 373204 |

For Filing Officer Use

Filing officer please furnish certificate showing whether there is on file as of _____ 19_____ at _____ M. any presently effective financing statement naming the above named debtor(s) and any statement of assignment thereof, and if there is, giving the date and hour of filing of each such statement and the name(s) and address(es) of each secured party(ies) therein. Enclosed is uniform fee of $5.00.

[X] INFORMATION REQUEST:

[ ] COPY REQUEST:

Filing officer please furnish exact copies of each page of financing statements and statements of assignment listed below, at the rate of $1.00 each which are on file with your office. Enclosed is $ _____ fee for copies requested. In case any of said statements contain more than one page the undersigned agrees to pay the sum of $1.00 for each additional page.

Date _____

_____
(Signature of Requesting Party)

| File No. | Date and Hour of Filing | Name(s) and Address(es) of Secured Party(ies) |
|---|---|---|
| 9903672 | 08/18/99 | EDDY LYNN PATTERSON, Z11245 S 67TH E ACT, BIXBY, OK 74C |
| 9903673 | 08/18/99 | JUDITH RAY PATERSON, Z11245 S 67TH E CT, BIXBY, OK 7400 |
| | | |
| | | |

CERTIFICATE: The undersigned filing officer hereby certifies that

[ ] the above listing is a record of all presently effective financing statements and statements of assignment which name the above debtor(s) and which are on file in my office as of _____ 19_____ at _____ M.

[ ] the attached _____ pages are true and exact copies of all available financing statements or statements of assignment listed in above request.

Additional fees requested $ _____

AUGUST 18, 1999
_____
Date

_____
Signature of Filing Officer

TO BE RETURNED WITH COPIES OR INFORMATION

FORM UCC-4 – Copyright © 1988 by BURKHART'S Legal Forms – 2648 E. 11th Street, Tulsa

*Exhibit D*

*Accepted For Value*



# The Department of Treasury
# Internal Revenue Service

Date: 9-13-99

Eddy L. & Judy R. Patterson
1245 South 67th E. Ct.
Bixby, Oklahoma 74008

Revenue Officer, Jay Bryce
Employee # 73-2702
1645 S. 101st E. Ave. #226
Tulsa, Oklahoma 74128
918-581-7060 x251

In reponse to your letter, dated September 6, 1999, enclosed is further information that will address you concerns. After reviewing the enclosed information, call to reschedule your appointment.

Revenue Officer, Jay Bryce

## PROVISION TO LEVY AND COLLECT TAX

The 16th Amendment to the United States Constitution provides that the Congress shall have the power to levy and collect taxes on income, from whatever source derived, without apportionment among the several states, and without regard to any census or orientation.

    Some people have contended that:
        a) The tax laws are unconstitutional because the 16th Amendment was
           not properly ratified, or;
        b) The State of Ohio was not properly a State at the time of
           ratification of the 16th Amendment; therefore, the amendment is
           not valid and income tax is unconstitutional.

The 16th Amendment was ratified by 40 States, including Ohio, and a proclamation was issued in 1913. Shortly thereafter, two other States also ratified it. Under Article V of the U.S. Constitution, in order for an amendment to be valid, three-fourths of the States must ratify it. There were enough States ratifying this amendment, even without Ohio's ratification, to validate the amendment.

Sample supportive case law: Porth v. Broderick, 214 F.2d 925 (10th Circuit, 1954); United States v. Porth, 426 F.2d 519 (10th Circuit, 1970), certiorari denied, 400 U.S. 824; United States v. Whitesel, 543 F.2d 1176 (6th Circuit, 1976), certiorari denied, 431 U.S. 967.

## UNITED STATES LAW

The United States Code (USC) is the law of the land, which is written by Congress. Title 26 of the USC is the Internal Revenue Code (IRC), and sections of that law are usually cited as "26 USC xxxx" or "IRC xxxx" (where "xxxx" is the specific section).

Here are some code sections of interest, each with its title and a brief description of its provision:

IRC 7801 -- AUTHORITY OF THE DEPARTMENT OF THE TREASURY
    Provides the administration and enforcement of the IRC be performed by,
    or under the supervision of, the Secretary of the Treasury.

IRC 7802 -- COMMISSIONER OF INTERNAL REVENUE...
    Provides for such a Commissioner, whose duties and powers are prescribed
    by the Secretary of the Treasury.

-- more --

Page 2

IRC    1 -- TAX IMPOSED
     Imposes an income tax on individuals, based on taxable income.

IRC   61 -- GROSS INCOME DEFINED
     Defines "gross income" as "all income from whatever source derived."

IRC   63 -- TAXABLE INCOME DEFINED
     Defines "taxable income" as "gross income minus the deductions allowed by
     this chapter."

IRC 6011 -- GENERAL REQUIREMENT OF RETURN, STATEMENT, OR LIST
     Requires any person liable for any tax imposed by the IRC to file a
     return "according to the forms and regulations prescribed by the
     Secretary."

IRC 6012 -- PERSONS REQUIRED TO MAKE RETURNS OF INCOME
     Requires, among others, "every individual having for the taxable year
     gross income which equals or exceeds the exemption amount..." to file a
     return.  (Note: The "exemption amount" is what we generally refer to as
     our "personal exemption" -- which, for 1992, in most cases, is $2,300.)

IRC 6072 -- TIME FOR FILING INCOME TAX RETURNS
     Prescribes April 15 as the filing deadline for returns based on the
     calendar year, January 1 through December 31.

IRC 6091 -- PLACE FOR FILING RETURNS OR OTHER DOCUMENTS
     Prescribes any return be filed in the IRS district where the taxpayer
     lives, or at the IRS service center serving the IRS district.  (Note: The
     IRS Oklahoma City District encompasses the entire State of Oklahoma; and,
     most Oklahomans file their returns by mailing them to the IRS Service
     Center in Austin, Texas.)

IRC 6151 -- TIME AND PLACE FOR PAYING TAX SHOWN ON RETURNS
     Requires payment of tax to be made "at the time and place fixed for
     filing the return."

PENALTIES

There are penalties provided for under the IRC for noncompliance with the
various parts of the law.  For example:

IRC 6651(a)(1) for failure to file a return or pay tax

-- more --

Page 3

IRC 6702 for filing a frivolous income tax return   (Note: a frivolous income
    tax return is one in which the "substantial correctness" of the
    self-assessment cannot be determined, or the return indicates the
    self-assessment is substantially incorrect, and such conduct is due to a
    frivolous position on the laws, or a desire (which appears on the
    purported return) to delay or impede the administration of Federal income
    tax laws.)

IRC 7201 for tax evasion (criminal)

IRC 7203 for willful failure to file or pay tax (criminal)

IRC 7206 for fraud (criminal)


A FINAL NOTE

In the case of McKee v. Commissioner of Internal Revenue, 85 TC 9248 (1984),
the Federal judge stated the following in his concluding remarks after
sustaining the Government's imposition of the "frivolous return penalty":

    "The federal taxation system depends on correct self-assessments by all
    taxpayers.  Tax returns are not vehicles for expressing personal,
    religious, or other beliefs.  The Internal Revenue Service is not the
    appropriate forum for expressing concern over government spending
    policies.  Congress has found that unauthorized and unfounded tax
    protestations on returns significantly impugn the efficiency and
    integrity of the tax system and, for deterrent purposes, should be levied
    with substantial penalties."

                              #    #    #    #    #

# ATTACHMENTS TO THIS DOCUMENT ARE NOT SCANNED

# SEE ORIGINAL CASE FILE