## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, and | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE RE GOVERNMENT MOTION FOR LIMITED UNSEALING OF SEARCH WARRANT AFFIDAVIT AND MATERIALS FROM CASE 03-CR-00055-CVE

COMES NOW, the United States of America, by and through its attorneys, David E. O'Meilia, United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Trial Attorney, United States Department of Justice, to advise this Honorable Court that, subsequent to the Government's filing of Unopposed Motion for Limited Unsealing of Search Warrant Affidavit and Materials from Case 03-CR-00055CVE (Docket #39), Defendant Lindsey Springer sent an electronic mail communication received at 3:42 p.m. today (Attachment A) stating his apparent objection to the Government's Unopposed Motion for Limited Unsealing of Search Warrant Affidavit and Materials from Case 03-CR-00055-CVE.

By previous electronic mails received earlier on this date from Defendants Springer and Oscar Stilley, Defendants each advised that they did not oppose the Government's proposed motion.  Attachment B.  This notice is made to advise the Court that Defendants' earlier acquiescence to the Government's proposed motion appears to have been rescinded.


Respectfully submitted,

DAVID E. O'MEILIA
United States Attorney


*/S/ Charles A. O'Reilly*

KENNETH P. SNOKE, OBA #08437
Assistant United States Attorney
CHARLES A. O'REILLY, CBA #160980
Trial Attorney, United States Department of Justice
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey K. Springer
Pro Se Defendant

Robert Scott Williams
Stand-by Counsel for Defendant Springer

Oscar A. Stilley
Pro Se Defendant

C. Robert Burton, IV
Stand-by Counsel for Defendant Stilley

*/S/ Charles A. O'Reilly*
Assistant United States Attorney