**Hall, Kathie (USAOKN)**

| | |
|---|---|
| From: | Lindsey Springer [lindsey@mindspring.com] |
| Sent: | Wednesday, April 15, 2009 3:42 PM |
| To: | Hall, Kathie (USAOKN); oscar@oscarstilley.com |
| Cc: | robtBurton@aol.com; law@trsvlaw.com; Snoke, Ken (USAOKN) |
| Subject: | Re: Motions |
| Attachments: | ole0.bmp |

Dear Ms. Hall, Lindsey Springer here. I would not agree to keep something unsealed private. I will agree to keep something sealed private. The trial of this case will be a public trial and I will always side on unsealed means public and sealed means private. As you know I have not agreed to your terms on Doc # 25 or the Court's Order # 26. I plan on filing objection eventually. I need the information of both the affidavit, exparte hearing, and the Patterson sealed documents to present a Motion for a Franks Hearing. If the Court asks me to file that under seal I will. If not, then it will be a public document. Thank you

----- Original Message -----
From: Hall, Kathie (USAOKN)
To: lindsey@mindspring.com ; oscar@oscarstilley.com
Cc: robtBurton@aol.com ; law@trsvlaw.com ; Snoke, Ken (USAOKN)
Sent: Wednesday, April 15, 2009 11:06 AM
Subject: Motions

Mr. Springer and Mr. Stilley:

We have decided to also incorporate the "Patterson" material in the Motion to Unseal Search Warrant Affidavit that we are preparing to file today, therefore the Judge may rule on both matters at once. The unsealing of both of these matters would be subject to the Protective Order (Doc. No. 26).

Again, please advise your approval, or disapproval, by return email to me as soon as possible.

Thank you.

*Kathie M. Hall, ACP*

Legal Assistant, Criminal Division

UNITED STATES ATTORNEY'S OFFICE

110 West Seventh Street, Suite 300

Tulsa, Oklahoma  74119

1

ATTACHMENT A

918.382.2700   X3338

918.560.7954   Fax



*This communication is intended for the sole use of the individual to whom it is addressed. This communication is confidential and may contain information that is privileged and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the communication at the address above via the U.S. Postal Service. Thank you.*