IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO RESCHEDULE THE HEARING ON MOTION
FOR FRANKS ISSUE AND/OR SUPPRESS**

The United States of America, by and through its attorneys, David E. O'Meilia, United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Trial Attorney, United States Department of Justice, hereby files this Motion to Reschedule the Hearing on Motion for <u>Franks</u> Issue and/or Suppress. Defendants Lindsey K. Springer and Oscar A. Stilley notified the United States through electronic mail communication that they did not oppose the proposed motion (see Attachments). The United States requests that the Court reschedule the hearing to the week following the July 9, 2009, hearing date, or as soon thereafter as possible.

Following the hearing held April 22, 2009, the Court issued its scheduling order with respect to this case. The dates announced did not conflict with the calendars of the attorneys nor with those of the defendants. However, it has been brought to the attention of the

attorneys for the United States that two potential witnesses, Internal Revenue Service Special Agents Brian Shern and Donna Meadors, each have prepaid family vacations scheduled for the week of July 6 through July 10, 2009.[1]  Special Agent Shern will be a witness for the United States if such a hearing is held, and Special Agent Meadors may be called as a witness by the United States and/or the defendants.  Both of these individuals are available during the week of July 13th.  Requiring the hearing to be held on July 9 will result in not just the two witnesses missing their vacations and losing their deposits; seven other individuals who are scheduled to accompany the witnesses on their respective vacations would need to forego these trips.

---

[1] IRS Special Agent Meadors is scheduled to leave on July 2, 2009; IRS Special Agent Shern is scheduled to leave on July 5, 2009.

In the interest of justice, and to ensure that all relevant evidence is available to be presented with a minimum of inconvenience to the Court, witnesses, and the parties, the United States requests that the Court reschedule the Hearing on Motion for <u>Franks</u> Issue and/or Suppress to a date on or after July 13, 2009.

Respectfully submitted,

DAVID E. O'MEILIA
UNITED STATES ATTORNEY


 */s/ Charles A. O'Reilly*
CHARLES A. O'REILLY, CBA NO. 160980
Trial Attorney, Dept. of Justice
KENNETH P. SNOKE, OBA NO. 8437
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th day of May, 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
Defendant

Oscar Amos Stilley
Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley.

                                  */s/ Kenneth P. Snoke*
                                  Assistant United States Attorney