Hall, Kathie (USAOKN)

| | |
|---|---|
| **From:** | Lindsey Springer [lindsey@mindspring.com] |
| **Sent:** | Tuesday, May 05, 2009 7:07 PM |
| **To:** | Hall, Kathie (USAOKN) |
| **Subject:** | Re: Joint Motion to Cointinue Hearing Date |
| **Attachments:** | ole1.bmp |

Ms. Hall, I have no opposition to this Motion.   Thank you, Lindsey Springer

----- Original Message -----
**From:** Hall, Kathie (USAOKN)
**To:** lindsey@mindspring.com
**Sent:** Tuesday, May 05, 2009 4:54 PM
**Subject:** Joint Motion to Cointinue Hearing Date

# Mr. Springer

Here is a copy of the revised motion incorporating your agreement that a date after July 9, 2009, would be agreeable for the hearing, if necessary. Please let us know if this is still okay.

Oscar Stilley indicated agreement, but did not want to be a joint movant, so we revised the motion.

<<Springer et al Joint Motion to Continue Hearing Date.WPD>>

*Kathie M. Hall, ACP*

Legal Assistant, Criminal Division

UNITED STATES ATTORNEY'S OFFICE

110 West Seventh Street, Suite 300

Tulsa, Oklahoma   74119

918.382.2700    X3338

918.560.7954   Fax



*This communication is intended for the sole use of the individual to whom it is addressed. This communication is confidential and may contain information that is privileged and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the communication at the address above via the U.S. Postal Service. Thank you.*

### Hall, Kathie (USAOKN)

| | |
|---|---|
| **From:** | Oscar Stilley [oscar@oscarstilley.com] |
| **Sent:** | Thursday, May 07, 2009 2:04 PM |
| **To:** | Hall, Kathie (USAOKN) |
| **Cc:** | Lindsey Springer |
| **Subject:** | RE: Joint Motion to Continue Hearing Date |
| **Attachments:** | image001.png |

No objection, thank you.

Oscar

Oscar Stilley, Attorney at Law[1]
7103 Race Track Loop
Fort Smith, AR 72916
(479) 996.4109 phone
(479) 996.3409 fax
oscar@oscarstilley.com
www.oscarstilley.com

IMPORTANT: The information contained in this email message is intended only for the individual/entity named herein. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and destroy all originals and copies of this message. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Footnote 1: [Suspended from Arkansas courts pending disbarment, principally for the alleged offense of criticizing the government. Suspended in some but not all other jurisdictions to which Attorney is admitted. Ask for details, it's complicated.]

---

**From:** Hall, Kathie (USAOKN) [mailto:Kathie.Hall@usdoj.gov]
**Sent:** Tuesday, May 05, 2009 4:57 PM
**To:** Oscar Stilley
**Subject:** Joint Motion to Continue Hearing Date

Mr. Stilley

Per your May 1, 2009, e-mail here is the revised Motion made only by the Government. Please let us know if this is acceptable.

<<Springer et al Joint Motion to Continue Hearing Date.WPD>>

*Kathie M. Hall, ACP*

Legal Assistant, Criminal Division

UNITED STATES ATTORNEY'S OFFICE

110 West Seventh Street, Suite 300

Tulsa, Oklahoma   74119

918.382.2700   X3338

918.560.7954   Fax



*This communication is intended for the sole use of the individual to whom it is addressed. This communication is confidential and may contain information that is privileged and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the communication at the address above via the U.S. Postal Service. Thank you.*