**Form 1040** — Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** **2000** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2000, or other tax year beginning _____, 2000, ending _____, 20 ___   OMB No. 1545-0074

### Label
(See instructions on page 19.)
Use the IRS label. Otherwise, please print or type.

- Your first name and initial | Last name | Your social security number
- If a joint return, spouse's first name and initial | Last name | Spouse's social security number
- Home address (number and street). If you have a P.O. box, see page 19. | Apt. no.
- City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.

▲ **Important!** ▲ You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶   You ☐ Yes ☐ No   Spouse ☐ Yes ☐ No

### Filing Status
Check only one box.

1. ☐ Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4. ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ____ ). (See page 19.)

### Exemptions

6a ☐ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b ☐ **Spouse**
c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 20.

No. of boxes checked on 6a and 6b _____
No. of your children on 6c who:
• lived with you _____
• did not live with you due to divorce or separation (see page 20) _____
Dependents on 6c not entered above _____
Add numbers entered on lines above ▶ ☐

d Total number of exemptions claimed

### Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use **Form 1040-V**.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a |
| b | **Tax-exempt** interest. **Do not** include on line 8a   8b _____ | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | Total IRA distributions . 15a _____ b Taxable amount (see page 23) | 15b |
| 16a | Total pensions and annuities 16a _____ b Taxable amount (see page 23) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation | 19 |
| 20a | Social security benefits . 20a _____ b Taxable amount (see page 25) | 20b |
| 21 | Other income. List type and amount (see page 25) _____ | 21 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 |

### Adjusted Gross Income

| | | |
|---|---|---|
| 23 | IRA deduction (see page 27) | 23 |
| 24 | Student loan interest deduction (see page 27) | 24 |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 |
| 26 | Moving expenses. Attach Form 3903 | 26 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 |
| 28 | Self-employed health insurance deduction (see page 29) | 28 |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 |
| 30 | Penalty on early withdrawal of savings | 30 |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a |
| 32 | Add lines 23 through 31a | 32 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.   Cat. No. 11320B   Form **1040** (2000)

Form 1040 (2000)   Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | **34** | Amount from line 33 (adjusted gross income) | 34 |
| | **35a** | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ **35a** | |
| **Standard Deduction for Most People** | **b** | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ **35b** ☐ | |
| | **36** | Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. **But** see page 31 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 |
| Single: $4,400 | **37** | Subtract line 36 from line 34 | 37 |
| Head of household: $6,450 | **38** | If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | 38 |
| Married filing jointly or Qualifying widow(er): $7,350 | **39** | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 |
| | **40** | **Tax** (see page 32). Check if any tax is from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 40 |
| | **41** | Alternative minimum tax. Attach Form 6251 | 41 |
| Married filing separately: $3,675 | **42** | Add lines 40 and 41 ▶ | 42 |
| | **43** | Foreign tax credit. Attach Form 1116 if required | 43 |
| | **44** | Credit for child and dependent care expenses. Attach Form 2441 | 44 |
| | **45** | Credit for the elderly or the disabled. Attach Schedule R | 45 |
| | **46** | Education credits. Attach Form 8863 | 46 |
| | **47** | Child tax credit (see page 36) | 47 |
| | **48** | Adoption credit. Attach Form 8839 | 48 |
| | **49** | Other. Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) _____ | 49 |
| | **50** | Add lines 43 through 49. These are your **total credits** | 50 |
| | **51** | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | 51 |
| **Other Taxes** | **52** | Self-employment tax. Attach Schedule SE | 52 |
| | **53** | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 |
| | **54** | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 54 |
| | **55** | Advance earned income credit payments from Form(s) W-2 | 55 |
| | **56** | Household employment taxes. Attach Schedule H | 56 |
| | **57** | Add lines 51 through 56. This is your **total tax** ▶ | 57 |
| **Payments** | **58** | Federal income tax withheld from Forms W-2 and 1099 | 58 |
| | **59** | 2000 estimated tax payments and amount applied from 1999 return | 59 |
| If you have a qualifying child, attach Schedule EIC. | **60a** | **Earned income credit (EIC)** | 60a |
| | **b** | Nontaxable earned income: amount ▶ _____ and type ▶ _____ | |
| | **61** | Excess social security and RRTA tax withheld (see page 50) | 61 |
| | **62** | Additional child tax credit. Attach Form 8812 | 62 |
| | **63** | Amount paid with request for extension to file (see page 50) | 63 |
| | **64** | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 64 |
| | **65** | Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ▶ | 65 |
| **Refund** | **66** | If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | 66 |
| Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d. | **67a** | Amount of line 66 you want **refunded to you** ▶ | 67a |
| | ▶ **b** | Routing number _____ ▶ **c** Type: ☐ Checking ☐ Savings | |
| | ▶ **d** | Account number _____ | |
| | **68** | Amount of line 66 you want **applied to your 2001 estimated tax** ▶ | 68 |
| **Amount You Owe** | **69** | If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe**. For details on how to pay, see page 51 ▶ | 69 |
| | **70** | Estimated tax penalty. Also include on line 69 | 70 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 19. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number ( ) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | May the IRS discuss this return with the preparer shown below (see page 52)? ☐ Yes ☐ No |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN Phone no. ( ) | |

Form **1040** (2000)