Lois K. Holland                                     10/03/2001
IT Policy and Management Office
Department of the Treasury
1425 New York Avenue NW.
Room 2110
Washington, DC  20220

In accordance with the Paperwork Reduction Act, OMB has
taken the following action on your request for approval of
a revision of an information collection received on 08/20/2001.

TITLE:    US Individual Income Tax Return

AGENCY FORM NUMBER(S):   1040,SCHA,SCHB,SCHC,SCHC-EZ,SCHD,
                         SCHD-1,SCHE,EIC,SCHF

ACTION : Approved
OMB NO.: 1545-0074
EXPIRATION DATE:  10/31/2004

| BURDEN | RESPONSES | BURDEN HOURS | BURDEN COSTS |
|---|---|---|---|
| Previous | 276,493,973 | 1,393,882,763 | 0 |
| New | 402,915,352 | 1,455,489,837 | 0 |
| Difference | 126,421,379 | 61,607,074 | 0 |
| Program Change | | 19,011,704 | 0 |
| Adjustment | | 42,595,370 | 0 |

TERMS OF CLEARANCE:
   This approval covers the amendment,dated 9/27/01, to the
   original submission. The agency is not required to display
   the expiration date.

NOTE: The agency is required to display the OMB control
      number and inform respondents of its legal
      significance (see 5 CFR 1320.5(b)).

| OMB Authorizing Official | Title |
|---|---|
| Donald R. Arbuckle | Deputy Administrator, Office of Information and Regulatory Affairs |

Sent electronically, 10/03/2001 15:04:59

NETWORK ACTION SUMMARY    03 OCT 2001
PAGE 2

JMB NUMBER : 1545-0074
EXP DATE : 3 Yrs
TITLE : US Individual Income Tax Return

ACTION TAKEN: Approved

---

CHANGES FROM AGENCY SUBMISSION:

EXPIRATION DATE: NO CHANGE

| BURDEN HOURS | | BURDEN COSTS | |
|---|---|---|---|
| Responses | 402,915,352 | NO CHANGE | |
| Burden Hours | 1,455,489,837 | | |
| Hours Diff | 61,607,074 | | |
| Hrs pgm chg | 19,011,704 | | |

---

NEW TERMS OF CLEARANCE:
This approval covers the amendment, dated 9/27/01, to the original submission. The agency is not required to display the expiration date.

NOTES: _____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNATURES AND DATES:    DESK OFFICER        OIRA

                         _____       _____
                         DATE: _____       DATE: 10/7/01

```
OMB NUMBER : 1545-0074                    RECEIVED: 08/20/2...
REVIEW TYPE : Regular                     DUE DATE: 10/19/2001
I.C. TYPE   : Revision                    DESK OFFICER: Alex Hunt

AGENCY      : Department of the Treasury
SUBAGENCY   : Internal Revenue Service
```

TITLE: US Individual Income Tax Return

AGENCY FORM NUMBER(S): 1040,SCHA,SCHB,SCHC,SCHC-EZ,SCHD,SCHD-1,SCHE
                       EIC,SCHF

KEYWORDS: PERSONAL INCOME TAXES
          TAX RETURN

ABSTRACT: Form 1040 and schedules are used by individuals to report their
          income tax liability. The data is used to verify that the
          items reported on the forms are correct, and also for general
          statistical use.

OBLIGATION TO RESP: P Mandatory                SMALL ENTITIES: No
                                               STATISTICAL METHODS: No

AFF PUB: P Individuals or households           PURPOSE: P Reg or compliance

REQUIREMENTS: Recordkeeping
              Reporting frequency:
              Annually

|  | CURRENT RECORD | REQUEST |
|---|---|---|
| EXPIRATION DATE: | 09/30/2001 | 3 Yrs |
| ANNUAL HOUR BURDEN: | | |
| Number of respondents | 71,877,464 | 71,097,253 |
| Total annual responses | 276,493,973 | 401,291,352 |
| % Collected electronically | 6 % | 50 % |
| Burden Hours | 1,393,882,763 | 1,454,784,038 |
| Difference | | 60,901,275 |
| Explanation of Difference | | |
| 1. Program Change | | 18,305,905 |
| 2. Adjustment | | 42,595,370 |

|  | CURRENT RECORD | REQUEST |
|---|---|---|
| ANNUAL COST BURDEN: | | |
| Capital/Startup Costs | 0 | 0 |
| Annual Costs (O&M) | 0 | 0 |
| Total Annualized Cost | 0 | 0 |
| Difference | | 0 |
| Explanation of difference | | |
| 1. Program change | | 0 |
| 2. Adjustment | | 0 |

LAST ACTION: Correction                   LAST ACTION DATE: 09/27/2000

EXISTING TERMS OF CLEARANCE: NONE

# PAPERWORK REDUCTION ACT SUBMISSION

Case 4:09-cr-00043-SPF   Document 54-7 Filed in USDC ND/OK on 09/15/09   Page 4 of 5

Please read the instructions before completing this form. For additional forms or assistance in completing this form, contact your agency's Paperwork Clearance Officer. Send two copies of this form, the collection instrument to be reviewed, the Supporting Statement, and any additional documentation to: Office of Information and Regulatory Affairs, Office of Management and Budget, Docket Library, Room 10102, 725 17th Street NW Washington, DC 20503.

| | |
|---|---|
| **1. Agency/Subagency originating request** <br><br> Department of the Treasury <br> Internal Revenue Service | **2. OMB control number** <br> a. 1 5 4 5 — 0 0 7 4   b. ___ None |
| **3. Type of information collection** (check one) <br> a. ___ New collection <br> b. _X_ Revision of a currently approved collection <br> c. ___ Extension of a currently approved collection <br> d. ___ Reinstatement, without change, of a previously approved collection for which approval has expired <br> e. ___ Reinstatement, with change, of a previously approved collection for which approval has expired <br> f. ___ Existing collection in use without an OMB control number <br><br> For b-f, note item A2 of Supporting Statement instructions | **4. Type of review requested** (check one) <br> a. _X_ Regular <br> b. ___ Emergency - Approval requested by: 09/20/01 <br> c. ___ Delegated <br><br> **5. Small entities** <br> Will this information collection have a significant economic impact on a substantial number of small entities? ___ Yes _X_ No <br><br> **6. Requested expiration date** <br> a. _X_ Three years from approval date  b. ___ Other Specify: ___ / ___ |

**7. Title** U.S. Individual Income Tax Return

**8. Agency form number(s)** (if applicable)   Forms 1040 and Schedules A, B, C, C-EZ, D, D-1, E, EIC, F, H, J, R, and SE

**9. Keywords**   'personal income taxes, tax return'

**10. Abstract**  Form 1040 and schedules are used by individuals to report their income tax liability. The data is used to verify that the items reported on the forms are correct, and also for general statistical use.

| | |
|---|---|
| **11. Affected public** (Mark primary with "P" and all others that apply with "X") <br> a. _P_ Individuals or households   d. ___ Farms <br> b. ___ Business or other for-profit  e. ___ Federal Government <br> c. ___ Not-for-profit institutions   f. ___ State, Local or Tribal Government | **12. Obligation to respond** (Mark primary with "P" and all others that apply with "X") <br> a. ___ Voluntary <br> b. ___ Required to obtain or retain benefits <br> c. _P_ Mandatory |
| **13. Annual reporting and recordkeeping hour burden** <br> a. Number of respondents           71,097,253 <br> b. Total annual responses            401,291,352 <br>   1. Percentage of these responses collected electronically   50.6 % <br> c. Total annual hours requested     1,454,784,038 <br> d. Current OMB inventory            1,393,882,763 <br> e. Difference                       +60,901,275 <br> f. Explanation of difference <br>   1. Program change    +18,305,905 <br>   2. Adjustment        +42,595,370 | **14. Annual reporting and recordkeeping cost burden** (in thousands of dollars) <br> a. Total annualized capital/startup costs _____ <br> b. Total annual costs (O&M) _____ <br> c. Total annualized costs requested _____ <br> d. Current OMB inventory _____ <br> e. Difference _____ <br> f. Explanation of difference <br>   1. Program change <br>   2. Adjustment |
| **15. Purpose of information collection** (Mark primary with "P" and all others that apply with "X") <br> a. ___ Application for benefits   e. ___ Program planning or management <br> b. ___ Program evaluation        f. ___ Research <br> c. ___ General purpose statistics g. _P_ Regulatory or compliance <br> d. ___ Audit | **16. Frequency of recordkeeping or reporting** (check all that apply) <br> a. _X_ Recordkeeping    b. ___ Third party disclosure <br> c. _X_ Reporting <br>   1. ___ On occasion   2. ___ Weekly      3. ___ Monthly <br>   4. ___ Quarterly    5. ___ Semi-annually 6. _X_ Annually <br>   7. ___ Biennially   8. ___ Other (describe) _____ |
| **17. Statistical methods** <br> Does this information collection employ statistical methods? <br><br>     ___ Yes   _X_ No | **18. Agency contact** (person who can best answer questions regarding the content of this submission) <br><br> Name:  Carol Savage <br><br> Phone:  (202) 622-3945 |

OMB 83-I                                                                                                         10/95

19. Certification for Paperwork Reduction Act Submissions

On behalf of this Federal agency, I certify that the collection of information encompassed by this request complies with 5 CFR 1320.9.

NOTE: The text of 5 CFR 1320.9, and the related provisions of 5 CFR 1320.8(b)(3), appear at the end of the instructions. *The certification is to be made with reference to those regulatory provisions as set forth in the instructions.*

The following is a summary of the topics, regarding the proposed collection of information, that the certification covers:

(a) It is necessary for the proper performance of agency functions;

(b) It avoids unnecessary duplication;

(c) It reduces burden on small entities;

(d) It uses plain, coherent, and unambiguous terminology that is understandable to respondents;

(e) Its implementation will be consistent and compatible with current reporting and recordkeeping practices;

(f) It indicates the retention periods for recordkeeping requirements;

(g) It informs respondents of the information called for under 5 CFR 1320.8(b)(3):

    (i) Why the information is being collected;

    (ii) Use of information;

    (iii) Burden estimate;

    (iv) Nature of response (voluntary, required for a benefit, or mandatory);

    (v) Nature and extent of confidentiality; and

    (vi) Need to display currently valid OMB control number.

(h) It was developed by an office that has planned and allocated resources for the efficient and effective management and use of the information to be collected (see note in Item 19 of the instructions);

(i) It uses effective and efficient statistical survey methodology; and

(j) It makes appropriate use of information technology.

If you are unable to certify compliance with any of these provisions, identify the item below and explain the reason in Item 18 of the Supporting Statement.

| Signature of Program Official<br><br>*G. Shear*<br><br>Garrick R. Shear, IRS Reports Clearance Officer | Date<br>8/16/01 |
|---|---|
| Signature of Senior Official or Designee<br><br>*Lois K. Holland*     Departmental Reports Management Office | Date<br>AUG 15 2001 |

OMB 83-I          10/95