NOTICE OF OFFICE OF MANAGEMENT AND BUDGET ACTION

09/14/2004

Lois K. Holland
Treasury PRA Clearance Officer
TD Forms Manager
Department of the Treasury
1750 Pennsylvania Avenue NW.
Room 11000
Washington, DC  20220

In accordance with the Paperwork Reduction Act, OMB has taken the following action on your request for approval of a revision of an information collection received on 08/03/2004.

TITLE:  U.S. Individual Income Tax Return

AGENCY FORM NUMBER(S):  1040,SCHEDULES-A-B-C,
SCHEDULES-C-EZ,SCHEDULES-D-D-1,
SCHEDULES-E-EIC,SCHEDULES-F-H-J,
SCHEDULES-R-SE

ACTION : Approved without change
OMB NO.: 1545-0074
EXPIRATION DATE:  09/30/2007

| BURDEN: | RESPONSES | HOURS | COSTS($,000) |
|---|---|---|---|
| Previous | 407,904,173 | 1,568,462,184 | 0 |
| New | 410,469,223 | 1,553,904,635 | 0 |
| Difference | 2,565,050 | -14,557,549 | 0 |
| Program Change | | -47,389,057 | 0 |
| Adjustment | | 32,831,508 | 0 |

TERMS OF CLEARANCE: None

NOTE: The agency is required to display the OMB control number and inform respondents of its legal significance (see 5 CFR 1320.5(b)).

---

| OMB Authorizing Official | Title |
|---|---|
| Donald R. Arbuckle | Deputy Administrator, Office of Information and Regulatory Affairs |

---

Sent electronically, 09/14/2004 18:02:07

# PAPERWORK REDUCTION ACT SUBMISSION

Please read the instructions before completing this form. For additional forms or assistance in completing this form, contact your agency's Paperwork Clearance Officer. Send two copies of this form, the collection instrument to be reviewed, the Supporting Statement, and any additional documentation to: Office of Information and Regulatory Affairs, Office of Management and Budget, Docket Library, Room 10102, 725 17th Street NW Washington, DC 20503.

**1. Agency/Subagency originating request**

Department of the Treasury
Internal Revenue Service

**2. OMB control number**  b. ___ None

a. 1 5 4 5 — 0 0 7 4

*RECEIVED AUG 03 2004 OIRA / RECORDS Management Center*

**3. Type of information collection** (check one)
a. ___ New collection
b. _X_ Revision of a currently approved collection
c. ___ Extension of a currently approved collection
d. ___ Reinstatement, without change, of a previously approved collection for which approval has expired
e. ___ Reinstatement, with change, of a previously approved collection for which approval has expired
f. ___ Existing collection in use without an OMB control number

*For b-f, note item A2 of Supporting Statement instructions*

**4. Type of review requested** (check one)
a. _X_ Regular
b. ___ Emergency - Approval requested by: __/__/__
c. ___ Delegated

**5. Small entities**
Will this information collection have a significant economic impact on a substantial number of small entities? ___ Yes _X_ No

**6. Requested expiration date**
a. _X_ Three years from approval date  b. ___ Other  Specify: __/__

**7. Title**  U.S. Individual Income Tax Return

**8. Agency form number(s)** *(if applicable)*  Forms 1040 and Schedules A, B, C, C-EZ, D, D-1, E, EIC, F, H, J, R, and SE

**9. Keywords**  'personal income taxes, tax return'

**10. Abstract**  Form 1040 and schedules are used by individuals to report their income tax liability. The data is used to verify that the items reported on the forms are correct, and also for general statistical use.

**11. Affected public** (Mark primary with "P" and all others that apply with "X")
a. _P_ Individuals or households    d. ___ Farms
b. ___ Business or other for-profit  e. ___ Federal Government
c. ___ Not-for-profit institutions   f. ___ State, Local or Tribal Government

**12. Obligation to respond** (Mark primary with "P" and all others that apply with "X")
a. ___ Voluntary
b. ___ Required to obtain or retain benefits
c. _P_ Mandatory

**13. Annual reporting and recordkeeping hour burden**
a. Number of respondents           78,863,011
b. Total annual responses         410,469,223
   1. Percentage of these responses collected electronically   74 %
c. Total annual hours requested  1,553,904,635
d. Current OMB inventory         1,568,462,184
e. Difference                      -14,557,549
f. Explanation of difference
   1. Program change              -47,389,057
   2. Adjustment                  +32,831,508

**14. Annual reporting and recordkeeping cost burden** *(in thousands of dollars)*
a. Total annualized capital/startup costs _____
b. Total annual costs (O&M) _____
c. Total annualized costs requested _____
d. Current OMB inventory _____
e. Difference _____
f. Explanation of difference
   1. Program change _____
   2. Adjustment _____

**15. Purpose of information collection** (Mark primary with "P" and all others that apply with "X")
a. ___ Application for benefits     e. ___ Program planning or management
b. ___ Program evaluation           f. ___ Research
c. ___ General purpose statistics   g. _P_ Regulatory or compliance
d. ___ Audit

**16. Frequency of recordkeeping or reporting** (check all that apply)
a. _X_ Recordkeeping         b. ___ Third party disclosure
c. _X_ Reporting
   1. ___ On occasion   2. ___ Weekly       3. ___ Monthly
   4. ___ Quarterly     5. ___ Semi-annually 6. _X_ Annually
   7. ___ Biennially    8. ___ Other (describe) _____

**17. Statistical methods**
Does this information collection employ statistical methods?
___ Yes  _X_ No

**18. Agency contact** (person who can best answer questions regarding the content of this submission)

Name:  Carol Savage

Phone:  (202) 622-3945

OMB 83-I

10/95

## 19. Certification for Paperwork Reduction Act Submissions

On behalf of this Federal agency, I certify that the collection of information encompassed by this request complies with 5 CFR 1320.9.

NOTE:   The text of 5 CFR 1320.9, and the related provisions of 5 CFR 1320.8(b)(3), appear at the end of the instructions.  *The certification is to be made with reference to those regulatory provisions as set forth in the instructions.*

The following is a summary of the topics, regarding the proposed collection of information, that the certification covers:

(a)  It is necessary for the proper performance of agency functions;

(b)  It avoids unnecessary duplication;

(c)  It reduces burden on small entities;

(d)  It uses plain, coherent, and unambiguous terminology that is understandable to respondents;

(e)  Its implementation will be consistent and compatible with current reporting and recordkeeping practices;

(f)  It indicates the retention periods for recordkeeping requirements;

(g)  It informs respondents of the information called for under 5 CFR 1320.8(b)(3):

   (i)    Why the information is being collected;

   (ii)   Use of information;

   (iii)  Burden estimate;

   (iv)   Nature of response (voluntary, required for a benefit, or mandatory);

   (v)    Nature and extent of confidentiality; and

   (vi)   Need to display currently valid OMB control number.

(h)  It was developed by an office that has planned and allocated resources for the efficient and effective management and use of the information to be collected (see note in Item 19 of the instructions);

(i)  It uses effective and efficient statistical survey methodology; and

(j)  It makes appropriate use of information technology.

If you are unable to certify compliance with any of these provisions, identify the item below and explain the reason in Item 18 of the Supporting Statement.

| Signature of Program Official  *[signed]* | Date |
| --- | --- |
| Glenn P. Kirkland, IRS Reports Clearance Officer | 8/2/0¥ |
| Signature of Senior Official or Designee | Date |

OMB 83-I                                                                                                                   10/95