U.S. Department of Justice

RECEIVED
SEP 3 0 1996
U.S. ATTORNEY
N.D. OKLAHOMA

United States Attorney
Western District of Missouri

901 St. Louis Street, Suite 500      (417) 831-4406
Springfield, Missouri  65806-2511    FAX (417) 831-0078

September 25, 1996

Mr. Neal Kirkpatrick
Assistant United States Attorney
Suite 3460 U.S. Courthouse
333 W. 4th Street
Tulsa, OK   74103

                Re: Lindsey Kent Springer

Dear Mr. Kirkpatrick:

    Pursuant to our conversation of this date, enclosed please find a copy of the transcript of Lindsey Kent Springer's testimony before the federal grand jury in Springfield, Missouri. This disclosure is being made to you pursuant to Rule 6(e)(3)(A)(i).

    In the event that the transcript is disclosed to other government personnel, please advise me accordingly so that I can file the appropriate notice with the Court pursuant to Rule 6(e)(3)(A)(ii). I have enclosed a disclosure form for that purpose.

    If you have any questions, please do not hesitate to contact me.

                              Very truly yours,
                              Stephen L. Hill, Jr.
                              United States Attorney

                      by  David C. Jones
                              Assistant U. S. Attorney

enc.