Case 4:09-cr-00043-SPF   Document 75-3 Filed in USDC ND/OK on 06/01/09   Page 1 of 5

```
IODA███-███-3758    MFT>30   TX-PRD>199112    PLN-NUM>         NM-CTRL>SPR1
47-404-79007-9<DLN                                            BOD-CD>WI
                                     MF-XTRCT-CYC>200512 SC-REASON-CD>6T
STS>72   MOD-BAL>            15,615.45  CYC>200513
STS>26   MOD-BAL>            15,615.45  CYC>200413 TODAYS-DT>03/31/2005  ICS>1
NDING TRANS    LAST-NOTICE>DAP   ARDI-CD>1   PRIMARY-LOC>7315
------------------------                       COLLECT-LOC>30
D>05292005 FRZ>VT  -   |        AIMS-CD>1 COLLECTION-ASGMT>30142205
D>05292007 INTL>       |    FMS-CD>3      LIEN>4   MOD-YLD-SCOR>11002
D>04151995             |
------------------------
CTRL-INFO>NO CASE CONTROLS
--------------------------POSTED RETURN INFORMATION-----------------------
-RCVD-DT>02161996    MO-DELQ>5
3   NUM-EXEMPT>01
---------------------------RETURN TRANSACTION-----------------------------
 T/C  POSTED    TRANS-AMOUNT        CYC    T      DLN
 150  10071996           0.00    199639    18210-251-00305-6    SFR
---------------------------POSTED TRANSACTIONS SECTION--------------------
 T/C  POSTED    TRANS-AMOUNT    CYC    T      DLN
 424█ 02261996          0.00  199610    73277-057-20000-6       SOURCE-CD>24
                            PBC>000   SBC>00000  EGC>1137  PUSH-CD>021
 570  10071996          0.00  199639    18210-251-00305-6
loyee #6615428704 Page 001 of 005  PAGE   002
```

Case 4:09-cr-00043-SPF   Document 75-3 Filed in USDC ND/OK on 06/01/09   Page 2 of 5

| ODA⬛⬛⬛-3758 | MFT>30 | TX-PRD>199112 | PLN-NUM> | NM-CTRL>SPRI |
|---|---|---|---|---|
| 420 | 09271996 | 0.00 | 199641 | 73277-271-00000-6 |
| | | | PBC>000 | SBC>00000  EGC>1137 |
| 300 | 01061997 | 0.00 | 199652 | 18247-754-10057-6 HOLD-CD>2 |
| | | | | APPL-CD>254 |
| | | DISP-CD>11 | | |
| 520 | 01061997 | 0.00 | 199704 | 73277-006-00000-7  COLL-CLS-CD>72 |
| | | BLLC>24 | | APPL-CD>254 |
| 560 | 03181997 | 0.00 | 199713 | 73277-077-77500-7  ASED>07101997 |
| 370 | 05291997 | 0.00 | 199725 | 73251-149-13501-7 |
| 300 | 05291997 | 7,979.00 | 199725 | 73251-149-13501-7 |
| | | CSED>20070529 | | |
| 160 | 05291997 | 1,995.00 | 199725 | 73251-149-13501-7 |
| | | | | CSED>20070529 |
| 170 | 05291997 | 457.00 | 199725 | 73251-149-13501-7 |
| | | | | CSED>20070529 |
| 190 | 05291997 | 5,184.45 | 199725 | 73251-149-13501-7 |
| 914 | 01151998 | 0.00 | 199806 | 73277-416-30004-8 |
| | | | | AGENT-ID-NUM>73166200 |
| 521 | 01041999 | 0.00 | 199904 | 73277-004-00000-9 |
| 300 | 03011999 | 0.00 | 199907 | 18247-404-79007-9 |
| | | | | PRT-CD>2 APPL-CD>254 |
| | | DISP-CD>01 ASED>05292005 | | |

```
IODA            3758    MFT>30    TX-PRD>199112    PLN-NUM>        NM-CTRL>SPRI
 421   03011999         0.00   199907   X 18247-404-79007-9
 912   02191999         0.00   199909     18277-453-30010-9
                                                    AGENT-ID-NUM>18000000
 582   04301999         0.00   199919     73277-523-54137-9
                              REGULAR LIEN
 530   07301999         0.00   199932     73277-614-56159-9
                                       COLL-CLS-CD>12
 971   11242003         0.00   200347     28277-001-99999-3       971-CD>060
 531   01082004         0.00   200404     57277-408-02088-4
 971   01102004         0.00   200404     63277-412-01952-4       971-CD>611
 972   02092004         0.00   200405     28277-001-99999-4       971-CD>060
 971   04122004         0.00   200413     18277-999-99999-4       971-CD>061
 972   06282004         0.00   200424     18277-999-99999-4       971-CD>061
 971   07052004         0.00   200426     28277-001-99999-4       971-CD>060
 971   09142004         0.00   200438     49277-660-02312-4       971-CD>611
 971   02112005         0.00   200508     49277-446-09983-5       971-CD>611
 971   03022005         0.00   200511     49277-463-03311-5       971-CD>066
 971   03022005         0.00   200511     49277-463-03312-5       971-CD>069
-----------------------PENDING TRANSACTIONS SECTION------------------------
 971   03252005         0.00   200514     49277-487-02475-5       971-CD>275
 520   03282005         0.00   000001     57277-089-00000-5   COLL-CLS-CD>77
                              BLLC>30                         CSED-EXT-IND>P
loyee #6615428704 Page 003 of 005   PAGE   004
```

MODA 3758-9-cr MFT-30 TX-PRD 199112 PLN-NUM> NM-CTRL>SPRI

```
-----------------------NOTICE HISTORY SECTION-----------------------
OTICE        AMOUNT           CYC  S  AO
P71A         27,212.11        200343  M  15    SUPPRESS-CD>0
P504         27,425.65        200401  I  30    SUPPRESS-CD>0
PDP2         27,503.59        200405  I  15    SUPPRESS-CD>0
AP           15,615.45        200410  M  15
AP           27,620.94        200411  I  30    SCND-TDA-SEL>A
AP           27,668.59        200413  I  30
-----------------CONTROL BASE AND HISTORY INFORMATION----------------
 STATUS    ACT-DT    ACTION-EMP    ACTIVITY    RCVD-DT  ASSIGN-TO  CAT  ORG F S
           03172004  3023647873    STAUP2200                                 C
----------------------SERVICE CENTER HISTORY SECTION-----------------
-STS    DATE        STATUS-AMOUNT     CYC
3       11032003        15,615.45     200343
8       01192004        15,615.45     200401
8D      02162004 NXT>505              200405  MIN-NUM-DELAY>06
0       03292004 NXT>505              200411  MIN-NUM-DELAY>00
2       03292004        15,615.45     200411
6       04132004        15,615.45     200413
2       05112005        15,615.45     200513
----------------------MASTER FILE HISTORY SECTION-------------------
STS    DATE        STATUS-AMOUNT     CYC
loyee #6615428704 Page 004 of 005   PAGE   005
```

| 12 | 01061997 | 15,615.45 | 199852 |
| 21 | 05291997 | 15,615.45 | 199725 |
| 58 | 07211997 | 15,615.45 | 199728 |
| 22 | 09011997 | 15,615.45 | 199734 |
| 26 | 09221997 | 15,615.45 | 199737 |
| 58 | 03151999 | 15,615.45 | 199909 |
| 26 | 03221999 | 15,615.45 | 199910 |
| 58 | 01192004 | 15,615.45 | 200401 |
| 22 | 03292004 | 15,615.45 | 200411 |
| 26 | 04122004 | 15,615.45 | 200413 |

loyee #6615428704 Page 005 of 005  PAGE  001