IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> LINDSEY K. SPRINGER, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 08-CV-00278-TCK-PJC |

## SECOND DECLARATION OF REVENUE OFFICER ADVISOR ALAN AMBUEHL

I, Alan Ambuehl, declare that:

1. I am employed as a Revenue Officer Advisor with Advisory Group Four, Office of Advisory, Insolvency, and Quality (AIQ) of the Small Business/Self-Employed Division of the Internal Revenue Service (IRS). My post of duty is Oklahoma City, Oklahoma. I have worked for the IRS in various capacities for approximately 22 years.

2. My duties as a Revenue Officer Advisor include ascertaining from IRS computer records and systems the assessments made against taxpayers for unpaid federal taxes, the current status and history of payments made by taxpayers towards their delinquent tax liabilities, the history of actions relating to the assessments that fall within the purview of my function

3. This Declaration is being executed in support of the United States' Response to Defendant Lindsey Springer's Motions to Strike and for Preliminary Injunction.

3821128.1

4. Except where noted to the contrary herein, I have personal knowledge of the facts set forth in this Declaration, and, if called upon to testify to said facts, could do so competently.

5. Attached to this Declaration are true and correct copies of the facsimile print of the Notice of Federal Tax Lien and the letter that were mailed to the taxpayer, Lindsey K. Springer, on April 29, 1999, by certified mail in satisfaction of the notice requirements of section 6320(a)(2) of the Internal Revenue Code (26 U.S.C.). The prints represent information contained in the Automated Lien System of the Internal Revenue Service.

## CERTIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of December, 2008.

ALAN AMBUEHL
REVENUE OFFICER ADVISOR

3821128.1

**GOVERNMENT EXHIBIT**

**A**

United States                of America

**Department of the Treasury**
**Internal Revenue Service**

Date: DEC 1 2 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:

is a true and correct copy of the information contained in records of the Automated Lien System Database of the Internal Revenue Service regarding the Notice of Federal Tax Lien, Serial Number 739924770, filed in Creek County, Oklahoma on April 28, 1999 to secure the interest of the United States in property and rights to property derived from the unsatisfied Federal tax liens identified thereon against Lindsey K. Springer, Taxpayer Identification Number XXX-XX-3758. The information consists of 3 pages and includes the following items:

1. A facsimile print displaying the information included on the above referenced Notice of Federal Tax Lien.

2. A facsimile print of the letter mailed to Lindsey L. Springer on April 29, 1999 by certified mail in satisfaction of the notice requirement of Internal Revenue Code section 6320(a)(2). The Certified Mail Article Number is included.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Curtis Baker*
Curtis Baker
Insolvency Group Manager
Small Business/Self-Employed Division, Gulf States Area
Oklahoma City, Oklahoma

Catalog Number 19002E                                            Form **2866** (Rev. 09-1997)

```
2723                                                         COURT RECORDING DATA
-----------------------------------------------+------------------------------------
       INTERNAL REVENUE SERVICE                | Lien Recorded    : 04/28/1999 - 00:00AM
   FACSIMILE FEDERAL TAX LIEN DOCUMENT         | Recording Number:
                                               | UCC Number      :
                                               | Liber           :
                                               | Page            :
-----------------------------------------------+------------------------------------
District: ARKANSAS-OKLAHOMA                    | IRS Serial Number: 739924770
-----------------------------------------------+------------------------------------
                 This Lien Has Been Filed in Accordance with
                   Internal Revenue Regulation 301.6323(f)-1.


Name of Taxpayer :
  LINDSEY K SPRINGER



Residence :
  5943 E 13TH
  TULSA, OK 74112-5407

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).
```

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1990 | XXX-XX-3758 | 05/29/1997 | 06/28/2007 | 18579.58 |
| 1040 | 12/31/1991 | XXX-XX-3758 | 05/29/1997 | 06/28/2007 | 15615.45 |
| 1040 | 12/31/1992 | XXX-XX-3758 | 05/29/1997 | 06/28/2007 | 14606.76 |
| 1040 | 12/31/1993 | XXX-XX-3758 | 05/29/1997 | 06/28/2007 | 67060.95 |
| 1040 | 12/31/1994 | XXX-XX-3758 | 05/29/1997 | 06/28/2007 | 21309.20 |
| 1040 | 12/31/1995 | XXX-XX-3758 | 05/29/1997 | 06/28/2007 | 20155.73 |
| 6673 | 12/31/1996 | XXX-XX-3758 | 04/09/1998 | 05/09/2008 | 4329.16 |

```
------------------------------------------------------------------------------------
Filed at:   COUNTY CLERK                                  |
            CREEK COUNTY                       Total      | $     161656.83
            SAPULPA, OK 74066                             |
------------------------------------------------------------------------------------
This notice was prepared and executed at Oklahoma City, OK
on this, the 26th day of April, 1999.
------------------------------------------------------------------------------------
Authorizing Official:                          | Title:
   BRENDA JONES                                |   OIC TECHNICIAN         73-01-2714
                                               |
------------------------------------------------------------------------------------
```

```
CERTIFIED MAIL: Z 818 397 727                Person to Contact:
Letter Date    : 04/29/1999                  BRENDA JONES
                                             73-0696
=========================================
              MAILED TO:                     Telephone Number:
LINDSEY K SPRINGER                           (918) 581-7060 x233
5943 E 13TH
TULSA, OK 74112-5407                         Social Security or
=========================================    Employer ID Number:
                                             XXX-XX-3758
LINDSEY K SPRINGER


5943 E 13TH
TULSA, OK 74112-5407
```

NOTICE OF FEDERAL TAX LIEN FILING AND YOUR RIGHT TO A
HEARING UNDER IRC 6320

This letter is to inform you that we have filed a Notice of Federal Tax Lien. In this letter we'll also explain your right to appeal the collection action and how you can get a release of the federal tax lien.

We Filed A Notice Of Federal Tax Lien

We filed a Notice of Federal Tax Lien on 04/26/1999 because our records show the following:

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/1991 | 15615.45 |
| 1040 | 12/31/1992 | 14606.76 |
| 1040 | 12/31/1993 | 67060.95 |
| 1040 | 12/31/1994 | 21309.20 |
| 1040 | 12/31/1995 | 20155.73 |
| 6673 | 12/31/1996 | 4329.16 |
| 1040 | 12/31/1990 | 18579.58 |

The lien attaches to all property you currently own and to all property you may acquire in the future. It may also damage your credit rating and hinder your ability to obtain additional credit.

You Have the Right to a Hearing

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, Collection Appeal Rights.

If you want to request a hearing, please complete the enclosed form 12153, Request for a Collection Due Process Hearing, and mail it to:

```
              Internal Revenue Service
              INTERNAL REVENUE SERVICE
              1645 S. 101ST E AVENUE, STOP 5227
              TULSA, OK 74128
```

We must receive your hearing request by 06/02/1999.

Letter 3172(DO) (Rev.11-2000)

How to Get a Release of the Federal Tax Lien

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get your current balance, contact the person whose name and telephone appear at the top of this letter.

We'll also release the lien within 30 days after we accept a bond guaranteeing payment of the amount owed or after we adjust your account based on the decision of your requested hearing. An explanation of how to get a lien released is in the enclosed Publication 1450, Instructions on Requesting a Certificate of Release of Federal Tax Lien.

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

Director, Campus Compliance Operations

Enclosures:
Pub. 1
Pub. 1450
Pub. 1660
Form 668Y, Notice of Federal Tax Lien
Form 12153, Request for a Collection Due Process Hearing

Letter 3172(ALS) (Rev.12-1998)