# FAX

## Department of the Treasury
## Internal Revenue Service



### Confidentiality Notice

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited.

If you have received this communication in error, please notify the sender immediately by telephone, and return the communication at the address below via the United Postal Service. Thank you.

| | |
|---|---|
| Date | July 3, 2001 |
| Number of pages including cover sheet | 10 |

| TO: | Kris Roberson |
|---|---|
| | Internal Revenue Service |
| | Mail Stop 4132 |
| | 55 N. Robinson |
| | Oklahoma City, OK |
| Phone | 405-297-4290 |
| Fax Phone | 405-297-4664 |

| FROM: | Sherry Gottschalk |
|---|---|
| | Ste. 226, MS 4131 |
| | 1645 S. 101st E. Ave. |
| | Tulsa, OK 74128 |
| | ID #73-2690 |
| Phone | 918-581-7030 x249 |
| Fax Phone | 918-581-7093 |

CC:

**REMARKS:**  ☐ Urgent   ☒ For your review   ☐ Reply ASAP   ☐ Please Comment

Sorry it took me so long. I didn't see any notations on the checks, however, a couple of them are payable to "Bondage Breakers Ministries." The checks appear to be deposited to Double D Investments, Inc. accounts at Boatmen's First National Bank, Tulsa, in 1996, then at First Bank Claremore after that.

Good Luck!!!

MEADORS00141