**Duval Charles C**

| | |
|---|---|
| **From:** | Concannon Thomas M |
| **Sent:** | Thursday, March 06, 2003 9:23 AM |
| **To:** | *LDC |
| **Cc:** | Fowler Bobbie J |
| **Subject:** | help needed |
| **Signed By:** | (There were errors displaying the signers of this message, please click on the signature icon for more details.) |

I've been asked to find out if it there is an ongoing promoter action on Lindsey K Springer, 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. We have a referral from a RA in Oklahoma relating to Mr Springer's current and continued non filer status. I performed an internet search and found he has quite a checkered past with promoter involvement in the Omega Group Prime Bank scam, Bondage Breakers Ministry and The Infinity Group Company. Of additional interest is that *he's been appointed by God to do battle with the IRS*. So could be up against some stiff competition if we decide to work him.

Please respond at your earliest convenience regarding our interest to pursue him as a non filer.
Tom Concannon, RA
Area 10 RPC
512-499-5013

**RECEIVED**
Internal Revenue Service

MAR 0 7 2003

SB/SE - Reporting Enforcement
Lead Development Center

03/07/2003