**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

OCT 1 4 2003

MEMORANDUM FOR KEVIN MCCARTHY
ATAT TERRITORY MANAGER

FROM:               Mark A. Jaramillo, Program Manager/s/
                    SB/SE Lead Development Center

SUBJECT:            Lindsey Springer / CI Primary Investigation #150320424
                    IRC §6700 Penalty Investigation

A promoter investigation has previously been authorized by the SB/SE Lead
Development Center on the above named investigation(s). Meanwhile, Criminal
Investigation's (CI) field offices have completed further reviews and may be interested in
a parallel criminal investigation.

CI will contact the ATAT Territory Manager to arrange a Six-Way Conference. Please
do not make any contacts with the subjects of the investigation(s) until contacted by CI.
Normally, CI should make contact with you within 30-days. Should you wish to make
contact with CI regarding the investigation(s) prior to their initiation of a Six-Way
Conference, contact your local CI function and reference the Primary Investigation (PI)
number included above. If you need assistance with contacting CI you can contact your
local fraud referral specialist and they will be available to assist you.

If you have any questions, please contact Lynn Brummelen at (949) 389-4027.

cc: Area 10 PSP ATAT Coordinator
    FRS Manager, Group 4