# MEMORANDUM
# OF
# INTERVIEW

In re: Eddy Patterson
730030040

| | |
|---|---|
| Date/Time: | March 1, 2000 approximately 0925 hours to 0940 hours |
| Place: | National Environmental Service Co<br>12331 East 60th Street<br>Tulsa, Oklahoma<br>(918) 307-1330 |
| Parties: | Eddy Patterson — Subject<br>Don Shoemake — Special Agent IRS/CID<br>Tim Arsenault — Special Agent IRS/CID |

1. On the above date and approximate time listed above, Special Agents DON SHOEMAKE and TIM ARSENAULT of the Internal Revenue Service Criminal Investigation Division (IRS-CID) contacted EDDY PATTERSON at his place of employment. Special Agents SHOEMAKE and ARSENAULT identified themselves to PATTERSON as Special Agents with the IRS-CID and provided their badges and credentials for inspection. PATTERSON was then informed that he was under criminal investigation for failure to file his 1996, 1997 and 1998 federal income tax returns. ARSENAULT then read PATTERSON his Statement of Rights (Non Custody) per document 5661. When asked if he understood his rights PATTERSON stated "Yes" and nodded his head. ARSENAULT then asked PATTERSON if he would answer question at this time. PATTERSON stated he might "say something that would hurt him" and did not want to answer any questions without the presence of an attorney.

2. PATTERSON said DICK CLARK from Dallas, Texas was his advisor and would be in contact with agents. DICK CLARK is not an attorney.

3. PATTERSON also stated he doesn't have anything to hide and would cooperate with the investigation. PATTERSON stated as he understands the law he did not do anything wrong.

4. ARSENAULT then served a Summons to PATTERSON. The Summons was addressed to NATIONAL ENVIRONMENTAL SERVICE for records relating to PATTERSON and his wife JUDITH PATTERSON.

I prepared this memorandum on March 1, 2000, from my recollection and after refreshing my memory from notes made during and immediately after the interview with EDDY PATTERSON.

PA000857

*/s/ Tim Arsenault*
Tim Arsenault
Special Agent IRS / CID

*/s/ Don Shoemake*
Don Shoemake
Special Agent IRS / CID