```
                                    Friday, March 25, 2005,  9:53am
                       REQUESTOR:    30142205
                     ICS HISTORY TRANSCRIPT

  CASE TIN: 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       CASE NAME: LINDSEY K SPRINGER


SYSTEMIC HISTORY: UNDO

REOPENING CIP INVENTORY    ERRONEOUSLY CREATED CIP       00000001
```

---

ACT DT: 09/03/2004 SYS DT: 09/07/2004 CONTACT: OTHER    CREATE ID: 30012713
   GENERAL HISTORY

CI requested copies of photos made copies on discs of the photos taken in compatable format.

---

ACT DT: 09/07/2004 SYS DT: 09/07/2004 CONTACT: OTHER    CREATE ID: 30012713
   GENERAL HISTORY

Provided photo disc to CI.

---

ACT DT: 09/08/2004 SYS DT: 09/08/2004 CONTACT: OTHER    CREATE ID: 30012713
   GENERAL HISTORY

Met with Donna Meadors - she is receiving the summons information today and has meeting scheduled at 9:30 with taxpayer. I will be able to be part of the interview process and make initial contact. I will be provided with copies of the summons documents first thing tommorrow morning which will allow me minimal time to review and develop additional interview questions - reviewing file and developing interview questions for tommorrows meeting. Taxpayer has not filed a return since at least 1990 - all bal dues are SFR and Donna is sure he will challenge the assessments.

---

ACT DT: 09/14/2004 SYS DT: 09/14/2004 CONTACT: OTHER    CREATE ID: 30012713
   GENERAL HISTORY

Spoke with Donna Meadors - she informed taxpayer of my involvement and he was not happy about same - she also informed him that the summonsed info would be provided to me - she is sending third party contacts to all names uncovered through the summons process and will be interviewing them. She did not go

PAGE   9