Internal Revenue Service
Criminal Investigation

# Memorandum of Activity

| | | | |
|---|---|---|---|
| **In Re:** | Eddy Patterson | **Location:** | Office of Steve Knorr |
| **Investigation #:** | 730030040 | | 4815 South Harvard, Suite 525 |
| **Date:** | May 12, 2004 | | Tulsa, OK 74135 |
| **Time:** | Approx. 1:10 P.M. | | |
| **Participant(s):** | Steve Knorr, Attorney for Eddy Patterson | | |
| | Tim Arsenault, Special Agent IRS-CI | | |
| | Gary Benuzzi, Special Agent IRS-CI | | |

On the above date and time, SA Benuzzi and I went to the office of Steve Knorr to pick up the following items:

1. A box containing file folders labeled Lindsey Springer, Oscar Stilley, NESCO and Eddy L. Patterson. The file folders contained loose documents, records and cancelled checks.
2. An Adetech CPU computer, model 52Xmax.
3. When we returned to the office the CPU was turned over to SA Benuzzi for imagining and stored in a secure location.

I certify that the above information clearly reflects the events that took place on the above date and time.

*Tim Arsenault*
Tim Arsenault
Special Agent

*Gary W. Benuzzi*
Gary Benuzzi
Special Agent

I prepared this memorandum on May 13, 2004.

*Tim Arsenault*
Tim Arsenault
Special Agent