**Fred Rice**
Revenue Officer
ID No. 73-0576
SB/SE Division
Stop ~~5144-1412~~ 5113-Rice
55 N. Robinson
Oklahoma City, OK 73102

Office: 405-297-4468   FAX: 405-297-4405

IRS
Internal Revenue Service
www.irs.gov

Lindsey Spring Say back

Please call to schedule appointment 3/4/05 11:00 Am

*Fred Rice*