IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF OKLAHOMA

FILED
DEC 14 1999
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| Eddy L. Patterson ) | |
| and ) | |
| Judy R. Patterson ) | |
| Plaintiffs, ) | |
| v. ) | Civil No 99-CV-0814H(J) |
| JAY BRYCE, REVENUE OFFICER ) | |
| and DISTRICT DIRECTOR ) | |
| INTERNAL REVENUE SERVICE ) | |
| Defendants, ) | |

PLAINTIFFS' REQUEST FOR WITHDRAWAL

The plaintiffs' respectfully request that their Complaint numbered 99-CV-0814H(J) be withdrawn without prejudice.

_____          _____
Eddy L. Patterson                  Judy R. Patterson
11245 S. 67th E. Court             11245 S. 67th E. Court
Tulsa, OK 74008                    Tulsa, OK 74008

mail-no env
CJJ OJJ

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing PLAINTIFFS' request for withdrawal of their Complaint and proposed order have been made on the following by depositing a copy in the United States Mail, postage prepaid, this 13th day of December, 1999.

Stephen C. Lewis, Esquire
United States Attorney
Northern District of Oklahoma
3460 U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103-3809

JEFFREY S. SWYERS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044

Michael J. O'Brien, Esquire
District Counsel
Internal Revenue Service
55 North Robinson, Room 830
Oklahoma City, OK 73102-9233

*Shayla McKenzie*