

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation

*No Attach.*

## CAUTION: ENCLOSURES CONTAIN GRAND JURY INFORMATION

January 6, 2007

The Honorable Eileen J. O'Connor
Assistant Attorney General
Department of Justice, Tax Division
600 E Street, NW, Room 5013
Washington, DC 20530

*Patterson et al. Invest Exp.*

Attn:   Ronald A. Cimino, Chief
        Western Criminal Enforcement Section

Re:          Request for Expansion of Grand Jury Investigation
Concerning:  OSCAR A. STILLEY     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

Dear Ms. O'Connor:

I am referring the matter shown above to your office with the recommendation that approval be given to conduct a grand jury investigation into the activities of OSCAR A. STILLEY insofar as it relates to Title 26 and Title 26-related violations for the years 2000 through 2005. Disclosures of tax return and/or tax return information made herein or in the accompanying enclosures are authorized by 26 U.S.C. § 6103(h)(3)(A).

Based on my review of the information provided by the U.S. Attorney and our examination of the relevant tax records, I find there is reason to believe that federal criminal tax violations have been committed, and that the requested investigation has the potential for significant deterrent potential. I have prepared to commit Internal Revenue Service resources to assist in the investigation of potential Title 26 and Title 26-related violations that OSCAR A. STILLEY may have committed.

The following information is enclosed for your review:

- Listing of persons in this office who have had access to the information in the request.
- Form 9131 and exhibits.
- Evaluation memorandum prepared by a Criminal Tax attorney.

1/9/07

5-59N-7848
2000201076

Please advise me of your decision in this matter. Originals or copies of any correspondence sent to this office should be addressed to me with the notation, "Material to be Opened by Addressee Only." If you have any questions regarding this request, please contact Supervisory Special Agent Bob Taylor or Special Agent Brian Shern at (918) 384-4716.

Sincerely,

Acting Special Agent in Charge
Dallas Field Office  SE:CI:FO:MS:DAL
Criminal Investigation

Enclosures

cc: The Honorable David E. O'Meilia
    United States Attorney
    Northern Judicial District of Oklahoma
    Attn: AUSA Loretta Radford
    110 West 7th Street, Suite 300
    Tulsa, OK  74119

    Richard Rappazzo
    Area Counsel (Criminal Tax)

    Osmun Latrobe
    Senior Attorney (Criminal Tax)

    Bob Taylor
    Supervisory Special Agent (Criminal Investigation)