

**U.S. Department of Justice**
**Tax Division**

Western Criminal Enforcement Section
P.O. Box 972, Ben Franklin Station      (202) 514-5762
Washington, D.C. 20044      Telefax:  (202) 514-9623

EJO'C:RAC:CEPell:ks
5-59N-7848
2000201076

JAN 26 2007



CERTIFIED MAIL - RETURN RECEIPT REQUESTED

David E. O'Meilia, Esquire
United States Attorney
Northern District of Oklahoma
110 West 7th Street
Suite 300
Tulsa, Oklahoma 74119

Attn: AUSA Loretta Ragford

        Re:  Grand Jury Investigation
            Patterson et al. Investigation
            Northern District of Oklahoma
            5-59N-7848
            Concerning: Oscar A. Stilley

Dear Mr. O'Meilia:

    Reference is made to a letter dated January 6, 2007, from the Special Agent-in-Charge, Internal Revenue Service, Dallas, Texas, recommending that this grand jury investigation be expanded to include the above-named individual as a target.

    After careful consideration, the Tax Division has determined that the grand jury investigation should be expanded to include Oscar A. Stilley as a target, and you are requested to initiate such action.  Please refer to the Tax Division transmittal letter dated June 10, 2005, for additional information regarding this investigation.  The procedures contained therein apply to this new target.  If you have any questions about this case, you may contact Tax Division attorney Charles E. Pell at 202-616-3856.  Please acknowledge receipt of this letter and its enclosures.

                      Sincerely yours,

                      EILEEN J. O'CONNOR
                Assistant Attorney General
                      Tax Division

By:  *JKN*

RONALD A. CIMINO
Chief, Western Criminal
Enforcement Section

Enclosure


cc:   Special Agent-in-Charge
      Dallas, Texas

2179582.1