INFORMATION NEEDED TO ISSUE A ND/OK GRAND JURY SUBPOENA

Agent's Name/Agency __BRIAN SHERN / IRS__

AUSA's Name __MELODY NELSON__

Witness Name __OSCAR STILLEY__

Witness Address __7103 Race Track Loop, Fort Smith, AR 72916__
(Address required for all financial institution subpoenas, including zip code)

Name of Grand Jury target __LINDSEY SPRINGER__

Month and panel of GJ Appearance __OCTOBER__

For: __X__ Testimony           __X__ Documents

For documents, give brief description or attachment:

__See Attachment__

*Melody,*
*Please review to*
*make sure attachment*
*& request look ok.*
*Thanks,*
*Brian*

**Is Advice of Rights or target/subject warning needed?    ___ Yes   ___ No __X__

Is Telephone GJ Disclosure language needed?    ___ Yes   __X__ No

Is Voucher needed?    __X__ Yes   ___ No

Is Business Authenticity certificate needed?    __X__ Yes   ___ No

Is information requested on floppy disk?    ___ Yes   __X__ No

Is Financial Institution Warning needed?    ___ Yes   __X__ No
(For 18 U.S.C. §§215, 656, 657, 1005, 1006, 1007, 1014, 1344, 1956 or 1957; OR Chapter 53 of Title 31 or some controlled substance investigation; OR 18 U.S.C. §1341, 1343 (if bank is victim).

Financial records requested are for records pertaining to:
__X__    an individual
_____   small partnership
_____   company
_____   corporation
(NOTE: A separate subpoena will be sent if there are reimbursable and non-reimbursable records)

Today's date __9/22/05__           Service by: __X__ agent   ___ certified mail   ___ fax

AUSA's review & approval initials (required for issuance of subpoena): _____

**TARGET LANGUAGE APPROVED PER 11/7/01 MEMO: _____
DEO / SW / DAH / KPS