AO 110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

# United States District Court

NORTHERN DISTRICT OF OKLAHOMA

TO: Oscar Stilley

## SUBPOENA TO TESTIFY BEFORE GRAND JURY

SUBPOENA FOR:
☒ PERSON      ☒ DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| PAGE BELCHER FEDERAL BUILDING<br>333 West 4th Street, 2nd Floor<br>Tulsa, Oklahoma 74103 | Grand Jury Room, Suite 2182 |
| | DATE AND TIME<br>March 6, 2006 at 9:00 am |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

**SEE ATTACHED.**

Please read the attached and contact Gayla Stewart or Pamela Johnson at 918/382-2700 or 1/888/735-4540 prior to the above date to confirm the actual date and time of your appearance. **IMPORTANT:** You <u>must</u> bring a photo ID to enter the Courthouse building.

This subpoena may be complied with by turning over the requested records to Special Agent Brian Shern, IRS/CID, 1645 South 101st East Avenue, Suite 232, Tulsa, Oklahoma 74128, telephone (918) 581-7050, facsimile (918) 581-7055, prior to the above date and time. Failure to respond can result in contempt of the Grand Jury and may involve criminal charges. **Business Authentication Certificate (attached) should be completed and returned via U.S. Mail to avoid a required court appearance.**

☐ *Please see additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

LFR for DEO/Shern-IRS/asm/GJS #MAR06a.101

| CLERK | DATE |
|---|---|
| PHIL LOMBARDI, Clerk | February 2, 2006 |
| (BY) DEPUTY CLERK<br>J. Col___ | |

| This subpoena is issued on application of the United States of America<br><br>David E. O'Meilia, U.S. Attorney | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br><br>Loretta F. Radford<br>110 West 7th St., Ste. 300<br>Tulsa, Oklahoma 74119<br>(918) 382-2700 |

*If not applicable, enter "none"

ATTACHMENT TO SUBPOENA ISSUED TO: OSCAR STILLEY

FOR THE PERIOD: JANUARY 1, 2000 THROUGH PRESENT

DOCUMENTS UNDER OSCAR STILLEY'S CUSTODY OR SUBJECT TO HIS CONTROL INCLUDING:

Any and all client billing records, contracts, description of services, fee schedules, and estimates for services referencing the name LINDSEY SPRINGER;

Any and all client billing records, contracts, description of services, fee schedules, and estimates for services related to any work performed for any client where LINDSEY SPRINGER helped, assisted, consulted, or provided advice;

Documentation of any money paid, given, transferred, or provided to LINDSEY SPRINGER for any purpose;

Any and all correspondence with LINDSEY SPRINGER related to the above items;

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              1460
RECIPIENT ADDRESS     14799963409
DESTINATION ID
ST. TIME              02/02 17:24
TIME USE              02'14
PAGES SENT            6
RESULT                OK
```



**U.S. Department of Justice**

# DAVID E. O'MEILIA
*United States Attorney*
*Northern District of Oklahoma*

Loretta F. Radford
Assistant United States Attorney

110 West 7th Street, Suite 300          (918) 382-2700
Tulsa, Oklahoma 74119                   Fax (918) 560-7954

February 2, 2006          <u>Faxed and Mailed</u>

Mr. Oscar Stilley
7103 Race Track Loop
Fort Smith, AR 72916
Fax no. (479) 996-3409

Dear Mr. Stilley:

I am in receipt of your letter dated January 31, 2006, requesting an extension of time to produce certain documents pursuant to a Grand Jury Subpoena issued by this office. I have carefully reviewed and considered the reasons stated in your request for an extension. I will agree to an extension of forty-five (45) days from the date you were served with the Grand Jury Subpoena. My records reflect you were served on January 20, 2006. Therefore, I will expect all documents to be tendered on or before March 6, 2006. The attached Grand Jury Subpoena requires you to appear, along with a copy of all documents, at the Grand Jury hearings to begin on March 6, 2006, at 9:00 a.m.

Unless you are able to provide statutory authority requiring reimbursement for your expenses, the Government does not intend to pay any costs or fees associated with the production of documents or your appearance before the Grand Jury.

Sincerely,



U.S. Department of Justice

# DAVID E. O'MEILIA
*United States Attorney*
*Northern District of Oklahoma*

*Loretta F. Radford*
*Assistant United States Attorney*

110 West 7th Street, Suite 300          (918) 382-2700
Tulsa, Oklahoma 74119                    Fax (918) 560-7954

February 2, 2006          Faxed and Mailed

Mr. Oscar Stilley
7103 Race Track Loop
Fort Smith, AR 72916
Fax no. (479) 996-3409

Dear Mr. Stilley:

I am in receipt of your letter dated January 31, 2006, requesting an extension of time to produce certain documents pursuant to a Grand Jury Subpoena issued by this office. I have carefully reviewed and considered the reasons stated in your request for an extension. I will agree to an extension of forty-five (45) days from the date you were served with the Grand Jury Subpoena. My records reflect you were served on January 20, 2006. Therefore, I will expect all documents to be tendered on or before March 6, 2006. The attached Grand Jury Subpoena requires you to appear, along with a copy of all documents, at the Grand Jury hearings to begin on March 6, 2006, at 9:00 a.m.

Unless you are able to provide statutory authority requiring reimbursement for your expenses, the Government does not intend to pay any costs or fees associated with the production of documents or your appearance before the Grand Jury.

Sincerely,

DAVID E. O'MEILIA
United States Attorney

Loretta F. Radford
Assistant United States Attorney

LFR/kao

AO 110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

## RETURN OF SERVICE (1)

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 2-2-06 | |
| SERVED | 2-6-06 | 7103 Race Track Loop, Ft. Smith, Arkansas 72916 |

SERVED ON (PRINT NAME): Oscar Stilley

SERVED BY (PRINT NAME): Anna Montgomery

TITLE: Legal Assistant

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-8-06

Signature of Server: Anna Montgomery

Address of Server:
U.S. DEPARTMENT OF JUSTICE
United States Attorney
Northern District of Oklahoma
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119-1029

ADDITIONAL INFORMATION

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage)
For delivery information visit our website at www.u

OFFICIAL U

Postage $ FE
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total

Sent To: Oscar Stilley
Street: 7103 Race Track Loop
City: Ft. Smith, Arkansas 72916

7005 1820 0001 0169 1142

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oscar Stilley
7103 Race Track Loop
Ft. Smith, Arkansas 72916

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature] ☒ Agent ☐ Addressee
B. Received by (Printed Name): Lilly M. Freeman
C. Date of Delivery: 6 Feb 06
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☒ No

Received FEB 09 2006 US ATTORNEY N.D. OKLAHOMA

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 0169 1142

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(1) As to who may serve a subpoena and the man... Procedure.
(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".