

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

*1Val.*

Criminal Investigation

## CAUTION: ENCLOSURES CONTAIN GRAND JURY INFORMATION

June 3, 2005

The Honorable Eileen J. O'Connor
Assistant Attorney General
Department of Justice (Tax Division)
600 E. NW, Room 5013 BICN Bldg.
Washington, DC 20530

*Patterson Invest.
Exp.*

Attn:   Ronald A. Cimino, Chief Western Enforcement Section

Re:    Title 26 Grand Jury Investigation Expansion
        Concerning:  LINDSEY K. SPRINGER

Dear Mr. Cimino:

I am referring the matter shown above to your office concurring with your request to expand a grand jury investigation.  Based on my review of the information provided by Assistant U. S. Attorney Melody Noble Nelson and our examination of the relevant tax records, I find there is reason to believe that federal criminal tax violations have been committed.  Disclosures of tax return and/or tax return information made herein or in the accompanying enclosures are authorized by 26 U.S.C. § 6103(h)(3)(A).  I have authorized the commitment of Internal Revenue Service resources to assist in the investigation of potential Title 26 and Title 26-related violations that Lindsey K. Springer may have committed for the years 2000 through 2004.

The following information is enclosed for your review:

1. Form 9131 and Exhibits
2. Evaluation memorandum prepared by Criminal Tax attorney.

If you need Criminal Tax Counsel to assist in the evaluation of evidence developed by the grand jury as it relates to Title 26 and Title 26-related offenses, please call me at (214) 413-5919 and I will arrange to have a docket attorney assist you.

*6/8/05*

*5-59N-7848
2000201076*

Originals or copies of an    orrespondence sent to this office s     ld be addressed to me with the notation, "Material to be opened by address only." If you have any questions regarding this memorandum, please contact Supervisory Special Agent William R. Taylor or Special Agent Brian Shern at (918) 581-7050 Ext. 230.

Sincerely,

Michael D. Lacenski
Special Agent in Charge
Dallas Field Office
1100 Commerce Street, DAL 9000
Dallas, TX  75242

Enclosures (2)

Cc:    Richard A. McDonald
       Field Counsel (Criminal Tax)