2:28-2:44
2:56-3:05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America, )
    Plaintiff(s) )
               v. ) Case No. 06-cr-62-TCK
                 ) Date: 6-15-2006
Richard Blackstock, ) Court Time: 2:00 p.m.
    Defendant(s). ) Actual Court Time:

## MINUTE SHEET - ARRAIGNMENT

Paul J. Cleary, U.S. Magistrate Judge     L. Collins, Deputy Clerk     C1

Counsel for Plaintiff: Ken Snoke
Counsel for Defendant: ~~Jeffrey McGrew, Appt.~~ Oscar Stilley, retained (Jeff McGrew will continue as stand-by Counsel)
Age of Defendant: _____ Interpreter: _____ ; [] sworn
Defendant appears in person: [X] with Counsel; [] Counsel waived; [] w/o Counsel;    Defendant: [] Sworn;
Defendant waives: [] Indictment; [] Jury Trial; [] Speedy Trial; [] 30 Days Preparation; [] Separate Representation;
        [] Waivers approved by Court;
Defendant advised of: [X] charge and [] arraigned
Superseding Indictment: [] Read [] Reading waived
[] Defendant acknowledges receipt of Superseding Indictment
[] Petition to enter plea of Guilty sworn and executed
[] Defendant enters guilty plea as to Count(s) ___ of the Superseding Indictment
[X] Defendant enters not guilty plea as to Count(s) ___ of the Superseding Indictment [] Schedule to be entered
[] Defendant withdraws not guilty plea(s) as to Count(s) ___ of the Superseding Indictment
[] Remaining Count(s) to be dismissed at sentencing: ___
[] Defendant relates facts of charge
[] Findings re: Plea Agreement made; [] Findings re: Plea Agreement reserved
[] Defendant adjudged guilty as charged as to Count(s) ___ of the Superseding Indictment
[] Petition [] and Plea Agreement approved and filed in open Court
[] SENTENCE SET _____ at 8:00 a.m. [] PSI ordered
[X] Defendant allowed to stand on present bond; [] Government stipulates, findings made
[] Defendant remanded to custody of U.S. Marshal

Additional Minutes: Waiver of 30 day preparation discussed. Defendant's Counsel states they will not waive. Counsel Conflict discussion. Issues to be addressed before Judge Kern on 6/19/06

CR-01c (5/05)