IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

                         Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

MOTION FOR LEAVE TO FILE OUT OF TIME PROPOSED JURY INSTRUCTIONS

        Lindsey Kent Springer ("Springer") moves the Court to allow him to file his proposed jury instructions 2 days out of time.  Springer was required by order of this Court to submit initial proposed jury instructions to the United States and this Court no later than August 3, 2009.  On August 3, 2009, Springer filed a Motion to allow him additional time to finalize those proposals since trial is set for October 26, 2009 and no party would be prejudiced.  This Court on August 4, 2009, issued an order denying Springer's Motion for the 10 extra days.

        The 2 days was needed to narrow the proposed instructions from over 40 down to just 24 at this point.

        Springer has attached to this Motion his proposed jury instructions as Exhibit A.  If this Motion is Granted what Springer has attached will be exactly what he intends to propose at this stage of the jury instruction battle.

        Therefore, Lindsey Kent Springer respectfully request this Court to Grant

1

him leave to file his proposed jury instructions 2 days out of time.

Respectfully Submitted
/s/ Lindsey K. Springer
Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's

Motion for Leave to File Proposed Jury Instructions 2 days out of time was ecf'd on

August 5, 2009 to:


Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley


/s/ Lindsey K. Springer
Signature