| | |
|---|---|
| **From:** | "Hall, Kathie (USAOKN)" <Kathie.Hall@usdoj.gov> |
| **To:** | "Lindsey Springer" <lindsey@mindspring.com> |
| **Cc:** | "O'Reilly, Charles A. (TAX)" <Charles.A.O'Reilly@usdoj.gov> |
| **Sent:** | Monday, August 17, 2009 5:02 PM |
| **Subject:** | RE: Additional Discovery U.S. v. Springer, Stilley; 09-CR-43-SPF |

Mr. Springer

The additional discovery documents will be available for you this date, 17 Aug. 2009, (as well as the discovery documents that have not yet been picked up) at the United States Attorney's Office for the Northern District of Oklahoma, Tulsa, in our third floor reception area, as stated in my email attached below.

Thank you.

*Kathie M. Hall, ACP*
Legal Assistant, Criminal Division
UNITED STATES ATTORNEY'S OFFICE
110 West Seventh Street, Suite 300
Tulsa, Oklahoma   74119
918.382.2700   X3338
918.560.7954   Fax



This communication is intended for the sole use of the individual to whom it is addressed. This communication is confidential and may contain information that is privileged and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the communication to the address above via the U.S. Postal Service. Thank you.

**From:** Lindsey Springer [mailto:lindsey@mindspring.com]
**Sent:** Monday, August 17, 2009 4:54 PM

8/19/2009

**To:** Hall, Kathie (USAOKN)
**Subject:** Re: Additional Discovery U.S. v. Springer, Stilley; 09-CR-43-SPF

I have made several trips down town to get discovery and the piecemeal discovery places a burden that apparently I must endure but such burden will have to be when I get down there to get it. Thanks, I should be there within the next week or two. Maybe in just a couple days. I presume it will be waiting for me in the front office. If not, let me know where it is so that when I go down town I can come pick it up. Lindsey

----- Original Message -----
**From:** Hall, Kathie (USAOKN)
**To:** Lindsey Springer
**Cc:** O'Reilly, Charles A. (TAX) ; Snoke, Ken (USAOKN)
**Sent:** Monday, August 17, 2009 4:02 PM
**Subject:** Additional Discovery U.S. v. Springer, Stilley; 09-CR-43-SPF

Mr. Springer

This is to advise you that as of this afternoon, there is a packet of additional discovery in *U.S. v. Springer and Stilley*, Case no. 09-CR-43-SPF, waiting for you to pickup in our third floor reception area.

If you have any questions, please call.

Thank you.

*Kathie M. Hall, ACP*

Legal Assistant, Criminal Division

UNITED STATES ATTORNEY'S OFFICE

110 West Seventh Street, Suite 300

Tulsa, Oklahoma   74119

918.382.2700    X3338

918.560.7954    Fax



8/19/2009

This communication is intended for the sole use of the individual to whom it is addressed. This communication is confidential and may contain information that is privileged and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the communication at the address above via the U.S. Postal Service. Thank you.