

October 8, 2009

| | |
|---|---|
| **For:** | LINDSEY KENT SPRINGER |
| **To:** | DOJ |
| | USA |
| | TULSA OK |
| | USA |

| | |
|---|---|
| Sales Person: | 69 |
| Locator: | KTMKUL |
| Customer Number: | DOJALT |

NOTE-THE SERVICE FEE IS THE TRAVEL MGMT CTR
TRANSACTION FEE BILLED TO YOUR AGENCY.  DO NOT
CLAIM THIS AMOUNT ON YOUR TRAVEL VOUCHER. CLAIM
ONLY THE TICKET COST TO YOUR INDIVIDUAL TRAVEL
CARD AS INDICATED BY THE LAST FOUR DIGITS OF YOUR
CARD NUMBER.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TD-YOUR RESERVATION WILL BE TICKETED ON 13OCT
GF-TOTAL OFFICIAL FARE IS 412.90
\*TICKET PURCHASE WITH CA.......9018\*
\*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
\*NAME/INVOICE AND TICKET NUMBERS APPEAR
\*IN THE PRICING BOX
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Thursday  October 15, 2009



```
American Airlines                       Flight Number: 1008
Class of Service:Coach Class Y
Depart: TULSA, OK                       12:50 Pm October 15, 2009
Arrive: DALLAS/F.WORTH,TX               2:00 Pm October 15, 2009
Total Flight Time:                      1 Hour 10 Minutes   Non-Stop
Equipment: McDonnell Douglas MD-80
Meal Service: None
Status: Confirmed                       Confirmation Number: KTMKUL
Reserved Seat: SPRINGER/LINDSEY KENT   17E
ONEWORLD
```

### Thursday  October 15, 2009

```
American Airlines                       Flight Number: 2449
Class of Service:Coach Class Y
Depart: DALLAS/F.WORTH,TX               3:35 Pm October 15, 2009
Arrive: LOS ANGELES,CA                  4:45 Pm October 15, 2009
Total Flight Time:                      3 Hours 10 Minutes   Non-Stop
Equipment: McDonnell Douglas MD-80
Meal Service: Available For Purchase
Status: Confirmed                       Confirmation Number: KTMKUL
Reserved Seat: SPRINGER/LINDSEY KENT   30E
ARR-TERMINAL 4
ONEWORLD
```

**Thursday  October 15, 2009**



```
LOS ANGELES,CA
CROWNE PLAZA CROWNE PLAZA AIRPORT
5985 CENTURY BLVD
LOS ANGELES CA 90045
Phone Number: 1-310-642-7500
Fax Number: 1-310-417-3608
Number of Rooms: 1
Rate: 128.00 USD Per Night
Check In: Oct 15, 2009
Check Out: Oct 16, 2009
Confirmation Number: 67968087
Cancellation Policy: Cancel by 6PM
```

**Friday  October 16, 2009**



| | |
|---|---|
| American Airlines | Flight Number: 2456 |
| Class of Service:Coach Class Y | |
| Depart: LOS ANGELES,CA | 4:35 Pm October 16, 2009 |
| Arrive: DALLAS/F.WORTH,TX | 9:30 Pm October 16, 2009 |
| Total Flight Time: | 2 Hours 55 Minutes   Non-Stop |
| Equipment: 738 | |
| Meal Service: Available For Purchase | |
| Status: Confirmed | Confirmation Number: KTMKUL |
| Reserved Seat: SPRINGER/LINDSEY KENT   19E | |
| DEP-TERMINAL 4 | |
| ONEWORLD | |

**Friday  October 16, 2009**

| | |
|---|---|
| American Airlines | Flight Number: 1410 |
| Class of Service:Coach Class Y | |
| Depart: DALLAS/F.WORTH,TX | 10:10 Pm October 16, 2009 |
| Arrive: TULSA, OK | 11:05 Pm October 16, 2009 |
| Total Flight Time: | 55 Minutes   Non-Stop |
| Equipment: McDonnell Douglas MD-80 | |
| Meal Service: None | |
| Status: Confirmed | Confirmation Number: KTMKUL |
| ONEWORLD | |

| Name | Invoice / Ticket | Base | Tax1 | Tax2 | Tax3 | Total |
|---|---|---|---|---|---|---|
| | | 346.04USD | 25.96US | 14.40ZP | 26.50XT | 412.90 |
| | | | | | Total Amount: | 412.90 |

```
*****************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
******************CWTSATOTRAVEL.COM*******************
**********  IMPORTANT TSA INFORMATION  *************
```

THE TRANSPORTATION SECURITY ADMINISTRATION OF THE

US DEPARTMENT OF HOMELAND SECURITY REQUIRES US TO

COLLECT INFORMATION FROM YOU FOR THE PURPOSE OF WATCH

LIST SCREENING UNDER THE AUTHORITY OF 49 U.S.C.

SECTION 114, AND THE INTELLIGENCE REFORM AND

TERRORISM PREVENTION ACT OF 2004. PROVIDING THIS
INFORMATION IS VOLUNTARY HOWEVER IF IT IS NOT PROVIDED
YOU MAY BE SUBJECTED TO ADDITIONAL SCREENING OR DENIED
TRANSPORT OR AUTHORIZATION TO ENTER A STERILE AREA. TSA
MAY SHARE INFORMATION YOU PROVIDE WITH LAW ENFORCEMENT
OR INTELLIGENCE AGENCIES OR OTHERS UNDER ITS PUBLISHED
SYSTEM OF RECORDS NOTICE. FOR MORE ON TSA PRIVACY
POLICIES, OR TO VIEW THE SYSTEM OF RECORDS NOTICE
AND THE PRIVACY IMPACT ASSESSMENT, PLEASE SEE TSA‡S
WEB SITE AT WWW.TSA.GOV
........ THANK YOU FOR USING CWTSATOTRAVEL ..........
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-700P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
......................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 **************
......................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
......................................
TRANSACTION FEES ARE NONREFUNDABLE
......................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
......................................
GOVERNMENT ISSUED ID IS REQUIRED
......................................
......................................
     TO VIEW ITINERARIES ONLINE PLEASE GO TO
............*** WWW.VIRTUALLYTHERE.COM ***.............
  ADD YOUR SABRE RESERVATION CODE, NAME, AND EMAIL IN
       THE APPROPRIATE BOXES AND ENTER.
......................................
 ...... DON*T FORGET TO CALL THE VACATION CENTER ......
 .... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
 .......... GO TO SATOVACATIONS.COM TODAY ........
 ...... AND SIGN UP FOR THE VACATION NEWSLETTER......
NO CODESHARE OR COMMUTER FLIGHTS ON THIS ITIN
-----------------------IF CANCELLING------------------
CANCEL BEFORE 6PM LOCAL HOTEL TIME ON ARRIVAL DATE OR
CREDIT CARD WILL BE BILLED
PASSENGER REQUESTED THE USE OF THE CBA - DAVID DERRINGTON