UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>　　　　　　　　Plaintiff,<br>vs.<br>Lindsey Kent Springer, Oscar Amos Stilley,<br>　　　　　　　　Defendant(s). | Case Number: 09-CR-043-SPF<br>Proceeding: Jury Trial<br>Date: 10-26-2009 to 11/16/09<br>Total Time:　Hrs　Min |

**MINUTE SHEET - CRIMINAL TRIAL**

Stephen P. Friot, U.S. District Judge　　　P. Lynn, Deputy Clerk/ C. Smith　　　Tracy Washbourne, Reporter

Counsel for Plaintiff: Ken Snoke, Charles O'Reilly　　　Counsel for Defendant: Pro Se (Robert Williams, Robert Burton - Stand By)
Case Agent: Brian Shern

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appears in person: | [x] | Pltf. | [x] | Deft. | [x] | Parties announce ready | [x] | Jury impaneled & admonished |
| Opening Statement: | [x] | Pltf. | [x] | Deft 01 | [x] | Rule is invoked | [x] | Deft. Stilley defers until close of Pltf. case (made 11/5 4:05) |
| | [x] | Plaintiff presents case in chief with testimony of witnesses | | | | | | |
| Exhibits admitted: | [x] | Pltf. | [x] | Deft. | [x] | Plaintiff rests 11/5 4:00 pm | | |
| Motion for: | [ ] | Pltf. | [x] | Deft. | [x] | Judgment of Acquittal | [x] | denied |
| | [x] | Defendants present case in chief with testimony of witnesses and rest 11/12 4:05 | | | | | | |
| Renew Motion for: | [ ] | Pltf. | [x] | Deft. | [x] | Judgment of Acquittal | [x] | denied |
| | [x] | Parties rest 11/12 4:05 | | | [x] | Closing Arguments (30/45/45/15) 11/13 11:55 | | |
| | [x] | Court instructs Jury 11/12 4:05 | | | [x] | Bailiff sworn 11/13 11:55 | [x] | Jury deliberates 11/13 12:00 |
| Jury returns: | [x] | verdict 11/16 2:15 | [ ] | hung verdict | | | [x] | is polled　[x] is discharged |
| Jury finds both Defendants: | | | [x] | Guilty, as to all Cts | [ ] | Not Guilty, as to Ct.(s) ___ | | |
| | [x] | Case referred to Probation Office for Presentence Investigation Report | | | | | | |

Sentencing to be set at a later date

Defendants:　　　[x] stand on bond as supplemented by court, to include electronic monitoring　　　[ ] remanded to USM

　　　[ ] Exhibits returned to Parties (including Govt Exh 2 and 2a, Depo of Vikki Wiggins returned to govt)

　　　[x] Ordered that Jury lunch/dinner paid for at Government expense on: 10/29/09 - 7 jurors, 11/13 - all jurors, 11/16 - all jurors

**Additional Minutes:**

10/26/09 2:00 pm James Hearing held. Witnesses heard (Brian Shern), exhibits admitted for hearing only (Govt exh 582, 675-680,690, 691,693,694,695; Deft's Exh 85). Court finds for Government re: conspiracy.

10/27 - Rulings w/o jury on Transcript of Vikki Wiggins.; Docket Entries 210 and 219 are Overruled

10/28 - Discussion w/o jury setting Daubert Hrg. For 5:30 p.m. on 11/3. On the record discussions in conference room in re: Juror #8.

10/29 - Parties discuss with Court the release of records custodian, Mr. Pauk; Parties stipulate as to the records. Court releases witness and admits Exhibit 294. 11:40 - Court orders that due to the inclement weather, that lunch be purchased for 7 jurors. Court denies Defts' Mots. Limine #s145&149 as

previously addressed in James Hearing. -10:25 Discussion outside presence of jury re: Govt's Limine motion as to admissibility of X-exam of 1979 GJ indictment which was dismissed, is denied with caveat

10/30 - - 4:10 Discussion regarding jury instructions. Parties to file objs. To instructions by 8:30 a.m. on 11/3. Supplemental trial briefs may be filed by same date.

11/2/09 - 9:00 -Court orally grants Deft Springer to have one subpoena issued for a local witness. Defendant to pay all fees associated with same. 1:15 - Juror #9 having family emergency. Conf held re: same 1:45 and jury dismissed for day. Prelim Jury Instruct Conf held 2:00-2:25. Parties to file Supplemental Request on Venue Instruction by 8:30 on 11/6/09. 2:55 - Daubert hearing held re: Brian Miller. Court rules on same.

11/3 - 5:10 - hearing held re: defendant's self-representation

11/4 - 5:00 - Ex parte hearing on Defendant Springer's proffer of evidence for direct examination. 5:10 - Defendant Springer makes proffer in open court without jury. Court rules on proffer.

11/5 - 8:15 - Instruction conference held. Ct Exhibit #1 - Gifts-Minister instruction. 9:15 - conference re: in custody witnesses and juror #8. Court enters order re: witnesses. Juror arrives and trial begins at 9:30. 4:55 - Without jury, Motions made to court. Parties have until Sunday 1:00 pm to file venue instruction

11/9 - 8:55-9:05 - Hearing on venue instruction without jury. 3:50 - 4:05 - Hearing without jury re: defendants testifying. 5:00 Hearing without jury re: questioning of Stilley. 5:20 - preliminary instruction conference. 5:35 continued instruction conference.

11/10 - 8:55 - 9:05 - Hearing on Springer's testimony without jury. 1:10 - 1:20 - Instruction conference without jury

11/16 - 2:55 - Following verdict, Springer's Motion to Reconsider (#224, joined by Stilley 232) addressed. Govt to respond by 12/11/09. Reply 10 days later.

Court Time

| 10/26 | 10/26 | 10/27 | 10/28 | 10/29 | 10/30 |
|---|---|---|---|---|---|
| Jury Selection | James Hrg | 9:00 - 10:40 | 9:00 - 10:30 | 9:00 - 12:05 | 9:00 - 10:30 |
| 9:25-11:20 | 2:00-3:35 | 10:50 - 12:25 | 10:50 - 12:00 | 1:20 - 3:00 | 10:50 - 11:55 |
| 11:45-1:05 | 3:50-5:25 | 1:25 - 2:50 | 1:15 - 2:30 | 3:20 - 5:00 | 1:05 - 2:55 |
| 3'15" | 3'10" | 3:05 - 5:00 | 3:00 - 5:00 |  | 3:10 - 4:30 |
| 11/2 | 11/3 | 11/4 | 11/5 | 11/9 | 11/10 |
| 9:00-10:35 | 9:00-10:30 | 9:00 - 10:30 | 8:15 - 8:50 | 8:55 - 10:40 | 8:55 - 10:30 |
| 10:50-12:05 | 10:50-12:05 | 10:50 - 12:05 | 9:15-10:35 | 10:50 - 12:10 | 10:45 - 12:00 |
| 1:15-1:20 | 1:15-3:05 | 1:15 - 3:10 | 10:50-12:15 | 1:15 - 3:05 | 1:10-1:20 |
| 1:45-2:25 | 3:15-5:00 | 3:20 - 4:50 | 1:15-1:50 | 3:20 - 5:10 | 1:25 - 3:35 |
| 3:00-4:45 | 5:10-5:35 | 5:00 - 6:50 | 2:00 - 3:20 | 5:20 - 5:25 | 3:50 - 5:05 |
| 5'20" | 6'45" | 8'00" | 3:40 - 5:20 | 5:35 - 5:55 | 6'20" |
|  |  |  | 6'55" | 7'10" |  |
| 1 | 11/12 | 11/13 | 11/16 |  |  |
|  | 9:00 - 10:20 | 9:00 - 9:40 | 10:45 - 10:55 |  |  |
|  | 10:25 - 12:05 | 9:50 - 11:10 | 2:25 - 2:40 |  |  |
|  | 1:20 - 3:35 | 11:20-12:05 | 2:50 - 3:20 |  |  |
|  | 3:50 - 5:15 | 2:45 - 2:55 | 55" |  |  |
|  | 5:25 - 6:10 | 5:40 - 5:50 |  |  |  |
|  | 7'25" | 3'05" |  |  |  |