# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | EXHIBIT AND WITNESS LIST |
|---|---|
| Plaintiff, | |
| v. | Case Number 09-cr-043-SPF |
| LINDSEY KENT SPRINGER, and | |
| OSCAR AMOS STILLEY, | |
| Defendants. | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| Stephen P. Friot, United States District Court Judge | Charles O'Reilly, Special Assistant U.S. Attorney<br>Kenneth Snoke, Assistant U.S. Attorney | Lindsey Kent Springer, Pro se<br>Oscar Amos Stilley, Pro se |
| TRIAL DATES<br>October 26 through November , 2009 | COURT REPORTER | COURTROOM DEPUTY |

| Plf. No. | Def. No. | Date Offered | Marked | Offered | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/27 | | | Philip Roberts  10/27 – 10:05 – 11:25 |
| 2 | | 10/27 | | | Deb Barham, IRS Service Center Representative  3:25 – 4:20 |
| 3 | | 10/27 | | | Oklahoma Tax Commission, Bruce Smith  3:05 – 3:10 |
| 4 | | 10/27 | | | Brenda Frederiksen  1:25 – 2:00 |
| 5 | | 10/27 | | | Kenneth Delozier, Checks Cashed  11:25 – 12:15 |
| 6 | | 10/27 | | | Martin Dingman  2:00 – 2:50 |
| 7 | | 10/27 10/28 | | | SA Daniel Sivils, IRS-CID (4:35 – 5:00) (9:00 – 11:10) |
| 8 | | 10/27 | | | Chris Simpkins, Arvest Bank  3:10 – 3:25 |
| 9 | | 10/28 | | | Robert Pugh, Arkansas Tax Commission  11:10 – 11:15 |
| 10 | | 10/28 | | | Shantel Etienne, Bank of America  11:15 – 11:25 |
| 11 | | 10/27 | | | Cara Westerfeld  4:20 – 4:35 |
| 12 | | 10/30 | | | Regina Carlson  10:10 – 11:30 |
| 13 | | 10/30 | | | W.T. Smith  9:40 – 9:55 |
| 14 | | | | | First United Bank, Custodian of Records |
| 15 | | | | | TDS Telecom, Custodian of Records |
| 16 | | 10/30 | | | Tiffini Berman  11:30 – 11:50  1:05 – |
| 17 | | | | | Robert Cavins |
| 18 | | 10/ | | | Green County Imports, Custodian of Records |
| 19 | | 10/29 | 10/30 | | James Lake  3:45 – 5:00 / 9:00 – 9:10 |
| 20 | | 10/29 | | | Eddy Patterson  9:55 – 3:25 |
| 21 | | 10/29 | | | Judith Patterson  3:25 – 3:45 |
| 22 | | 10/30 | | | Salvatore Pizzino  9:10 – 9:35 |
| 23 | | 10/30 | | | Earthlink, Custodian of Records  Candeda Gibson  2:25 – |

Page 1 of 2

Parties stipulated as to testimony of witness Pauk.

| Plf. No. | Def. No. | Date Offered | Marked | Offered | DESCRIPTION OF EXHIBITS AND WITNESSES | | |
|---|---|---|---|---|---|---|---|
| 24 | | 10/28 | | | Vikki Wiggins (Video Deposition) 11:30 — | | 2:15-2:20 |
| 25 | | 10/30 | | | JP Morgan Chase Bank, Custodian of Records Russell Locke | | |
| 26 | | 10/30 | 3:50 | 4:10 | Metro Builder Supply, Custodian of Records John West | | 3:50-4:10 |
| 27 | | 10/30 | 2:30 | 2:35 | CC Bill, LLC, Custodian of Records Marcus Bohn | | 2:30-2:35 |
| 28 | | 11/3 | 9:00 | 9:15 | Epoch (Paycom.net LLC), Custodian of Records Adriana Dulic | | |
| 29 | | 11/4 | 9:20 | 12:00 | Hawkins, Aruthur | | |
| 30 | | 11-4 | 1:35 | 3:00 | Hawkins, Cynthia | Matt Thomas | |
| 31 | | 10/30 | 2:35 | 3:10 | Oklahoma Foreign Auto Sales, Custodian of Records | 2:35 — | |
| 32 | | | | | Ernest Swisher | | |
| 33 | | 11-3 | 11:10 | 3:30 | Patrick Turner | | |
| 34 | | 10/30 | 3:40 | 3:50 | Jason Carter, Carter Numismatics | | 3:40 — |
| 35 | | 10/30 | 3:10 | 3:15 | Security Bank, Custodian of Records Regina Hicks | | 3:10-3:15 |
| 36 | | 11-3 | 10:50 | 11:10 | Samuel Snyder | | |
| 37 | | 10/30 | 3:30 | 3:40 | Gibson Homes, Custodian of Records Denise Holm | | 3:30 — |
| 38 | | 10/30 | 3:20 | 3:30 | Lexus of Tulsa, Custodian of Records Darren Murdock | | 3:20-3:30 |
| 39 | | | | | Citizens Bank, Custodian of Records | | |
| 40 | | | | | Guy Francis | | |
| 41 | | 11-2 | 10:55 | 11:40 | Andrew Ouwenga | | |
| 42 | | 11-2 | 11:40 | 11-3 9:00 | Laurel Gardner | | |
| 43 | | | | | Larry Simmons | | |
| 44 | | 11-3 | 10:00 | 10:30 | Bruce Weber Precious Jewels, Custodian of Records - Shelly Byrne | | |
| 45 | | | | | Ed Bryson | | |
| 46 | | 11/2 | 9:05 | 9:20 | Campbell Chevrolet, Custodian of Records - Troy Campbell | | |
| 47 | | 10/30 | 1:20 | 1:45 | Michael Burt  1:20 — 1:45 | | |
| 48 | | | | | Brian DiMercuiro | | |
| 49 | | 11-3 | 3:30 | 3:45 | Ronald Young | | |
| 50 | | 11-3 | 3:45 | 3:50 | Russell Young | | |
| 51 | | 11/3 | 9:15 | 9:30 | LCM Motor Cars, Custodian of Records -Dennis Parrish | | |
| 52 | | 11/3 | 9:30 | 9:45 | Meadowbrook Country Club, Custodian of Records -Libby Meyer | | |
| 53 | | 11/2 | 9:40 | 10:55 | Denny Patridge | | |
| 54 | | | | | Charles Looney | | |
| 55 | | 11/4 | 4:40 | 4:55 | Barbara Hodsden | | |
| 56 | | 10/30 | 1:45 | 2:10 | Hamlet Bennett  1:45 — 2:10 | | |
| 57 | | 11/3 | 9:45 | 10:00 | Walter Bolthouse | | |
| 58 | | 10/30 | 4:00 | | Joe Cooper Ford, Custodian of Records  4:00 — | | |
| 59 | | 11-3 | 3:50 | 4:40 | Lawrence Logsdon | | |
| 60 | | | | | Mark Zokle | | |
| 61 | | | | | Nate Colter | | |
| 62 | | 11/4 | 3:20 | | SA Brian Shern, IRS-CID | | |
| 63 | | 10/30 | | | Claudia Reynolds  9:55 — 10:10 | | |
| | | 10/30 | | | Wayne Pitts  3:15 - 3:20 | | |

11/2  9:20  9:40  Denise Kohler - Farmers Bank, Arkansas
11/2  3:10  Brian Miller (Daubert hearing) and 11/5 9:30

11/4  9:00-9:15  Kathy Beckner