**Hall, Kathie (USAOKN)**

| | |
|---|---|
| From: | Hall, Kathie (USAOKN) |
| Sent: | Friday, October 16, 2009 3:58 PM |
| To: | 'Oscar Stilley' |
| Cc: | O'Reilly, Charles A. (TAX); Snoke, Ken (USAOKN) |
| Subject: | Additional Discovery |

Mr. Stilley

I am sending, via Fed-ex, a CD of additional discovery documents. The package should arrive at the Western District of Arkansas United States Attorney's Office sometime Monday morning. Please contact Legal Assistant Karen Gentry to check on package delivery before driving over. If you have any questions, please call.

Thank you.

*Kathie M. Hall, ACP*
Legal Assistant, Criminal Division
UNITED STATES ATTORNEY'S OFFICE
110 West Seventh Street, Suite 300
Tulsa, Oklahoma   74119
918.382.2700   X3338
918.560.7954   Fax



*This communication is intended for the sole use of the individual to whom it is addressed. This communication is confidential and may contain information that is privileged and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the communication at the address above via the U.S. Postal Service. Thank you.*

**Hall, Kathie (USAOKN)**

| | |
|---|---|
| **From:** | Hall, Kathie (USAOKN) |
| **Sent:** | Friday, October 16, 2009 4:00 PM |
| **To:** | 'Lindsey Springer' |
| **Cc:** | O'Reilly, Charles A. (TAX); Snoke, Ken (USAOKN) |
| **Subject:** | Additional Discovery |

Mr. Springer

A CD with additional discovery materials is ready for you to pick up. The materials may be picked up on our 3rd floor reception area, at the United States Attorney's Office, 110 West Seventh, Suite 300, Tulsa, OK. If you have any questions, please call.

Thank you.

*Kathie M. Hall,* ACP
Legal Assistant, Criminal Division
UNITED STATES ATTORNEY'S OFFICE
110 West Seventh Street, Suite 300
Tulsa, Oklahoma   74119
918.382.2700   X3338
918.560.7954   Fax



*This communication is intended for the sole use of the individual to whom it is addressed. This communication is confidential and may contain information that is privileged and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the communication at the address above via the U.S. Postal Service. Thank you.*