UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 09-CR-043-JHP ) |
| LINDSEY KENT SPRINGER, OSCAR AMOS STILLEY, | ) ) ) |
| Defendants. | ) ) |

## RECEIPT

On 10/21/09, I received digital discovery evidence on one (1) CD disc; labeled as follows: **09-CR-043-SPF, 10-15-09**

Including scanned documents with the following Bates #s:

- **GJ 01501 through GJ 01697,** consisting of two documents inadvertently not included with the Patricia Turner Grand Jury Transcript provided in the initial discovery, the Grand Jury Transcript of Eddy Patterson from 2002, and the Grand Jury Transcript of Judith Patterson from 2004

- **MOI 00252 through MOI 00440,** consisting of documents related to the interviews of Ernest Swisher, Laurel Gardner, Karen Ouwenga, Tiffini Berman, Brenda Frederiksen, Judith Patterson, Salvatore Pizzino, and Melissa Pizzino

- **SUBPOENA 01032 through SUBPOENA 01085,** consisting of additional documents provided by Campbell Chevrolet, Earthlink, and First United Bank

- **SW 04753 through SW 04755**, consisting of three documents from LCM Motorcars inadvertently not included with the seized search warrant documents provided in the initial discovery regarding the Defendants above, from Assistant United States Attorney, Kenneth P. Snoke and Special Assistant United States Attorney, Charles A. O'Reilly. The password to open this CD is 09-cr-043-SPF.

_____
LINDSEY SPRINGER, Pro Se

WITNESS: 10/21/09 *amg*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Received
OCT 27 2009

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-CR-043-JHP |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## RECEIPT

On __10-22-09__, I received digital discovery evidence on one (1) CD disc; labeled as follows: **09-CR-043-SPF, 10-15-09**

Including scanned documents with the following Bates #s:

- **GJ 01501 through GJ 01697,** consisting of two documents inadvertently not included with the Patricia Turner Grand Jury Transcript provided in the initial discovery, the Grand Jury Transcript of Eddy Patterson from 2002, and the Grand Jury Transcript of Judith Patterson from 2004

- **MOI 00252 through MOI 00440,** consisting of documents related to the interviews of Ernest Swisher, Laurel Gardner, Karen Ouwenga, Tiffini Berman, Brenda Frederiksen, Judith Patterson, Salvatore Pizzino, and Melissa Pizzino

- **SUBPOENA 01032 through SUBPOENA 01085,** consisting of additional documents provided by Campbell Chevrolet, Earthlink, and First United Bank

- **SW 04753 through SW 04755,** consisting of three documents from LCM Motorcars inadvertently not included with the seized search warrant documents provided in the initial discovery regarding the Defendants above, from Assistant United States Attorney, Kenneth P. Snoke and Special Assistant United States Attorney, Charles A. O'Reilly. The password to open this CD is 09-cr-043-SPF.

_____
**OSCAR AMOS STILLEY**
7103 Race Track Loop
Ft. Smith, AR 72901

WITNESS: _____