IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

       Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

       Defendants

CERTIFICATION OF COUNSEL

I, Lindsey Kent Springer ("Springer"), not within any internal revenue district encompassing the State of Oklahoma, or within any territorial jurisdiction of the United States, and living in the State of Oklahoma, files this certificate of counsel under Title 28, Section 144, accompanying an affidavit thereunder, and do herein CERTIFY that the affidavit filed under Title 28, Section 144 is made in good faith for the reasons stated therein.

       Respectfully Submitted

       /s/ Lindsey K. Springer
       <u>Lindsey K. Springer</u>
       5147 S. Harvard, # 116
       Tulsa, Oklahoma 74135
       918-748-5539/955-8225(cell)

1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Certification under Title 28, Section 144 was ecf'd on December 28, 2009 to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

<u>/s/ Lindsey K. Springer</u>
Signature