UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

**FILED**
SEP 1 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-CR-0055-EA |
| ) | |
| JUDITH RAY PATTERSON, ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Government's Motion for Sentencing Relief, and for good cause shown, the Government's Motion for Sentencing Relief shall be granted.

IT IS ORDERED that the Court will grant a sentence reduction of six (6) levels from her original offense level of fifteen (15) at the time of sentencing to a level nine (9) pursuant to Rule 35(b)(1) of the Federal Rules of Criminal Procedure. The Court further finds that the defendant is a Criminal History Category I which would provide a sentencing range of 4-10 months (Zone B).

Based upon the facts in the original Presentence Investigation Report and the additional information provided by the United States in their Rule 35 motion, the Court reduces the sentence of Judith Ray Patterson to four (4) months.

Dated this 1st day of September, 2004.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE