Exhibit 1 attached herein filed with the clerk's office and is a sealed grand jury transcript of Judith Patterson dated October 6, 2004 and says in the Matter of Grand Jury Investigation of Lindsey K. Springer and Oscar A. Stilley.