# ATTACHMENT A

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LINDSEY KENT SPRINGER | Tenth Circuit Case No. 09-5165 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for <u>United States of America,</u>
Appellant/Petitioner or Appellee/Respondent in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

√ There are no such parties, or any such parties have heretofore been disclosed to the court.

<u>Kenneth P. Snoke, Assistant United States Attorney</u>    _____
Name of Counsel                                                                          Name of Counsel

<u>  /s/ Kenneth P. Snoke                      </u>                             _____
Signature of Counsel                                                                   Signature of Counsel

United States Attorney's Office                                              Mailing Address and Telephone Number
110 West Seventh St., Suite 300
Tulsa, OK 74119                                                                       E-Mail Address _____
(918) 382-2700
ken.snoke@usdoj.gov

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

December 3, 2009          via   ecf

to:   Jerold Barringer, Attorney     Alan Hechtkopf
       Counsel for Petitioner             Alexander P Robbins         <u>/s/ Kenneth P. Snoke                       </u>
                                                     Counsel for Respondent              (Signature)

(*See* Fed. R. App. P. 25(b))


**A-5**  Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| v. | Case No. |

**Certificate of Interested Parties**

_____

  The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

      (Attach additional pages if necessary.)