IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ARTHUR M. HAWKINS, | ) | |
| | ) | |
| Petitioner-Defendant, | ) | |
| | ) | |
| vs. | ) | No. 04-cv-782-DRH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent-Plaintiff. | ) | |

## JOINT STATUS REPORT

Petitioner-Defendant Arthur M. Hawkins, by and through his attorneys, Susan G. James, and Respondent-Plaintiff United States of America, by and through its attorneys, A. Courtney Cox, United States Attorney for the Southern District of Illinois, and William E. Coonan, Assistant United States Attorney, respectfully file their joint status report in accordance with this Court's Order of January 6, 2008 (Doc. No. 32).

1. The parties are in contact with each other and have been discussing the status of the case as well as the possibility of the filing of a substantial assistance motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

2. Approximately two years ago, Mr. Hawkins started assisting on a matter in another district. The prosecutor from the other district has just been replaced. The new prosecutor will need additional time to consider the matter. The parties believe that a possibility exists that, depending on Mr. Hawkins' assistance, that the motion before this Court may become moot.

3. The parties request ninety (90) days in which to attempt to gauge the time needed to resolve outstanding issues in this case. This is an ongoing investigation. On or before the 90 day period, the parties will report the status of the case to the Court with a hoped-for resolution of the case.

Wherefore, the parties respectfully file their status report.

Respectfully submitted,

| | |
|---|---|
| ARTHUR M. HAWKINS | A. COURTNEY COX |
| Petitioner-Defendant | United States Attorney |
| | Southern District of Illinois |
| | |
| /s/ Susan G. James (with consent) [1] | /s/ William E. Coonan |
| SUSAN G. JAMES | WILLIAM E. COONAN |
| Attorney at Law | Assistant United States Attorney |
| 600 South McDonough Street | Nine Executive Drive |
| P.O. Box 198 | Fairview Heights, Illinois  62208-1344 |
| Montgomery, Alabama  36104 | 618.628.3700 (telephone) |
| 205.269.3330 (telephone) | 618.622.3810 (fax) |
| 205.269.3334 (fax) | Liam.Coonan@usdoj.gov |
| sgjamesandassoc@aol.com | |

Of Counsel:

ROBERT JOE McLEAN
Attorney at Law
1330 21st Way South, Suite 200
Birmingham, Alabama 35205
205.933.1250 (telephone)
205.969.5526 (fax)
JoeMcLeanLaw@bellsouth.net

---

[1] On January 20, 2008, at 4:52 p.m., Attorney Susan G. James, via Attorney Robert Joe McLean, gave her consent for AUSA Coonan to sign on her behalf.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ARTHUR M. HAWKINS, | ) | |
| | ) | |
| Petitioner-Defendant, | ) | |
| | ) | |
| vs. | ) | No. 04-cv-782-DRH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent-Plaintiff. | ) | |

**CERTIFICATE OF SERVICE**

Pursuant to SDIL-LR 7.1(b) and E-Filing Rule 8, I hereby certify that on January 20, 2009, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following individual:

Susan G. James, Esq., Attorney for Petitioner: sgjamesandassoc@aol.com

Respectfully submitted,

A. COURTNEY COX
United States Attorney
Southern District of Illinois


*/s/ William E. Coonan*
WILLIAM E. COONAN
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois  62208-1344
618.628.3700 (telephone)
618.622.3810 (fax)
Liam.Coonan@usdoj.gov

3