# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 25, 2010

Mr. Lindsey K. Springer
5147 South Harvard
No. 116
Tulsa, OK 74135

    Re:   In Re Lindsey Kent Springer, Petitioner
            No. 09-8701

Dear Mr. Springer:

    The petition for a writ of mandamus in the above entitled case was filed on January 21, 2010 and placed on the docket January 25, 2010 as No. 09-8701.

    A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

William K. Suter, Clerk

by

Sandy Spagnolo
Case Analyst

Enclosures