## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S** |
| v. | ) | **EXHIBIT AND WITNESS LIST** |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | Case No.    09-CR-043-SPF |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| STEPHEN P. FRIOT | CHARLES O'REILLY, SAUSA<br>KENNETH SNOKE, AUSA | LINDSEY SPRINGER, Pro se<br>OSCAR STILLEY, Pro se |
| **SENTENCING DATE** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| April 21, 2010 | TRACY WASHBOURNE - (405) 609-5505 | LORI GRAY - (405) 609-5502 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | 4-21 | Brian Miller, Revenue Agent, Internal Revenue Service |
| | | | | 4-21 | Brian Shern, Special Agent, Internal Revenue Service |
| | | | | | |
| 3 | | | | | Believers Broadcast Corporation check #17851 payable to Bondage Breakers for $5,000; Lea County Cashier's Check #30535 payable to Bondage Breakers Ministries for $8,000 |
| 4 | | | | | Bank of America Cashier Check #2002184783 payable to Bondage Breakers for $12,000 |
| 5 | | | | | Ortho/Neuro Medical Assoc. check #4188 payable to Lindsey Springer for $25,000 |
| 6 | | | | | Ortho/Neuro Medical Assoc. check #4288 payable to Lindsey Springer for $10,000 |
| 7 | | | | | Ortho/Neuro Medical Assoc. check #4340 payable to Lindsey Springer for $10,000 |
| 8 | | | | | First National Bank (replace chk #4347 - remitter Ortho/Neuro Medical Assoc.) payable to Lindsey Springer for $25,000 |
| 9 | | | | | Eddy or Judith Patterson check #3868 payable to Lindsey Springer for $10,000 |
| 10 | | | | | Eddy or Judith Patterson check #3889 payable to Lindsey Springer for $10,000 |
| 11 | | | | | Garlin Assoc. Ministries check #3192 to Bondage Breakers for $10,000 |
| 12 | | | | | Manufacturers Bank Cashier Check #148198 payable to Lindsey Springer for $10,000 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 13 | | | | | Manufacturers Bank Cashier Check #148199 payable to Lindsey Springer for $10,000 |
| 14 | | | | | Eddy or Judith Patterson check #3943 payable to Lindsey Springer for $10,000 |
| 15 | | | | | DVAT check #369 payable to Lindsey Springer for for $10,000 |
| 16 | | | | | Garlin Assoc. Ministries check #3881 to Lindsey Springer $17,500; The Morning Star Trust check #2098 payable to Lindsey Springer for $50 |
| 17 | | | | | Garlin Assoc. Ministries check #3882 to Lindsey Springer $17,500 |
| 18 | | | | | Roberts Chiropractic Center check # 5457 payable to Lindsey Springer for $10,000 |
| 20 | | | | | Windyhill Management Company Trust check #2197 payable to Bondage Breakers Ministry for $400; Chippewa Trail Lodge check #1430 payable to Bondage Breakers Ministries for $13,000 |
| 21 | | | | | Chippewa Trail Lodge check #1432 payable to Bondage Breakers Ministries for $5,000 |
| 22 | | | | | Cynthia Hawkins check #0094 payable to Bondage Breakers Ministries for $30,000 |
| 23 | | | | | Cynthia Hawkins check #561 payable to Bondage Breakers Ministries for $37,000 |
| 24 | | | | | Chippewa Trail Lodge check #1022 payable to Bondage Breakers Ministries for $35,000 |
| 25 | | | | | Arkansas IOLTA Foundation Trust Acct. check #634 payable to Jerold Barringer for $668.75; Arkansas IOLTA Foundation Trust Acct. check #635 payable to Lindsey Springer for $14,539 |
| 26 | | | | | Arkansas IOLTA Foundation Trust Acct. check #641 payable to Lindsey Springer for $35,000; Arkansas IOLTA Foundation Trust Acct. check #642 to Jerold Barringer for $193.75 |
| 27 | | | | | Salvatore Pizzino and Melissa Pizzino check #567 payable to Lindsey Springer for $6,500 |
| 28 | | | | | Michael P. Burt check #7650 payable to Bondage Breakers Ministry for $7,500 |
| 29 | | | | | Compass Rose Enterprise check#1062 payable to Bondage Breakers for $3,750 |
| 30 | | | | | Sierra Foundation Mgmt., LLC check #963 payable to Bondage Breakers Ministries for $7,500 |
| 31 | | | | | Cynthia Hawkins check #893 payable to Bondage Breakers Ministries for $12,500 |
| 32 | | | | | Paragon Bank and Trust check #0007 payable to Lindsey Springer for $50,000 |
| 33 | | | | | Superior Bank Cashier's Check #1043 payable to Lindsey Springer for $20,000 |
| 34 | | | | | Superior Bank Cashier's Check #1044 payable to Lindsey Springer for $20,000 |
| 35 | | | | | Superior Bank Cashier's Check #1045 payable to Lindsey Springer for $20,000 |
| 36 | | | | | Superior Bank Money Orders withdrawn  IOLTA account totaling $18,000 |
| 37 | | | | | CitiBank check #233784633 (remitter Russell Young) payable to Lindsey Springer for $7,500 |
| 38 | | | | | Mayberry 2000, LLC check #1969 payable to Bondage Breakers Ministries for $45,000 |
| 39 | | | | | Sierra Foundation Mgmt, LLC check #983 payable to Bondage Breakers Ministry for $10,000 |
| 40 | | | | | Lone Star Enterprises Holding Trust check #1017 payable to Lindsey Springer for $25,000 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 41 | | | | | Friendship Enterprises check #1472 payable to Bondage Breakers Ministry for $500 |
| 42 | | | | | Shelby County State Bank Cashier Check #088193 (remitter Denny Patridge) payable to Lindsey Springer for $6,000 |
| 43 | | | | | United States Postal Money Order #07369713393 (remitter Gary Goldman) payable to Lindsey Springer for $150; Windyhill Management Company Trust check #2486 payable to Bondage Breakers Ministries for $500; Guy Francis check #431 to Bondage Breakers Ministries for $4,000 |
| 44 | | | | | Lone Star Enterprises Holding Trust check #1023 to Lindsey Springer for $15,000 dtd 10/28/04 |
| 45 | | | | | Meracles Un-Limited check #2251 payable to Lindsey Springer for $10,500 |
| 46 | | | | | Shelby County State Bank Cashier Check #089649 (remitter Denny Patridge) payable to Lindsey Springer for $3,500 |
| 47 | | | | | Meracles Un-Limited check #2277 payable to Lindsey Springer for $13,000 |
| 48 | | | | | Denny Patridge check #1782 payable to Lindsey Springer for $10,000 |
| 49 | | | | | Herbert Mott and Charlene Mott check #1881 payable to Lindsey Springer for $10,000 |
| 50 | | | | | Denny Patridge and Judy Patridge check #4152 payable to Lindsey Springer for $5,000 |
| 51 | | | | | Beach Fire Corp Dba Tahiti Trader check #06-602 payable to Bondage Breakers for $20,000 |
| 52 | | | | | Believers Broadcasting Corp. check #12031 to Lindsey Springer for $20,000 |
| 53 | | | | | Denny Patridge and Judy Patridge check #3041 payable to Lindsey Springer for $5,000; Le Roy Peaslee check #225 payable to Lindsey K Springer for $250 |
| 54 | | | | | Beach Fire Corp Dba: Tropical Fruit Co. Dba: Tahiti Trader Co. check #7245 payable to Bondage Breakers Ministry for $5,000 |
| 55 | | | | | Denny Patridge check #563 payable to Lindsey Springer for $5,000 |
| 56 | | | | | American Savings Bank Cashier Check # 400942577 payable to Bondage Breakers Ministry for $45,000; Sam Palmer check #278 payable to Lindsey Springer for $500 |
| 57 | | | | | Guthrie Todd B check #0001403844 payable to Lindsey Springer for $500; American Savings Bank Cashier Check # 400942592 payable to Bondage Breakers Minst. for $5,000; Regions Bank Official Check #795083135 (remitter Creation Science Evangelism) payable to Bondage Breakers Ministry for $10,000 |
| 58 | | | | | Believers Broadcasting Corp. check #12602 to Bondage Breakers for $100,000 |
| 59 | | | | | Town & Country Bank cashier check#135325 (Remitter Lindsey Springer) payable to Lindsey Springer for $20,000 |
| 60 | | | | | Town & Country Bank cashier check #135326 (Remitter Lindsey Springer) payable to Lindsey Springer for $20,000 |
| 64 | | | | | Kathryn or James M. Stumpo check # 3287 payable to Bondage Breakers Ministries for $3,750 |
| 71 | | | | | Ortho/Neuro Medical Assoc. check #4185 payable to Oscar Stilley for $5,000 |
| 72 | | | | | Eddy or Judith Patterson check #3724 payable to Oscar Stilley for $5,000 |
| 73 | | | | | Ortho/Neuro Medical Assoc. check #4287 payable to Oscar Stilley for $20,000 |
| 74 | | | | | Ortho/Neuro Medical Assoc. check #4442 payable to Oscar Stilley for $10,000 |
| 75 | | | | | DVAT check #329 payable to Oscar Stilley for $20,000 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 76 | | | | | Ortho/Neuro Medical Assoc. check #4772 payable to Oscar Stilley for $5,000 |
| 77 | | | | | Eddy or Judith Patterson check #3959 payable to Oscar Stilley for $5,000 |
| 78 | | | | | DVAT check #392 payable to Oscar Stilley for $15,000 |
| 79 | | | | | DVAT check #411 payable to Oscar Stilley for $5,000 |
| 80 | | | | | Ortho/Neuro Medical Assoc. check #4994 payable to Oscar Stilley for $10,000 |
| 81 | | | | | DVAT check #503 payable to Oscar Stilley for $5,000 |
| 82 | | | | | DVAT check #513 payable to Oscar Stilley for $1,500 |
| 83 | | | | | DVAT check #515 payable to Oscar Stilley for $3,000 |
| 84 | | | | | Ortho/Neuro Medical Assoc. check #5313 payable to Oscar Stilley for $5,000 |
| 85 | | | | | James Lake check #3678 payable to Oscar Stilley for $1,000 |
| 86 | | | | | DVAT check #550 payable to Oscar Stilley for $6,000 |
| 87 | | | | | James Lake check #993 payable to Oscar Stilley for $5,000 |
| 88 | | | | | Ernest Swisher check #210 payable to Oscar Stilley for $500 |
| 89 | | | | | Heber Springs State Bank Cashier's Check payable to Ernie Swisher for $4,000 |
| 90 | | | | | Arvest bank statement reflecting wire transfer deposit for $2,000 |
| 91 | | | | | Ozark Title Services check #2460 payable to Oscar Stilley, Attorney for $65,000 |
| 92 | | | | | Arkansas IOLTA Foundation Trust Acct. check #510 to Lindsey Springer $9,436 |
| 93 | | | | | Bank One Official Check payable to Oscar Stilley Atty. for $5,000; |
| 94 | | | | | Chippewa Trail Lodge check #1421 payable to Oscar Stilley - IOLTA for $4,445 |
| 95 | | | | | Chippewa Trail Lodge check #1429 payable to Oscar Stilley for $5,555 |
| 96 | | | | | Chippewa Trail Lodge check #1013 payable to IOLTA - Oscar Stilley for $8,000 |
| 97 | | | | | Chippewa Trail Lodge check #1021 payable to IOLTA - Oscar Stilley for $20,000 |
| 98 | | | | | Tulsa Sales and Rental check #10005 payable to Oscar Stilley for $5,000 |
| 99 | | | | | Joseph B. Albin check #1592 payable to Eddie Patterson and Judy Patterson for $112,500 |
| 100 | | | | | Salvatore Pizzino and Melissa Pizzino check #568 payable to Oscar Stilley for $2,500 |
| 102 | | | | | Superior Cashier's Check #057446 to Ed Bryson for $37,000 (notation - RE: Lindsey Springer) |
| 103 | | | | | Cynthia Hawkins check #894 payable to IOLTA - Oscar Stilley for $7,500. |
| 104 | | | | | Paragon Bank and Trust check payable to Oscar Stilley for $50,000 |
| 105 | | | | | Cynthia Hawkins check #726 payable to IOLTA - Oscar Stilley for $25,000 |
| 106 | | | | | Cynthia Hawkins check #727 payable to Bondage Breakers Minstries for $25,000 and deposited into Stilley's IOLTA account |
| 107 | | | | | Arkansas IOLTA Foundation Trust Account statement relecting $375,059.90 incoming wire from WT Hall Estill and wire advice |
| 108 | | | | | Tulsa Sales and Rental check #3560 payable to Oscar Stilley for $20,000 |
| 109 | | | | | Lone Star Enterprises Holding Trust check #1013 payble to Oscar Stilley for $25,000 |
| 110 | | | | | Michael P. Burt check #138 payable to Oscar Stilley for $2,100 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 111 | | | | | Lone Star Enterprises Holding Trust check #1024 payble to Oscar Stilley for $10,000 with notation "Berringer" and deposit slip |
| 112 | | | | | Casabella Enterprises check #1946 payable to Oscar Stilley for $10,000; H.I.R. Fellowship Church check #1264 payable to Oscar Stilley for $545 and deposit slip |
| 113 | | | | | Salvatore Pizzino check payable to Oscar Stilley for $7,500 and deposit slip |
| 114 | | | | | Arvest Bank IOLTA account statement reflecting receipt of $192,000 and $58,000 wire transfers from Patricia L Turner |
| 116 | | | | | Arvest Bank statement reflecting wire transfer deposits for $5,000 remitter Wipe Out Trust and for $10,000 remitter B Swan Company Trust |
| 118 | | | | | Foremost Labs check #11252 payable to IOLTA Foundation for $5,000 and deposit slip |
| 119 | | | | | Foremost Labs check #11259 payable to IOLTA Foundation for $6,000 and deposit slip |
| 120 | | | | | Foremost Labs check #11264 payable to IOLTA Foundation for $5,000 and deposit slip |
| 121 | | | | | Foremost Labs check #11271 payable to IOLTA for $5,000 and deposit slip |
| 122 | | | | | East Coast Management check #207 payable to Oscar Stilley for $5,000 and deposit slip |
| 124 | | | | | Foremost Labs check #11294 payable to IOLTA Foundation for $2,000; Bancorp South Official Check #431010928 (remitter Bob Bouton) payable to Oscar Stilley for $1,000 |
| 126 | | | | | East Coast Management check #260 payable to Oscar Stilley for $3,000; The Logsdon Family Trust check #10443 payable to IOLTA Foundation for $2,000 and deposit slip |
| 127 | | | | | Foremost Labs check #11324 payable to IOLTA Foundation for $3,000; Regions Bank Official Check #742531384 (remitter Alyson Bradford) payable to Oscar Stilley for $5,000 and deposit slip |
| 128 | | | | | Doris Hanson or Byron Hanson check #2058 payable to Oscar Stilley for $40; Foremost Labs check #11332 payable to IOLTA Foundation for $3,000 and deposit slip |
| 131 | | | | | Beach Fire Corp Dba Tahiti Trader check #06-601 payable to Oscar Stilley for $10,000 and deposit slip |
| 132 | | | | | Wells Fargo Bank check payable to Oscar Stilley for $4,000 and deposit slip |
| 133 | | | | | Beach Fire Corp Dba Tahiti Trader check #7089 payable to Oscar Stilley, Attorney at Law for $10,000 and deposit slip |
| 134 | | | | | American Savings Bank Cashiers Check #400942480 payable to Oscar Stilley for $175,000 and deposit slip |
| 135 | | | | | Arkansas IOLTA Foundation check #2042 payable to Bondage Breakers Ministries for $25,000 |
| 136 | | | | | Land Shark Inc. check #1061 payable to Oscar Stilley for $3,500 and deposit slip |
| 137 | | | | | Land Shark Inc. check #1084 payable to Oscar Stilley for $5,000 and deposit slip |
| 138 | | | | | Arvest Bank Outgoing Wire Transfer advice from Oscar Stilley to Bennett for $50,000 |
| 139 | | | | | Arkansas IOLTA Foundation check #2049 payable to Alan Richey for $25,000 - memo "Bennett, Hamlet" |
| 140 | | | | | Land Shark Inc. check #1228 payable to Oscar Stilley for $10,000 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 151 | | | | | Eddy Patterson check #3711 payable to Oscar Stilley for $2,275; John or Reta Remington check #3703 payable to Oscar Stilley for $200 and deposit slip |
| 152 | | | | | Eddy Patterson or Judy Patterson check #3078 payable to Oscar Stilley for $1,815; Paragon Foundation Inc. check #2633 payable to Oscar Stilley for $2,442.92 and deposit slip |
| 153 | | | | | Eddy Patterson or Judy Patterson check #1415 payable to Oscar Stilley for $862.50 and deposit slip |
| 154 | | | | | Eddy Patterson or Judy Patterson check #1497 payable to Oscar Stilley for $877 and deposit slip |
| 155 | | | | | Salvatore Pizzino and Melissa Pizzino check #541 and #545, each payable to Oscar Stilley for $2,500 |
| 156 | | | | | Carter Numismatics check #20778 payable to Lindsey Springer for $56,000 |
| 159 | | | | | DVAT check #419 payable to Linsey Springer for $5,000 |
| 160 | | | | | DVAT check #439 payable to Lindsey Springer for $3,000 |
| 201 | | | | | Chippewa Trail Lodge check #1402 payable to Lindsey Springer for $5,000 |
| 203 | | | | | Chippewa Trail Lodge check #1431 payable to Bondage Breakers Ministry for $7,000 |
| 206 | | | | | Chippewa Trail Lodge check #1480 payable to IOLTA - Oscar Stilley for $11,000 |
| 207 | | | | | Chippewa Trail Lodge check #1433 payable to Bondage Breakers Ministries for $8,000 |
| 209 | | | | | Cynthia Hawkins check #563 payable to IOLTA - Oscar Stilley for $27,000 |
| 212 | | | | | Cynthia Hawkins check #576 payable to Bondage Breakers Ministries for $8,000 |
| 221 | | | | | Patrick & Patricia Turner check #1322 payable to Lindsey Springer for $1,000 |
| 226 | | | | | Friendship Enterprises check #1422 payable to Bondage Breakers for $500 |
| 227 | | | | | Friendship Enterprises check #1446 payable to Bondage Breakers for $550 |
| 228 | | | | | Friendship Enterprise check #1498 payable to Bondage Breakers for $500 |
| 230 | | | | | Friendship Enterprise check #1539 payable to Bondage Breakers for $1,000 |
| 231 | | | | | Friendship Enterprise check #1548 payable to Bondage Breakers for $1,000 |
| 236 | | | | | Patrick and Patricia Turner check #1624 payable to Bondage Breakers for $1,000 |
| 675 | | | | | Summary - Gross Income for 2000 |
| 676 | | | | | Summary - Gross Income for 2001 |
| 677 | | | | | Summary - Gross Income for 2002 |
| 678 | | | | | Summary - Gross Income for 2003 |
| 679 | | | | | Summary - Gross Income for 2004 |
| 681 | | | | | Summary - Gross Income for 2005 |
| 683 | | | | | Summary for the Years 2000 through 2005 |
| 1001 | | 4-21 | | 4-21 | Hedberg Declaration Trust check #535 payable to Dale Hedberg for $111,701.50 |
| 1002 | | | | | The Okemah National Bank Cashier's Check #166794 (remitter Sam Palmer) payable to Lindsey Springer for $10,000 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1003 | | 4-21 | | 4-21 | Midsummer Farms check #3692 payable to Bondage Breakers for $10,000 |
| 1004 | | | | | National Commercial Bank transfer USD Draft #6180 payable Bondage Breakers Ministry for $9,779.96 (USD $3,632.21) and Debit Advice for transaction from St. Vincent, West Indies |
| 1005 | | | | | A.C. & R. Group Ltd. check #1625 payable to Lindsey Springer for $6,000 |
| 1006 | | | | | Patrick R or Patricia L Turner check #1904 payable to Bondage Breakers for $900 |
| 1007 | | | | | Creation Science Evangelism Ministry check #1124 payable to Bondage Breakers Ministry for $10,000 and Guthrie Gift check #0091962353 payable to Lindsey Springer for $500 |
| 1008 | | | | | Creation Science Evangelism Ministry check #1151 payable to Bondage Breakers Ministry for $10,000 |
| 1009 | | | | | Dale & Cheryl Phillips check #3803 payable to Lindsey Springer for $7,500 |
| 1010 | | | | | Patrick R or Patricia L Turner check #1957 payable to Bondage Breakers for $400 |
| 1011 | | | | | Patrick & Patricia Turner Quicken Report including check #s 2061, 2062 and 2153 payable to Bondage Breakers Ministry totaling $1,000 |
| 1012 | | | | | Joe McCutchen check #3230 payable to Oscar Stilley for $2,500 |
| 1013 | | | | | Lewis & Associates Inc. check #123 payable to Oscar Stilley for $25,000 |
| 1014 | | | | | Lewis & Associates Inc. check #124 payable to Oscar Stilley for $25,000 |
| 1015 | | | | | Lewis & Associates Inc. check #4997 payable to Oscar Stilley for $3,000 |
| 1016 | | | | | Maddox & Madox check #3900 payable to Oscar Stilley Trustee for $6,033 |
| 1017 | | | | | Lewis & Associates Inc. check #5231 payable to Oscar Stilley for $10,598.37 |
| 1018 | | | | | Fish R Manufacturing Services check #1020 payable to Oscar Stilley Attorney for $1,000 |
| 1019 | | | | | Ronald R. or Brenda Gibbons check #7065 payable to Oscar Stilley for $5,000 |
| 1020 | | | | | Arvest State Bank Cashier's Check #466837 (remitter Jeanne Davenport) payable to Oscar Stilley for $2,500 |
| 1021 | | | | | Spirit State Bank Cashier's Check #004592 (remitter Jeanne Davenport) payable to Oscar Stilley for $2,500 |
| 1022 | | | | | Steven D. or Terri D. Young check #5032 payable to Oscar Stilley for $5,000 |
| 1023 | | | | | E. Kent Hirsh, P.A. check #2352 payable to Oscar Stilley for $1,278.88 and deposit slip |
| 1024 | | | | | E. Kent Hirsh, P.A. check #2360 payable to Oscar Stilley for $15,751.46 and deposit slip |
| 1025 | | | | | E. Kent Hirsh, P.A. check #2374 payable to Oscar Stilley for $12,845.94 and deposit slip |
| 1026 | | | | | Arthur B. Stephens and Brenda June Stephens check #1001 payable to Oscar Stilley for $1,012.50 and deposit slip |
| 1027 | | | | | L. Ward Dobbs check #1724 payable to Oscer [sic] Stilley for $1,000 |
| 1028 | | | | | Marcey Hamm wire remittance payable to Arkansas IOLTA Foundation Trust Acc for Oscar Stilley for $20,480.35 |
| 1029 | | | | | Mechanical Fisher check #3931 payable to IOLTA Trust Account for Oscar Stilley for $2,500 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1030 | | 4-21 | | 4-21 | Arvest Bank statement reflecting wire transfer deposit for $3,500 remitter Marcey Hamm |
| 1031 | | | | | Arkansas Municipal League check #013549 payable to Oscar Stilley, Esq. for $37.500 |
| 1032 | | | | | First State Bank Cashier's Check #250235 (remitter Kirk Stock) payable to Oscar Stilley for $2,000 and deposit slip |
| 1033 | | | | | Paragon Foundation, Inc. check #3473 payable to Oscar Stilley for $1,357.63; Joe McCutchen check #5434 payable to Oscar Stilley for $100 and deposit slip |
| 1034 | | | | | Arvest Bank Cashier's Check #0865382 (remitter Tobi A Walker) payable to Oscar Stilley for $1,580.78 and deposit slip |
| 1035 | | | | | Gary or Mary Morrow check #8948 payable to Oscar Stilley for $1,000 and deposit slip |
| 1036 | | | | | Gary or Mary Morrow check #2669 payable to Oscar Stilley for $1,000 and deposit slip |
| 1037 | | | | | Wells Fargo Bank check payable to Oscar Stilley for $5,000 and deposit slip |
| 1038 | | | | | First State Bank Cashier's Check #256489 (remitter Kirk Stock) payable to Oscar Stilley for $1,000 and deposit slip |
| 1039 | | | | | Esther M. Aberle check #1164 payable to Oscar Stilley for $7,500 and deposit slip |
| 1040 | | | | | Quantum Concepts check #1580 payable to Oscar Stilley for $2,000 and deposit slip |
| 1041 | | | | | Americans for Limited Government Foundation check #2716 payable to Oscar Stilley for $5,425.50 and deposit slip |
| 1043 | | | | | Quantum Concepts check #1595 payable to Oscar Stilley for $5,000 and deposit slip |
| 1044 | | | | | First State Bank Cashier's Check #259990 (remitter Kirk Stock) payable to Oscar Stilley for $300 and deposit slip |
| 1045 | | | | | Chase Official Check #541934310 (remitter Paul Frazell) payable to Oscar Stilley for $2,500 and deposit slip |
| 1046 | | | | | JFJ PA, Inc. check #1039 payable to Oscar Stilley for $15,000 and deposit slip |
| 1047 | | | | | Quantum Concepts check #1631 payable to Oscar Stilley for $5,000 and deposit slip |
| 1048 | | | | | Cathy C Peacock check #104 payable Oscar Stilley, Attorney for $1,500 |
| 1049 | | | | | Cathy C Peacock check #107 payable to Oscar Stilley, Att. for $475; Karen H. Page and Kathy L. Williams check #532 payable to Oscar Stilley for $5,000 and deposit slip |
| 1050 | | | | | Anshin Enterprise Inc. check #1031 payable to Oscar Stilley for $7,500 and deposit slip |
| 1051 | | | | | Washington Mutual Bank Official Check #889067207 payable to Oscar Stilley for $5,000 |
| 1052 | | | | | United States Postal Money Orders (ten) (remitter LFT) payable to IOLTA totaling $9,997 and deposit slip |
| 1053 | | | | | Morton Community Bank Cashier's Check #041322 (remitter Robert Lawrence) payable to Oscar Stilley for $3,065.97 and deposit slip |
| 1054 | | | | | Todd Guthrie and Patricia L Guthrie check #1125 payable to Oscar Stilley for $5,000 and deposit slip |
| 1055 | | | | | First State Bank Cashier's Check #28473 (remitter Kirk Stock) payable to Oscar Stilley for $250; Quantum Concepts check #1682 payable to Oscar Stilley for $2,500 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1056 | | 4-21 | | 4-21 | JB Foundation check #223 payable to Oscar Stilley for $120; Anshin Enterprise Inc. check #1116 payable to Oscar Stilley for $7,500 and deposit slip |
| 1057 | | | | | Elite Care Center LLC check #4652 payable to Oscar Stilley Attorney at Law for $2,500; Americo Insurance check #05336175 payable to Leroy M Bennett Jr. for $10,651.51 and deposit slip |
| 1058 | | | | | Foley Road Boat check #8569 payable to Oscar Stilley for $3,000 and deposit slip |
| 1059 | | | | | Millenium Connection LLC check #156 payable to Oscar Stilley for $25,000 and deposit slip |
| 1060 | | | | | Todd Guthrie and Patricia L Guthrie check #1125 payable to Oscar Stilley for $28.54; Anshin Enterprise Inc. check #1175 payable to Oscar Stilley for $4,000 and deposit slip |
| 1061 | | | | | Lauren Anne Redeker check #103 payable to IOLTA Account for Oscar Stilley for $8,500; Warran T. Barry check #5036 payable to IOLTA Account for Oscar Stilley for $16,500 and deposit slip |
| 1062 | | | | | Eric P. Benson TTE check #0479 payable to Oscar Stilley for $20,000 and deposit slip |
| 1063 | | | | | Empower Enterprises check #10532 payable to Oscar Stilley for $25,000 and deposit slip |
| 1064 | | | | | Thomasville National Bank Cashier's Check #29148 (remitter Donnie Griner) payable to Oscar Stilley for $9,500 and deposit slip |
| 1065 | | | | | First State Bank Cashier's Check #30330 (remitter Kirk Stock) payable to Oscar Stilley for $250 and deposit slip |
| 1066 | | | | | Thomasville National Bank Cashier's Check #29235 (remitter Donnie Griner) payable to Oscar Stilley for $6,000 and deposit slip |
| 1067 | | | | | Natural Health Resources check #7677 payable to Oscar Stilley, Attorney at Law for $20,000; Empower Enterprises check #10589 payable to Oscar Stilley for $1025,000 and deposit slip |
| 1068 | | | | | Arvest Bank statement reflecting wire transfer deposit for $25,000 remitter Empower Enterprises |
| 1069 | | | | | Wayne McEachern and Sharon McEachern check #5377 payable to Oscar Stilley for $10,000 and deposit slip |
| 1070 | | | | | LaSalle Bank Official Check #036804136-5 (remitter Brent N Gross) payable to Oscar Stilley for $5,000 and deposit slip |
| 1071 | | | | | Truman Bank Cashier's Check #4976197296 (remitter John Calandrella) payable to Oscar Stilley Attorney at Law for $15,000 and deposit slip |
| 1072 | | | | | National Exteriors check #4304 payable to Oscar Stilley for $5,000 and deposit slip |
| 1073 | | | | | Daniel J. Delphia check #0007557895 payable to Stilley, Oscar Atty for $2,500; Avagon LLC check #1218 payable to Oscar Stilley for $5,000 and deposit slip |
| 1074 | | | | | L Richard Shearer M.D. Inc. check #2726 payable to Oscar Stilley for $4,500 and deposit slip |
| 1075 | | | | | Arvest Bank statement reflecting wire transfer deposit for $4,500 remitter L Richard Shearer MD Inc. |
| 1076 | | | | | Metropolitan National Bank Cashier's Check #059292 (remitter Rhonda Hartzell) payable to Oscar Stilley for $5,000 and deposit slip |
| 1077 | | | | | Avagon LLC check #1250 payable to Oscar Stilley for $5,000 and deposit slip |
| 1078 | | | | | Glenda K Sapp check #500 payable to Oscar Stilley for $5,000 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1079 | | 4-21 | | 4-21 | Bank of America Cashier Check #0052807 (remitter Hein Family Trust) payable to Paul or Loretta Hein for $5,000 and deposit slip |
| 1080 | | | | | Roger C. Mattson check #1979 payable to Mr. Oscar Stilley for $2,500; Gene Basile TTE and Virginia Ann Basile TTE check #4665 payable to Oscar Stilley for $15,000; Donnie C. Griner check #1051 payable to Oscar Stilley Att at Law for $4,000; Daniel J. Delphia check #0030250281 payable to Stilley, Oscar Atty for $1,000 and deposit slip |
| 1081 | | | | | Office of TTE Mark A Lobello and his Successors check #2002 payable to Oscar Stilley Trust Account for $9,000 and deposit slip |
| 1082 | | | | | Unknown Payor Name (check signed by Jan Mellor) payable to Oscar Stilley Attorney at Law for $4,561.83 |
| 1083 | | | | | Dr. Eric D. Nickhaus and Robin K. Nickhaus check #9231 payable to Mr. Oscar Stilley for $2,000; Office of TTE Mark A Lobello and his Successors check #2005 payable to Oscar Stilley Esq Trust Account for $10,000; Puyallup Chiropractic Clinic Inc. check #14453 payable to Oscar Stilley for $2,500 and deposit slip |
| 1084 | | | | | R.T. Mizuno LLC check #0120 payable to Oscar Stilley for $2,500; Dr. Eric D. Nickhaus and Robin K. Nickhaus check #9246 payable to Mr. Oscar Stilley for $1,500 and deposit slip |
| 1085 | | | | | Louis E Johnson check #2439 payable to Oscar Stilley Att at Law for $1,000 and deposit slip |
| 1086 | | | | | United States Postal Money Order #92965811062 (remitter Ward Scott Wood) payable to Oscar Stilley for $1,000; Kevin L Terry D.C. and Miran A Terry check #11192 payable to Oscar Stilley for $2,000; MidFlorida Federal Credit Union Cashier's Check #3909386 (payee illegible) for $2,500; Help and Support LLC check #381 payable to Oscar Stilley for $5,000 and deposit slip |
| 1087 | | | | | United States Postal Money Order #11051727693 (remitter Ward Scott Wood) payable to Oscar Stilley for $500 and deposit slip |
| 1088 | | | | | Donnie C. Griner check #1122 payable to Oscar Stilley for $2,000 and deposit slip |
| 1089 | | | | | Charles R. Glenn check #1066 payable to Oscar Stilley Attorney at Law for $2,500 |
| 1090 | | | | | Ann T. Gardner check #516 payable to Oscar Stilley for $1,000 and deposit slip |
| 1091 | | | | | Barry G. Brockman check #5163 payable to Oscar Stilley for $5,000; First State Bank Cashier's Check #37960 (remitter Kirk Stock) payable to Oscar Stilley for $721.60 and deposit slip |
| 1092 | | | | | United States Postal Money Order #92961167321 (remitter Ward Scott Wood) payable to Oscar Stilley for $250 and deposit slip |
| 1093 | | | | | Niehaus Chiropractic Clinic check #1138 payable to Oscar Stilley for $11,000; Total Wellness Solutions check #0080039609 payable to Stilley, Oscar Atty for $1,000 and deposit slip |
| 1094 | | | | | Gene P Borelli check #536 payable to Oscar Stilley for $2,000; Gene P Borelli check #535 payable to Oscar Stilley for $1,400; Bonnie B Brokaw check for $2,000 and deposit slip |
| 1095 | | | | | Minerals & Royalty, Inc. check #2057 payable to Oscar Stilley for $3,223.55 and deposit slip |
| 1096 | | | | | Donnie C. Griner check #1217 payable to Oscar Stilley for $7,000 and deposit slip |
| 1097 | | | | | Louis E Johnson check #2442 payable to Oscar Stilley Attorney at Law for $500; MidFlorida Cashier's Check #3910041 (remitter Robert King) payable to Oscar Stilley for $2,000; Puyallup Chiropractic Clinic Inc. check #14591 payable to Oscar Stilley for $500  and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1098 | | 421 | | 421 | Charles R. Glenn check #2289 payable to Oscar Stilley for $1,000; Total Wellness Solutions check #0016656103 payable to Stilley, Oscar Atty for $1,000; Donnie C. Griner check #1297 payable to Oscar Stilley for $4,000; R T Mizuno LLC check #4061 payable to Oscar Stilley for $5,000 and deposit slip |
| 1099 | | | | | Gene P Borelli check #538 payable to Oscar Stilley for $1,000; Louis E Johnson check #2443 payable to Oscar Stilley Att at Law for $500 and deposit slip |
| 1100 | | | | | Arvest Bank statement reflecting wire transfer deposit for $175,000 remitter Office of the Presiding |
| 1101 | | | | | Barry G. Brockman check #5562 payable to Oscar Stilley for $10,000 and deposit slip |
| 1102 | | | | | First Bank Official Check #10752574 (remitter Wayne McEachern) payable to Oscar Stilley for $500 and deposit slip |
| 1103 | | | | | Puyallup Chiropractic Clinic Inc. check #14637 payable to Oscar Stilley for $2,500; MidFlorida Cashier's Check #3910462 (remitter Patricia King) payable to Oscar Stilley for $582; Abrasive Innovations check #1229 payable to Oscar A. Stilley; Louis E. Johnson check #2444 payable to Oscar Stilley Att. at Law for $1,000 and deposit slip |
| 1104 | | | | | Niehaus Chiropractic Clinic check #1159 payable to Oscar Stilley for $6,000 and deposit slip |
| 1105 | | | | | Les Hugaboom and Imelda-Lisa Ignacio check #1580 payable to Oscar Stilley for $2,500; Barry L. Cox and Janis L. Cox check #1122 payable to Oscar Stilley for $2,500 and deposit slip |
| 1106 | | | | | Arvest Bank statement reflecting wire transfer deposit for $2,000 remitter Paul A Hein |
| 1107 | | | | | Donnie C. Griner check #1345 payable to Oscar Stilley for $3,000 and deposit slip |
| 1108 | | | | | Ideal Systems Inc. check #1039 payable to Oscar Stilley Atty at Law for $4,000 and deposit slip |
| 1109 | | | | | Shell Community Federal Credit Union Cashier's Check #75659 payable to Oscar Stilley or Ward Scott Wood for $1,110.70 |
| 1110 | | | | | L&F Farms LLC check #1311 payable to Oscar Stilley for 14,000 and deposit slip |
| 1111 | | | | | Eric P. Benson TTE The Dorian Foundation check #0682 payable to Oscar Stilley for $3,000 and deposit slip |
| 1112 | | | | | ABC Seamless Siding check #19953 payable to Oscar Stilley attorney at law for $2,500 and deposit slip |
| 1113 | | | | | Dale Parks check #366 payable to Oscar Stilley Attorney at Law for $5,000 and deposit slip |
| 1114 | | | | | Arvest Bank statement reflecting wire transfer deposit for $5,000 remitter Gary Bell |
| 1115 | | | | | Total Wellness Solutions check #0073678578 payable to Stilley, Oscar Atty for $2,500; Timothy and Neketta Marks check #1331 payable to Oscar Stilley for $1,000 and deposit slip |
| 1116 | | | | | First State Bank Cashier's Check #51092 (remitter Kirk Stock) payable to Oscar Stilley for $300 |
| 1117 | | | | | Barry Brockman check #6000 payable to Oscar Stilley for $5,000 |
| 1118 | | | | | Renee and Brett Dirr check #1060 payable to Oscar Stilley for $2,500 and deposit slip |
| 1119 | | | | | Renee and Brett Dirr check #1061 payable to Oscar Stilley for $3,441.64 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1120 | | 4-21 | | 4-21 | Renee and Brett Dirr check #1063 payable to Oscar Stilley for $2,580 and deposit slip |
| 1121 | | | | | Chase Bank Official Check #111631974 (remitter C. Ledford) payable to Oscar Stilley Attorney at Law for $5,000 and deposit slip |
| 1122 | | | | | Ideal Systems Inc. check #1061 payable to Oscar Stilley Atty at Law for $2,000; Total Wellness Solutions check #0093947996 payable to Stilley, Oscar Atty for $1,000 and deposit slip |
| 1123 | | | | | ABC Seamless Siding check #20983 payable to Oscar Stilley attorney at law for $2,500 and deposit slip |
| 1124 | | | | | Les Hugaboom and Imelda-Lisa Ignacio check #1776 payable to Oscar Stilley for $2,500 and deposit slip |
| 1125 | | | | | United States Postal Money Order #12226728047 (remitter Tim Roney) payable to Oscar Stilley for $1,000 and deposit slip |
| 1126 | | | | | Total Wellness Solutions check #0013474036 payable to Stilley, Oscar Atty for $500 and deposit slip |
| 1127 | | | | | P.A. Pflum check #975 payable to Oscar Stilley for $2,500 and deposit slip |
| 1128 | | | | | Barry G. Brockman check #6221 payable to Oscar Stilley for $5,000; Chase Cashier's Check #9125700624 (remitter Charles Ledford) payable to Oscar Stilley for $5,000; Timothy Neil Marks M.D. PA check #114 payable to Oscar Stilley for $5,000; Timothy Marks check #0091 payable to Oscar Stilley for $5,000 and deposit slip |
| 1129 | | | | | TSEW Corporation check #1531 payable to Oscar Stilley for $2,000 and deposit slip |
| 1130 | | | | | Timothy and Neketta Marks check #1436 payable to Oscar Stilley for $4,200 and deposit slip |
| 1131 | | | | | Total Wellness Solutions check #0034700854 payable to Oscar Stilley Attorney for $2,000; Neighbors Credit Union Official Check #000090235 (remitter Gary Bell) payable to Oscar Stilley Attorney at Law for $500 and deposit slip |
| 1132 | | | | | ABC Seamless Siding check #21805 payable to Oscar Stilley attorney at law for $1,500 and deposit slip |
| 1133 | | | | | Imelda-Lisa Ignacio, DDS check #1417 payable to Oscar Stilley for $2,000; M. Rhona Lee and Anna J. Flaherty check #989 payable to Oscar Stilley for $700 and deposit slip |
| 1134 | | | | | Paypal Records for Account in the name of Lindsey Springer Covering 06/16/2006 through 12/30/2009 |
| 1135 | | | | | Paypal Records for Account in the name of Oscar Stilley Covering 11/14/2006 through 08/14/2009 |
| 1136 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1990 |
| 1137 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1991 |
| 1138 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1992 |
| 1139 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1993 |
| 1140 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1994 |
| 1141 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1995 |
| 1142 | | | | | IRS Account Transcript of Oscar Amos Stilley for Tax Year 2002 |
| 1143 | | | | | IRS Account Transcript of James Lake for Tax Year 2000 |
| 1144 | | | | | IRS Account Transcript of Eddy and Judith Patterson for Tax Year 1997 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1145 | | 4-21 | | 4-21 | IRS Account Transcript of Eddy and Judith Patterson for Tax Year 1998 |
| 1146 | | | | | IRS Account Transcript of Eddy and Judith Patterson for Tax Year 1999 |
| 1147 | | | | | IRS Account Transcript of Eddy and Judith Patterson for Tax Year 2000 |
| 1148 | | | | | IRS Account Transcript of Philip Roberts for Tax Year 1992 |
| 1149 | | | | | IRS Account Transcript of Philip Roberts for Tax Year 1993 |
| 1150 | | | | | IRS Account Transcript of Philip Roberts for Tax Year 1994 |
| 1151 | | | | | IRS Account Transcript of Philip Roberts for Tax Year 1995 |
| 1152 | | | | | IRS Account Transcript of Patrick and Patricia Turner for Tax Year 1999 |
| 1153 | | | | | IRS Account Transcript of Patrick and Patricia Turner for Tax Year 2000 |
| 1154 | | | | | IRS Account Transcript of Patrick and Patricia Turner for Tax Year 2001 |
| 1155 | | | | | IRS Account Transcript of Patrick and Patricia Turner for Tax Year 2002 |
| 1156 | | | | | IRS Account Transcript of Patrick and Patricia Turner for Tax Year 2003 |
| 1157 | | | | | Transcript of Defendant Springer's Testimony in 09-CR-043-SPF |
| 1158 | | | | | Transcript of Defendant Stilley's Testimony in 09-CR-043-SPF |
| 1159 | | 4-21 | | 4-21 | Summary of Gross Income for 1999 - Springer |
| 1160 | | | | | Summary of Gross Income for 2000 - Springer |
| 1161 | | | | | Summary of Gross Income for 2001 - Springer |
| 1162 | | | | | Summary of Gross Income for 2002 - Springer |
| 1163 | | | | | Summary of Gross Income for 2003 - Springer |
| 1164 | | | | | Summary of Gross Income for 2004 - Springer |
| 1165 | | | | | Summary of Gross Income for 2005 - Springer |
| 1166 | | | | | Summary of Gross Income for 2006 - Springer |
| 1167 | | | | | Summary of Gross Income for 2000 - Springer |
| 1168 | | | | | Summary of Gross Income for 2000 - Stilley |
| 1169 | | | | | Summary of Gross Income for 2001 - Stilley |
| 1170 | | | | | Summary of Gross Income for 2002 - Stilley |
| 1171 | | | | | Summary of Gross Income for 2003 - Stilley |
| 1172 | | | | | Summary of Gross Income for 2004 - Stilley |
| 1173 | | | | | Summary of Gross Income for 2005 - Stilley |
| 1174 | | | | | Summary of Gross Income for 2006 - Stilley |
| 1175 | | | | | Summary of Gross Income for 2007 - Stilley |
| 1176 | | | | | Summary of Gross Income for 2008 - Stilley |
| 1177 | | | | | Summary of Third Party Tax Losses |
| 1178 | | | | | Summary of Tax Loss and Restitution - Springer |
| 1179 | | | | | Summary of Tax Loss and Restitution - Stilley |

%AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | OKALHOMA |
|---|---|---|

UNITED STATES OF AMERICA

V.

Lindsey Kent Springer

*Springer*

## EXHIBIT AND WITNESS LIST

Case Number:  09-CR-043-SPF

| PRESIDING JUDGE<br>STEPHEN P. FRIOT | PLAINTIFF'S ATTORNEY<br>THOMAS SCOTT WOODWARD | DEFENDANT'S ATTORNEY<br>NONE |
|---|---|---|
| TRIAL DATE (S)<br>OCTOBER 26, 2009 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 300 | | | | Form 1040 1990 |
| | 301 | | | | Form 1040 1991 |
| | 302 | | | | Form 1040 1992 |
| | 303 | | | | Form 1040 1993 |
| | 304 | | | | Form 1040 1994 |
| | 305 | | | | Form 1040 1995 |
| | 306 | | | | Form 1040 1996 |
| | 307 | | | | Form 1040 1997 |
| | 308 | | | | Form 1040 1998 |
| | 309 | | | | Form 1040 1999 |
| | 310 | | | | Form 1040 2000 |
| | 311 | | | | Form 1040 2001 |
| | 312 | | | | Form 1040 2002 |
| | 313 | | | | Form 1040 2003 |
| | 314 | | | | Form 1040 2004 |
| | 315 | | | | Form 1040 2005 |
| | 316 | | | | Form 1040 2006 |
| | 317 | | | | Form 1040 2007 |
| | 318 | | | | certificate of release of lien from Secretary for 1990 - 1995 dated August 23, 2007 |
| | 319 | | | | lien on RV Patrick Turner and agreement |
| | 320 | | | | Patterson Docket in 03-cr-55     4-22-10 |
| | | | | | Witnesses Todd Gollihare, Brian Shern, Brian Miller and Lindsey Springer |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

19   4-21   4-21
22   4-22   4-22

FILED IN
OPEN COURT

APR 2 3 2010

BY: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

Defendants.

## NOTICE OF APPEAL

Lindsey K. Springer ("Springer")  files his notice of appeal from the final order and judgement by the United States Western Judicial District Court Judge Stephen P Friot dated April 2 3, 2010.

Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-955-8225

April 23, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent   Springer's Notice

1

of Appeal was ecf'd on April _23_ 2010 as well as hand delivered, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

Signature

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

FILED IN
OPEN COURT

APR 2 3 2010

BY: _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. _09-CR-043-SPF_ |
| | ) |
| _Oscar Amos Stilley_ , | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant does hereby appeal to the

Tenth Circuit Court of Appeals, the Judgment in a Criminal Case entered on ___4-23-10___

Date: _4-23-10_

_____
Signature of Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )
                          )
v.                        )     09-CR-43-SPF
                          )
LINDSEY KENT SPRINGER and )
OSCAR STILLEY,            )
                          )
              Defendants. )

FILED IN
OPEN COURT

APR 2 3 2010

BY: _____

SPRINGER'S MOTION FOR STAY OF EXECUTION OF SENTENCE AND
RELEASE PENDING APPEAL

Lindsey Kent Springer ("Springer") files his motion for stay of execution of
sentence and release pending appeal pursuant to Title 18, Section 3143(b),
3145(c)(exceptional circumstances) Federal Rules of Appellate Procedure Rule
8(1))(A), and Federal Rules of Criminal Procedure 38(b).

BACKGROUND

On May 15, 2009, Springer moved to dismiss each count of the indictment on
grounds the "U.S. Individual Income Tax Return" Form 1040 for years 2000 through
2007 violated the Paperwork Reduction Act of 1995 in regard to each request for
information form failing to display the information mandated by Congress at Title 44,
Section 3506(c)(1)(B)(i-v)(1995) as well as each purported from failed to comply with
the certification made pursuant to 5 CFR 1320.8 and 1320.9.   See doc. 53 and 54.

On May 29, 2009, the United States opposed Springer's motion claiming simply
the claims by Springer are "frivolous."   See doc. 71, pg. Unnumbered page 6.

In Two Bill of Particulars the United States maintained the Form 1040 is not
required to comply with the Paperwork Reduction Act because the filing of the "U.S.
Individual Income Tax Returns" alleged as Form 1040s by the Grand Jury is an

1

obligation of Springer mandated by section 6012 and not regulation.   See doc. 104, pg. 2[1]

The Court in a minute order denied Springer's Motion without any finding of facts or conclusion of law.   See Doc. 100.

Prior to Trial the Court determined Springer could present his good faith claims regarding Form 1040 under the element of willfulness.

During Trial the Court directed the Jury that the Form 1040 did not violate the Paperwork Reduction Act.

Springer moved for a new trial and judgment of acquittal.   This Court denied both Motions.

---

[1]The United States writes:

"Counts 2, 3, 5 and 6 of the Indictment each include the phrase "required by law" in reference to Defendant Springer's failure to file a federal income tax return. The filing of income tax returns is mandated by statute. *United States v. Collins*, 920 F.2d 619, 630-31 (10th Cir. 1990); *United States v. Dawes*, 951 F.2d 1189, 1193 (10th Cir. 1991); *United States v. Neff*, 954 F.2d 698, 699-700 (11th Cir. 1992); *United States v. Hicks*, 947 F.2d 1356, 1359 (9th Cir. 1991); *United States v. Kerwin*, 945 F.2d 92 (5th Cir. 1991); *United States v. Wunder*, 919 F.2d 34, 38 (6th Cir.1990). The statutes that required Defendant Springer file individual federal income tax returns are as follows:

Title 26, United States Code Section 1 - Tax Imposed;
Title 26, United States Code Section 61 - Gross Income Defined;
Title 26, United States Code Section 63 - Taxable Income Defined;
Title 26, United States Code Section 6011(a) - General Requirement of Return, Statement or List;
Title 26, United States Code Section 6012(a)(1)(A) - Persons Required to Make Returns of Income;
Title 26, United States Code Section 6072(a) - Time for Filing Income Tax Returns;
Title 26, United States Code Section 6091 - Place for Filing Returns or Other Documents; Title 26, United States Code Section 6151 - Time and Place for Paying Tax Shown on Returns; Title 26, United States Code Section 7203 - Willful Failure to File Return, Supply Information or Pay Tax.

In regard to Springer's claims under the Paperwork Reduction Act violations where Springer claims the Court improperly told the fact finder the Form 1040 did not violate the Paperwork Reduction Act, the Court stated:

> Mr. Springer argues that on numerous occasions the court incorrectly advised the jury that IRS Form 1040 did not violate the Paperwork Reduction Act. In this motion, Mr. Springer argues that the PRA was his "complete defense" and that the court improperly advised the jury that Form 1040 complied with the PRA. Assuming that the PRA has any application at all to the offenses charged in this case, the court rejects, as it has done before, Mr. Springer's contention that the Paperwork Reduction Act provides him with a defense in this action. As held in United States v. Dawes, 951 F.2d 1189, 1191-92 (10th Cir. 1991), quoted in Springer v. United States, 447 F.Supp.2d 1235, 1238 (N.D. Okla. 2006), "the requirement to file a tax return is mandated by statute, not by regulation" and "such explicit statutory requirements are not subject to the PRA." The court's statements to the jury regarding the PRA do not require a new trial.

See doc. 293, pg. 6

1.    Request for Release and Stay Execution of Sentence Pending Appeal.

Under title 18, Section 3143(1)(A) requires the Court to make a finding Springer is not likely to flee or pose a danger to the safety of any other person or the community if released.

Springer is not likely to flee. The evidence to this Court is Springer has traveled all over this Country during the past year in relation to several cases pending in the Northern District.   The evidence is clear and convincing Springer poses no risk of fleeing.

Springer has been on release since the indictment was returned and clearly and unmistakably is not likely to pose a danger to the safety of any other person or the community in which he lives.  As reported by the Probation department in their final

3

report to this Court, Mr. Gollihare states Mr. Kehoe reported Springer was in compliance with all bond conditions.

Turning to Title 18, Section 3143(1)(B), Springer is required to show his appeal which is automatic is not for the purpose of delay and raises substantial questions of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include imprisonment or a reduced sentence that is less than the time the appellate process will take.

2.    Springer raises issues with the defense provided by Congress under the PRA.

A.    Does the Form 1040 comply with title 44, Section 3506(c)(1)(B) and 3512(1995) for years 2000 through 2007?

B.    Does the PRA apply to criminal charges seeking penalties from Springer inexorably linked to the payment of taxes and the filing of a return under Title 26, Section 6012?

C.    Did the Court erroneously instruct the jury Form 1040 did not violate the PRA during trial?

There is no question but Springer's appeal is not for the purpose of delay. Springer has sought a ruling on the merits of his specific Paperwork Reduction Act violations 5 different times from the district court and Tenth Circuit.

In the Tenth Circuit's Order in 06-5123, that panel held Springer could not raise the public protection on the offense but rather on the defense (complete).  This Court cited in its order of January 28, 2010, to Springer v. United States, 447 F.Supp.2d 1235, 1238 (N.D. Okla. 2006) which the Panel in 06-5123 specifically declined the mandate by statute theory cited therein.

4

The Tenth Circuit held in U.S. v. Chisum 502 F.3d 1237,1244 "the PRA precludes the imposition of any penalty against a person for 'failing to comply with a collection of information' if it does not display a valid OMB control number or fails to alert the person he is not required to respond to the collection of information unless it displays a valid control number."   Quoting Section 3512 of Title 44.

The Panel in Chisum held Tax Forms are covered by the PRA.   The defense can be raised at any time.   "But the PRA protects a person only for failing to file information."   Id.

There is no question the Form 1040 is inexorably linked to the payment of taxes.  See U.S. v. Collins, 920 F. 2d, 619, 630 (fn. 13).   There is equally no question the Form 1040 must specifically comply with Title 44, Section 3506 and 5 CFR 1320.8 and 1320.9 which are the regulations promulgated by the Office of Management and Budget.

The Tenth Circuit on August 31, 2009, while this case was pending, published its decision regarding Springer's PRA claims of defense in 08-9004 vs. Commissioner, for 1990 through 1995, by saying Springer "has managed to advance several arguments in this appeal that raise difficult issues under bot the tax code and the PRA."   The Commissioner in that case attempted to argue the same the United States argued in this case when opposing Springer's defense claims under the PRA by saying the claims Springer raised were "frivolous."   The Tenth Circuit published their decision Springer v. CIR, 580 F. 3d 1142, 1144, by finding the Commissioner's claims in this regard were the claims that were frivolous.   The Tenth Circuit stated that they had not ever held

5

Springer's specific PRA claims were frivolous.

As in that case, 580 F. 3d 1142, (2009), Springer raised his defense to the claim he was required to file Form 1040 U.S. Individual Income Tax Returns for 2000 through 2007, in this case, by asserting and showing that the Forms 1040 did not display the mandated information required by Congress under Title 44, Section 3506(c)(1)(b)(i-v) and nor did any of the forms display compliance with 5 CFR 1320.8 and 1320.9. Springer's claims are also supported by the Government Accountability  Office Report in May 2005 finding forms of the IRS do not comply with the PRA.

The United States has never opposed this position.   They only argued the Form 1040 did not have to comply because the obligation to file was mandated by statute. The Tenth Circuit in U.S. v. Dawes, 951 F.2d 1189, 1193 (1991) specifically rejected the statutory origin theory and specifically held the requirement to file a U.S. Individual Income Tax Return Form 1040 was subject to the public protection of the PRA.

That protection provides:

> a) Notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information from a federal agency that is subject to this subchapter if — (
>     1) the collection of information does not display a valid control number assigned by the Director of the Office of Management and Budget in accordance with this subchapter; or
>     (2) the agency fails to inform the person who is to respond to the collection of information that such person is not required to respond to the collection of information unless it displays a valid control number.
>
> (b) The protection provided by this section may be raised in the form of a complete defense, bar, or otherwise at any time during the agency administrative process or judicial action applicable thereto.

See Springer, 580 F.3d at 1143.

Springer is likely to prevail on his PRA claims as clearly the Form 1040 does not

comply, and the United States does not argue otherwise, with the requirements of Title 44, Section 3512 and 5 CFR 1320.8 and 1320.9.

Springer is also likely to prevail on the fact no district director exists or internal revenue district regarding venue to file a return in the Northern Judicial District.

Springer is also likely to prevail on whether the definition of gift given by the Court to the Jury violated the expost facto clause of the Constitution as it related to Springer's conduct alleged from 2000 through 2005.

CONCLUSION

Lindsey Kent Springer respectfully requests this Court stay execution of its sentence on April 23, 2010, and allow Springer to remain released on bond pending appeal based upon having met each of the factors set forth in Title 18, Section 3143(b).

Respectfully Submitted
/s/ Lindsey K. Springer
Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

7

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's

Motion for Stay and Release Pending Appeal was ecf'd on April 23, 2010, to:


Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature

8