Case 4:09-cr-00043-SPF   Document 340 Filed in USDC ND/OK on 04/23/10   Page 1 of 2



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**
APR 23 2010
Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

    Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

    Defendants.

### NOTICE OF APPEAL

Lindsey K. Springer ("Springer") files his notice of appeal from the final order and judgement by the United States Western Judicial District Court Judge Stephen P Friot dated April 23, 2010. to the Tenth Circuit

Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-955-8225

April 23, 2010

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Notice

1

of Appeal was ecf'd on April 23, 2010 as well as hand delivered, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

_____
Signature