UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

TRANSMITTAL SHEET
(Notice of Appellate Action)

---

Date Notice filed: 4-23-2010

Style of Case: USA v Lindsey Kent Springer

Appellant: Lindsey Kent Springer

District Court No: 09-CR-43-SPF

Tenth Circuit Case No:

| | |
|---|---|
| [ ] Amended NOA | [ ] Cross Appeal |
| [ ] Interlocutory Appeal | [ ] Successive Petition (2254 or 2255) (no fee) |

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

District Court Judge: Stephen P. Friot, U.S. District Judge

### APPEAL FILED BY PRO SE

| | |
|---|---|
| Appeal Fee Paid | [ ] |
| Motion for IFP on Appeal Form Mailed/Given | [x] |
| Motion for IFP on Appeal Filed | [ ] |

### APPEAL FILED BY COUNSEL

| | |
|---|---|
| Appeal Fee Paid | [ ] |
| Motion for IFP on Appeal Form Made Available | [ ] |
| Motion for IFP on Appeal Filed | [ ] |
| Court Appointed Counsel | [ ] |
| USA | [ ] |

---

Signature of: S. Loffer, Deputy Clerk     April 29, 2010     Phone: (918) 699-4700

AP-01 (7/09)