APPEAL, LC−1, RELEASED

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CRIMINAL DOCKET FOR CASE #: 4:09−cr−00043−SPF−1

Case title: USA v. Springer et al

Other court case number:  09−5165 10th Circuit Court

Date Filed: 03/10/2009

Date Terminated: 04/28/2010

Assigned to: Judge Stephen P Friot

**Defendant (1)**

**Lindsey Kent Springer**
*TERMINATED: 04/28/2010*

represented by **Lindsey Kent Springer**
5147 S HARVARD AVE STE 116
TULSA, OK 74135
918−748−5539
Fax: 918−247−4249
Email: lindsey@mindspring.com
PRO SE

**Robert Scott Williams**
Taylor Ryan Schmidt &Van Dalsem, P.C.
1437 S BOULDER STE 850
TULSA , OK 74119
918−749−5566
Fax: 918−749−9531
Email: law@trsvlaw.com
*TERMINATED: 04/27/2010*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18 USC 371: Conspiracy to Defraud the United States
(1)

26 USC 7201: Tax Evasion
(2)

26 USC 7201: Tax Evasion and 18 USC 2
(3)

26 USC 7201: Tax Evasion and 18 USC 2
(4)

26 USC 7203: Failure to File Tax Return

**Disposition**

BOP 60 months; SR 3 years; Restitution $771,529; SMA $100

BOP 60 months consecutive to Ct 1; SR 3 years; SMA $100

BOP 60 months consecutive to Ct 12 SR 3 years; SMA $100

BOP 60 months concurrent to Ct 1,2,3; SR 3 years; SMA $100

BOP 12 months concurrent to Ct 1,2,3; SR 1 year; SMA $25

(5–6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**                                          represented by   **Charles Anthony O'Reilly**
US Department of Justice (Box 972)
P O Box 972
Washington , DC 20044
202–616–0115
Email: charles.a.o'reilly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth P Snoke**
United States Attorney's Office (Tulsa)
110 W 7TH ST STE 300
TULSA , OK 74119–1013
918–382–2700
Fax: 918–560–7946
Email: ken.snoke@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/10/2009 | 1 | | DEFENDANT INFORMATION SHEET(S) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/10/2009) Contains One or More Restricted PDFs |
| 03/10/2009 | 2 | | INDICTMENT by USA as to Lindsey Kent Springer (1) count(s) 1, 2, 3–4, 5–6, Oscar Amos Stilley (2) count(s) 1, 3–4 (pll, Dpty Clk) (Entered: 03/10/2009) |
| 03/10/2009 | 3 | | SUMMONS Issued by Court Clerk as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 03/10/2009) Contains One or More Restricted PDFs |

| 03/18/2009 | 5 | MOTION for Electronic Access by Lindsey Kent Springer as to Lindsey Kent Springer (sjm, Dpty Clk) (Entered: 03/18/2009) |
|---|---|---|
| 03/18/2009 | 6 | MOTION for In Camera Review of Fifth Amendment Proffer by Lindsey Kent Springer (sjm, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 7 | BRIEF in Support of Motion (Re: 6 MOTION for In Camera Review of Fifth Amendment Proffer ) by Lindsey Kent Springer (sjm, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 8 | MOTION for Bill of Particulars by Lindsey Kent Springer (sjm, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 9 | MINUTE ORDER *by Judge Payne, due to Court conflict*, recusing Judge James H Payne, *this case is hereby returned to the Court Clerk for further reassignment,* Court Clerk reassigned to case as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 10 | MINUTES of Proceedings – held before Magistrate Judge Paul J Cleary: Initial Appearance held on 3/18/2009, Arraignment held on 3/18/2009, appointing CJA attorney Robert Scott Williams for Lindsey Kent Springer, setting/resetting bond as to Lindsey Kent Springer (Court Reporter: C1) (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 11 | ORDER by Magistrate Judge Paul J Cleary *(for purposes of initial appearance only)*, appointing CJA attorney as to Lindsey Kent Springer (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 12 | ORDER by Magistrate Judge Paul J Cleary, setting conditions of release as to Lindsey Kent Springer (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 13 | BOND approved by Magistrate Judge Paul J Cleary as to Lindsey Kent Springer (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/19/2009 | 18 | ORDER by Magistrate Judge Paul J Cleary *directing defendants regarding representation*, setting/resetting deadline(s)/hearing(s): *(copy of Order mailed to both defendants on 3/19/09)* ( Miscellaneous Deadline set for 3/30/2009) as to Lindsey Kent Springer, Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 03/19/2009) |
| 03/23/2009 | 19 | RESPONSE (Re: 8 MOTION for Bill of Particulars, 5 MOTION for Electronic Access, 7 Brief in Support of Motion, 6 MOTION for In Camera Review of Fifth Amendment Proffer ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 03/23/2009) |
| 03/24/2009 | 20 | MOTION to Withdraw Attorney(s) *R. Scott Williams* by Lindsey Kent Springer as to Lindsey Kent Springer (Williams, Robert) Modified on 3/25/2009 to reference to Oscar Stilley (tjc, Dpty Clk). (Entered: 03/24/2009) |
| 03/24/2009 | 21 | MOTION for Hearing (Re: 20 MOTION to Withdraw Attorney(s) ) by Lindsey Kent Springer as to Lindsey Kent Springer (Williams, Robert) Modified on 3/25/2009 to remove reference to Oscar Stilley (tjc, Dpty Clk). (Entered: 03/24/2009) |
| 03/25/2009 |  | NOTICE of Docket Entry Modification; Error: During e–filing the attorney was prompted to select a case, all defendants were selected; Correction: Edited |

| | | | |
|---|---|---|---|
| | | | docket text to remove Oscar Stilley as these pleadings did not name him (Re: 20 MOTION to Withdraw Attorney(s), 21 MOTION for Hearing ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 03/25/2009) |
| 03/25/2009 | 22 | | MINUTE ORDER by Magistrate Judge Paul J Cleary, setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing set for 3/30/2009 at 02:30 PM before Magistrate Judge Paul J Cleary) as to Lindsey Kent Springer, Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 03/25/2009) |
| 03/30/2009 | 23 | | MINUTES of Proceedings – held before Magistrate Judge Paul J Cleary: Miscellaneous Hearing held on 3/30/2009 *re Representation; Defendants Waive Counsel*, ruling on motion(s)/document(s): #5 granted, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 5 MOTION for Electronic Access ) (Court Reporter: C1) (kjp, Dpty Clk) (Entered: 03/31/2009) |
| 03/31/2009 | 24 | | MINUTE ORDER *by Court Clerk at the direction of Chief Judge Claire V. Eagan*, reassigning case to Judge Stephen P Friot. Court Clerk no longer assigned to case, changing case number to 09–CR–43–SPF as to Lindsey Kent Springer, Oscar Amos Stilley (a–hc, Dpty Clk) (Entered: 03/31/2009) |
| 04/01/2009 | 25 | | MOTION for Protective Order by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 04/01/2009) |
| 04/02/2009 | 26 | | ORDER by Judge Stephen P Friot *(Protective Order)*, ruling on motion(s)/document(s): #25 Granted (Re: 25 MOTION for Protective Order ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/02/2009) |
| 04/03/2009 | 27 | | ORDER by Magistrate Judge Paul J Cleary *Appointing Standby Counsel*, adding attorney Robert Scott Williams for Lindsey Kent Springer, Charles Robert Burton, IV for Oscar Amos Stilley, ruling on motion(s)/document(s): #20 and #21 moot (Re: 20 MOTION to Withdraw Attorney(s) *R. Scott Williams*, 21 MOTION for Hearing ) as to Lindsey Kent Springer, Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 04/03/2009) |
| 04/07/2009 | 29 | | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 4/22/2009 at 10:00 AM before Judge Stephen P Friot, Scheduling Conference set for 4/22/2009 at 10:00 AM before Judge Stephen P Friot) (Re: 8 MOTION for Bill of Particulars, 6 MOTION for In Camera Review of Fifth Amendment Proffer ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/07/2009) |
| 04/07/2009 | 30 | | MOTION to Clarify *appointment of Honorable Judge Stephen P. Friot* by Lindsey Kent Springer (Springer, Lindsey) (Entered: 04/07/2009) |
| 04/08/2009 | 32 | | ORDER by Judge Stephen P Friot *: setting Motion for hearing on 4/22/09* (Re: 30 MOTION to Clarify *appointment of Honorable Judge Stephen P. Friot* ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 04/08/2009) |
| 04/10/2009 | 33 | | MOTION for Bill of Particulars by Oscar Amos Stilley as to Lindsey Kent Springer, Oscar Amos Stilley (Stilley, Oscar) (Entered: 04/10/2009) |
| 04/10/2009 | 34 | | ORDER by Judge Stephen P Friot *: setting Motion for hearing on 4/22/09* (Re: |

| | | |
|---|---|---|
| | | 33 MOTION for Bill of Particulars, 29 Order,,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/10/2009) |
| 04/13/2009 | 35 | MOTION for Protective Order *Pending Prospective Franks Hearing* by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 04/13/2009) |
| 04/13/2009 | 36 | MOTION to Unseal Document(s) *in 03−CR−55E* (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 04/13/2009) |
| 04/13/2009 | 37 | MOTION Request for Release of Affidavit and Transcript surrounding issuance of Search Warrant dated 9.15.05 by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 04/13/2009) |
| 04/13/2009 | 38 | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 4/22/2009 at 10:00 AM before Judge Stephen P Friot) (Re: 37 MOTION Request for Release of Affidavit and Transcript surrounding issuance of Search Warrant dated 9.15.05, 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 36 MOTION to Unseal Document(s) *in 03−CR−55E* ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 04/13/2009) |
| 04/15/2009 | 39 | MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03−CR−055−CVE by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 04/15/2009) |
| 04/15/2009 | 40 | NOTICE NOTICE RE GOVERNMENT MOTION FOR LIMITED UNSEALING OF SEARCH WARRANT AFFIDAVIT AND MATERIALS FROM CASE 03−CR−043−CVE (Re: 39 MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03−CR−055−CVE ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 04/15/2009) |
| 04/16/2009 | 41 | ORDER by Judge Stephen P Friot *setting Motion for Hearing on 4/22/09* (Re: 39 MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03−CR−055−CVE ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/16/2009) |
| 04/16/2009 | 42 | RESPONSE in Opposition to Motion *Consolidated* (Re: 37 MOTION Request for Release of Affidavit and Transcript surrounding issuance of Search Warrant dated 9.15.05, 33 MOTION for Bill of Particulars, 8 MOTION for Bill of Particulars, 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 30 MOTION to Clarify *appointment of Honorable Judge Stephen P. Friot*, 6 MOTION for In Camera Review of Fifth Amendment Proffer, 36 MOTION to Unseal Document(s) *in 03−CR−55E* ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 04/16/2009) |
| 04/22/2009 | 43 | MINUTES of Proceedings – held before Judge Stephen P Friot: Motion Hearing held on 4/22/2009, Scheduling Conference held on 4/22/2009, ruling on motion(s)/document(s): #30 Granted, #6, 8, 33 Denied, #36, 37, 39 Granted in Part, Denied in part, taking motion(s) under advisement, setting/resetting |

| | | deadline(s)/hearing(s): ( Motions due by 6/1/2009, Responses due by 6/15/2009, Motion Hearing set for 7/9/2009 at 09:00 AM before Judge Stephen P Friot, Jury Instructions, Voir Dire &Trial Briefs due by 8/3/2009, Pretrial Conference set for 10/21/2009 at 10:00 AM before Judge Stephen P Friot, Jury Trial set for 10/26/2009 at 09:30 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 37 MOTION Request for Release of Affidavit and Transcript surrounding issuance of Search Warrant dated 9.15.05, 33 MOTION for Bill of Particulars, 8 MOTION for Bill of Particulars, 39 MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03–CR–055–CVE, 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 30 MOTION to Clarify *appointment of Honorable Judge Stephen P. Friot*, 6 MOTION for In Camera Review of Fifth Amendment Proffer, 36 MOTION to Unseal Document(s) *in 03–CR–55E* ) (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 04/22/2009) |
|---|---|---|
| 04/27/2009 | 44 | REPLY to Response to Motion (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 04/27/2009) |
| 04/29/2009 | 46 | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Responses due by 5/11/2009) (Re: 44 Reply to Response to Motion ) as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) Modified on 5/1/2009 to seal PDF, as ENTERED IN ERROR; duplicate entry see Doc # 45 for correct entry (tjc, Dpty Clk). (Entered: 04/30/2009) Contains One or More Restricted PDFs |
| 04/30/2009 | 45 | ORDER by Judge Stephen P Friot *directing surreply* (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 44 Reply to Response to Motion ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 04/30/2009) |
| 05/01/2009 | | NOTICE of Docket Entry Modification; Error: Duplicate entry, ENTERED IN ERROR; Correction: Sealed PDF as this was a duplicate entry; see Doc # 45 for correct entry (Re: 46 Order,, Setting/Resetting Deadline(s), Setting/Resetting Deadline(s)/Hearing(s),, ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 05/01/2009) |
| 05/01/2009 | 47 | NOTICE *of* Request pursuant to Fed.R.Cr.Pr.Rule 16(a)(1)(G) as to Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/01/2009) |
| 05/06/2009 | 48 | SURREPLY to Motion (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing* ) by USA as to Lindsey Kent Springer (Snoke, Kenneth) (Entered: 05/06/2009) |
| 05/08/2009 | 49 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *July 9, 2009, Hearing on Motion for Franks Issue and/or Suppress* (Re: 43 Minutes of Motion Hearing,,,,,, Minutes of Scheduling Conference,,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), |

| | | |
|---|---|---|
| | | Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 05/08/2009) |
| 05/12/2009 | 50 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #49 Granted in Part, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 7/2/2009 at 09:00 AM before Judge Stephen P Friot) (Re: 49 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 05/12/2009) |
| 05/15/2009 | 51 | First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 52 | First BRIEF in Support of Motion (Re: 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 53 | Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 54 | Second BRIEF in Support of Motion (Re: 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 55 | Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 56 | Third BRIEF in Support of Motion (Re: 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 57 | Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 58 | Fourth BRIEF in Support of Motion (Re: 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 59 | Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 60 | Fifth BRIEF in Support of Motion (Re: 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |

| 05/15/2009 | 61 | | Sixth MOTION to Dismiss Count(s) One, Two, Three and Four (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 62 | | Sixth BRIEF in Support of Motion (Re: 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 63 | | Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 64 | | Seventh BRIEF in Support of Motion (Re: 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 65 | | Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 66 | | Eighth BRIEF in Support of Motion (Re: 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 67 | | MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment* (Re: 2 Indictment ) by Oscar Amos Stilley as to Oscar Amos Stilley (Stilley, Oscar) Modified on 5/18/2009 to remove defendant Lindsey Springer from text (lml, Dpty Clk). (Entered: 05/15/2009) |
| 05/15/2009 | 68 | | BRIEF in Support of Motion *to dismiss for fraud and violation of the 5th Amendment* (Re: 67 MOTION to Dismiss Indictment/Information/Complaint ) by Oscar Amos Stilley as to Oscar Amos Stilley (Stilley, Oscar) Modified on 5/18/2009 to remove Lindsey Springer from text (lml, Dpty Clk). (Entered: 05/15/2009) |
| 05/15/2009 | 69 | | JOINDER *of motions filed by Lindsey Springer* (in [51–66] Generally dispositive filed on May 15, 2009) by Oscar Amos Stilley as to Oscar Amos Stilley (Stilley, Oscar) Modified on 5/18/2009 to remove Lindsey Springer from text (lml, Dpty Clk). (Entered: 05/15/2009) |
| 05/18/2009 | | | NOTICE of Docket Entry Modification; Error: These documents were filed as to both defendants in error; Correction: Edited docket text and removed Lindsey Kent Springer from text (Re: 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 69 JOINDER (in [51–66] Generally dispositive filed on May 15, 2009), 68 Brief in Support of Motion ) as to Lindsey Kent Springer, Oscar Amos Stilley (lml, Dpty Clk) (Entered: 05/18/2009) |
| 05/26/2009 | 70 | | ORDER by Judge Stephen P Friot *vacating the stay entered by the court on 4/22/2009 &directing government to turn over materials to defendant Stilley*, ruling on motion(s)/document(s): #35 denied (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 42 Response in Opposition to Motion,, 43 Minutes of Motion Hearing,,,,,, Minutes of Scheduling |

| | | | |
|---|---|---|---|
| | | | Conference,,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), 44 Reply to Response to Motion, 48 Surreply to Motion ) as to Lindsey Kent Springer, Oscar Amos Stilley (djh, Dpty Clk) (Entered: 05/26/2009) |
| 05/29/2009 | 71 | | RESPONSE in Opposition to Motion *Fifty−one through Sixty−seven* (Re: 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions*, 69 JOINDER (in [51−66] Generally dispositive filed on May 15, 2009), 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 05/29/2009) |
| 06/01/2009 | 74 | | MOTION to Suppress by Lindsey Kent Springer (Springer, Lindsey) Modified on 6/2/2009; This is a multi−part motion, see Doc # 77 for second event (tjc, Dpty Clk). (Entered: 06/01/2009) |
| 06/01/2009 | 75 | | BRIEF in Support of Motion (Re: 74 MOTION to Suppress *and For Franks Hearing* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 6/2/2009 to seal parts 22, 23 and 24 (s−srb, Dpty Clk). (Entered: 06/02/2009) Contains One or More Restricted PDFs |
| 06/01/2009 | 77 | | MOTION for Hearing *(submitted as part of Doc # 74 )* by Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 06/02/2009) |
| 06/02/2009 | 76 | | AFFIDAVIT in Support of Motion (Re: 74 MOTION to Suppress *and For Franks Hearing* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 06/02/2009) |
| 06/02/2009 | | | NOTICE of Docket Entry Modification; Error: Document # 74 is a two−part motion, but not all parts were filed; Correction: Filed the remaining motion part as Document # 77 (Re: 74 MOTION to Suppress ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 06/02/2009) |
| 06/02/2009 | 78 | | |

| | | |
|---|---|---|
| | | SEALED MOTION (O'Reilly, Charles) (Entered: 06/02/2009) Contains One or More Restricted PDFs |
| 06/02/2009 | 79 | SEALED ORDER (s−srb, Dpty Clk) Modified on 6/2/2009 to seal pdf and correct docket text(s−srb, Dpty Clk) (Entered: 06/02/2009) Contains One or More Restricted PDFs |
| 06/15/2009 | 80 | RESPONSE in Opposition to Motion *Consolidated* (Re: 77 MOTION for Hearing *(submitted as part of Doc # 74* ), 72 MOTION to Suppress *Grand Jury testimony and evidence*, 74 MOTION to Suppress ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 06/15/2009) |
| 06/15/2009 | 81 | REPLY to Response to Motion *to Dismiss* (Re: 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions*, 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 06/15/2009) |
| 06/15/2009 | 82 | MOTION for Bill of Particulars by Lindsey Kent Springer (Springer, Lindsey) (Entered: 06/15/2009) |
| 06/17/2009 | 85 | MINUTE ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 7/2/2009 at 09:00 AM before Judge Stephen P Friot), ruling on motion(s)/document(s): #83 Denied (Re: 82 MOTION for Bill of Particulars, 83 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/17/2009) |
| 06/17/2009 | 86 | MOTION to Strike Document(s) (Re: 81 Reply to Response to Motion,,, ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 06/17/2009) |
| 06/18/2009 | 87 | ORDER by Judge Stephen P Friot *, directing Sur−Reply*, ruling on motion(s)/document(s): #86 Denied (Re: 86 MOTION to Strike Document(s), 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions*, 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss |

| | | |
|---|---|---|
| | | Indictment/Information/Complaint *for failure to allege tax deficiency element*, 69 JOINDER *of motions filed by Lindsey Springer* (in [51–66] Generally dispositive filed on May 15, 2009), 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/18/2009) |
| 06/18/2009 | 88 | SEALED MOTION (s–srb, Dpty Clk) Modified on 6/19/2009 to correct event (s–srb, Dpty Clk). (Entered: 06/19/2009) Contains One or More Restricted PDFs |
| 06/19/2009 | 89 | SEALED MINUTE ORDER (s–srb, Dpty Clk) (Entered: 06/19/2009) Contains One or More Restricted PDFs |
| 06/19/2009 | 90 | MOTION for Leave to Exceed Page Limitation by USA as to Lindsey Kent Springer (Snoke, Kenneth) (Entered: 06/19/2009) |
| 06/23/2009 | 91 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #90 Granted (Re: 90 MOTION for Leave to Exceed Page Limitation, 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions*, 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/23/2009) |
| 06/25/2009 | 93 | SURREPLY (Re: 51 First MOTION to Dismiss, 53 Second MOTION to Dismiss, 55 Third MOTION to Dismiss, 57 Fourth MOTION to Dismiss, 59 Fifth MOTION to Dismiss, 61 Sixth MOTION to Dismiss, 63 Seventh MOTION to Dismiss, 65 Eighth MOTION to Dismiss) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) Modified on 6/29/2009 to change text to reflect correct event and to change links to reflect base motions (sac, Dpty Clk). (Entered: 06/25/2009) |
| 06/29/2009 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Reply); wrong links made; Correction: changed text to reflect correct event (Surreply); created links to base motions (Re: 93 Reply, ) as to Lindsey Kent Springer, Oscar Amos Stilley (sac, Dpty Clk) (Entered: 06/29/2009) |
| 06/30/2009 | 94 | MOTION to Quash *Subpoenas* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 06/30/2009) |
| 06/30/2009 | 95 | ***Remark: *9 subpoenas returned* as to Lindsey Kent Springer (s–srb, Dpty Clk) (Entered: 07/01/2009) |
| 07/01/2009 | 96 | RESPONSE in Opposition to Motion (Re: 94 MOTION to Quash *Subpoenas* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 07/01/2009) |

| | | | |
|---|---|---|---|
| 07/01/2009 | 97 | | RESPONSE in Opposition to Motion (Re: 82 MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 07/01/2009) |
| 07/01/2009 | 98 | | Clarification of (Re: 94 MOTION to Quash ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) Modified on 7/2/2009 to correct title of event (pll, Dpty Clk). Modified on 7/2/2009 (pll, Dpty Clk). (Entered: 07/01/2009) |
| 07/01/2009 | 99 | | MOTION to Quash *subpoena* by Eddy Lynn Patterson as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) Modified on 7/6/2009 to correct file date (lml, Dpty Clk). (Entered: 07/02/2009) |
| 07/02/2009 | 100 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Motion Hearing held on 7/2/2009, ruling on motion(s)/document(s): #51,53,55,57,59,61,63,65,67,69,72,74,77,92 Denied, #82 Granted in Part, Denied in part, #94 Moot, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions*, 77 MOTION for Hearing *(submitted as part of Doc # 74 )*, 92 JOINDER (in [81; 82] Springer's Reply Regarding Opposition to Springer's Motion to Dismiss; Motion for Bill of Particulars filed on 6/15/2009; 6/15/2009), 69 JOINDER (in [51–66] Generally dispositive filed on May 15, 2009), 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 94 MOTION to Quash, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 72 MOTION to Suppress *Grand Jury testimony and evidence*, 82 MOTION for Bill of Particulars, 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four, 74 MOTION to Suppress ) (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) Modified on 7/8/2009 to indicate attached PDF has incorrect hearing date. Date hearing held was 7/2/2009 (pll, Dpty Clk). (Entered: 07/02/2009) |
| 07/02/2009 | 101 | | MINUTE ORDER by Judge Stephen P Friot *: Following the hearing held this date, the Motion to Quash filed by Eddy Lynn Patterson is hereby moot*, ruling on motion(s)/document(s): #99 Moot (Re: 99 MOTION to Quash *subpoena* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 07/02/2009) |
| 07/02/2009 | 103 | | SEALED EXHIBIT(S) to Order/Minutes (Re: 100 Minutes of Motion Hearing,,,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating |

| | | |
|---|---|---|
| | | Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s) ) (pll, Dpty Clk) (Entered: 07/14/2009) Contains One or More Restricted PDFs |
| 07/08/2009 | 102 | ORDER by Judge Stephen P Friot *re: jury instructions* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 07/08/2009) |
| 07/14/2009 | 104 | BILL OF PARTICULARS (Re: 82 MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 07/14/2009) |
| 07/30/2009 | 105 | Second MOTION for Bill of Particulars by Lindsey Kent Springer (Springer, Lindsey) (Entered: 07/30/2009) |
| 08/03/2009 | 106 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Lindsey Kent Springer (Springer, Lindsey) Modified on 8/4/2009 to correct title of event (lml, Dpty Clk). (Entered: 08/03/2009) |
| 08/03/2009 | 107 | PROPOSED JURY INSTRUCTIONS by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 08/03/2009) |
| 08/04/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correcte event (Re: 106 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer (lml, Dpty Clk) (Entered: 08/04/2009) |
| 08/04/2009 | 111 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #106 Denied (Re: 106 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (cds, Dpty Clk) (Entered: 08/04/2009) |
| 08/05/2009 | 112 | RESPONSE in Opposition to Motion (Re: 109 First MOTION to Dismiss Count(s) 1 *Conspiracy charge* ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) Modified on 8/6/2009 to delete "as to" defendant Springer (sac, Dpty Clk). (Entered: 08/05/2009) |
| 08/05/2009 | 113 | MOTION to File Out of Time *Proposed Jury Instructions* by Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 8/6/2009 to change text to reflect correct event (sac, Dpty Clk). Modified on 8/7/2009 to seal attachment PDF as it was stricken per 117 (sac, Dpty Clk). (Entered: 08/05/2009) Contains One or More Restricted PDFs |
| 08/06/2009 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Motion to Accelerate/Extend/Reset Hearings/Deadlines); Correction: changed text to reflect correct event (Motion to File Out of Time) (Re: 113 MOTION to File Out of Time ) as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 08/06/2009) |
| 08/06/2009 | 114 | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 04/22/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 132). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to |

| | | |
|---|---|---|
| | | request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 43 Minutes of Motion Hearing, Minutes of Scheduling Conference, Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 11/5/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 08/06/2009) |
| 08/06/2009 | 115 | TRANSCRIPT of Proceedings (Unredacted) of Motions Hearing held on 7/2/09 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 159). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 100 Minutes of Motion Hearing, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) Modified on 11/5/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 08/06/2009) |
| 08/06/2009 | 116 | RESPONSE in Opposition to Motion (Re: 105 Second MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) Modified on 8/7/2009 to delete "as to Oscar Amos Stilley" as this document states it is as to defendant Springer only (sac, Dpty Clk). (Entered: 08/06/2009) |
| 08/06/2009 | 117 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #113 Denied, striking/withdrawing document(s) (Re: 113 MOTION to File Out of Time ) (Documents Terminated: 113 MOTION to File Out of Time ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 08/06/2009) |
| 08/07/2009 | 118 | MOTION to Reconsider (Re: 111 Order, Ruling on Motion(s)/Document(s), 117 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s) ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 08/07/2009) |
| 08/12/2009 | 119 | RESPONSE in Opposition to Motion (Re: 118 MOTION to Reconsider ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 08/12/2009) |
| 08/12/2009 | 121 | REPLY to Response to Motion (Re: 105 Second MOTION for Bill of Particulars ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 08/12/2009) |
| 08/12/2009 | 122 | REPLY to Response to Motion (Re: 118 MOTION to Reconsider ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 08/12/2009) |
| 08/12/2009 | 123 | Eighth MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 08/12/2009) |
| 08/12/2009 | 124 | |

| | | | |
|---|---|---|---|
| | | | Eighth BRIEF in Support of Motion (Re: 123 Eighth MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 08/12/2009) |
| 08/13/2009 | 125 | | RESPONSE in Opposition to Motion (Re: 123 Eighth MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 08/13/2009) |
| 08/13/2009 | 126 | | NOTICE of Intent to Use Expert Witness Testimony by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 08/13/2009) |
| 08/17/2009 | 127 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #118 denied (Re: 111 Order, Ruling on Motion, 117 Order, Ruling on Motion); (Re: 118 MOTION to Reconsider ) as to Lindsey Kent Springer (kjp, Dpty Clk) Modified on 8/18/2009 to add links to #111, 117 (kjp, Dpty Clk). (Entered: 08/17/2009) |
| 08/17/2009 | 128 | | OBJECTION to Proposed Jury Instructions (Re: 107 Proposed Jury Instructions ) as to Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 08/17/2009) |
| 08/19/2009 | 130 | | REPLY to Response to Motion (Re: 123 Eighth MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 08/19/2009) |
| 09/10/2009 | 134 | | NOTICE Pursuant to Federal Rule of Evidence 404(b) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 09/10/2009) |
| 09/16/2009 | 135 | | ORDER by Judge Stephen P Friot *re: Pretrial Conference* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/16/2009) |
| 09/18/2009 | 136 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #105 denied; 109 denied; #123 denied (Re: 105 Second MOTION for Bill of Particulars, 109 First MOTION to Dismiss Count(s) 1 *Conspiracy charge*, 123 Eighth MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six ) as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) (Entered: 09/18/2009) |
| 09/21/2009 | 137 | | MOTION in Limine by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 09/21/2009) |
| 09/21/2009 | 138 | | TRIAL BRIEF by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 09/21/2009) |
| 09/21/2009 | 139 | | NOTICE of Government's Proposed Summary of Indictment by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) Modified on 9/22/2009 to reflect correct event (tjc, Dpty Clk). (Entered: 09/21/2009) |
| 09/21/2009 | 141 | | MOTION for Subpoena(s) *under Rule 17* by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 142 | | TRIAL BRIEF as to Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 143 | | NOTICE Summary of Indictment by Lindsey Kent Springer (Springer, Lindsey) Modified on 9/22/2009 to reflect correct event (tjc, Dpty Clk). |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/21/2009) |
| 09/21/2009 | 144 | | First MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 145 | | Second MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 146 | | Third MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 147 | | Fourth MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 148 | | Fifth MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 150 | | Sixth MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 151 | | Seventh MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 154 | | OBJECTION to Prosecution 404(b) (Re: 134 Notice (Other) ) by Lindsey Kent Springer (Springer, Lindsey) Modified on 9/22/2009 to reflect correct event (tjc, Dpty Clk). (Entered: 09/21/2009) |
| 09/22/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correct event *(Notice)* (Re: 139 MOTION Government's Proposed Summary of Indictment ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correct event (Notice) (Re: 143 MOTION Summary of Indictment ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correct event (Objection) (Re: 154 MOTION Opposition to Prosecution 404(b) ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | 156 | | ORDER by Judge Stephen P Friot *: setting ex parte hearing*, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 10/9/2009 at 01:30 PM before Judge Stephen P Friot (Re: 152 MOTION for Subpoena(s) *pursuant to Rule 17(b)*, 141 MOTION for Subpoena(s) *under Rule 17* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | 157 | | ORDER by Judge Stephen P Friot *re: 10/9/09 ex parte hearing* (Re: 152 MOTION for Subpoena(s) *pursuant to Rule 17(b)*, 156 Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, 141 MOTION for Subpoena(s) *under Rule 17* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/22/2009) |

| 09/23/2009 | 158 | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 10/21/2009 at 09:00 AM before Judge Stephen P Friot) (Re: 145 Second MOTION in Limine, 150 Sixth MOTION in Limine, 137 MOTION in Limine, 146 Third MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues*, 148 Fifth MOTION in Limine, 144 First MOTION in Limine, 151 Seventh MOTION in Limine, 147 Fourth MOTION in Limine ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/23/2009) |
| 09/24/2009 | 159 | MOTION Emergency Motion Regarding Denny Patridge by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/24/2009) |
| 09/25/2009 | 160 | SEALED MOTION (O'Reilly, Charles) Modified on 10/9/2009; this document is STRICKEN per 183 (sac, Dpty Clk). (Entered: 09/25/2009) Contains One or More Restricted PDFs |
| 09/25/2009 | 161 | RESPONSE in Opposition to Motion (Re: 159 MOTION Emergency Motion Regarding Denny Patridge ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 09/25/2009) |
| 09/25/2009 | 162 | MOTION TAKE RULE 15 DEPOSITION by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 09/25/2009) |
| 09/27/2009 | 163 | RESPONSE in Opposition to Motion (Re: 162 MOTION TAKE RULE 15 DEPOSITION ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/27/2009) |
| 09/28/2009 | 164 | REPLY to Response to Motion (Re: 159 MOTION Emergency Motion Regarding Denny Patridge ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/28/2009) |
| 09/30/2009 | 165 | MINUTE ORDER by Judge Stephen P Friot *: Until further notice, all hearings in this case will be held at the Boulder Courthouse, 224 S Boulder, 3rd Floor Courtroom, Tulsa, OK* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/30/2009) |
| 09/30/2009 | 166 | Fourth MOTION for Bill of Particulars by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/30/2009) |
| 09/30/2009 | 167 | MOTION to Reconsider (Re: 136 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s) ) by Lindsey Kent Springer (Springer, Lindsey) Modified on 10/1/2009; this is a two−part motion of which only one part was efiled − see 169 for Motion to Clarify (sac, Dpty Clk). (Entered: 09/30/2009) |
| 09/30/2009 | 168 | MOTION Daubert Hearing by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/30/2009) |
| 09/30/2009 | 169 | MOTION to Clarify *(submitted as part of 167 )* (Re: 136 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s) ) by Lindsey Kent Springer (sac, Dpty Clk) (Entered: 10/01/2009) |
| 10/01/2009 | | NOTICE of Docket Entry Modification; Error: this is a two−part motion of which only one part was efiled; Correction: efiled Motion to Clarify − see 169 (Re: 167 MOTION to Reconsider ) as to Lindsey Kent Springer (sac, Dpty Clk) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/01/2009) |
| 10/01/2009 | 170 | | SEALED DOCUMENT (O'Reilly, Charles) Modified on 10/2/2009 to correct title of event (lml, Dpty Clk). (Entered: 10/01/2009) Contains One or More Restricted PDFs |
| 10/01/2009 | 171 | | RESPONSE in Opposition to Motion (Re: 168 MOTION Daubert Hearing ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 10/01/2009) |
| 10/05/2009 | 172 | | RESPONSE in Opposition to Motion *Supplemental* (Re: 170 SEALED DOCUMENT ) by Lindsey Kent Springer (Springer, Lindsey) Modified on 10/7/2009 to seal pdf pursuant to Court Order # 180 (s–srb, Dpty Clk). (Entered: 10/05/2009) Contains One or More Restricted PDFs |
| 10/05/2009 | 173 | | RESPONSE in Opposition to Motion (Re: 145 Second MOTION in Limine, 150 Sixth MOTION in Limine, 146 Third MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues*, 155 JOINDER (in [141, 142, 144, 145, 146, 147, 148, 150, and 151] Motions in Limine, for subpoenas pursuant to Rule 17(b), and trial brief filed on 9–21–09), 148 Fifth MOTION in Limine, 144 First MOTION in Limine, 151 Seventh MOTION in Limine, 147 Fourth MOTION in Limine ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/05/2009) |
| 10/05/2009 | 174 | | SEALED MOTION (O'Reilly, Charles) (Entered: 10/05/2009) Contains One or More Restricted PDFs |
| 10/05/2009 | 175 | | RESPONSE in Opposition to Motion (Re: 152 MOTION for Subpoena(s) *pursuant to Rule 17(b)*, 155 JOINDER (in [141, 142, 144, 145, 146, 147, 148, 150, and 151] Motions in Limine, for subpoenas pursuant to Rule 17(b), and trial brief filed on 9–21–09), 141 MOTION for Subpoena(s) *under Rule 17* ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/05/2009) |
| 10/05/2009 | 177 | | RESPONSE in Opposition to Motion (Re: 137 MOTION in Limine ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 10/05/2009) |
| 10/06/2009 | 178 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #162 Granted (Re: 162 MOTION TAKE RULE 15 DEPOSITION ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/06/2009) |
| 10/06/2009 | 179 | | MOTION Compel Clerk of Court to Comply with 28 U.S.C. Section 1867(f) and Test v. U.S. by Lindsey Kent Springer (Springer, Lindsey) (Entered: 10/06/2009) |
| 10/07/2009 | 180 | | SEALED ORDER (s–srb, Dpty Clk) (Entered: 10/07/2009) Contains One or More Restricted PDFs |
| 10/07/2009 | 181 | | SEALED MOTION (O'Reilly, Charles) (Entered: 10/07/2009) Contains One or More Restricted PDFs |
| 10/07/2009 | 182 | | SEALED DOCUMENT (O'Reilly, Charles) (Entered: 10/07/2009) Contains One or More Restricted PDFs |
| 10/08/2009 | 183 | | ORDER by Judge Stephen P Friot, striking/withdrawing document(s) (Re: 160 SEALED MOTION ) (Documents Terminated: 160 SEALED MOTION ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/08/2009) |
| 10/08/2009 | 184 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #166 granted (Re: 166 Fourth MOTION for Bill of Particulars ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 10/08/2009) |
| 10/08/2009 | 185 | | RESPONSE in Opposition to Motion (Re: 166 Fourth MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) Modified on 10/9/2009; this document contains two events and that is not allowed with CM/ECF – see 187 for Motion to Accelerate/Extend/Reset Hearings/Deadlines (sac, Dpty Clk). (Entered: 10/08/2009) |
| 10/08/2009 | 186 | | SEALED ORDER (s–srb, Dpty Clk) (Entered: 10/08/2009) Contains One or More Restricted PDFs |
| 10/08/2009 | 187 | | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(to respond)* (Re: 166 Fourth MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 10/09/2009) |
| 10/09/2009 | | | NOTICE of Docket Entry Modification; Error: this document contains two events and combined documents are not allowed in CM/ECF; Correction: efiled Motion to Accelerate/Extend/Reset Hearings/Deadlines – see 187 (Re: 185 Response in Opposition to Motion, ) as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 10/09/2009) |
| 10/09/2009 | 188 | | RESPONSE in Opposition to Motion (Re: 187 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(to respond)* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 10/09/2009) |
| 10/09/2009 | 189 | | NOTICE with Respect to Court's Order (Dkt#178) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 10/09/2009) |
| 10/09/2009 | 190 | | ERRATA/CORRECTION (Re: 189 Notice (Other) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) Modified on 10/13/2009 to correct title of event (lml, Dpty Clk). (Entered: 10/09/2009) |
| 10/09/2009 | 191 | | SEALED MINUTES (pll, Dpty Clk) (Entered: 10/13/2009) Contains One or More Restricted PDFs |
| 10/13/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Notice–Other); Correction: Edited docket text to reflect correct event (Errata/Correction to Document) (Re: 190 Notice (Other) ) as to Lindsey Kent Springer, Oscar Amos Stilley (lml, Dpty Clk) (Entered: 10/13/2009) |
| 10/13/2009 | 192 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #187 Granted in Part, denied in part (Re: 187 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(to respond)*, 185 Response in Opposition to Motion, 166 Fourth MOTION for Bill of Particulars ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 10/13/2009) |
| 10/13/2009 | 193 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #168 Granted in part, Denied in part (Re: 168 MOTION Daubert Hearing ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 10/13/2009) |
| 10/13/2009 | 194 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #167, 169 Denied (Re: 169 MOTION to Clarify *(submitted as part of 167 )*, 167 |

| | | | |
|---|---|---|---|
| | | | MOTION to Reconsider ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 10/13/2009) |
| 10/13/2009 | 195 | | ***Remark: *arrest warrant issued for material witness* as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) Modified on 10/14/2009 to unseal docket entry (sjm, Dpty Clk). (Entered: 10/14/2009) Contains One or More Restricted PDFs |
| 10/14/2009 | 196 | | Opposed MOTION ToOrder O'Reilly to Comply with this Court's Order on Rule 15 Deposition and schedule return flight that is reasonable and on Saturday, October 17, 2009, at 3:35 P.M. by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 10/14/2009) |
| 10/14/2009 | 197 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #196 Denied (Re: 196 Opposed MOTION ToOrder O'Reilly to Comply with this Court's Order on Rule 15 Deposition and schedule return flight that is reasonable and on Saturday, October 17, 2009, at 3:35 P.M. ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 10/14/2009) |
| 10/14/2009 | 198 | | RESPONSE in Opposition to Motion (Re: 179 MOTION Compel Clerk of Court to Comply with 28 U.S.C. Section 1867(f) and Test v. U.S. ) by USA as to Lindsey Kent Springer (Snoke, Kenneth) Modified on 10/15/2009 to delete "as to" Oscar Stilley since this document is only as to Lindsey Kent Springer (sac, Dpty Clk). (Entered: 10/14/2009) |
| 10/15/2009 | | | NOTICE of Docket Entry Modification; Error: all defendants were selected as to, but document only pertains to Lindsey Springer; Correction: deleted as to defendant Oscar Stilley (Re: 198 Response in Opposition to Motion, ) as to Lindsey Kent Springer, Oscar Amos Stilley (sac, Dpty Clk) (Entered: 10/15/2009) |
| 10/16/2009 | 200 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #179 granted with specific limitations (Re: 179 MOTION Compel Clerk of Court to Comply with 28 U.S.C. Section 1867(f) and Test v. U.S. ) as to Lindsey Kent Springer(djh, Dpty Clk) (Entered: 10/16/2009) |
| 10/19/2009 | 201 | | Second BILL OF PARTICULARS (Re: 184 Order, Ruling on Motion(s)/Document(s), 194 Order, Ruling on Motion(s)/Document(s), 166 Fourth MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 10/19/2009) |
| 10/20/2009 | 202 | | SEALED MOTION (Snoke, Kenneth) (Entered: 10/20/2009) Contains One or More Restricted PDFs |
| 10/20/2009 | 203 | | SEALED ORDER (pll, Dpty Clk) (Entered: 10/20/2009) Contains One or More Restricted PDFs |
| 10/20/2009 | 204 | | SEALED MOTION (O'Reilly, Charles) (Entered: 10/20/2009) Contains One or More Restricted PDFs |
| 10/20/2009 | 205 | | SEALED MOTION (O'Reilly, Charles) (Entered: 10/20/2009) Contains One or More Restricted PDFs |
| 10/21/2009 | 207 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Motion Hearing held on 10/21/2009, Pretrial Conference held on 10/21/2009, ruling on motion(s)/document(s): #137,155 grant in part, deny in part; |

| | | | |
|---|---|---|---|
| | | | 144,146,147,150,151,159 denied; 148, 204, 205, 206 granted, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 204 SEALED MOTION, 145 Second MOTION in Limine, 150 Sixth MOTION in Limine, 137 MOTION in Limine, 146 Third MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues*, 155 JOINDER (in [141, 142, 144, 145, 146, 147, 148, 150, and 151] Motions in Limine, for subpoenas pursuant to Rule 17(b), and trial brief filed on 9–21–09), 148 Fifth MOTION in Limine, 159 MOTION Emergency Motion Regarding Denny Patridge, 144 First MOTION in Limine, 205 SEALED MOTION, 206 MOTION to Exclude MENTION OF THE TESTIMONY OF VIKKI WIGGINS PRIOR TO A REASONABLE TIME AFTER PRODUCTION OF THE TRANSCRIPT OF HER TESTIMONY, 151 Seventh MOTION in Limine, 147 Fourth MOTION in Limine ) (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 10/22/2009) |
| 10/21/2009 | 208 | | ***Remark: *Deposition Transcript of Vikki Lynn Wiggins received by court* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/22/2009) |
| 10/24/2009 | 209 | | PROPOSED VOIR DIRE by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/24/2009) |
| 10/26/2009 | 212 | | RESPONSE in Opposition to Motion (Re: 210 MOTION to Quash *Testimony of Vikki Wiggins* ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) Modified on 10/27/2009 to remove Lindsey Kent Springer name from text, as his name should not have been selected, as this pleading does not pertain to him (tjc, Dpty Clk). (Entered: 10/26/2009) |
| 10/26/2009 | 213 | | NOTICE Regarding Defendants' Discovery by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/26/2009) |
| 10/26/2009 | 214 | | SEALED DOCUMENT (s–srb, Dpty Clk) (Entered: 10/26/2009) Contains One or More Restricted PDFs |
| 10/26/2009 | 215 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Voir Dire/Jury Selection began as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 216 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Voir Dire/Jury Selection held on 10/26/2009 as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 217 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial began as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 218 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held *, continued to following day*, setting/resetting scheduling order date(s): ( Jury Trial set for 10/27/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 219 | | JOINDER (in 210 Motion to Quash filed on 10/24/09) as to Lindsey Kent Springer (Springer, Lindsey) (Entered: 10/26/2009) |

| | | | |
|---|---|---|---|
| 10/27/2009 | <u>220</u> | | ORDER by Judge Stephen P Friot *ruling on Government's Oral Motion re: witness Philip Roberts* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) Modified on 10/27/2009 to correct title(pll, Dpty Clk). (Entered: 10/27/2009) |
| 10/27/2009 | 221 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, ruling on motion(s)/document(s): #210 and 219 denied as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 210 MOTION to Quash *Testimony of Vikki Wiggins*, <u>219</u> JOINDER (in 210 Motion to Quash filed on 10/24/09) ) (cds, Dpty Clk) (Entered: 10/27/2009) |
| 10/28/2009 | 222 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting deadline(s)/hearing(s): ( Jury Trial set for 10/29/2009 at 09:00 AM before Judge Stephen P Friot, Motion Hearing set for 11/3/2009 at 05:30 PM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (cds, Dpty Clk) (Entered: 10/28/2009) |
| 10/29/2009 | 223 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, ruling on motion(s)/document(s): #145 and 149 Denied, setting/resetting scheduling order date(s): ( Jury Trial set for 10/30/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: <u>145</u> Second MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues* ) (cds, Dpty Clk) (Entered: 10/30/2009) |
| 10/30/2009 | 229 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): ( Jury Trial set for 11/2/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (cds, Dpty Clk) (Entered: 11/03/2009) |
| 11/01/2009 | <u>224</u> | | MOTION to Reconsider (Re: <u>100</u> Minutes of Motion Hearing,,,,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s) ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 11/2/2009 to SEAL pdfs per chambers(sac, Dpty Clk). (Entered: 11/01/2009) Contains One or More Restricted PDFs |
| 11/02/2009 | <u>225</u> | | RESPONSE in Opposition to Motion *and Motion to Seal Attachments* (Re: <u>224</u> MOTION to Reconsider ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 11/02/2009) |
| 11/02/2009 | <u>226</u> | | SEALED ORDER (s–srb, Dpty Clk) (Entered: 11/02/2009) Contains One or More Restricted PDFs |
| 11/02/2009 | 230 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following day* ( Jury Trial set for 11/3/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy |

| | | | |
|---|---|---|---|
| | | | Washbourne) (pll, Dpty Clk) (Entered: 11/03/2009) |
| 11/03/2009 | 227 | | OBJECTION *regarding "gift"* as to Lindsey Kent Springer (Springer, Lindsey) Modified on 11/4/2009 to correct event (tjc, Dpty Clk). (Entered: 11/03/2009) |
| 11/03/2009 | 228 | | NOTICE re: Proposed Jury Instructions by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) Modified on 11/4/2009 to correct event (tjc, Dpty Clk). (Entered: 11/03/2009) |
| 11/03/2009 | 231 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following day* ( Jury Trial set for 11/4/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/03/2009) |
| 11/04/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Proposed Jury Instructions); Correction: Edited docket text to reflect the correct event (Objection) (Re: 227 Proposed Jury Instructions ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 11/04/2009) |
| 11/04/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Proposed Jury Instructions); Correction: Edited docket text to reflect the correct event (Notice) (Re: 228 Proposed Jury Instructions ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 11/04/2009) |
| 11/04/2009 | 233 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *(continued to following day)* ( Jury Trial set for 11/5/2009 at 08:15 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/04/2009) |
| 11/05/2009 | 234 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held *continued to following Monday*, setting/resetting scheduling order date(s): ( Jury Trial set for 11/9/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/05/2009) |
| 11/05/2009 | 235 | | ORDER by Judge Stephen P Friot *re: USM and witnesses* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/06/2009) |
| 11/08/2009 | 236 | | PROPOSED JURY INSTRUCTIONS *as to Venue, District Director and Materiality* as to Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 11/08/2009) |
| 11/08/2009 | 237 | | PROPOSED JURY INSTRUCTIONS *as to Venue* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 11/08/2009) |
| 11/09/2009 | 239 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held *, continued to following day*, setting/resetting scheduling order date(s): ( Jury Trial set for 11/10/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/09/2009) |
| 11/10/2009 | 240 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to Thursday* ( Jury Trial set |

| | | |
|---|---|---|
| | | for 11/12/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/10/2009) |
| 11/12/2009 | 241 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following day* ( Jury Trial set for 11/13/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/12/2009) |
| 11/13/2009 | 242 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following Monday* ( Jury Trial set for 11/16/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/13/2009) |
| 11/16/2009 | 243 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial completed, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (With attachments) (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/16/2009 | 244 | JURY INSTRUCTIONS by Judge Stephen P Friot as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/16/2009 | 245 | JURY VERDICT as to Lindsey Kent Springer (1) Guilty on Count 1,2,3–4,5–6 and Oscar Amos Stilley (2) Guilty on Count 1,3–4 (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/16/2009 | 246 | SEALED EXHIBIT(S) to Order/Minutes (Re: 243 Minutes of Jury Trial Completed, Striking/Terminating Deadline(s)/Hearing(s) ) (pll, Dpty Clk) (Entered: 11/17/2009) Contains One or More Restricted PDFs |
| 11/17/2009 | 247 | ORDER by Judge Stephen P Friot *setting supplemental conditions following trial*, ruling re: modification of conditions of pretrial release as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/19/2009 | 248 | MOTION Extension to File Motion for New Trial by Lindsey Kent Springer (Springer, Lindsey) Modified on 11/20/2009; This is a two–part motion, see Doc # 249 for second event (tjc, Dpty Clk). (Entered: 11/19/2009) |
| 11/19/2009 | 249 | MOTION for Judgment of Acquittal *(submitted as part of Doc # 248 )* by Lindsey Kent Springer (tjc, Dpty Clk) Modified on 11/20/2009; ENTERED IN ERROR (tjc, Dpty Clk). (Entered: 11/20/2009) |
| 11/20/2009 | | NOTICE of Docket Entry Modification; Error: Document # 248 is a two–part motion, but not all parts were filed; Correction: Filed the remaining motion part as Document # 249 (Re: 248 MOTION Extension to File Motion for New Trial ) as to Lindsey Kent Springer (tjc, Dpty Clk) Modified on 11/20/2009; ENTERED IN ERROR (tjc, Dpty Clk). (Entered: 11/20/2009) |
| 11/20/2009 | 250 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #248 Granted (Re: 248 MOTION Extension to File Motion for New Trial ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 11/20/2009) |
| 11/20/2009 | 252 | RESPONSE in Opposition to Motion (Re: 232 JOINDER *in Springer's motion for reconsideration, dismissal, or mistrial* (in 224 ), 224 MOTION to Reconsider ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With |

| | | | |
|---|---|---|---|
| | | | attachments) (O'Reilly, Charles) (Entered: 11/20/2009) |
| 11/30/2009 | | | ***Remark: *Petition for writ of mandamus filed at 10th Circuit Court. Case number 09−5165* as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 11/30/2009) |
| 12/04/2009 | 256 | | ORDER from Circuit Court *denying petition for writ of mandamus* (Re: Remark ) as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 12/04/2009) |
| 12/07/2009 | 257 | | REPLY to Response to Motion *to Dismiss, Mistrial and Reconsider* (Re: 224 MOTION to Reconsider) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 12/10/2009 to seal PDF; Document STRICKEN per Order # 264 (tjc, Dpty Clk). (Entered: 12/07/2009) Contains One or More Restricted PDFs |
| 12/08/2009 | 259 | | MOTION to Strike Document(s) (Re: 257 Reply to Response to Motion, 258 Reply to Response to Motion ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 12/08/2009) |
| 12/08/2009 | 260 | | MOTION for Judgment of Acquittal by Lindsey Kent Springer (Springer, Lindsey) Modified on 12/10/2009 to seal PDF; Document STRICKEN per Order # 264 (tjc, Dpty Clk). (Entered: 12/08/2009) Contains One or More Restricted PDFs |
| 12/08/2009 | 262 | | MOTION for New Trial by Lindsey Kent Springer (Springer, Lindsey) (Entered: 12/08/2009) |
| 12/09/2009 | 264 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #259 Granted, striking/withdrawing document(s) (Re: 259 MOTION to Strike Document(s), 261 MOTION for Judgment of Acquittal *and* MOTION for New Trial, 257 Reply to Response to Motion, 258 Reply to Response to Motion, 260 MOTION for Judgment of Acquittal, 262 MOTION for New Trial ) (Documents Terminated: 257 Reply to Response to Motion, 261 MOTION for Judgment of Acquittal *and* MOTION for New Trial, 258 Reply to Response to Motion, 260 MOTION for Judgment of Acquittal ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 12/09/2009) |
| 12/10/2009 | 265 | | MOTION to Vacate/Set Aside *Order dated December 9, 2009*, MOTION Reinstate Docket # 257 and # 260 as properly filed under Local Criminal Rules 12.1, MOTION 10 days from date of order to refile docket # 257 and # 260 in accordance with Local Civil Rule 7.2 including extended page number therein (Re: 264 Order,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s),,, 257 Reply to Response to Motion, 260 MOTION for Judgment of Acquittal ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 12/10/2009) |
| 12/11/2009 | 266 | | RESPONSE in Opposition to Motion (Re: 265 MOTION to Vacate/Set Aside *Order dated December 9, 2009* MOTION Reinstate Docket # 257 and # 260 as properly filed under Local Criminal Rules 12.1 MOTION 10 days from date of order to refile docket # 257 and # 260 in accordance with Local Civil Rule 7.2 including extended page number therein ) by USA as to Lindsey Kent Springer (With attachments) (O'Reilly, Charles) (Entered: 12/11/2009) |

| 12/28/2009 | 270 | | AFFIDAVIT of Lindsey K. Springer pursuant to Title 28, Section 144 as to Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 12/28/2009) |
| 12/28/2009 | 271 | | MOTION Disqualify, Recuse, Removal and for Random Reassignment by Lindsey Kent Springer (Springer, Lindsey) (Entered: 12/28/2009) |
| 12/28/2009 | 272 | | BRIEF in Support of Motion (Re: 271 MOTION Disqualify, Recuse, Removal and for Random Reassignment ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 12/28/2009) |
| 12/28/2009 | 273 | | MOTION to Strike Document(s) (Re: 266 Response in Opposition to Motion, 259 MOTION to Strike Document(s) ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 12/28/2009) |
| 12/28/2009 | 274 | | REPLY to Response to Motion (Re: 265 MOTION to Vacate/Set Aside *Order dated December 9, 2009* MOTION Reinstate Docket # 257 and # 260 as properly filed under Local Criminal Rules 12.1 MOTION 10 days from date of order to refile docket # 257 and # 260 in accordance with Local Civil Rule 7.2 including extended page number therein ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 12/28/2009) |
| 12/29/2009 | 275 | | SEALED DOCUMENT (s–srb, Dpty Clk) (Entered: 12/30/2009) Contains One or More Restricted PDFs |
| 01/07/2010 | 276 | | RESPONSE in Opposition to Motion (Re: 262 MOTION for New Trial ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 01/07/2010) |
| 01/07/2010 | 277 | | RESPONSE in Opposition to Motion (Re: 271 MOTION Disqualify, Recuse, Removal and for Random Reassignment ) by USA as to Lindsey Kent Springer (With attachments) (O'Reilly, Charles) (Entered: 01/07/2010) |
| 01/20/2010 | 279 | | MOTION for Leave to Exceed Page Limitation *in Reply Regarding Springer's Motion for New Trial,* by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/20/2010) |
| 01/20/2010 | 280 | | MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/20/2010) |
| 01/20/2010 | 281 | | BRIEF in Support of Motion (Re: 280 MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 01/20/2010) |
| 01/20/2010 | 282 | | MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/20/2010) |
| 01/20/2010 | 283 | | BRIEF in Support of Motion (Re: 282 MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/20/2010) |

| 01/20/2010 | 284 | MOTION to Dismiss Indictment/Information/Complaint *for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in support thereof* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/20/2010) |
| --- | --- | --- |
| 01/21/2010 | 285 | MOTION to Strike Document(s) *276 and 277* (Re: 277 Response in Opposition to Motion, 276 Response in Opposition to Motion ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/21/2010) |
| 01/21/2010 | 286 | REPLY to Response to Motion (Re: 271 MOTION Disqualify, Recuse, Removal and for Random Reassignment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/21/2010) |
| 01/21/2010 | 287 | REPLY (Re: 270 Affidavit ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/21/2010) |
| 01/21/2010 | 288 | REPLY to Response to Motion (Re: 262 MOTION for New Trial ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 01/21/2010) |
| 01/22/2010 | 289 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #279 Granted (Re: 279 MOTION for Leave to Exceed Page Limitation *in Reply Regarding Springer's Motion for New Trial,*, 262 MOTION for New Trial ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 01/22/2010) |
| 01/22/2010 | 290 | SCHEDULING ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Sentencing set for 4/19/2010 at 10:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 01/22/2010) |
| 01/25/2010 | 291 | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Sentencing set for 4/21/2010 at 10:00 AM before Judge Stephen P Friot) (Re: 290 Scheduling Order, Setting/Resetting Deadline(s)/Hearing(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 01/25/2010) |
| 01/27/2010 | 292 | RESPONSE in Opposition to Motion (Re: 282 MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue,* 280 MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue,* 285 MOTION to Strike Document(s) *276 and 277,* 284 MOTION to Dismiss Indictment/Information/Complaint *for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in* MOTION to Dismiss Indictment/Information/Complaint *for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in* ) by USA as to Lindsey Kent Springer (Snoke, Kenneth) (Entered: 01/27/2010)* |
| 01/28/2010 | 293 | OPINION AND ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #224,232,262,265,267,271,273,285 Denied (Re: 265 MOTION to Vacate/Set Aside *Order dated December 9, 2009* MOTION Reinstate Docket # 257 and # 260 as properly filed under Local Criminal Rules 12.1 MOTION 10 days from date of order to refile docket # 257 and # 260 in |

| | | | |
|---|---|---|---|
| | | | accordance with Local Civil Rule 7.2 including extended page number therein, 267 MOTION to Reconsider, 232 JOINDER *in Springer's motion for reconsideration, dismissal, or mistrial* (in 224 ), 262 MOTION for New Trial, 224 MOTION to Reconsider, 273 MOTION to Strike Document(s), 271 MOTION Disqualify, Recuse, Removal and for Random Reassignment, 285 MOTION to Strike Document(s) *276 and 277* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 01/28/2010) |
| 02/01/2010 | 295 | | MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six *regarding regulations not in compliance with APA* (Re: 2 Indictment ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 02/01/2010) |
| 02/03/2010 | 299 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #296 denied (Re: 296 MOTION to Modify Conditions of Pretrial Release ) as to Oscar Amos Stilley (sjm, Dpty Clk) Modified on 2/4/2010 to remove Lindsey Kent Springer from text (lml, Dpty Clk). (Entered: 02/03/2010) |
| 02/04/2010 | 302 | | RESPONSE in Opposition to Motion (Re: 295 MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six *regarding regulations not in compliance with APA* ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 02/04/2010) |
| 02/05/2010 | 303 | | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Monthly MOTION Stay pending ruling from Supreme Court in 09–8701 *and brief* by Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 2/11/2010 to seal pdf as this document is STRICKEN per 307 (sac, Dpty Clk). (Entered: 02/05/2010) Contains One or More Restricted PDFs |
| 02/08/2010 | 304 | | MOTION to Strike Document(s) (Re: 303 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Monthly MOTION Stay pending ruling from Supreme Court in 09–8701 *and brief* ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) Modified on 2/11/2010 to seal pdf as this document is STRICKEN per 307 (sac, Dpty Clk). (Entered: 02/08/2010) Contains One or More Restricted PDFs |
| 02/08/2010 | 305 | | MOTION to Withdraw Document(s) (Re: 303 MOTION to Accelerate/Extend/Reset Hearings/Deadlines) as to Lindsey Kent Springer (Springer, Lindsey) Modified on 2/9/2010 to correct title of event (lml, Dpty Clk). (Entered: 02/08/2010) |
| 02/08/2010 | 306 | | MOTION Stay all Orders by Judge Friot pending determination by Surpeme Court in 09–8701 by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 02/08/2010) |
| 02/09/2010 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Notice); Correction: Edited docket text to reflect correct event (Motion to Withdraw Documents) (Re: 305 MOTION to Withdraw Document(s) ) as to Lindsey Kent Springer (lml, Dpty Clk) (Entered: 02/09/2010) |
| 02/10/2010 | 307 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #303 Stricken as Moot; #304 Stricken as Moot; #305 Granted, striking/withdrawing document(s) (Re: 304 MOTION to Strike Document(s), 305 MOTION to Withdraw Document(s), 303 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Monthly MOTION Stay pending ruling from Supreme |

| | | |
|---|---|---|
| | | Court in 09–8701 *and brief* ) (Documents Terminated: 303 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Monthly MOTION Stay pending ruling from Supreme Court in 09–8701 *and brief*, 305 MOTION to Withdraw Document(s), 304 MOTION to Strike Document(s) ) as to Lindsey Kent Springer (djh, Dpty Clk) (Entered: 02/10/2010) |
| 02/10/2010 | 308 | REPLY to Response to Motion (Re: 282 MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue*, 280 MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue*, 284 MOTION to Dismiss Indictment/Information/Complaint *for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in MOTION to Dismiss Indictment/Information/Complaint for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 02/10/2010) |
| 02/12/2010 | 310 | RESPONSE in Opposition to Motion (Re: 306 MOTION Stay all Orders by Judge Friot pending determination by Surpeme Court in 09–8701, 309 JOINDER (in [295, 306, 308] Motion to dismiss...., Motion for Stay..., Reply filed on 2/1/10, 2/8/10, 2/10/10) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 02/12/2010) |
| 02/18/2010 | 311 | REPLY to Response to Motion (Re: 295 MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six *regarding regulations not in compliance with APA* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 02/18/2010) |
| 02/22/2010 | 312 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #280, 282, 284, 306 Denied, #309 Granted (Re: 282 MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue*, 306 MOTION Stay all Orders by Judge Friot pending determination by Surpeme Court in 09–8701, 280 MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue*, 309 JOINDER (in [295, 306, 308] Motion to dismiss...., Motion for Stay..., Reply filed on 2/1/10, 2/8/10, 2/10/10), 284 MOTION to Dismiss Indictment/Information/Complaint *for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in MOTION to Dismiss Indictment/Information/Complaint for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 02/22/2010) |
| 02/23/2010 | 313 | ORDER by Judge Stephen P Friot *re: consideration of non–standard conditions of supervised release* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 02/23/2010) |
| 02/25/2010 | 314 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #295 Denied (Re: 295 MOTION to Dismiss Count(s) One, Two, Three, Four, Five |

| | | | |
|---|---|---|---|
| | | | and Six *regarding regulations not in compliance with APA* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 02/25/2010) |
| 03/16/2010 | 315 | | SEALED DOCUMENT (O'Reilly, Charles) (Entered: 03/16/2010) Contains One or More Restricted PDFs |
| 03/25/2010 | 316 | | ORDER by Judge Stephen P Friot, ruling re: modification of conditions of pretrial release as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) Modified on 3/25/2010 to add PDF (pll, Dpty Clk). (Entered: 03/25/2010) |
| 03/25/2010 | 317 | | NOTICE of Docket Entry Modification; Error: Document not attached; Correction: Attached document and included here (Re: 316 Order, Ruling Re: Modification of Conditions of Pretrial Release ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/25/2010) |
| 03/30/2010 | 318 | | NOTICE *Regarding Defendants'* Reference to Variance in Objections to PSIR by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 03/30/2010) |
| 03/30/2010 | 319 | | EXHIBIT LIST *and Witness List for Sentencing* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 03/30/2010) |
| 03/30/2010 | 321 | | SENTENCING MEMORANDUM as to Lindsey Kent Springer (Springer, Lindsey) (Entered: 03/31/2010) |
| 04/04/2010 | 322 | | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Continuance of Sentencing* (Re: 290 Scheduling Order, Setting/Resetting Deadline(s)/Hearing(s), 291 Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 04/04/2010) |
| 04/05/2010 | 323 | | RESPONSE in Opposition to Motion (Re: 322 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Continuance of Sentencing* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Continuance of Sentencing* ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 04/05/2010) |
| 04/05/2010 | 324 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #322 denied (Re: 322 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Continuance of Sentencing* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Continuance of Sentencing* ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 04/05/2010) |
| 04/06/2010 | 325 | | EXHIBIT LIST as to Lindsey Kent Springer (Springer, Lindsey) Modified on 4/7/2010; This is a multi−event document, see Document # 327 for second event (tjc, Dpty Clk). (Entered: 04/06/2010) |
| 04/06/2010 | 327 | | WITNESS LIST *(submitted as part of Doc # 325* ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 04/07/2010) |
| 04/07/2010 | | | NOTICE of Docket Entry Modification; Error: This is a multi−event document, which is not allowed in CM/ECF; Correction: Filed the remaining event (Witness List) as Document # 327 (Re: 325 Exhibit List ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 04/07/2010) |

| 04/09/2010 | 331 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #326 Denied (Re: 326 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to continue sentencing until proper notice has been given* ) as to Oscar Amos Stilley Modified on 4/23/2010 to show Oscar Amos Stilley as single filer(cds, Dpty Clk). (Entered: 04/09/2010) |
| 04/09/2010 | 332 | | REPLY (Re: 321 Sentencing Memorandum ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 04/09/2010) |
| 04/16/2010 | 333 | | SEALED DOCUMENT (O'Reilly, Charles) (Entered: 04/16/2010) Contains One or More Restricted PDFs |
| 04/23/2010 | 336 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Sentencing held on 4/23/2010, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (With attachments) (pll, Dpty Clk) (Entered: 04/28/2010) |
| 04/23/2010 | 339 | 40 | MOTION for Stay of Execution of Sentence, MOTION for Release Pending Appeal by Lindsey Kent Springer (s–srl, Dpty Clk) (Entered: 04/29/2010) |
| 04/23/2010 | 340 | 38 | NOTICE OF APPEAL to Circuit Court (Re: 337 Judgment and Commitment, Entering Judgment ) as to Lindsey Kent Springer (s–srl, Dpty Clk) (Entered: 04/29/2010) |
| 04/23/2010 | 341 | | APPEAL FEES Paid in Full (Re: 340 Notice of Appeal to Circuit Court ) by Lindsey Kent Springer (s–srl, Dpty Clk) (Entered: 04/29/2010) |
| 04/27/2010 | 334 | | ORDER by Judge Stephen P Friot *entered without prejudice to the right of standby counsel to apply for compensation for their services*, terminating attorney Charles Robert Burton, IV and Robert Scott Williams as to Lindsey Kent Springer, Oscar Amos Stilley (djh, Dpty Clk) (Entered: 04/27/2010) |
| 04/27/2010 | 335 | | ***Remark: *Order [Dkt. #334] mailed to each defendant c/o David L. Moss Correctional Center, 300 N. Denver Ave., Tulsa, OK 74103* (Re: 334 Order,, Adding/Terminating Attorney(s), Adding/Terminating Attorney(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (djh, Dpty Clk) (Entered: 04/27/2010) |
| 04/28/2010 | 337 | 32 | JUDGMENT AND COMMITMENT by Judge Stephen P Friot, entering judgment as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 04/28/2010) |

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

NORTHERN     District of     OKLA

FILED
Apr 28 2010
Phil Lombardi, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL** |
| **V.** | |
| LINDSEY KENT SPRINGER | Case Number:    09-CR-043-001-SPF |
| | USM Number:    02580-063 |
| | Lindsey Kent Springer, Pro Se |
| | Robert Scott Williams, Standby Counsel |
| | Defendant's Attorney |

## THE DEFENDANT:

[] pleaded guilty to count(s) _____

[] pleaded nolo contendere to count(s) _____
    which was accepted by the court.

[x] was found guilty on counts    One, Two, Three, Four, Five, and Six of the Indictment
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Defraud the United States | 1/15/09 | 1 |
| 26 U.S.C. § 7201 | Tax Evasion | 1/15/09 | 2 |
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 1/15/09 | 3 |
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 1/15/09 | 4 |
| 26 U.S.C. § 7203 | Failure to File Tax Return (Misdemeanor) | 4/15/03 | 5 |
| 26 U.S.C. § 7203 | Failure to File Tax Return (Misdemeanor) | 4/15/05 | 6 |

    The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has been found not guilty on count(s) _____

[] Count(s) _____ [] is    [] are   dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

April 23, 2010
Date of Imposition of Judgment

Signature of Judge

The Honorable Stephen P. Friot, U.S. District Judge
Name and Title of Judge

*April 28, 2010*
Date

AO 245B    (Rev. 09/08) Judgment in Criminal Case
                Sheet 2 — Imprisonment

DEFENDANT:              Lindsey Kent Springer
CASE NUMBER:            09-CR-043-001-SPF

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:    180 months.  Said term consists of sixty months as to each of Counts One, Two, Three, and Four, and twelve months as to
each of Counts Five and Six.  The terms imposed as to Counts Four, Five, and Six shall run concurrently with each other and
with the terms imposed as to Counts One, Two, and Three.  The terms imposed as to Counts One, Two, and Three shall run
consecutively to each other.

[x]    The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be placed in a facility as close to Tulsa, Oklahoma, as possible.  The Court directs the Bureau
of Prisons not to incarcerate the defendant with his co-defendant, Oscar Amos Stilley (USM Number 10579-062).

[x]    The defendant is remanded to the custody of the United States Marshal.

[]    The defendant shall surrender to the United States Marshal for this district:

    []    at _____    []   a.m.    []   p.m.   on   _____ .

    []    as notified by the United States Marshal.

[]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    []    before 12 noon on _____ .

    []    as notified by the United States Marshal.

    []    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Case 4:09-cr-00043-SPF   Document 342-1 Filed in USDC ND/OK on 04/29/10   Page 34 of 47
Case 4:09-cr-43   Document 357   Filed 04/26/2010   Page 3 of 6

DEFENDANT:        Lindsey Kent Springer
CASE NUMBER:      09-CR-043-001-SPF

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : Three years.  Said term consists of three years as to each of Counts One, Two, Three, and Four and one year as to Counts Five and Six.  These terms of supervised release shall run concurrently, each with the others.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[]    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse, but authority to administer drug testing for cause is retained. (Check, if applicable.)

[x]   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  (Check, if applicable.)

[x]   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

[]    The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prison, or any state sex offender registration agency in which he or she resides, works, or is a student, or was convicted of a qualifying offense.  (Check, if applicable.)

[]    The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1.    The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.
2.    The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3.    The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4.    The defendant shall support the defendant's dependents and meet other family responsibilities (including, but not limited to, complying with the terms of any court order or administrative process pursuant to the law of a state, the District of Columbia, or any other possession or territory of the United States requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with whom the child is living).
5.    The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6.    The defendant shall notify the probation officer at least ten days prior to any change of residence or employment.
7.    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8.    The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court.
9.    The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10.   The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11.   The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12.   The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13.   As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement  (any objection to such notification shall be decided by the district court).
14.   The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15.   The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

| | Judgment—Page | 4 | of | 6 |

DEFENDANT: **Lindsey Kent Springer**
CASE NUMBER: **09-CR-043-001-SPF**

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit his person, residence, office or vehicle to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  The defendant shall abide by the "Special Financial Conditions" previously adopted by the Court, as follows:

    1.  The defendant shall maintain a checking account in the defendant's name and deposit into this account all income, monetary gains or other pecuniary proceeds, and make use of this account for payment of all personal expenses. All other bank accounts must be disclosed to the probation officer.

    2.  The defendant shall not make application for any loan or enter into any credit arrangement, without first consulting with the probation officer.

    3.  The defendant shall disclose all assets and liabilities to the probation officer. The defendant shall not transfer, sell, give-away, or otherwise convey any asset, without first consulting with the probation officer.

    4.  If the defendant owns or maintains interest in any profit or nonprofit entity, you shall, upon request, surrender and/or make available for review, any and all documents and records of said profit or nonprofit entity to the probation officer.

    5.  The defendant shall, upon request of the probation officer, complete a personal financial affidavit and authorize release of any and all financial information, to include income and tax return records, by execution of a Release of Financial Information form, or by any other appropriate means.

3.  The defendant shall abide by the "Special Computer Restriction Conditions" previously adopted by the Court, as follows:

    1.  The defendant shall disclose all e-mail accounts, Internet connections and Internet connection devices, including screen names and passwords, to the probation officer; and shall immediately advise the probation officer of any changes in his or her e-mail accounts, connections, devices, or passwords.

    2.  The probation officer shall have authority to monitor all computer activity, to include all e-mail or Internet connections, to include but not limited to installation of remote monitoring software. Unless waived by the probation officer, the cost of remote monitoring software shall be paid by the defendant.

    3.  The defendant shall not access any on-line service using an alias, or access any on-line service using the Internet account, name, or designation of another person or entity; and report immediately to the probation officer access to any Internet site containing prohibited material.

    4.  The defendant is prohibited from using any form of encryption, cryptography, stenography, compression, password-protected files or other methods that limit access to, or change the appearance of, data and/or images.

    5.  The defendant is prohibited from altering or destroying records of computer use, including the use of software or functions designed to alter, clean or "wipe" computer media, block monitoring software, or restore a computer to a previous state.

    6.  If instructed, the defendant shall provide all personal and business telephone records and credit card statements to the probation officer

4.  While on supervision, the defendant shall cooperate with the IRS in preparing and filing true and correct income tax returns for any tax years since 1987 for which the defendant has not filed a tax return; cooperate with the IRS in civil proceedings to determine accurately his tax liabilities for the same years; establish a payment schedule with the IRS and pay all taxes, interest, and penalties owed in connection with his tax debt according to the payment schedule set by the IRS.

5.  The defendant shall not engage in any activity that would constitute the unauthorized or unlicensed practice of law, nor provide representation or services of any kind, advice, suggestions, or recommendations, whether paid or not, to any person or entity, public or private, other than immediate family members, with respect to any matter relating to federal or state taxation. The defendant will maintain no website that refers to any matter relating to federal or state taxation. The defendant will post no material of any kind on any website that refers to any matter relating to federal or state taxation. The defendant will not file, without the expressed written permission of the Probation Office, any civil action relating to federal income tax. Further, the defendant is prohibited from engaging in any activities in or under the name of Bondage Breakers Ministry.

6.  The defendant shall not work directly or indirectly in any business, profession, or self-employment engaged in the offer, sale, purchase, trade, brokering, solicitation, or similar transactions with respect to any real property, securities or negotiable instruments. The defendant will not engage in telemarketing activities, to include any telephone sales or other such business, campaign, venture, or transaction. The defendant shall maintain employment. All employment must be approved in advance by the Probation Officer. The defendant shall abide by electronic monitoring, curfew requirements, and travel restrictions.

7.  If instructed by the Probation Officer, the defendant shall provide originals or copies of all personal and business telephone phone records and all credit card, checking account and PayPal statements to the U.S. Probation Officer.

8.  The defendant shall report to the Probation Officer the particulars, as specified by the Probation Officer, of all transactions consummated with a check cashing service. These reports shall be made within 10 calendar days after completion of any such transaction. The defendant shall refrain from transacting business with any check cashing service if so directed by the Probation Officer.

9.  The defendant shall disclose all email accounts, Pay Pal accounts, internet connections and communication devises, to include all screen names and passwords. Your use of email, internet connections, or an internet connection service will be restricted and/or monitored by monitoring software and otherwise, with the costs of remote computer monitoring to be paid by the defendant. The defendant will be prohibited from accessing any on-line service using an alias or the internet account, name or designation or another person or entity. The defendant will be prohibited from altering or using any form of encryption or other methods that limit access to, or change, the appearance of data or images. The defendant will be prohibited from altering or destroying records of computer use.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Case 4:09-cr-00043-SPF   Document 342-1   Filed in USDC ND/OK on 04/29/10   Page 36 of 47
Document 353   Filed 04/26/2010   Page 5 of 6

DEFENDANT:              **Lindsey Kent Springer**
CASE NUMBER:            09-CR-043-001-SPF

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 450<br>(Counts One, Two, Three,<br>and Four $100 each; Counts<br>Five and Six $25 each) | $ N/A | $ 771,529 |

[]  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[x]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| IRS-RACS<br>Attention: Mail Stop 6261<br>Restitution<br>333 West Pershing Ave.<br>Kansas City, Missouri 64108 |  | $ 691,343 |  |
| Oklahoma Tax Commission<br>General Counsels Office<br>120 North Robinson<br>Suite 2000W<br>Oklahoma City, Oklahoma<br>73102<br>Attn: Marjorie Welch |  | $ 80,186 |  |
| **TOTALS** | $ _____ 0 | $ _____ 771,529 |  |

[]  Restitution amount ordered pursuant to plea agreement  $ _____

[]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  []  the interest requirement is waived for the        []  fine      []  restitution.

  []  the interest requirement for the        []  fine      []  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:        Lindsey Kent Springer
CASE NUMBER:      09-CR-043-001-SPF

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   []   Lump sum payment of $ _____ due immediately, balance due

     []   not later than _____ , or
     []   in accordance with   [] C,   [] D,   [] E, or   [] F below; or

**B**   []   Payment to begin immediately (may be combined with   [] C,   [] D, or   [] F below); or

**C**   []   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   []   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
     term of supervision; or

**E**   []   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
     imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   [x]   Special instructions regarding the payment of criminal monetary penalties:

     Any criminal monetary penalty is due in full immediately, but payable on a schedule of the greater of $25 quarterly or 50% of income
     pursuant to the Federal Bureau of Prisons' Inmate Financial Responsibility Program while in prison. If a monetary balance remains,
     payment is to commence no later than 60 days following release from imprisonment to a term of supervised release in equal monthly
     payments of $100 or 10% of net income (take home pay),  whichever is greater, over the duration of the term of supervised release
     and thereafter as prescribed by law for as long as some debt remains.  Notwithstanding establishment of a payment schedule, nothing
     shall prohibit the United States from executing or levying upon property of the defendant discovered before or after the date of this
     Judgment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment.   All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[]   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
     and corresponding payee, if appropriate.

[]   The defendant shall pay the cost of prosecution.
[]   The defendant shall pay the following court cost(s):
[]   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.



**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

APR 2 3 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

Defendants.

### NOTICE OF APPEAL

Lindsey K. Springer ("Springer") files his notice of appeal from the final order
and judgement by the United States Western Judicial District Court Judge Stephen P
Friot dated April _23_, 2010. to the Tenth Circuit

Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-955-8225

April _23_, 2010

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent   Springer's Notice

1

of Appeal was ecf'd on April 23 2010 as well as hand delivered, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

Signature

2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

# FILED

APR **2 3** 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
                              )

         Plaintiff,     )

                              )

v.                        )     09-CR-43-SPF

                              )

LINDSEY KENT SPRINGER and )
OSCAR STILLEY,          )

                              )

        Defendants.    )

## SPRINGER'S MOTION FOR STAY OF EXECUTION OF SENTENCE AND RELEASE PENDING APPEAL

Lindsey Kent Springer ("Springer") files his motion for stay of execution of sentence and release pending appeal pursuant to Title 18, Section 3143(b), 3145(c)(exceptional circumstances) Federal Rules of Appellate Procedure Rule 8(1))(A), and Federal Rules of Criminal Procedure 38(b).

## BACKGROUND

On May 15, 2009, Springer moved to dismiss each count of the indictment on grounds the "U.S. Individual Income Tax Return" Form 1040 for years 2000 through 2007 violated the Paperwork Reduction Act of 1995 in regard to each request for information form failing to display the information mandated by Congress at Title 44, Section 3506(c)(1)(B)(i-v)(1995) as well as each purported from failed to comply with the certification made pursuant to 5 CFR 1320.8 and 1320.9.    See doc. 53 and 54.

On May 29, 2009, the United States opposed Springer's motion claiming simply the claims by Springer are "frivolous."   See doc. 71, pg. Unnumbered page 6.

In Two Bill of Particulars the United States maintained the Form 1040 is not required to comply with the Paperwork Reduction Act because the filing of the "U.S. Individual Income Tax Returns" alleged as Form 1040s by the Grand Jury is an

1

obligation of Springer mandated by section 6012 and not regulation.   See doc. 104, pg. 2[1]

The Court in a minute order denied Springer's Motion without any finding of facts or conclusion of law.   See Doc. 100.

Prior to Trial the Court determined Springer could present his good faith claims regarding Form 1040 under the element of willfulness.

During Trial the Court directed the Jury that the Form 1040 did not violate the Paperwork Reduction Act.

Springer moved for a new trial and judgment of acquittal.   This Court denied both Motions.

---

[1]The United States writes:

"Counts 2, 3, 5 and 6 of the Indictment each include the phrase "required by law" in reference to Defendant Springer's failure to file a federal income tax return. The filing of income tax returns is mandated by statute. *United States v. Collins*, 920 F.2d 619, 630-31 (10th Cir. 1990); *United States v. Dawes*, 951 F.2d 1189, 1193 (10th Cir. 1991); *United States v. Neff*, 954 F.2d 698, 699-700 (11th Cir. 1992); *United States v. Hicks*, 947 F.2d 1356, 1359 (9th Cir. 1991); *United States v. Kerwin*, 945 F.2d 92 (5th Cir. 1991); *United States v. Wunder*, 919 F.2d 34, 38 (6th Cir.1990). The statutes that required Defendant Springer file individual federal income tax returns are as follows:

Title 26, United States Code Section 1 - Tax Imposed;
Title 26, United States Code Section 61 - Gross Income Defined;
Title 26, United States Code Section 63 - Taxable Income Defined;
Title 26, United States Code Section 6011(a) - General Requirement of Return, Statement or List;
Title 26, United States Code Section 6012(a)(1)(A) - Persons Required to Make Returns of Income;
Title 26, United States Code Section 6072(a) - Time for Filing Income Tax Returns;
Title 26, United States Code Section 6091 - Place for Filing Returns or Other Documents; Title 26, United States Code Section 6151 - Time and Place for Paying Tax Shown on Returns; Title 26, United States Code Section 7203 - Willful Failure to File Return, Supply Information or Pay Tax.

In regard to Springer's claims under the Paperwork Reduction Act violations where Springer claims the Court improperly told the fact finder the Form 1040 did not violate the Paperwork Reduction Act, the Court stated:

> Mr. Springer argues that on numerous occasions the court incorrectly advised the jury that IRS Form 1040 did not violate the Paperwork Reduction Act. In this motion, Mr. Springer argues that the PRA was his "complete defense" and that the court improperly advised the jury that Form 1040 complied with the PRA. Assuming that the PRA has any application at all to the offenses charged in this case, the court rejects, as it has done before, Mr. Springer's contention that the Paperwork Reduction Act provides him with a defense in this action. As held in United States v. Dawes, 951 F.2d 1189, 1191-92 (10th Cir. 1991), quoted in Springer v. United States, 447 F.Supp.2d 1235, 1238 (N.D. Okla. 2006), "the requirement to file a tax return is mandated by statute, not by regulation" and "such explicit statutory requirements are not subject to the PRA." The court's statements to the jury regarding the PRA do not require a new trial.

See doc. 293, pg. 6

1.    Request for Release and Stay Execution of Sentence Pending Appeal.

Under title 18, Section 3143(1)(A) requires the Court to make a finding Springer is not likely to flee or pose a danger to the safety of any other person or the community if released.

Springer is not likely to flee. The evidence to this Court is Springer has traveled all over this Country during the past year in relation to several cases pending in the Northern District.   The evidence is clear and convincing Springer poses no risk of fleeing.

Springer has been on release since the indictment was returned and clearly and unmistakably is not likely to pose a danger to the safety of any other person or the community in which he lives.  As reported by the Probation department in their final

3

report to this Court, Mr. Gollihare states Mr. Kehoe reported Springer was in compliance with all bond conditions.

Turning to Title 18, Section 3143(1)(B), Springer is required to show his appeal which is automatic is not for the purpose of delay and raises substantial questions of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include imprisonment or a reduced sentence that is less than the time the appellate process will take.

2.      Springer raises issues with the defense provided by Congress under the PRA.

A.      Does the Form 1040 comply with title 44, Section 3506(c)(1)(B) and 3512(1995) for years 2000 through 2007?

B.   Does the PRA apply to criminal charges seeking penalties from Springer inexorably linked to the payment of taxes and the filing of a return under Title 26, Section 6012?

C.    Did the Court erroneously instruct the jury Form 1040 did not violate the PRA during trial?

There is no question but Springer's appeal is not for the purpose of delay. Springer has sought a ruling on the merits of his specific Paperwork Reduction Act violations 5 different times from the district court and Tenth Circuit.

In the Tenth Circuit's Order in 06-5123, that panel held Springer could not raise the public protection on the offense but rather on the defense (complete). This Court cited in its order of January 28, 2010, to Springer v. United States, 447 F.Supp.2d 1235, 1238 (N.D. Okla. 2006) which the Panel in 06-5123 specifically declined the mandate by statute theory cited therein.

4

The Tenth Circuit held in U.S. v. Chisum 502 F.3d 1237,1244 "the PRA precludes the imposition of any penalty against a person for 'failing to comply with a collection of information' if it does not display a valid OMB control number or fails to alert the person he is not required to respond to the collection of information unless it displays a valid control number."   Quoting Section 3512 of Title 44.

The Panel in Chisum held Tax Forms are covered by the PRA.   The defense can be raised at any time.   "But the PRA protects a person only for failing to file information."     Id.

There is no question the Form 1040 is inexorably linked to the payment of taxes.   See U.S. v. Collins, 920 F. 2d, 619, 630 (fn. 13).   There is equally no question the Form 1040 must specifically comply with Title 44, Section 3506 and 5 CFR 1320.8 and 1320.9 which are the regulations promulgated by the Office of Management and Budget.

The Tenth Circuit on August 31, 2009, while this case was pending, published its decision regarding Springer's PRA claims of defense in 08-9004 vs. Commissioner, for 1990 through 1995, by saying Springer "has managed to advance several arguments in this appeal that raise difficult issues under bot the tax code and the PRA."    The Commissioner in that case attempted to argue the same the United States argued in this case when opposing Springer's defense claims under the PRA by saying the claims Springer raised were "frivolous."   The Tenth Circuit published their decision Springer v. CIR, 580 F. 3d 1142, 1144, by finding the Commissioner's claims in this regard were the claims that were frivolous.   The Tenth Circuit stated that they had not ever held

5

Springer's specific PRA claims were frivolous.

As in that case, 580 F. 3d 1142, (2009), Springer raised his defense to the claim he was required to file Form 1040 U.S. Individual Income Tax Returns for 2000 through 2007, in this case, by asserting and showing that the Forms 1040 did not display the mandated information required by Congress under Title 44, Section 3506(c)(1)(b)(i-v) and nor did any of the forms display compliance with 5 CFR 1320.8 and 1320.9. Springer's claims are also supported by the Government Accountability  Office Report in May 2005 finding forms of the IRS do not comply with the PRA.

The United States has never opposed this position.   They only argued the Form 1040 did not have to comply because the obligation to file was mandated by statute. The Tenth Circuit in U.S. v. Dawes, 951 F.2d 1189, 1193 (1991) specifically rejected the statutory origin theory and specifically held the requirement to file a U.S. Individual Income Tax Return Form 1040 was subject to the public protection of the PRA.

That protection provides:

> a) Notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information from a federal agency that is subject to this subchapter if — (
> 1) the collection of information does not display a valid control number assigned by the Director  of the Office of Management and Budget  in accordance with this subchapter; or
> (2) the agency fails to inform the person who is to respond to the collection of information that such person is not required to respond to the collection of information unless it displays a valid control number.
>
> (b) The protection provided by this section may be raised in the form of a complete defense, bar, or otherwise at any time during the agency administrative process or judicial action applicable thereto.

See Springer, 580 F.3d at 1143.

Springer is likely to prevail on his PRA claims as clearly the Form 1040 does not

comply, and the United States does not argue otherwise, with the requirements of Title 44, Section 3512 and 5 CFR 1320.8 and 1320.9.

Springer is also likely to prevail on the fact no district director exists or internal revenue district regarding venue to file a return in the Northern Judicial District.

Springer is also likely to prevail on whether the definition of gift given by the Court to the Jury violated the expost facto clause of the Constitution as it related to Springer's conduct alleged from 2000 through 2005.

CONCLUSION

Lindsey Kent Springer respectfully requests this Court stay execution of its sentence on April 23, 2010, and allow Springer to remain released on bond pending appeal based upon having met each of the factors set forth in Title 18, Section 3143(b).

Respectfully Submitted
/s/ Lindsey K. Springer
Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

7

Case 4:09-cr-43   Document 359   Filed 04/23/2010   Page 8 of 8

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's

Motion for Stay and Release Pending Appeal was ecf'd on April 23, 2010, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature

8