IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

       Plaintiff,

                                Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

       Defendants.

MOTION FOR TRANSCRIPT AT GOVERNMENT EXPENSE

    Lindsey Kent Springer ("Springer") moves the court for an order to authorize all transcripts listed below from pre-trial, trial, and sentencing, not already transcribed, at government expense.

    This court is already found Springer is unable to pay in its' sentencing dating April 23rd 2010.  The court has previously provided witness travel for trial on Springer's behalf paid at government expense.  Springer is currently incarcerated by order of this court and is unable to work or afford the transcripts needed.   Springer attaches a declaration in support of this motion.

    Springer needs the transcripts from the April 22nd 2009 hearing complete.

    Springer needs the transcripts from the hearing held on July 2nd 2009 complete.

    Springer needs the transcripts from the pre-trial conference held on October 21st 2009 complete.

    Springer needs the transcripts beginning October 26th 2009 through

1

November 16th 2009 including each day at trial and all transcripts regarding trial issues occurring during trial but outside the presence of the jury, this includes Springer's pro-offer.

Springer needs the sentencing transcript beginning April 21st 2010 through and including April 23rd 2010 when Springer was remanded into the custody of the U.S. Marshal.

Therefore, Lindsey Kent Springer respectfully requests this court to issue an order for transcripts identified above to be paid at public expense.

Respectfully Submitted
/s/ Lindsey K. Springer
<u>Lindsey K. Springer</u>
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that this motion for sentencing transcript at government expense and supporting declaration was ecf'd on April 29, 2010, to:

Kenneth P. Snoke,
Charles O'Reilly,

And mailed to Oscar Stilley at: David L Moss, 300 N Denver, Tulsa,OK 74103
Inmate#1189798

_____

_____ /s/ Lindsey K. Springer
Signature