IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

                              Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

**DECLARATION OF LINDSEY KENT SPRINGER**

I, Lindsey Kent Springer, declare that I am the defendant in the above captioned matter and I field my notice of appeal of this court's sentence and judgement entered orally from the bench on April 23rd, 2010 to the United States Court of Appeals for the 10th Circuit. My notice of appeal was filed with the clerks office on April 23rd, 2010. I was able to pay the filing fees but am unable to pay the costs associated with obtaining transcripts pertinent to my appeal.

This court has already found Springer lacks the ability to pay any fines. This court has also held previously Springer was provided certain trial expenses at public expense. I am currently imprisoned in the David L Moss correctional facility. There are literally thousands of documents in the record of this case. There are several issues this court is aware of that I raise in good faith on appeal to the 10th Circuit.

1

The trial transcripts are necessary for me to succeed on appeal. The last two months prior to incarceration, I earned a total of $4600.00 as the court is aware without release pending appeal I am unable to afford or contribute anything towards the cost of the transcripts. This court at sentencing directed me to file for the transcripts at public expense.

Pursuant to Title 28 §1746(1), under the laws of the United States of America, I declare the forgoing is true and correct to the best of my knowledge and belief.

        Respectfully Submitted
        /s/ Lindsey K. Springer
        <u>Lindsey K. Springer</u>
        5147 S. Harvard, # 116
        Tulsa, Oklahoma 74135
        918-748-5539/955-8225(cell)

_____