United States District Court
Northern District of Oklahoma

United States of America )
v. ) 09-CR-043
Lindsey Kent Springer )
and Oscar Amos Stilley )

**FILED**

JUL 13 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

### Declaration of Lindsey Kent Springer

I, Lindsey Kent Springer, declare that I am one of the defendants in 09-CR-043. I am unable to hire an attorney. I am currently in prison at the Federal Detention Center in Oklahoma City. I am awaiting transfer to Big Springs, Texas. I have been in Oklahoma City for over five weeks.

The facts alleged or stated in my memorandum accompanying my Motion for Writ of Error Coram Nobis are true and correct to the best of my knowledge and belief. The facts are also to the best of my memory. I declare under penalty of perjury that I recently discovered the Sixth Amend error in my case. I declare under penalty of perjury pursuant to title 28, Section 1746(1) under the laws of the United States of America the foregoing is true and correct to the best of my memory, knowledge an belief

7.9.10
Date

[signature] 7/9/10

(1)