United States District Court
Northern District of Oklahoma

United States of America

v.

Lindsey Kent Springer and Oscar Amos Stilley

09-CR-043

**FILED**

JUL 13 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## Certificate of Service

I, Lindsey Kent Springer, do hereby certify that each party listed below is on the Courts Electronic Case File System and receives notice of this Courts docket entries through email from the Court Clerks Office System. The documents served are Springer's Motion For Appointment of Counsel, Motion for Writ of Error Coram Nobis, Memorandum with declaration of Lindsey K. Springer, and this Certificate of Service were delivered to.

Charles O'Reilly
Oscar Stilley

On July 9, 2010 by placing in the US Mail at the Oklahoma City Federal Transfer Center to be mailed to the Clerks office.

/s/ Lindsey K. Springer

5147 Harvard #116
Tulsa Oklahoma
74135