OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

**Northern District of Oklahoma**

| | | |
|---|---|---|
| Phil Lombardi | 411 UNITED STATES COURTHOUSE | Telephone (918) 699-4700 |
| Clerk of Court | 333 West Fourth Street | Fax (918) 699-4756 |
| | Tulsa, Oklahoma 74103-3819 | |

July 26, 2010

Clerk of Court
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

IN RE:      Case No.:                 09-CR-43-SPF
            10th Circuit Case No.: 10-5055 and 10-5057
            Plaintiff:               USA
            Defendant:               Lindsey Kent Springer, Oscar Amos Stilley

Dear Clerk of Court,

Enclosed herewith is the electronic record on appeal.

If there is anything further needed, please do not hesitate to contact me.

Very truly yours,

Phil Lombardi, Clerk of Court

s/ S. Turner

By: S. Turner, Deputy Clerk

Enclosures: VOLUME I      Docket Sheet and Public Pleadings (Volumes I of III, II of III, and III of III)
            VOLUME II     Transcripts (unlocked green) - #114, #115
            VOLUME III    Restricted Transcripts - #382, #383, #384, #385, #386, #387, #388, #389, #390, #391, #392, #393, #394, #395, #396, #397, #398, #399, #400, #401
            VOLUME IV     Sealed Pleadings (#1, #3, #46, #75, #78, #79, #88, #89, #103, #113, #172, #174, #180, #224, #257, #258, #260, #261, #263, #320, #345, #365)

cc: All counsel of record
    (With Docket Sheet/Index)

AP-02 (09/08)