United States District Court
Northern District of Oklahoma

FILED
JUL 29 2010
Phil Lombardi, Clerk
U.S. DISTRICT COURT

United States of America

v.   09-CR-043

Lindsey Kent Springer

Reply to Opposition to Motion for Writ of Error Coram Nobis.

Lindsey Kent Springer ("Springer") files reply to USA's opposition to Springer's Motion for Writ of Error Coram Nobis.

The USA claims this court lacks jurisdiction to consider Springer's Motion because Springer is on direct appeal. It also claims Springer is in prison thus the writ of Error cannot be used. Both claims are directly answered by those cases listed in Springer's Two Memorandums. The question is whether Springer's 6th Amendment right has been violated. The USA asked this Court to deny the Motion

-1-

but never denied the 6th Amendment has been violated.

Lastly, the USA claims Springers hand-written memorandums exceed the 25 page limit by 27 pages. Springer asked for leave out of caution but asserted all 52 pages would not exceed 25 typed paper. Springer had no access to any typing tools.

None of the claims in opposition should never be used to circumvent the Sixth Amendment Right to Counsel.

Springer request the Court grant Springers appointment of Counsel to defend Springers Motion.

Therefore, Springer request the Court grant each of his motions,

Respectfully Submitted

*Lindsey K Springer*
02580-063
FCI Big Springs
1900 Simler Ave.
Big Springs Tx. 79720.

-2-

Certificate of Service

I herby certify I placed in the mail box at Big Springs Tx FCI Springer's Reply to USA's Response in Opposition to Springer's Motion for Writ of Error Coram Nobis to the U.S. District Court Clerk's office, Northern District of Oklahoma, 333 W. 4th St. Tulsa Oklahoma 74103. I further certify the parties in this case will receive copy of this Motion through ecf system; on July 26, 2010.

Charles O'Reilly
Oscar Stilley

/s/ Lindsey Springer

-3-