In The United States District Court
For The Northern District of Oklahoma

United States of America

          v.

Lindsey K. Springer

09-CR-0FILED

NOV 1 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## Motion For Release Pending Appeal or For Reconsideration

Lindsey Kent Springer ("Springer") moves this Court for and order releasing him from prison pending outcome of Appeal pursuant to Title 18, USC § 3143(b)(1)(A) and (B) based upon the likelihood Springer's conviction and sentence will be reversed by the 10th Circuit on a issues distinct from those previously raised and denied by this Court. In the alternative, Springer moves to Reconsider this Court's order of May 7, 2010 and June 8, 2010. Doc. 363, 377. Adding the Sixth Amendment Issue.

Springer states that he is not trying to waste this Courts time with the motion and Brief herein, but that based upon the Panel decision in 10-5101 Springer needs to request relief in this Court first in order to then request this same relief in 10-5055. That order is dated October 22, 2010.

As more fully set forth in the accompanying memorandum, Springer asserts that this Court should be clearly convinced that Springer is not a flight risk based upon his previous history with this and other litigation. Springer certainly is not a danger to the community. Springer

Appeal is not for the purpose of delay, and Springer raises substantial question(s) of law or fact likely to result in (i) a reversal, (ii) an order for a new trial.

The Two issues are:

1) Did Springer voluntarily, knowingly, and intelligently waive his right to Sixth Amendment Counsel

☒ 2) Should the Trial Court have suppressed all evidence linked to Donna Meador's use of Civil Summons in bad faith?

Springer request this Court issue an order releasing him pending appeal on suitable bond conditions that will reasonably assure this Court Springer will not flee or pose a danger to the community pursuant to Title 18, § 3142, 3143, and Federal Rules of Appellate Procedure Rule 8. and 9. A memorandum accompanies this motion.

Respectfully Submitted

Lindsey K Springer
#02580-063
B16-FCI
1900 Simler Ave
Big Springs TX 79720

☒ Springer tried to brief both but exceeded the page limit, so only the first issue is argued.