## UNITED STATES DISTRICT COURT

| | |
|---|---|
| **United States of America**<br>    Plaintiff-Appell<u>ee</u>         ,<br>v.<br>Lindsey K. Springer<br>    Defendant-Appell<u>ant</u>        . | District Court No. <u>09-cr-0043</u><br><br>Court of Appeals No.<br><br><u>10-5156</u><br>(if known) |

**FILED**
JAN 03 2011
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. <u>All motions, pleadings, orders, and docket entries from Doc. 400 to the present</u>

2. <u>Docket Sheet attached</u>

3. _____

4. _____

5. _____
    (Attach additional sheets if necessary)

Signature: _____

Counsel for: <u>Lindsey K. Springer</u>

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on <u>December 28, 2010</u>        .

Signature: _____

✓ Mail    __No Cert Svc    __No Orig Sign
__C/J    __C/MJ    __C/Ret'd    __No Env
__No Cpy's    ✓ No Env/Cpy's    __O/J    __O/MJ



| | | |
|---|---|---|
| | | may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 336 Minutes of Sentencing, Striking/Terminating Deadline(s)/Hearing(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/13/2010 | 402 | MOTION for Writ of Error Coram Nobis by Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/13/2010 | 403 | MOTION for Appointment of Counsel *Regarding Motion for Writ of Error Coram Nobis* by Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/13/2010 | 404 | BRIEF in Support of Motion (Re: 402 MOTION for Writ of Error Coram Nobis ) by Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/13/2010 | 405 | MOTION for Leave to Exceed Page Limitation by Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/13/2010 | 406 | AFFIDAVIT of Lindsey Kent Springer (titled "Declaration") as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/13/2010 | 407 | CERTIFICATE of Service (Re: 405 MOTION for Leave to Exceed Page Limitation, 402 MOTION for Writ of Error Coram Nobis, 404 Brief in Support of Motion, 403 MOTION for Appointment of Counsel *Regarding Motion for Writ of Error Coram Nobis*, 406 Affidavit ) as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/15/2010 | | MAIL to Oscar Amos Stilley, David L. Moss Criminal Justic Center, 300 N Denver, Tulsa OK 74103 Returned - marked return to sender - not in custody. Remailed on 7/15/10 - FCI Forrest City Low, PO Box 9000, Forrest City, AR 72336. (Re: 379 Order, Directing Attorney to File PHV Motion,, ) as to Oscar Amos Stilley (sdc, Dpty Clk) Modified on 7/16/2010 ro remove reference to Lindsey Springer (sdc, Dpty Clk). (Entered: 07/15/2010) |
| 07/16/2010 | 408 | MOTION for Leave to Exceed Page Limitation by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 07/16/2010) |
| 07/16/2010 | 409 | Second BRIEF in Support of Motion (Re: 402 MOTION for Writ of Error Coram Nobis ) by Lindsey Kent Springer (With attachments) (sdc, Dpty Clk) (Entered: 07/16/2010) |
| 07/16/2010 | 410 | CERTIFICATE of Service (Re: 408 MOTION for Leave to Exceed Page Limitation, 409 Brief in Support of Motion ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 07/16/2010) |
| 07/16/2010 | 411 | RESPONSE in Opposition to Motion (Re: 405 MOTION for Leave to Exceed Page Limitation, 402 MOTION for Writ of Error Coram Nobis, 403 |

| | | |
|---|---|---|
| | | MOTION for Appointment of Counsel *Regarding Motion for Writ of Error Coram Nobis*, 408 MOTION for Leave to Exceed Page Limitation ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 07/16/2010) |
| 07/26/2010 | 412 | RECORD on Appeal Sent to Circuit Court (Record includes: 4 volumes) (Re: 348 Notice of Appeal to Circuit Court, 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (s-srt, Dpty Clk) (Entered: 07/26/2010) |
| 07/29/2010 | 413 | NOTICE of Change of Address by Lindsey Kent Springer, Lindsey K Springer as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 07/29/2010) |
| 07/29/2010 | 414 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to proof transcripts* by Lindsey Kent Springer (s-srt, Dpty Clk) Modified on 11/9/2010; Document STRICKEN per Order # 427 (tjc, Dpty Clk). (Entered: 07/29/2010) |
| 07/29/2010 | 415 | REPLY to Response to Motion (Re: 402 MOTION for Writ of Error Coram Nobis ) by Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 07/29/2010) |
| 08/11/2010 | 416 | MOTION for Release, MOTION for Stay of Judgment *Pending Ruling on Motion for Writ of Coram Nobis*, MOTION for Hearing by Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 08/13/2010) |
| 08/13/2010 | 417 | ***Remark: *Petition for writ of mandamus filed at 10th Circuit Court. Case number 10-5101* as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 08/16/2010) |
| 08/17/2010 | 418 | ORDER by Judge Stephen P Friot *titled: Memorandum of approval, with modification, of claim for professional services* as to Oscar Amos Stilley (pll, Dpty Clk) (Entered: 08/17/2010) |
| 08/30/2010 | 419 | RESPONSE in Opposition to Motion (Re: 416 MOTION for Release MOTION for Stay of Judgment *Pending Ruling on Motion for Writ of Coram Nobis* MOTION for Hearing ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 08/30/2010) |
| 08/31/2010 | | ***Remark: *rec'd 10th Circuit Entry of Appearance, Motion for Informa Pauperis, and Petition for Writ of Error Coram Nobis of Mandamas - forwarded to 10th Circuit* as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 08/31/2010) |
| 09/09/2010 | 420 | REPLY to Response to Motion (Re: 416 MOTION for Release MOTION for Stay of Judgment *Pending Ruling on Motion for Writ of Coram Nobis* MOTION for Hearing ) by Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 09/09/2010) |
| 09/09/2010 | 421 | ATTORNEY APPEARANCE by Jeffrey Andrew Gallant on behalf of USA (Gallant, Jeffrey) (Entered: 09/09/2010) |

| | | |
|---|---|---|
| 09/13/2010 | 422 | TRANSCRIPT of Proceedings (Unredacted) of Miscellaneous Hearing held on 03/30/2009 before Magistrate Judge Paul J Cleary (Court Reporter: Tracy Washbourne) (Pages: 1-36). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 23 Minutes of Miscellaneous Hearing, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 12/20/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 09/13/2010) |
| 10/22/2010 | 423 | ORDER from Circuit Court *denying petition for writ of mandamus* (Re: 417 Remark ) as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 10/25/2010) |
| 11/01/2010 | 424 | MOTION for Release Pending Appeal, MOTION to Reconsider (Re: 377 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), 363 Order, Ruling on Motion(s)/Document(s) ) by Lindsey Kent Springer (s-srt, Dpty Clk) Modified on 11/3/2010-STRICKEN PER ORDER # 426 (lml, Dpty Clk). (Entered: 11/01/2010) |
| 11/01/2010 | 425 | BRIEF in Support of Motion (Re: 424 MOTION for Release Pending Appeal MOTION to Reconsider ) by Lindsey Kent Springer (s-srt, Dpty Clk) Modified on 11/3/2010-STRICKEN PER ORDER # 426 (lml, Dpty Clk). (Entered: 11/01/2010) |
| 11/02/2010 | 426 | ORDER by Judge Stephen P Friot, striking/withdrawing document(s) (Re: 425 Brief in Support of Motion, 424 MOTION for Release Pending Appeal MOTION to Reconsider, 377 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), 363 Order, Ruling on Motion(s)/Document(s) ) (Documents Terminated: 424 MOTION for Release Pending Appeal MOTION to Reconsider, 425 Brief in Support of Motion ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 11/02/2010) |
| 11/08/2010 | 427 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #405, 408 granted, #402, 403, 416 denied, striking/withdrawing document(s) (Re: 405 MOTION for Leave to Exceed Page Limitation, 402 MOTION for Writ of Error Coram Nobis, 403 MOTION for Appointment of Counsel *Regarding Motion for Writ of Error Coram Nobis*, 408 MOTION for Leave to Exceed Page Limitation, 416 MOTION for Release MOTION for Stay of Judgment *Pending Ruling on Motion for Writ of Coram Nobis* MOTION for Hearing, 414 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to proof transcripts*, 409 Brief in Support of Motion ) (Documents Terminated: 414 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to proof transcripts* ) as to Lindsey Kent Springer |

| | | |
|---|---|---|
| | | (pll, Dpty Clk) (Entered: 11/08/2010) |
| 11/17/2010 | 428 | NOTICE OF APPEAL to Circuit Court (Re: 426 Order, Striking/Withdrawing Document(s),,, Striking/Withdrawing Document(s), 427 Order, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s),,, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s),,, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s),,, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s), ) as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 11/19/2010) |
| 11/19/2010 | | ***Remark: *Per 10th Circuit this is new Notice of Appeal* (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 11/19/2010) |
| 11/19/2010 | | ***Remark: *appeal forms mailed* (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 11/19/2010) |
| 11/19/2010 | 429 | PRELIMINARY RECORD Sent to Circuit Court (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (With attachments) (s-srt, Dpty Clk) (Entered: 11/19/2010) |
| 11/19/2010 | 430 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 10-5156 (#428) (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 11/22/2010) |
| 12/20/2010 | 431 | TRANSCRIPT ORDER FORM (Transcripts are not necessary or are already on file ) (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 12/20/2010) |
| 12/20/2010 | 432 | DESIGNATION of Record on Appeal (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 12/20/2010) |
| 12/21/2010 | 433 | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or PDF for Dkt # 432, the Court has determined that *the designated docket sheet was not attached to the pleading.* Attorney *Jerold Barringer* is hereby directed to re-file *an Amended Designation of Record on Appeal with the designated docket sheet attached within 24 hours.* (Re: 432 Designation of Record on Appeal ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 12/21/2010) |
| 12/28/2010 | 434 | LETTER from Circuit Court regarding 1st request for record (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 12/28/2010) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 12/28/2010 10:33:00 |