In the United States District Court
Northern District of Oklahoma

United States of America )
Plaintiff )
v. )   09-CR-043-SPF
Lindsey Kent Springer )
and Oscar Amos Stilley )
Defendants.

## Motion For Leave to file Overlength Brief

Lindsey Kent Springer ("Springer") moves this Court for an Order allowing Springer to file an overlength Memorandum in Support of his Motion For New Trial. Springer is presenting new evidence along with how that evidence affects previous rulings by this Court that was not in existence prior to trial.

Springer's Memorandum is 36 hand written pages which Springer asserts is less than 25 typed pages. Local Rule provides 25 pages is allowed without leave.

Springer acknowledges his direct appeal is pending, and currently on hold, and that Rule 33 does not provide this Court with jurisdiction to rule on the Motion, however once filed, Springer can move the Tenth Circuit to remand the case for the Court to rule on the Motion then pending.

Due to Judicial economy, and that it is obvious false statements have been

(1)

used to obtain and maintain Springer's Judgment and Conviction, Springer needs the 36 pages to adequately cover the issues.

Therefore, Lindsey K. Springer, moves this Court for an order allowing him leave to file an overlength Memorandum in Support of his Motion for New Trial.

Respectfully Submitted

*Lindsey K. Springer*

#02580-063
FCI Big Spring
1900 Simler Ave.
Big Spring TX 79720

## Certificate of Service

I hereby certify that I mailed this Motion for Leave to File overlength brief on February 8, 2011 to Court Clerk, U.S. District Court, 333 W. 4th St, Tulsa, Okla. 74103 on February 8, 2011.

I further certify that all parties will receive service through ECF.

Charles O'Reilly
Oscar Stilley.

*Lindsey K. Springer*