# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,     )
            )
      Plaintiff,         )
            )
vs.                 )     Case No. 09-CR-0043-SPF
            )
LINDSEY KENT SPRINGER,     )
OSCAR AMOS STILLEY,       )
            )
      Defendants.     )

## <u>ORDER</u>

Defendant Lindsey Kent Springer has filed three motions: a motion for leave to file an oversized brief (doc. no. 437), a motion for a new trial (doc. no. 438), and a motion for an evidentiary hearing (doc. no. 439).

The oversized brief, which is Mr. Springer's memorandum in support of his motion for a new trial, has now been filed by Mr. Springer, albeit without leave. (Doc. no. 440.) The motion to file an oversized brief (doc. no. 437) is **GRANTED**.

Any brief(s) that Mr. Springer may wish to file in reply to the government's response brief **SHALL** be filed within twenty-one days of the date of this order.

Dated this 22nd day of February, 2011.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p092.wpd