In The United States District Court
Northern District of Oklahoma

**FILED**

United States of America

Plaintiff

MAR 2 8 2011

Phil Lombardi, Clerk
U.S. DISTRICT COURT

09·CR·043·SPF

v,

Lindsey Kent Springer

Defendant

## Notice of Appeal

Lindsey Kent Springer files his notice of Appeal of the Trial Courts denial of a Motion For New Trial and Motion for evidentiary hearing to further develope evidence in support of his Motion for new Trial. (doc. 446), dated March 17, 2011.

Respectfully Submitted

Lindsey K Springer
# 02580-063
FCI - Big Spring,
1900 Simler Ave
Big Spring Tx 79720

Mail ___No Cert Svc ___No Orig Sign
___C/J ___C/MJ ___C/Ret'd ___No Env
___No Cpy's ___No Env/Cpy's ___O/J ___O/MJ

①

# Certificate of Service

I hereby Certify that I mailed Notice of Appeal to the Office of Clerk, 333 W. 4th St. Tulsa, Okla 74103.

I further Certify that all parties will be served through this Courts ECF System.

Charles O'Reilly
Oscar Stilley

3.23.11
date

Server