# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

## TRANSMITTAL SHEET
(Notice of Appellate Action)

Date Notice filed: 3-28-2011

Style of Case: USA vs. Springer, et al

Appellant: Lindsey Kent Springer

District Court No: 09-CR-043-SPF-1

Tenth Circuit Case No:

[ ] Amended NOA                          [ ] Cross Appeal

[ ] Interlocutory Appeal                 [ ] Successive Petition (2254 or 2255) (no fee)

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

District Court Judge: Stephen P. Friot, U.S. District Judge

### APPEAL FILED BY PRO SE

Appeal Fee Paid                                    [ ]

Motion for IFP on Appeal Form Mailed/Given         [x]

Motion for IFP on Appeal Filed                     [ ]

### APPEAL FILED BY COUNSEL

Appeal Fee Paid                                    [ ]

Motion for IFP on Appeal Form Made Available       [ ]

Motion for IFP on Appeal Filed                     [ ]

Court Appointed Counsel                            [ ]

USA                                                [ ]

Signature of: S. Cope, Deputy Clerk        March 29, 2011        Phone: (918) 699-4700

AP-01 (7/09)