# IN THE UNITED STATES DISTRICT COURT

## Northern District of Oklahoma

United States of America

v.

Lindsey Kent Springer

09-CR-043

**FILED**

MAY 16 2011

Phil Lombardi, Clerk
U.S. DISTRICT COURT

### Motion to Proceed IFP

Lindsey K. Springer ("Springer") moves this Court for an Order waiving filing fees for appeal 11-5053 to the 10th Circuit.

This Court has previously found Springer pauperis under the CJA for providing witnesses at trial.

This Court also found Springer pauperis in 10-5156.

The issues in this appeal relate to the decision not to suppress evidence based upon a determination when the U.S. Attorney received institutional referral and the theory that such referral took place on June 3, 2005 while on September 16, 2005, the 11 Special Agents and 2 AUSA Horn and Nelson, each declared the IRS was institutionally conducting a criminal investigation.

These two theories cannot stand together. Either no prosecutorial referral exists or the evidence obtained, and the search warrant are unlawful.

Springer pointed to Mr. Shern's post

_____ Mail _____ No Cert Svc _____ No Orig Sign

_____ C/J _____ C/MJ _____ C/Ret'd _____ No Env

_____ No Cpys _____ No Env/Cpys _____ O/J _____ O/MJ

①

trial knowledge, or lack thereof, the
October 15, 2010 order in 09-5088, and
the 13 persons declaring in 06-CV-156
that they did not rely upon the June
3, 2005 referral theory in 06-CV-156
dated January 28, 2011.

As this Court is aware, a week before
trial, the Tax Division revealed the
U.S. Attorney was conducting a Grand
Jury related to internal revenue
on October 6, 2004.

The totality of these circumstances
shows the Court's decision on its
Jurisdiction and/or its decision related
to Suppression and Franks should be
reversed.

This appeal is in reality one case
and Springer paid the filing fee in
10-5055.

Springer attaches to this Motion
his affidavit for IFP, Exh. 1

This Court waived the fees in 10-5156.

Springer receives between 0 to $18.00
per month working for the prison and
$50.00 per week from his family mostly
used for copy expenses, stamps, emails
to counsel and necessary needs including
phone and toiletries.

Springer cannot pay the filing fees
in addition to all the expenses in his
appeals and for these reasons request
this Court waive fees. This is really
one appeal.

## Conclusion

Springer request this Court waive the Filing Fees in 11-5053

Respectfully

*[signature]*
#02580-063
FCI Big Spring
1900 Simler Ave
Big Spring Tx 79720

## Certificate of Service

I hereby Certify that I mailed Motion to Proceed IFP to the Court Clerk, 333 W. 4th St, Tulsa Okla. 74103.

I Further Certify that all parties to this Case receive Service Through the Court's ECF System!

Charles O'Reilly
Oscar Stilley

5.11.11        *[signature]*

I declare under penalty of perjury I placed this Motion in U.S. Mail at FCI Big Spring, Big Spring Texas on 5.11.11.

*[signature]*

(3)