OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
**Northern District of Oklahoma**

Phil Lombardi
Clerk of Court

411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Telephone (918) 699-4700
Fax (918) 699-4756

June 13, 2011

Clerk of Court
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

IN RE:   Case No.:   09-CR-043-SPF-1
         10th Circuit Case No.: 11-5053
         Plaintiff:   USA
         Defendant:   Lindsey Kent Springer

Dear Clerk of Court,

Enclosed herewith is the electronic record on appeal.

If there is anything further needed, please do not hesitate to contact me.

Very truly yours,

Phil Lombardi, Clerk of Court

s/ S. Cope

By: S. Cope, Deputy Clerk

Enclosures: VOLUME I   Docket Sheet & Public Pleadings

cc: All counsel of record
    (With Docket Sheet/Index)

AP-02 (09/08)