APPEAL, LC-1, RELEASED

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
### ABRIDGED CRIMINAL DOCKET FOR CASE #: 4:09-cr-00043-SPF-1

Case title: USA v. Springer et al
Other court case numbers: 09-5165 10th Circuit Court
10-5101 10th Circuit

Date Filed: 03/10/2009
Date Terminated: 04/28/2010

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2011 | 438 | MOTION for New Trial by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 02/16/2011) |
| 02/16/2011 | 439 | MOTION for Hearing (Re: 438 MOTION for New Trial ) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 02/16/2011) |
| 02/16/2011 | 440 | BRIEF in Support of Motion (Re: 438 MOTION for New Trial ) by Lindsey K Springer as to Lindsey Kent Springer (With attachments) (sdc, Dpty Clk) Original Electronic Image reflects illegible pages on paper copy provided to the Court (lml, Dpty Clk). (Entered: 02/17/2011) |
| 02/18/2011 | 441 | RESPONSE in Opposition to Motion (Re: 438 MOTION for New Trial, 439 MOTION for Hearing, 437 MOTION for Leave to Exceed Page Limitation ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 02/18/2011) |
| 03/14/2011 | 445 | REPLY to Response to Motion (Re: 439 MOTION for Hearing ) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/15/2011) |
| 03/17/2011 | 446 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #438 denied, #439 denied (Re: 438 MOTION for New Trial, 439 MOTION for Hearing ) as to Lindsey Kent Springer (djh, Dpty Clk) (Entered: 03/17/2011) |
| 03/28/2011 | 447 | NOTICE OF APPEAL to Circuit Court (Re: 446 Order, Ruling on Motion(s)/Document(s) ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/29/2011) |
| 05/16/2011 | 456 | MOTION for Leave to Appeal in Forma Pauperis (Re: 447 Notice of Appeal to Circuit Court ) by Lindsey Kent Springer (s-srl, Dpty Clk) (Entered: 05/16/2011) |
| 05/16/2011 | 457 | SUPPLEMENT (Re: 456 MOTION for Leave to Appeal in Forma Pauperis ) as to Lindsey Kent Springer (s-srl, Dpty Clk) (Entered: 05/16/2011) |
| 05/17/2011 | 458 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #456 Granted (Re: 447 Notice of Appeal to Circuit Court, 456 MOTION for Leave to Appeal in Forma Pauperis ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 05/17/2011) |