# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　December 06, 2011　　　　　　Douglas E. Cressler
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Mr. Philip Lombardi
United States District Court for the Northern District of Oklahoma
Office of the Clerk
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**　　10-5055, 10-5156, United States v. Springer
　　　　　District docket: 4:09-CR-00043-SPF-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　*Elisabeth A. Shumaker*

　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:　　　Jerold W. Barringer
　　　　　Frank Phillip Cihlar
　　　　　Gregory Victor Davis
　　　　　Jeffrey A. Gallant
　　　　　Charles Anthony O'Reilly
　　　　　Alexander Patrick Robbins
　　　　　Lindsey K. Springer

EAS/ad