

Dear Clerk of Court:

My name is Lindsey Kent Springer and I am a Defendant in 09-cr-043. For filing I have enclosed my Motion to File Overlength Brief regarding a Motion I will be filing pursuant to 28 U.S.C. § 2255.

I was wondering if you could send me a copy of the most recent local rules or at least those governing 2255s. I also need a copy of the Form your Court has approved for filing a 2255 Motion. We do not have any of these materials available at FCI Big Spring. If you are able to send them I will make a copy available for the Law Library so you would not (more than likely) be asked again.

I hope this finds your office doing well and I hope you have an awsome Holiday season (politically correct).

Thank you

dated December 26, 2012.

RECEIVED
JAN 2 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

____ Mail   ____ No Cert Svc   ____ No Orig Sign

____ C/J   ____ C/MJ   ____ C/Ret'd   ____ No Env

____ No Cpys   ____ No Env/Cpys   ____ O/J   ____ O/MJ