# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 09-cr-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant. | ) |

## ORDER

Defendant Lindsey Kent Springer's Motion for Leave to File Overlength Memorandum and Brief to Accompany Motion for Relief Under 28 U.S.C. § 2255, filed on January 2, 2013 (doc. no. 470) is **DENIED**.

Dated this 4th day of January, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p098.wpd