# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Lindsey Kent Springer

**Plaintiff/Petitioner**

vs.

UNITED STATES OF AMERICA

**Defendant(s)/Respondent(s)**

# FILED

MAR 25 2013 Case Number: 09-CR-43-SPF

(To be supplied by Court Clerk)

**Phil Lombardi, Clerk**
**U.S. DISTRICT COURT**

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, ___Lindsey Kent Springer___ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant          [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          [X] Yes          [ ] No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration.     FCI Big Spring

   Are you employed at the institution?  yes   Do you receive any payment from the institution?  yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          [ ] Yes          [ ] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          [ ] Yes          [X] No
   b. Rent payments, interest or dividends                    [ ] Yes          [X] No
   c. Pensions, annuities or life insurance payments          [ ] Yes          [X] No
   d. Disability or workers compensation payments             [ ] Yes          [X] No
   e. Gifts or inheritances                                   [X] Yes          [ ] No
   f. Any other sources                                       [X] Yes          [ ] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount.   _N/A_

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

_N/A_

From # 3
I have no expectation of anyone giving me anything but in the last 12 months I have
received a birthday present from my mom of $ 150.00 and

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   I have no way of supporting anyone as I am incarcerated.   If I could, I would support my family first and the United States of America second.

I declare under penalty of perjury that the above information is true and correct.

_March 4, 2013_ _Lindsey K Springer_
Date                                    Signature of Applicant

**NOTICE TO PRISONER:** In addition to the foregoing statement of all assets, a prisoner seeking to proceed without prepayment of fees shall submit the attached "Statement of Institutional Accounts," completed and signed by an appropriate institutional officer.  A prisoner is also required to attach a ledger sheet for each institutional account showing all receipts, expenditures, and balances for the last 6-month period.

## STATEMENT OF INSTITUTIONAL ACCOUNTS

I hereby state that on ___5___ day of ___March___, 20 _13_ this prisoner had $ _40.88_ in his/her draw account and $ ___0.__ in his/her savings account.

A ledger sheet for this prisoner's trust account (or institutional equivalent) for the preceding six month period, or for the entire period of confinement if less than six months, is attached.

___3/7/13___
Date

_____  J.S. Flores
Authorized Prison Official

_Counsil_
Title

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 02580063 | Current Institution: | Big Spring FCI |
| Inmate Name: | SPRINGER, LINDSEY | Housing Unit: | BIG-R-E |
| Report Date: | 03/05/2013 | Living Quarters: | R05-044I |
| Report Time: | 3:43:51 PM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9352 |
| PAC #: | 773694753 |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 5/7/2010 |
| Local Account Activation Date: | 7/22/2010 3:15:03 AM |
| | |
| Sort Codes: | |
| Last Account Update: | 3/5/2013 7:01:18 AM |
| Account Status: | Active |
| Phone Balance: | $4.49 |

### Pre-Release Plan Information

| | | |
|---|---|---|
| Target Pre-Release Account Balance: | $0.00 | |
| Pre-Release Deduction %: | 0% | |
| Income Categories to Deduct From: | Payroll | Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $40.85 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

|  |  |
|---|---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $40.85 |
| National 6 Months Deposits: | $1,021.67 |
| National 6 Months Withdrawals: | $1,001.85 |
| Available Funds to be considered for IFRP Payments: | $421.67 |
| National 6 Months Avg Daily Balance: | $56.90 |
| Local Max. Balance - Prev. 30 Days: | $118.58 |
| Average Balance - Prev. 30 Days: | $42.30 |

## Commissary History

### Purchases

|  |  |
|---|---|
| Validation Period Purchases: | $15.85 |
| YTD Purchases: | $400.75 |
| Last Sales Date: | 3/5/2013 7:01:18 AM |

### SPO Information

|  |  |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

|  |  |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $320.00 |
| Expended Spending Limit: | $15.85 |
| Remaining Spending Limit: | $304.15 |

## Commissary Restrictions

### Spending Limit Restrictions

|  |  |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

## Comments

Comments:

## All Transactions

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 02580063 | **Current Institution:** | Big Spring FCI |
| **Inmate Name:** | SPRINGER, LINDSEY | **Housing Unit:** | BIG-R-F |
| **Report Date:** | 03/05/2013 | **Living Quarters:** | R05-044L |
| **Report Time:** | 3:44:11 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/5/2013 7:01:18 AM | Sales - Fingerprint | ($15.85) | 21 | | $40.85 |
| 3/4/2013 6:04:31 AM | Western Union | $50.00 | 33313063 | | $56.70 |
| 3/1/2013 9:18:30 AM | Phone Withdrawal | ($1.00) | TFN0301 | | $6.70 |
| 2/28/2013 11:22:15 AM | Phone Withdrawal | ($5.00) | TFN0228 | | $7.70 |
| 2/26/2013 7:13:50 AM | Sales - Fingerprint | ($5.85) | 29 | | $12.70 |
| 2/23/2013 6:00:57 PM | TRUL Withdrawal | ($2.00) | TL0223 | | $18.55 |
| 2/21/2013 11:46:26 AM | Phone Withdrawal | ($4.00) | TFN0221 | | $20.55 |
| 2/20/2013 11:54:13 AM | Sales - Fingerprint | ($9.65) | 109 | | $24.55 |
| 2/17/2013 6:23:55 PM | TRUL Withdrawal | ($2.00) | TL0217 | | $34.20 |
| 2/17/2013 1:54:11 PM | TRUL Withdrawal | ($2.00) | TL0217 | | $36.20 |
| 2/17/2013 1:04:02 PM | TRUL Withdrawal | ($2.00) | TL0217 | | $38.20 |
| 2/16/2013 3:35:39 PM | Phone Withdrawal | ($8.00) | TFN0216 | | $40.20 |
| 2/14/2013 3:10:29 PM | TRUL Withdrawal | ($2.00) | TL0214 | | $48.20 |
| 2/13/2013 9:24:03 AM | Phone Withdrawal | ($8.00) | TFN0213 | | $50.20 |
| 2/12/2013 7:28:09 AM | Sales - Fingerprint | ($24.85) | 28 | | $58.20 |
| 2/9/2013 5:57:31 PM | TRUL Withdrawal | ($5.00) | TL0209 | | $83.05 |
| 2/8/2013 3:37:39 PM | FRP Monthly Pymt | ($25.00) | MFRP0213 | | $88.05 |
| 2/8/2013 3:36:09 PM | Payroll - IPP | $45.67 | MIPP0113 | | $113.05 |
| 2/5/2013 7:10:54 AM | Sales - Fingerprint | ($41.20) | 23 | | $67.38 |
| 2/4/2013 11:24:37 AM | Phone Withdrawal | ($10.00) | TFN0204 | | $108.58 |
| 2/4/2013 10:03:46 AM | Western Union | $100.00 | 33313035 | | $118.58 |
| 2/3/2013 2:06:20 PM | TRUL Withdrawal | ($2.00) | TL0203 | | $18.58 |
| 2/1/2013 6:23:39 PM | Phone Withdrawal | ($8.00) | TFN0201 | | $20.58 |
| 1/29/2013 7:39:33 PM | Sales - Fingerprint | ($26.85) | 34 | | $28.58 |
| 1/27/2013 5:48:50 PM | TRUL Withdrawal | ($5.00) | TL0127 | | $55.43 |
| 1/23/2013 2:02:10 PM | Phone Withdrawal | ($10.00) | TFN0123 | | $60.43 |
| 1/22/2013 5:21:44 PM | Phone Withdrawal | ($6.00) | TFN0122 | | $70.43 |
| 1/22/2013 11:22:36 AM | Sales - Fingerprint | ($30.25) | 53 | | $76.43 |
| 1/22/2013 8:11:45 AM | TRUL Withdrawal | ($2.00) | TL0122 | | $106.68 |
| 1/21/2013 9:03:33 PM | Western Union | $100.00 | 33313021 | | $108.68 |
| 1/20/2013 2:18:00 PM | TRUL Withdrawal | ($2.00) | TL0120 | | $8.68 |
| 1/19/2013 8:21:38 PM | Phone Withdrawal | ($10.00) | TFN0119 | | $10.68 |
| 1/17/2013 3:17:59 PM | Phone Withdrawal | ($8.00) | TFN0117 | | $20.68 |
| 1/15/2013 6:51:34 AM | Sales - Fingerprint | ($29.35) | 14 | | $28.68 |
| 1/13/2013 2:24:09 PM | TRUL Withdrawal | ($2.00) | TL0113 | | $58.03 |
| 1/12/2013 11:03:26 AM | Phone Withdrawal | ($7.00) | TFN0112 | | $60.03 |
| 1/10/2013 7:49:58 PM | TRUL Withdrawal | ($2.00) | TL0110 | | $67.03 |
| 1/10/2013 2:46:31 PM | FRP Monthly Pymt | ($25.00) | MFRP0113 | | $69.03 |
| 1/10/2013 2:45:24 PM | Payroll - IPP | $60.90 | MIPP1212 | | $94.03 |
| 1/9/2013 8:04:00 PM | TRUL Withdrawal | ($2.00) | TL0109 | | $33.13 |
| 1/6/2013 1:48:15 PM | TRUL Withdrawal | ($5.00) | TL0106 | | $35.13 |
| 1/5/2013 12:29:29 PM | Phone Withdrawal | ($9.00) | TFN0105 | | $40.13 |
| 1/2/2013 7:26:24 PM | TRUL Withdrawal | ($2.00) | TL0102 | | $49.13 |
| 12/31/2012 6:03:36 AM | Western Union | $43.05 | 33312366 | | $51.13 |
| 12/30/2012 6:34:42 PM | TRUL Withdrawal | ($2.00) | TL1230 | | $8.08 |
| 12/30/2012 1:56:32 PM | Phone Withdrawal | ($10.00) | TFN1230 | | $10.08 |
| 12/28/2012 5:36:24 PM | Phone Withdrawal | ($9.00) | TFN1228 | | $20.08 |
| 12/25/2012 9:01:09 AM | TRUL Withdrawal | ($2.00) | TL1225 | | $29.08 |
| 12/23/2012 5:44:50 PM | Phone Withdrawal | ($10.00) | TFN1223 | | $31.08 |
| 12/17/2012 7:51:49 PM | TRUL Withdrawal | ($2.00) | TL1217 | | $41.08 |

1 2 3 4 5

# All Transactions



| | |
|---|---|
| Inmate Reg #: | 02580063 |
| Inmate Name: | SPRINGER, LINDSEY |
| Report Date: | 03/05/2013 |
| Report Time: | 3:44:26 PM |

| | |
|---|---|
| Current Institution: | Big Spring FCI |
| Housing Unit: | BIG-R-E |
| Living Quarters: | R05-044L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 12/16/2012 9:04:54 AM | TRUL Withdrawal | ($5.00) | TL1216 | | $43.08 |
| 12/15/2012 7:00:26 PM | TRUL Withdrawal | ($5.00) | TL1215 | | $48.08 |
| 12/14/2012 8:19:07 AM | Sales - Fingerprint | ($9.00) | 68 | | $53.08 |
| 12/14/2012 8:18:02 AM | Sales - Fingerprint | ($98.85) | 67 | | $62.08 |
| 12/13/2012 11:35:57 AM | Phone Withdrawal | ($10.00) | TFN1213 | | $160.93 |
| 12/12/2012 8:55:46 AM | TRUL Withdrawal | ($5.00) | TL1212 | | $170.93 |
| 12/10/2012 3:33:37 PM | FRP Monthly Pymt | ($25.00) | MFRP1212 | | $175.93 |
| 12/10/2012 3:30:29 PM | Payroll - IPP | $60.60 | MIPP1112 | | $200.93 |
| 12/8/2012 8:51:21 PM | Phone Withdrawal | ($6.00) | TFN1208 | | $140.33 |
| 12/6/2012 9:03:18 PM | Western Union | $120.00 | 33312341 | | $146.33 |
| 12/6/2012 11:19:55 AM | TRUL Withdrawal | ($2.00) | TL1206 | | $26.33 |
| 12/1/2012 11:45:07 AM | TRUL Withdrawal | ($2.00) | TL1201 | | $28.33 |
| 11/27/2012 11:35:47 AM | Sales - Fingerprint | ($6.15) | 42 | | $30.33 |
| 11/26/2012 7:52:51 PM | TRUL Withdrawal | ($2.00) | TL1126 | | $36.48 |
| 11/25/2012 1:32:42 PM | TRUL Withdrawal | ($2.00) | TL1125 | | $38.48 |
| 11/24/2012 9:32:21 AM | Phone Withdrawal | ($10.00) | TFN1124 | | $40.48 |
| 11/22/2012 6:36:33 PM | Phone Withdrawal | ($10.00) | TFN1132 | | $50.48 |
| 11/22/2012 9:16:15 AM | TRUL Withdrawal | ($2.00) | TL1122 | | $60.48 |
| 11/22/2012 8:12:54 AM | TRUL Withdrawal | ($2.00) | TL1122 | | $62.48 |
| 11/18/2012 5:43:26 PM | Phone Withdrawal | ($5.00) | TFN1118 | | $64.48 |
| 11/15/2012 12:00:15 PM | Sales - Fingerprint | ($16.15) | 62 | | $69.48 |
| 11/11/2012 5:11:41 PM | Phone Withdrawal | ($10.00) | TFN1111 | | $85.63 |
| 11/11/2012 12:09:14 PM | TRUL Withdrawal | ($2.00) | TL1111 | | $95.63 |
| 11/10/2012 9:13:42 AM | TRUL Withdrawal | ($2.00) | TL1110 | | $97.63 |
| 11/9/2012 6:53:38 PM | TRUL Withdrawal | ($5.00) | TL1109 | | $99.63 |
| 11/9/2012 5:53:44 PM | TRUL Withdrawal | ($2.00) | TL1109 | | $104.63 |
| 11/9/2012 1:01:33 PM | FRP Monthly Pymt | ($25.00) | MFRP1112 | | $106.63 |
| 11/9/2012 1:00:44 PM | Payroll - IPP | $66.99 | MIPP1012 | | $131.63 |
| 11/8/2012 12:05:20 PM | Phone Withdrawal | ($5.00) | TFN1108 | | $64.64 |
| 11/6/2012 8:28:07 PM | TRUL Withdrawal | ($2.00) | TL1106 | | $69.64 |
| 11/6/2012 11:36:33 AM | Sales - Fingerprint | ($20.65) | 36 | | $71.64 |
| 11/4/2012 7:50:20 PM | TRUL Withdrawal | ($2.00) | TL1104 | | $92.29 |
| 10/30/2012 11:29:25 AM | Sales - Fingerprint | ($9.80) | 33 | | $94.29 |
| 10/30/2012 8:02:38 AM | Western Union | $43.05 | 33312304 | | $104.09 |
| 10/28/2012 12:49:35 PM | TRUL Withdrawal | ($2.00) | TL1028 | | $61.04 |
| 10/27/2012 3:39:17 PM | Phone Withdrawal | ($7.00) | TFN1027 | | $63.04 |
| 10/26/2012 2:54:46 PM | Phone Withdrawal | ($4.00) | TFN1026 | | $70.04 |
| 10/26/2012 11:29:30 AM | TRUL Withdrawal | ($2.00) | TL1026 | | $74.04 |
| 10/23/2012 2:03:22 PM | TRUL Withdrawal | ($2.00) | TL1023 | | $76.04 |
| 10/23/2012 11:31:07 AM | Sales - Fingerprint | ($13.70) | 38 | | $78.04 |
| 10/21/2012 6:27:21 PM | TRUL Withdrawal | ($2.00) | TL1021 | | $91.74 |
| 10/21/2012 4:03:37 PM | Western Union | $43.05 | 33312295 | | $93.74 |
| 10/20/2012 9:35:53 AM | Phone Withdrawal | ($4.00) | TFN1020 | | $50.69 |
| 10/19/2012 11:39:25 AM | TRUL Withdrawal | ($2.00) | TL1019 | | $54.69 |
| 10/18/2012 12:04:22 PM | TRUL Withdrawal | ($2.00) | TL1018 | | $56.69 |
| 10/18/2012 11:26:35 AM | Sales - Fingerprint | ($1.90) | 57 | | $58.69 |
| 10/18/2012 11:25:39 AM | Sales - Fingerprint | ($9.65) | 56 | | $60.59 |
| 10/16/2012 11:39:10 AM | Phone Withdrawal | ($6.00) | TFN1016 | | $70.24 |
| 10/15/2012 11:29:49 AM | Phone Withdrawal | ($8.00) | TFN1015 | | $76.24 |
| 10/14/2012 2:55:29 PM | TRUL Withdrawal | ($2.00) | TL1014 | | $84.24 |

1 2 3 4 5

## All Transactions



| Inmate Reg #: | 02580063 | Current Institution: | Big Spring FCI |
|---|---|---|---|
| Inmate Name: | SPRINGER R. LINDSEY | Housing Unit: | BIG-R-F |
| Report Date: | 03/05/2013 | Living Quarters: | R05-044L |
| Report Time: | 3:44:29 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/14/2012 11:58:05 AM | TRUL Withdrawal | ($2.00) | TL1014 | | $86.24 |
| 10/14/2012 8:38:26 AM | TRUL Withdrawal | ($2.00) | TL1014 | | $88.24 |
| 10/13/2012 8:12:59 PM | TRUL Withdrawal | ($2.00) | TL1013 | | $90.24 |
| 10/12/2012 11:39:56 AM | TRUL Withdrawal | ($2.00) | TL1012 | | $92.24 |
| 10/11/2012 12:05:43 PM | Sales - Fingerprint | ($12.40) | 90 | | $94.24 |
| 10/10/2012 2:42:53 PM | FRP Monthly Pymt | ($25.00) | MFRP1012 | | $106.64 |
| 10/10/2012 2:41:59 PM | Payroll - IPP | $57.57 | MIPP0912 | | $131.64 |
| 10/10/2012 11:20:38 AM | Phone Withdrawal | ($6.00) | TFN1010 | | $74.07 |
| 10/10/2012 7:32:46 AM | TRUL Withdrawal | ($2.00) | TL1010 | | $80.07 |
| 10/7/2012 5:34:43 PM | Phone Withdrawal | ($10.00) | TFN1007 | | $82.07 |
| 10/6/2012 5:42:41 PM | TRUL Withdrawal | ($2.00) | TL1006 | | $92.07 |
| 10/3/2012 3:02:52 PM | Phone Withdrawal | ($4.00) | TFN1003 | | $94.07 |
| 10/2/2012 7:20:06 AM | Sales - Fingerprint | ($18.65) | 21 | | $98.07 |
| 10/1/2012 6:04:05 AM | Western Union | $100.00 | 33312275 | | $116.72 |
| 9/26/2012 8:06:53 PM | Phone Withdrawal | ($10.00) | TFN0926 | | $16.72 |
| 9/25/2012 11:35:26 AM | TRUL Withdrawal | ($5.00) | TL0925 | | $26.72 |
| 9/25/2012 9:03:00 AM | Western Union | $21.05 | 33312269 | | $31.72 |
| 9/24/2012 2:05:18 PM | Phone Withdrawal | ($8.00) | TFN0924 | | $10.67 |
| 9/24/2012 11:18:04 AM | TRUL Withdrawal | ($2.00) | TL0924 | | $18.67 |
| 9/22/2012 11:33:59 AM | Phone Withdrawal | ($4.00) | TFN0922 | | $20.67 |
| 9/21/2012 5:28:34 PM | Phone Withdrawal | ($6.00) | TFN0921 | | $24.67 |
| 9/21/2012 11:25:45 AM | TRUL Withdrawal | ($2.00) | TL0921 | | $30.67 |
| 9/20/2012 7:39:06 AM | Sales - Fingerprint | ($13.95) | 35 | | $32.67 |
| 9/19/2012 5:28:17 PM | Phone Withdrawal | ($4.00) | TFN0919 | | $46.62 |
| 9/17/2012 1:14:07 PM | Phone Withdrawal | ($8.00) | TFN0917 | | $50.62 |
| 9/16/2012 7:55:27 PM | TRUL Withdrawal | ($2.00) | TL0916 | | $58.62 |
| 9/12/2012 8:17:41 PM | TRUL Withdrawal | ($2.00) | TL0912 | | $60.62 |
| 9/11/2012 6:46:49 AM | Sales - Fingerprint | ($21.65) | 11 | | $62.62 |
| 9/10/2012 1:50:13 PM | FRP Monthly Pymt | ($25.00) | LFRP0912 | | $84.27 |
| 9/10/2012 1:48:56 PM | Payroll - IPP | $66.69 | LIPP0812 | | $109.27 |
| 9/9/2012 8:13:56 PM | Phone Withdrawal | ($6.00) | TFN0909 | | $42.58 |
| 9/8/2012 11:37:38 AM | TRUL Withdrawal | ($2.00) | TL0908 | | $48.58 |
| 9/7/2012 3:33:49 PM | Phone Withdrawal | ($7.00) | TFN0907 | | $50.58 |
| 9/7/2012 7:44:23 AM | Sales - Fingerprint | ($6.50) | 30 | | $57.58 |
| 9/7/2012 6:03:17 AM | Western Union | $43.05 | 33312251 | | $64.08 |
| 9/3/2012 7:10:43 PM | TRUL Withdrawal | ($2.00) | TL0903 | | $21.03 |
| 9/2/2012 11:37:19 AM | TRUL Withdrawal | ($2.00) | TL0902 | | $23.03 |
| 9/1/2012 9:25:19 PM | Phone Withdrawal | ($5.00) | TFN0901 | | $25.03 |
| 8/31/2012 8:15:50 PM | TRUL Withdrawal | ($2.00) | TL0831 | | $30.03 |
| 8/31/2012 6:50:43 PM | TRUL Withdrawal | ($2.00) | TL0831 | | $32.03 |
| 8/31/2012 5:54:28 PM | TRUL Withdrawal | ($2.00) | TL0831 | | $34.03 |
| 8/30/2012 5:42:20 PM | Phone Withdrawal | ($8.00) | TFN0830 | | $36.03 |
| 8/29/2012 5:57:26 PM | TRUL Withdrawal | ($2.00) | TL0829 | | $44.03 |
| 8/29/2012 2:39:20 PM | Phone Withdrawal | ($8.00) | TFN0829 | | $46.03 |
| 8/28/2012 7:59:32 PM | Phone Withdrawal | ($8.00) | TFN0828 | | $54.03 |
| 8/28/2012 7:38:18 PM | TRUL Withdrawal | ($2.00) | TL0828 | | $62.03 |
| 8/27/2012 9:03:48 PM | Western Union | $43.05 | 33312240 | | $64.03 |
| 8/27/2012 7:45:29 PM | TRUL Withdrawal | ($2.00) | TL0827 | | $20.98 |
| 8/24/2012 8:06:44 PM | TRUL Withdrawal | ($2.00) | TL0824 | | $22.98 |
| 8/23/2012 1:14:05 PM | TRUL Withdrawal | ($2.00) | TL0823 | | $24.98 |

1 2 3 4 5

# All Transactions



| Inmate Reg #: | 02580063 | Current Institution: | Big Spring FCI |
|---|---|---|---|
| Inmate Name: | SPRINGER, LINDSEY | Housing Unit: | BIG-R-F |
| Report Date: | 03/05/2013 | Living Quarters: | R05-044I |
| Report Time: | 3:44:38 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/23/2012 10:33:02 AM | Phone Withdrawal | ($4.00) | TFN0823 | | $26.98 |
| 8/20/2012 7:35:47 PM | TRUL Withdrawal | ($2.00) | TL0820 | | $30.98 |
| 8/17/2012 7:06:03 PM | TRUL Withdrawal | ($2.00) | TL0817 | | $32.98 |
| 8/14/2012 5:43:14 PM | TRUL Withdrawal | ($2.00) | TL0814 | | $34.98 |
| 8/14/2012 11:54:25 AM | Phone Withdrawal | ($5.00) | TFN0814 | | $36.98 |
| 8/14/2012 6:57:13 AM | Sales - Fingerprint | ($11.15) | 19 | | $41.98 |
| 8/12/2012 8:38:15 AM | TRUL Withdrawal | ($2.00) | TL0812 | | $53.13 |
| 8/10/2012 2:31:06 PM | FRP Monthly Pymt | ($25.00) | LFRP0812 | | $55.13 |
| 8/10/2012 2:26:35 PM | Payroll - IPP | $63.94 | LIPP0712 | | $80.13 |
| 8/9/2012 8:17:28 PM | Phone Withdrawal | ($4.00) | TFN0809 | | $16.19 |
| 8/9/2012 5:07:01 PM | Phone Withdrawal | ($4.00) | TFN0809 | | $20.19 |
| 8/9/2012 11:25:22 AM | TRUL Withdrawal | ($2.00) | TL0809 | | $24.19 |
| 8/8/2012 12:18:42 PM | Phone Withdrawal | ($3.00) | TFN0808 | | $26.19 |
| 8/7/2012 11:28:47 AM | TRUL Withdrawal | ($2.00) | TL0807 | | $29.19 |
| 8/7/2012 7:18:20 AM | Sales - Fingerprint | ($10.30) | 29 | | $31.19 |
| 8/6/2012 6:04:01 AM | Western Union | $25.00 | 33312219 | | $41.49 |
| 8/5/2012 11:45:24 AM | TRUL Withdrawal | ($2.00) | TL0805 | | $16.49 |
| 8/3/2012 6:00:42 PM | Phone Withdrawal | ($4.00) | TFN0803 | | $18.49 |
| 8/3/2012 11:36:55 AM | TRUL Withdrawal | ($2.00) | TL0803 | | $22.49 |
| 8/1/2012 11:42:15 AM | TRUL Withdrawal | ($2.00) | TL0801 | | $24.49 |
| 7/29/2012 11:50:29 AM | TRUL Withdrawal | ($2.00) | TL0729 | | $26.49 |
| 7/27/2012 6:01:17 PM | TRUL Withdrawal | ($2.00) | TL0727 | | $28.49 |
| 7/27/2012 3:42:54 PM | Phone Withdrawal | ($7.00) | TFN0727 | | $30.49 |
| 7/26/2012 6:04:48 PM | Western Union | $25.00 | 33312208 | | $37.49 |
| 7/26/2012 11:40:11 AM | TRUL Withdrawal | ($2.00) | TL0726 | | $12.49 |
| 7/25/2012 11:27:48 AM | TRUL Withdrawal | ($2.00) | TL0725 | | $14.49 |
| 7/23/2012 7:49:06 PM | TRUL Withdrawal | ($2.00) | TL0723 | | $16.49 |
| 7/19/2012 7:15:20 PM | TRUL Withdrawal | ($2.00) | TL0719 | | $18.49 |
| 7/19/2012 3:36:23 PM | Phone Withdrawal | ($7.00) | TFN0719 | | $20.49 |
| 7/17/2012 6:26:47 AM | Sales - Fingerprint | ($14.60) | 3 | | $27.49 |
| 7/16/2012 11:42:28 AM | TRUL Withdrawal | ($2.00) | TL0716 | | $42.09 |
| 7/15/2012 5:42:21 PM | TRUL Withdrawal | ($2.00) | TL0715 | | $44.09 |
| 7/15/2012 9:00:20 AM | TRUL Withdrawal | ($2.00) | TL0715 | | $46.09 |
| 7/14/2012 3:12:22 PM | TRUL Withdrawal | ($2.00) | TL0714 | | $48.09 |
| 7/11/2012 3:41:21 PM | Phone Withdrawal | ($6.00) | TFN0711 | | $50.09 |
| 7/11/2012 7:07:13 AM | TRUL Withdrawal | ($2.00) | TL0711 | | $56.09 |
| 7/10/2012 3:19:16 PM | FRP Monthly Pymt | ($25.00) | LFRP0712 | | $58.09 |
| 7/10/2012 3:18:26 PM | Payroll - IPP | $41.82 | LIPP0612 | | $83.09 |
| 7/9/2012 7:47:45 PM | TRUL Withdrawal | ($2.00) | TL0709 | | $41.27 |
| 7/9/2012 11:55:25 AM | Sales - Fingerprint | ($13.10) | 62 | | $43.27 |
| 7/8/2012 11:08:41 PM | Phone Withdrawal | ($5.00) | TFN0708 | | $56.37 |
| 7/6/2012 7:59:37 PM | TRUL Withdrawal | ($5.00) | TL0706 | | $61.37 |
| 7/5/2012 7:09:09 PM | TRUL Withdrawal | ($2.00) | TL0705 | | $66.37 |
| 7/5/2012 6:03:54 PM | Western Union | $50.00 | 33312187 | | $68.37 |
| 7/4/2012 8:15:11 PM | TRUL Withdrawal | ($2.00) | TL0704 | | $18.37 |
| 7/4/2012 2:08:51 PM | TRUL Withdrawal | ($2.00) | TL0704 | | $20.37 |
| 7/4/2012 1:19:15 PM | TRUL Withdrawal | ($5.00) | TL0704 | | $22.37 |
| 7/4/2012 12:11:50 PM | TRUL Withdrawal | ($2.00) | TL0704 | | $27.37 |
| 7/2/2012 8:23:51 PM | TRUL Withdrawal | ($5.00) | TL0702 | | $29.37 |
| 7/2/2012 4:44:55 PM | Phone Withdrawal | ($6.00) | TFN0702 | | $34.37 |

1 2 3 4 5

# All Transactions



| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 02580063 | Current Institution: | Big Spring FCI |
| Inmate Name: | SPRINGER, LINDSEY | Housing Unit: | BIG-R-E |
| Report Date: | 03/05/2013 | Living Quarters: | R05-044L |
| Report Time: | 3:44:47 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/2/2012 3:22:11 PM | Phone Withdrawal | ($2.00) | TFN0702 | | $40.37 |
| 7/1/2012 12:05:13 PM | TRUL Withdrawal | ($2.00) | TL0701 | | $42.37 |
| 7/1/2012 11:50:49 AM | Phone Withdrawal | ($6.00) | TFN0701 | | $44.37 |
| 6/30/2012 9:34:21 PM | Phone Withdrawal | ($3.00) | TFN0630 | | $50.37 |
| 6/30/2012 7:14:39 PM | TRUL Withdrawal | ($2.00) | TL0630 | | $53.37 |
| 6/30/2012 6:03:54 PM | Western Union | $43.05 | 33312182 | | $55.37 |
| 6/30/2012 3:25:27 PM | TRUL Withdrawal | ($2.00) | TL0630 | | $12.32 |
| 6/29/2012 11:40:36 AM | TRUL Withdrawal | ($2.00) | TL0629 | | $14.32 |
| 6/28/2012 2:53:55 PM | Phone Withdrawal | ($1.00) | TFN0628 | | $16.32 |
| 6/28/2012 2:12:18 PM | TRUL Withdrawal | ($2.00) | TL0628 | | $17.32 |
| 6/27/2012 8:36:31 PM | TRUL Withdrawal | ($2.00) | TL0627 | | $19.32 |
| 6/27/2012 1:52:50 PM | TRUL Withdrawal | ($2.00) | TL0627 | | $21.32 |
| 6/26/2012 7:03:51 PM | TRUL Withdrawal | ($2.00) | TL0626 | | $23.32 |
| 6/26/2012 1:58:28 PM | TRUL Withdrawal | ($2.00) | TL0626 | | $25.32 |
| 6/26/2012 11:20:15 AM | Sales - Fingerprint | ($9.20) | 75 | | $27.32 |
| 6/25/2012 3:41:34 PM | Phone Withdrawal | ($4.00) | TFN0625 | | $36.52 |
| 6/24/2012 9:05:52 AM | TRUL Withdrawal | ($2.00) | TL0624 | | $40.52 |
| 6/24/2012 7:57:57 AM | TRUL Withdrawal | ($2.00) | TL0624 | | $42.52 |
| 6/22/2012 5:52:35 PM | TRUL Withdrawal | ($2.00) | TL0622 | | $44.52 |
| 6/22/2012 2:53:52 PM | Phone Withdrawal | ($7.00) | TFN0622 | | $46.52 |
| 6/21/2012 8:03:42 PM | Phone Withdrawal | ($4.00) | TFN0621 | | $53.52 |
| 6/21/2012 8:03:28 PM | Western Union | $43.05 | 33312173 | | $57.52 |
| 6/21/2012 11:38:19 AM | Phone Withdrawal | ($4.00) | TFN0621 | | $14.47 |
| 6/21/2012 11:26:59 AM | TRUL Withdrawal | ($2.00) | TL0621 | | $18.47 |
| 6/20/2012 3:39:29 PM | Phone Withdrawal | ($6.00) | TFN0620 | | $20.47 |
| 6/17/2012 4:28:39 PM | Phone Withdrawal | ($8.00) | TFN0617 | | $26.47 |
| 6/14/2012 2:15:08 PM | TRUL Withdrawal | ($2.00) | TL0614 | | $34.47 |
| 6/13/2012 11:55:51 AM | Phone Withdrawal | ($4.00) | TFN0613 | | $36.47 |
| 6/12/2012 8:18:13 PM | Phone Withdrawal | ($3.00) | TFN0612 | | $40.47 |
| 6/12/2012 12:20:22 PM | TRUL Withdrawal | ($2.00) | TL0612 | | $43.47 |
| 6/12/2012 11:13:16 AM | Sales - Fingerprint | ($11.45) | 43 | | $45.47 |
| 6/10/2012 11:52:31 AM | TRUL Withdrawal | ($2.00) | TL0610 | | $56.92 |
| 6/9/2012 4:34:48 PM | FRP Monthly Pymt | ($25.00) | LFRP0612 | | $58.92 |
| 6/9/2012 4:33:56 PM | Payroll - IPP | $39.35 | LIPP0512 | | $83.92 |
| 6/8/2012 1:12:11 PM | Phone Withdrawal | ($6.00) | TFN0608 | | $44.57 |
| 6/8/2012 9:08:44 AM | Phone Withdrawal | ($6.00) | TFN0608 | | $50.57 |

1 2 3 4 5