# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff/Respondent, | ) |
| vs. | ) Case No. 09-cr-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant/Movant. | ) |

## ORDER

Although entitled as a "motion," after conferring with the filer regarding the government's intent, the United States' filing at doc. no. 487 is construed as, and has been docketed as, a response to Mr. Springer's filings at doc. nos. 485 and 486. No response brief to doc. no. 487 is required from Mr. Springer. However, if Mr. Springer wishes to file a reply brief, he may do so on or before May 17, 2013.

Dated May 3, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p103.wpd