IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | Case No. 09-cr-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant/Movant. ) | |

## **ORDER**

1.

Mr. Springer "moves this Court for an order to clarify who is the U.S. Attorney for the Northern District of Oklahoma from June 29, 2009 through May 3, 2012." Doc. no. 493.

In part, the motion seeks to have Thomas Scott Woodward, Kenneth P. Snoke, and Charles A. O'Reilly (the stated filers of the government's response, at doc. no. 487, to Mr. Springer's pending motion to disqualify) explain their authority to act in this matter from June 29, 2009 through May 3, 2013. The government has now filed a corrected version of its response to Mr. Springer's pending motion to disqualify. Errata at doc. no. 495, correcting document at 487. The corrected version of the government's response clarifies that the response is filed by the United States acting by and through its attorneys Danny C. Williams, United States Attorney for the Northern District of Oklahoma, and Charles A. O'Reilly, Special Assistant United States Attorney. Accordingly, at least some of the clarification requested in Mr. Springer's motion appears to have been provided, and the motion is moot to this extent.

To the extent the motion seeks broader relief (such as a list of U.S. Attorneys over a period of years and a memorandum from the government regarding these individuals' authority) the motion will be denied; whatever issues are raised by the § 2255 motion will be briefed in accordance with the schedule previously established by the court.

The motion to clarify, doc. no. 493, is **STRICKEN IN PART** as moot and **DENIED IN PART**.

2.

Mr. Springer has also filed a motion entitled "Motion to Reconsider Determination That Section 2255 is Continuing Criminal Case, and not New Civil Case," doc. no. 494. The motion continues to complain about the manner in which certain administrative matters, such as way in which § 2255 filings are docketed, are handled by the court clerk. The motion to reconsider is **DENIED**.

Dated this 15th day of May, 2013.

_/s/ SP Friot_
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p106.wpd