# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

## AMENDED TRANSMITTAL SHEET
(Notice of Appellate Action)

Date Notice filed: 5-28-2013

Style of Case: USA vs. Springer

Appellant: Lindsey Kent Springer

District Court No: 09-CR-043-SPF

Tenth Circuit: 13-5062

[x] Amended NOA           [ ] Cross Appeal

[ ] Interlocutory Appeal    [ ] Successive Petition (2254 or 2255) (no fee)

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

District Court Judge: Stephen P. Friot, U.S. District Judge

### APPEAL FILED BY PRO SE

| | |
|---|---|
| Appeal Fee Paid | [ ] |
| IFP Granted | [ ] |
| Motion for IFP on Appeal Form Mailed/Given | [ ] |
| Motion for IFP on Appeal Filed | [ ] |

### APPEAL FILED BY COUNSEL

| | |
|---|---|
| Appeal Fee Paid | [ ] |
| IFP Granted | [ ] |
| Motion for IFP on Appeal Form Made Available | [ ] |
| Motion for IFP on Appeal Filed | [ ] |
| Court Appointed Counsel (CJA/FPD) | [ ] |
| USA | [ ] |

Signature of: S. Cope, Deputy Clerk     May 30, 2013     Phone: (918) 699-4700

AP-01 (5/12)