# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )  <br>  ) <br>  Plaintiff/Respondent, ) <br>  ) <br> vs. ) <br>  ) <br> LINDSEY KENT SPRINGER, ) <br>  ) <br>  Defendant/Movant. ) | Case No. 09-cr-0043-SPF |

## ORDER

No basis for conditional release (the relief requested in Lindsey Kent Springer's motions at doc. nos. 512 and 513) has been shown. The motions are **DENIED**.

Dated this 3rd day of July, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p109.wpd