In The United States District Court
Northern District of Oklahoma

Lindsey Kent Springer

    Petitioner/Movant

v.

United States of America

    Respondent

Case No. 13-CV-145
(Formerly 09-CR-043)

FILED
SEP 16 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

## Notice of Changed Address

Lindsey Kent Springer hereby gives notice his address has changed. The new address is:

Lindsey Kent Springer
# 02580-063
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Respectfully Submitted

/s/ Lindsey K Springer
# 02580-063
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

__/ Mail  ___No Cert Svc  ___No Orig Sign
___C/J  ___C/MJ  ___C/Ret'd  ___No Env
___No Cpys  ___No Env/Cpys  ___O/J  ___O/MJ

1 of 2

Certificate of Service

I hereby Certify that on September 12, 2013 I mailed the above Notice of Changed Address to Clerk of Court, 333 W. Fourth St., 74103, Tulsa, Oklahoma;

I further certify that all parties shall receive service through the Court's ECF System:

USA
Danny C. Williams                    /s/ Lindsey K Springer
                                     Server

Declaration of Mailing

I declare under penalty of perjury that I deposited the above Notice of Changed Address in the U.S. Mailbox located inside FCI El. Reno Camp on September 12, 2013.

                                     /s/ Lindsey K Springer
                                     Declaration

2 of 2

Lindsey Kent Springer
#02580-063
Federal Correctional Institute
P.O. Box 1500
El Reno, Oklahoma

**RECEIVED**

SEP 16 2013

Phil Lombardi, Clerk
U.S. DISTRICT COURT

"Legal Mail"

United States District Court
Northern District of Oklahoma
Clerk of Court

⇔02580-063⇔
Phil Lombardi
333 w. 4th st
Tulsa, OK 74103
United States

09-CR-43-SPF

7410383839 C006

OKLAHOMA CITY OK 730
13 SEP 2013 PM 4 L

Postmark
9/13/13
8C