

To: Clerk of Court

Re 13-CV-145
(Formerly 09-CR-043)

My name is Lindsey Springer and please receive and file the enclosed Motion to Strike. Just in case you did not update your records, my new address is:

Lindsey Kent Springer
#02580-063
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Thank you and God Bless you

*Lindsey K Springer*    10.3.13

**FILED**
OCT 7 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

✓ Mail   ___No Cert Svc   ___No Orig Sign
___C/J   ___C/MJ   ___C/Ret'd   ___No Env
___No Cpys   ✓ No Env/Cpys   ___O/J   ___O/MJ

Lindsey Kent Springer  
#02580-063  
Federal Correctional Institution  
P.O. Box 1500  
El Reno, Oklahoma 73036

RECEIVED  
OCT 7 2013  
Phil Lombardi, Clerk  
U.S. DISTRICT COURT

"Legal Mail"

Clerk, U.S. District Court  
Northern District of Oklahoma  
333 West Fourth Street  
Tulsa, Oklahoma 74103

09-CR-43-SPF

postmark illegible