

In The United States District Court
For The Northern District of Oklahoma

**FILED**
JAN 21 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Lindsey Kent Springer
Movant

v.

United States of America
Respondent

Case # 13-CV-145
(Formerly 09-CR-043)

## Motion To Reconsider

Lindsey Kent Springer ("Movant") moves this Court to reconsider its order dated January 6, 2014, Doc 528, and grant production of each letter Mr. O'Reilly identifies in his opposition, Doc 525, pg 1-2.

This Court stated:

> "The basis of Mr. O'Reilly's authorization to sign the pleading on behalf of the United States is set out in the government's response to the motion to strike, Doc. 525, pp. 1-2. There is no reason to further address Mr. Springer's frivolous argument that doc. 518 is not presented by an authorized representative of the government."

Doc 528, pg 2

With all do respect, this Courts reasoning is in direct conflict and tension with the Tenth Circuits decision in Sac & Fox Nation v. Cuomo, 193 F.3d 1162, 1168 (10th Cir. 1999) which held that jurisdiction of this Federal Court is not shown to the Court by:

> "drawing from the pleadings inferences favorable to the party asserting it."

This very Court in K-Mar v. USDOD, 752 F.Supp. 2d 1207, 1210 (W.D. Ok 2010) held the burden rests on the party claiming jurisdiction. Standing "is an essential and unchanging part of the case-or-controversy requirement of Article III." Utah Wilderness Alliance v. Palma, 707 F.3d 1143, 1153 (10th Cir. 2013). Petitioner has a right to each of the letters Mr. O'Reilly identifies in his opposition. It is only through these letters he claims Article III standing to sue Movant.

1

✓ Mail  ___No Cert Svc  ___No Orig Sign
___C/J  ___C/MJ  ___C/Ret'd  ___No Env
___No Cpy's  ✓ No Env/Cpy's  ___O/J  ___OMJ

, This Court is required to have Mr. O'Reilly's authorization affirmatively shown. The United States "functions only through its officers and agents." U.S. v. Singleton, 165 F.3d 1297, 1300 (10th Cir. 1999)(en banc)

Movant objects to this Court's statement that requesting Mr. O'Reilly show his purported letters of authorization from December 22, 2008 through present to solely represent the United States of America in this continuation of a criminal case, Doc 480, is not frivolous, but rather the law. Without a United States attorney after June 28, 2009, Mr. Snokes authorization, as well as Mr. Woodward and Gallants status as assistant to a United States attorney, is not legally or factually possible. Assistants are to be supervised. Martinez v. Winner 778 F.2d 553, 556 (10th Cir. 1985)

### Conclusion

Movant respectfully request reconsideration of this Court's order dated January 6, 2014; and find Mr. O'Reilly's requirement to affirmatively show his authorization to represent the United States of America in this case is mandatory, not frivolous; and direct Mr. O'Reilly or Mr. Williams within ten days provide a declaration under penalty of perjury that attaches each of the letters identified in his November 24, 2013 opposition, Doc 525, pg 2 beginning December 23, 2008, and includes the January 5, 2009, January 4, 2010, January 4, 2011, January 10, 2012, December 19, 2012, letters plus any newly issued letter having been issued since the November 24, 2013 filing, to both this Court and Movant.

Respectfully Submitted
Lindsey Springer
Reg. # 02580-063
Federal Satellite Low
P.O. Box 6000
Anthony, New Mexico 88021

2

Certificate of Service

I hereby certify that on January 14, 2014, I mailed to the Clerk of Court at 333 West Fourth St, Tulsa Oklahoma, 74103, the above Motion to Reconsider!

I further certify that all the parties to this case are ECF registered users and shall receive service through the ECF System!

Danny C. Williams Sr.
Charles A O'Reilly
Jeffrey Gallant

*Lindsey K Springer*
Server

Declaration of Mailing

I declare under penalty of perjury that I deposited the above Motion to Reconsider in the U.S. mailbox located inside LaTuna FSL on January 14, 2014.

*Lindsey K Springer*
Declarant

Lindsey Kent Springer
Reg # 02580-063
Federal Satellite Low
P.O. Box 6000
Anthony, New Mexico 88021

EL PASO TX 799
16 JAN 2014 PM 2 L



13-CV-145-SPF-TLW

⇔02580-063⇔
Clerk Of Court
N.D. Okla.
333 W 4TH ST
Tulsa, OK 74103
United States

**RECEIVED**
JAN 21 2014
 oardi, Clerk
 RICT COURT

7410$3839