

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**

MAR 27 2014

Phil Lombardi, Clerk
U.S. DISTRICT COURT

_Lindsey Kent Springer_
Plaintiff/Petitioner

vs.

_United States of America_
Defendant(s)/Respondent(s)

Case Number: 13-CV-145
(To be supplied by Court Clerk)
(Formerly 09-CR-043)

### APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, _Lindsey K. Springer_, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration. _Federal Satellite Low-La Tuna_

   Are you employed at the institution? _yes_  Do you receive any payment from the institution? _yes_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [ ] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] Yes | [X] No |
   | b. | Rent payments, interest or dividends | [ ] Yes | [X] No |
   | c. | Pensions, annuities or life insurance payments | [ ] Yes | [X] No |
   | d. | Disability or workers compensation payments | [ ] Yes | [X] No |
   | e. | Gifts or inheritances | [X] Yes | [ ] No |
   | f. | Any other sources | [X] Yes | [ ] No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Motion to Proceed IFP                     1                          AO-240 Modified (04/06)

Exh. A
1 of 5

MAC

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   ___N/A___

   \* I have no access to records prior to December 19, 2013. On average I believe I receive between $ 100.00 to $ 150.00 per month and pay $ 25.00 monthly for FRP and spend between $ 40.00 to $ 75.00 a month on stamps, copy cards, type ribbon & correct ribbon, and envelopes. I hope to receive between $ 100 and $ 150 but have no way of being sure of anything.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   I have no way of supporting anyone as I am incarcerated. If I could, I would support my family first and the United States of America second.

I declare under the penalty of perjury that the above information is true and correct.
I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America the above and below information is true and correct.

___February 11, 2014___
(Date)
___March 23, 2014___

_Signature of Applicant_ ___Lindsey K Springer___
___Lindsey K Springer___

**NOTICE TO PRISONER:** In addition to the foregoing statement of all assets, a prisoner seeking to proceed *without prepayment of fees* shall submit the attached "Statement of Institutional Accounts," completed and signed by an appropriate institutional officer. A prisoner is also required to attach a ledger sheet for each institutional account showing all receipts, expenditures, and balances for the last 6-month period.

\*\* The amount of $ 113.86 in "his/her draw account" is the same amount as in "his/her savings account." Apparently, Counselor Franco considered these phrases the same for purpose of how much I have available. I do not have two accounts as some may interpret page 3 below. I only have one account and it contains at present $ 113.86.
Current balance as of March 23, 2014 is $74.70

## STATEMENT OF INSTITUTIONAL ACCOUNTS

I hereby state that on __10th__ day of __February__, 20__14__ this prisoner had $ __113.86__ in his/her draw account and $__113.86__ in his/her savings account.

A ledger sheet for this prisoner's trust account (or institutional equivalent) for the preceding six month period, or for the entire period of confinement if less than six months, is attached.

__2/10/14__
Date

_____
Authorized Prison Official

__Correctional Counselor S-2__
Title

I also pay 20% of monthly deposits in 14-CV-071

Motion to Proceed IFP

3

AO-240 Modified (04/06)

3 of 5

MAC

## All Transactions

[PRINT]

| Inmate Reg #: | 02580063 | Current Institution: | El Paso FPC |
| --- | --- | --- | --- |
| Inmate Name: | SPRINGER, LINDSEY | Housing Unit: | ELP-S-F |
| Report Date: | 02/10/2014 | Living Quarters: | S05-107U |
| Report Time: | 7:28:11 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 2/10/2014 7:13:21 AM | Sales - Fingerprint | $2.75 | 55 | | $113.86 |
| 2/7/2014 8:01:50 AM | FRP Monthly Pymt | ($25.00) | NFRP0214 | | $111.11 |
| 2/7/2014 7:46:32 AM | Payroll - IPP | $5.25 | NIPP0114 | | $136.11 |
| 2/6/2014 7:15:15 AM | Sales - Fingerprint | ($24.85) | 19 | | $130.86 |
| 2/5/2014 7:54:05 AM | TRUL Withdrawal | ($2.00) | TL0205 | | $155.71 |
| 2/3/2014 3:04:33 PM | Western Union | $135.00 | 33314034 | | $157.71 |
| 1/30/2014 6:58:19 AM | Sales - Fingerprint | ($37.55) | 17 | | $22.71 |
| 1/22/2014 6:17:29 PM | TRUL Withdrawal | ($2.00) | TL0122 | | $60.26 |
| 1/22/2014 11:36:40 AM | Sales - Fingerprint | ($48.35) | 36 | | $62.26 |
| 1/21/2014 1:44:18 PM | TRUL Withdrawal | ($2.00) | TL0121 | | $110.61 |
| 1/16/2014 3:03:27 PM | Western Union | $100.00 | 33314016 | | $112.61 |
| 1/16/2014 11:27:14 AM | Sales - Fingerprint | ($15.70) | 77 | | $12.61 |
| 1/15/2014 2:04:26 PM | Court Fees | ($5.00) | 168 | 5194 | $28.31 |
| 1/15/2014 2:04:26 PM | BP 199 Request - Released | $5.00 | 168 | | |
| 1/15/2014 11:19:51 AM | Sales - Fingerprint | ($22.20) | 12 | | $33.31 |
| 1/8/2014 11:30:08 AM | Sales - Fingerprint | ($6.50) | 35 | | $55.51 |
| 1/8/2014 11:29:25 AM | Sales - Fingerprint | ($7.10) | 34 | | $62.01 |
| 1/7/2014 5:04:27 PM | TRUL Withdrawal | ($2.00) | TL0107 | | $69.11 |
| 1/2/2014 11:25:43 AM | Sales - Fingerprint | ($24.10) | 33 | | $71.11 |
| 12/30/2013 11:36:51 AM | TRUL Withdrawal | ($2.00) | TL1230 | | $95.21 |
| 12/30/2013 11:35:04 AM | BP 199 Request | ($5.00) | 168 | | |
| 12/26/2013 12:10:48 PM | Sales - Fingerprint | ($28.30) | 55 | | $97.21 |
| 12/26/2013 12:09:58 PM | Sales - Fingerprint | ($16.70) | 54 | | $125.51 |
| 12/24/2013 3:20:23 AM | Transfer - In from TRUFACS | $142.21 | TX122413 | | $142.21 |
| 12/20/2013 3:27:01 AM | Transfer - Out to TRUFACS | ($142.21) | TX122013 | | $0.00 |
| 12/19/2013 4:03:41 PM | Western Union | $100.00 | 33313353 | | $142.21 |
| 12/19/2013 3:12:13 AM | Transfer - In from TRUFACS | $42.21 | TX121913 | | $42.21 |

Date: 03/23/2014  
Time: 05:07:00 PM  
Location: ELP

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 02580063   **Inmate Name:** SPRINGER, LINDSEY KENT   **Available Balance:** $74.70

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 03/21/2014 | 340 | Court Fees | | -$5.00 |
| 03/21/2014 | 340 | BP 199 Request - Released | | $5.00 |
| 03/19/2014 | 62 | Sales | | -$9.80 |
| 03/19/2014 | 47 | Sales | | -$14.05 |
| 03/17/2014 | 340 | BP 199 Request | | -$5.00 |
| 03/14/2014 | 130 | Sales | | -$1.90 |
| 03/13/2014 | TL0313 | TRUL Withdrawal | | -$2.00 |
| 03/13/2014 | 34 | Sales | | -$38.90 |
| 03/12/2014 | NFRP0314 | FRP Reject | | $25.00 |
| 03/11/2014 | NFRP0314 | FRP Monthly Pymt | | -$25.00 |
| 03/10/2014 | 33314069 | Western Union | MCCARTY | $135.00 |
| 03/07/2014 | NIPP0214 | Payroll - IPP | | $9.60 |
| 03/06/2014 | 31 | Sales | | -$23.30 |
| 03/04/2014 | 288 | Court Fees | | -$26.01 |
| 03/04/2014 | 288 | BP 199 Request - Released | | $26.01 |
| 03/01/2014 | TL0301 | TRUL Withdrawal | | -$2.00 |
| 02/28/2014 | 288 | BP 199 Request | | -$26.01 |
| 02/27/2014 | 25 | Sales | | -$16.80 |
| 02/24/2014 | TL0224 | TRUL Withdrawal | | -$2.00 |

5 of 5

MAC

Inmate #: 02580063