# ATTACHMENT A

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
LINDSEY SPRINGER Residence

25758 South 201st West Avenue
Kellyville, OK

**Investigation Number:**
750530384

**Starting Date and Time:**
09/16/2005 08:20 AM

**Ending Date and Time:**
09/16/2005 02:40 PM

**Report Date:**
Tuesday, September 27, 2005

---

**Control #:** 1
**Location:** Master Bedroom (1st)
**Found:** Chest of Drawers
**Description:** Seized Per Warrant   Approximately $19,000.00 in U.S. Currency
**Evidence Box:** 1
**Locator Code:**

**Control #:** 2
**Location:** Kitchen / Dining
**Found:** Cabinet
**Description:** Seized Per Warrant   Paper Bag containing various cash receipts, copies of money orders, and copies of cashiers checks.
**Evidence Box:** 1
**Locator Code:**

**Control #:** 3
**Location:** Kitchen / Dining
**Found:** Pantry
**Description:** Seized Per Warrant   Copies of Bills,m Money Orders, and Cash Receipts
**Evidence Box:** 1
**Locator Code:**

**Control #:** 4
**Location:** Kitchen / Dining
**Found:** 1
**Description:**   Not Used
**Evidence Box:** 1
**Locator Code:**

**Control #:** 5
**Location:** Kitchen / Dining
**Found:** Cabinet
**Description:** Seized Per Warrant   Receipts and Misc. Records
**Evidence Box:** 2
**Locator Code:**

**Control #:** 6
**Location:** Kitchen / Dining
**Found:** Counter
**Description:** Seized Per Warrant   Misc. Expenditures Records and and Money Orders
**Evidence Box:** 2
**Locator Code:**

**Control #:** 7
**Location:** Kitchen / Dining
**Found:** 1
**Description:**   Not Used
**Evidence Box:** 2
**Locator Code:**

SW - 04316

| | | |
|---|---|---|
| **Control #:** 8 | **Evidence Box:** 2 | |
| **Location:** Master Bedroom (1st) | **Locator Code:** | |
| **Found:** Closet and Desk by Hot Tub | | |
| **Description:** Seized Per Warrant   Misc. Records | | |

**Control #:**     9
**Location:**     Master Bedroom (1st)
**Found:**         TV Stand and Dresser
**Description:** Seized Per Warrant   Misc. Receipts
**Evidence Box:**
**Locator Code:**

**Control #:**     10
**Location:**     Living Room
**Found:**         1
**Description:**                         Not Used
**Evidence Box:** 2
**Locator Code:**

**Control #:**     11
**Location:**     Living Room
**Found:**         Bag By Couch
**Description:** Seized Per Warrant   Mailing Labels and Receipts
**Evidence Box:** 2
**Locator Code:**

**Control #:**     12
**Location:**     1994 Ford F-150
**Found:**         Front Seat
**Description:** Seized Per Warrant   Misc. Receipts
**Evidence Box:** 2
**Locator Code:**

**Control #:**     13
**Location:**     2004 Ford F-150
**Found:**         Cab Area
**Description:** Seized Per Warrant   Documents of Expenses, Purchases and Assets.
**Evidence Box:** 3
**Locator Code:**

**Control #:**     14
**Location:**     Office in Garage
**Found:**         Office Computer Stand
**Description:** Seized Per Warrant   Conterfeit U.S. 10.00 Bill, Compact Discs, Meeting Instructions, Expenditures Records, Checks, Business Cards, Diskettes.
**Evidence Box:** 3
**Locator Code:**

**Control #:**     15
**Location:**     Office in Garage
**Found:**         Boxes Stacked Along Wall
**Description:** Seized Per Warrant   Expenditure Recipts and DVD
**Evidence Box:** 3
**Locator Code:**

**Control #:**     16
**Location:**     Office in Garage
**Found:**         2-Drawer File Cabinet
**Description:** Seized Per Warrant   Receipts of Expenditures and Jewelry Appraisals
**Evidence Box:** 3
**Locator Code:**

SW - 04317

**Control #:**     17                                         **Evidence Box:**   3
**Location:**      Recreational Vehicle                       **Locator Code:**
**Found:**         Front Passenger Seats
**Description:**   Seized Per Warrant    Binder with Cash Receipts and Expenditures.

**Control #:**     18                                         **Evidence Box:**   4
**Location:**      S. Storage Building                        **Locator Code:**
**Found:**         Inside Storage Building
**Description:**   Seized Per Warrant    Letter for payments on Cassette Tapes, Utitility and Expense Receipts

**Control #:**     19                                         **Evidence Box:**
**Location:**      Kitchen / Dining                           **Locator Code:**
**Found:**         Pine Pantry Closet
**Description:**   Seized Per Warrant    Image of 30GB Hard Drive (SN - MRGA9C2HL9WTJ) from Dell Inspiron 5100

**Control #:**     20                                         **Evidence Box:**
**Location:**      Office in Garage                           **Locator Code:**
**Found:**         Underneath Computer Desk
**Description:**   Seized Per Warrant    Image of Western Digital 80 GB Hard Drive (SN-WD800EB-00DJF0) from a T2482 E-Machine.

**Control #:**     21                                         **Evidence Box:**
**Location:**      Office in Garage                           **Locator Code:**
**Found:**         Underneath Computer Desk
**Description:**   Seized Per Warrant    Image of a Maxtor 30 GB Hard Drive (SN - 93071U6) from a T2482 E-Machine.

**Control #:**     22                                         **Evidence Box:**
**Location:**      Office in Garage                           **Locator Code:**
**Found:**         On a Table in the Office Area
**Description:**   Seized Per Warrant    (1) Hitachi Travelstar 40 GB Hard Drive Model IC25N040ATCS04-0 (SN - CSH405DCJMX86B)

SW - 04318