# ATTACHMENT B

| FORM 5914<br>MAY 1978 | Department of the Treasury - Internal Revenue Service<br>**RELEASE AND RECEIPT OF PROPERTY** |
|---|---|

| TO:<br>LINDSEY SPRINGER | CASE NO.<br>**750530384** | DATE<br>**09/19/2005** |
|---|---|---|

**DESCRIPTION OF PROPERTY**

40GB Hitachi Travelstar Hard Drive
Serial# CSH405DCJMX86B

You are hereby authorized to release the above-described property to: *(Name and address).*

Storage costs for this property from _____ to _____ will be paid by the Internal Revenue Service. The recipient of the property will be responsible for all storage charges incurred by the property after _____ . Please return the completed original and _____ copies of this form to this office, and furnish one copy to the property recipient.

| SIGNATURE | TITLE |
|---|---|
| | |

## RELEASE

I hereby certify that on **09/16/2005**, I released this property as shown below.

| SIGNATURE | TITLE | FIRM REPRESENTED *(if any)* |
|---|---|---|
| | Special Agent | |

## RECEIPT

I hereby acknowledge receipt of this property on 09/16/2005, from, *(Name of releasing firm or government agency):* IRS-CI

| SIGNATURE | TITLE | PERSON, FIRM, OR GOVERNMENT AGENCY REPRESENTED |
|---|---|---|
| | | |

SW04718

# Transfer of Evidence
# Chain of Custody

Date Obtained:   09/16/2005                        Investigation Name:   Lindsey Springer

                                                   Investigation Number:   750530384

Source of Items:   Seized pursuant to a search warrant at Lindsey
                   Springer's residence

List the item numbers on the attached inventory which are included in this Chain of Custody.  OR: Briefly
describe the property being transferred via this Chain of Custody.

From Control # 5 on attached inventory:  Title for Lexus GS 430 Sedan, Application for Oklahoma
Certificate of Title for a Vehicle, Odometer Disclosure Statement, Sales Invoice for Lexus GS 430 Sedan

From Control #13 on attached inventory:  Title for 2001 FRHT HC - North Carolina, Title for 2005
Cargo Craft Trailer along with Bill of Sale and receipts

## Keep Original with Evidence

| From: (printed name) SA Brian Shern | To: (printed name) Lindsey Springer | Purposes: Return of evidence to Mr. Springer |
|---|---|---|
| From: (signature) | To: (signature) | Date: 11/28/05 |
| From: (printed name) | To: (printed name) | Purposes: |
| From: (signature) | To: (signature) | Date: |

| From: (printed name) | To: (printed name) | Purposes: |
|---|---|---|
| From: (signature) | To: (signature) | Date: |
| From: (printed name) | To: (printed name) | Purposes: |
| From: (signature) | To: (signature) | Date: |

| From: (printed name) | To: (printed name) | Purposes: |
|---|---|---|
| From: (signature) | To: (signature) | Date: |

SW04714

Seizure Case Number: _75054 0507_
Evidence <$500 Number: _____
Aftrak Number: _75050064_

# INTERNAL REVENUE SERVICE
## RELEASE OF CLAIM

This agreement is made between
_LINDSEY K. SPRINGER_          _5147 South Harvard, #116, Tulsa, OK_
     (Name)                                       (Address)

and the Internal Revenue Service of the United States Department of the Treasury. This
agreement is made in consideration of the return of:

_$17,000.00   U.S._

_____

_____

                                      (Description of Property)

registered to/owned by:
_LINDSEY K. SPRINGER_          _5147 South Harvard, #116, Tulsa, OK_
                                    (Name and Address)

which was seized pursuant to Title 18 U.S.C. Section 981 or 982/Title 26 U.S.C. Section 7302 in
the course of a criminal or civil investigation, and for other consideration, the receipt of which is
hereby acknowledged.

Being the   **OWNER AND/OR AUTHORIZED AGENT**   of the property as evidence by a
                          (Type of Interest)
_previous possession_
                            (Title, Registration, Contract, Note, Etc.)
dated   _09/16/2005_   .

The registrant/owner hereby agrees to unconditionally release and hold harmless the Internal
Revenue Service, its officers, employees and agents, from any and all claims, demands, damages,
causes of action or suits, whether in official or individual capacity, of whatever kind and
description, and wheresoever situated, that might now exist or hereafter exist by reason of, or
growing out of, or affecting, directly or indirectly, the seizure, custody or return of the above-
described property.

Executed this   _10th_   day of _January_ , 20 _06_   .

_____
                                 Signature of Recipient

_____
                                 Signature of Witness

| FORM 5914<br>MAY 1978 | Department of the Treasury - Internal Revenue Service<br>**RELEASE AND RECEIPT OF PROPERTY** |
|---|---|

| TO: *BRIAN SHERN*<br>*IRS-CI* | | CASE NO.<br>*7505 40507* | DATE<br>*01/09/0(* |
|---|---|---|---|

**DESCRIPTION OF PROPERTY**

*$17,000 U.S.*

You are hereby authorized to release the above-described property to: *(Name and address).*

*LINDSEY K. SPRINGER*

Storage costs for this property from **00/00/00** to **00/00/00** will be paid by the Internal Revenue Service. The recipient of the property will be responsible for all storage charges incurred by the property after **00/00/00**. Please return the completed original and **no other** copies of this form to this office, and furnish one copy to the property recipient.

| SIGNATURE | TITLE<br>Special Agent<br>Asset Forfeiture Coordinator |
|---|---|

## RELEASE

I hereby certify that on *1/10/06,* I released this property as shown below.

| SIGNATURE | TITLE<br>Special Agent | FIRM REPRESENTED *(if any)*<br>IRS-CI |
|---|---|---|

## RECEIPT

I hereby acknowledge receipt of this property on *1/10/06* from, *(Name of releasing firm or government agency):* *IRS-CI*

| SIGNATURE | TITLE | PERSON, FIRM, OR<br>GOVERNMENT AGENCY<br>REPRESENTED |
|---|---|---|

| *U.S.GPO:1991-282-014/43081 | Cat. No. 42911U | Form **5914** (5-7 |
|---|---|---|

SW04716