# ATTACHMENT C

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
LINDSEY SPRINGER Residence

25758 South 201st West Avenue
Kellyville, OK

**Investigation Number:**
750530384

**Starting Date and Time:**
09/16/2005 08:20 AM
**Ending Date and Time:**
09/16/2005 02:40 PM

**Report Date:**
Tuesday, September 27, 2005

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Location:** | Master Bedroom (1st) | **Locator Code:** | |
| **Found:** | Chest of Drawers | | |
| **Description:** | Seized Per Warrant | Approximately $19,000.00 in U.S. Currency | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | Cabinet | | |
| **Description:** | Seized Per Warrant | Paper Bag containing various cash receipts, copies of money orders, and copies of cashiers checks. | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 1 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | Pantry | | |
| **Description:** | Seized Per Warrant | Copies of Bills,m Money Orders, and Cash Receipts | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 1 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | 1 | | |
| **Description:** | | Not Used | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 2 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | Cabinet | | |
| **Description:** | Seized Per Warrant | Receipts and Misc. Records | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 2 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | Counter | | |
| **Description:** | Seized Per Warrant | Misc. Expenditures Records and and Money Orders | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 2 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | 1 | | |
| **Description:** | | Not Used | |

Page 1 of 3

SW - 04316

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | 2 |
| **Location:** | Master Bedroom (1st) | **Locator Code:** | |
| **Found:** | Closet and Desk by Hot Tub | | |
| **Description:** | Seized Per Warrant   Misc. Records | | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | |
| **Location:** | Master Bedroom (1st) | **Locator Code:** | |
| **Found:** | TV Stand and Dresser | | |
| **Description:** | Seized Per Warrant   Misc. Receipts | | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | 2 |
| **Location:** | Living Room | **Locator Code:** | |
| **Found:** | 1 | | |
| **Description:** | Not Used | | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 2 |
| **Location:** | Living Room | **Locator Code:** | |
| **Found:** | Bag By Couch | | |
| **Description:** | Seized Per Warrant   Mailing Labels and Receipts | | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 2 |
| **Location:** | 1994 Ford F-150 | **Locator Code:** | |
| **Found:** | Front Seat | | |
| **Description:** | Seized Per Warrant   Misc. Receipts | | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 3 |
| **Location:** | 2004 Ford F-150 | **Locator Code:** | |
| **Found:** | Cab Area | | |
| **Description:** | Seized Per Warrant   Documents of Expenses, Purchases and Assets. | | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 3 |
| **Location:** | Office in Garage | **Locator Code:** | |
| **Found:** | Office Computer Stand | | |
| **Description:** | Seized Per Warrant   Conterfeit U.S. 10.00 Bill, Compact Discs, Meeting Instructions, Expenditures Records, Checks, Business Cards, Diskettes. | | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | 3 |
| **Location:** | Office in Garage | **Locator Code:** | |
| **Found:** | Boxes Stacked Along Wall | | |
| **Description:** | Seized Per Warrant   Expenditure Recipts and DVD | | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 3 |
| **Location:** | Office in Garage | **Locator Code:** | |
| **Found:** | 2-Drawer File Cabinet | | |
| **Description:** | Seized Per Warrant   Receipts of Expenditures and Jewelry Appraisals | | |

SW - 04317

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 3 |
| **Location:** | Recreational Vehicle | **Locator Code:** | |
| **Found:** | Front Passenger Seats | | |
| **Description:** | Seized Per Warrant | Binder with Cash Receipts and Expenditures. | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 4 |
| **Location:** | S. Storage Building | **Locator Code:** | |
| **Found:** | Inside Storage Building | | |
| **Description:** | Seized Per Warrant | Letter for payments on Cassette Tapes, Utitility and Expense Receipts | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | Pine Pantry Closet | | |
| **Description:** | Seized Per Warrant | Image of 30GB Hard Drive (SN - MRGA9C2HL9WTJ) from Dell Inspiron 5100 | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | |
| **Location:** | Office in Garage | **Locator Code:** | |
| **Found:** | Underneath Computer Desk | | |
| **Description:** | Seized Per Warrant | Image of Western Digital 80 GB Hard Drive (SN-WD800EB-00DJF0) from a T2482 E-Machine. | |

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | |
| **Location:** | Office in Garage | **Locator Code:** | |
| **Found:** | Underneath Computer Desk | | |
| **Description:** | Seized Per Warrant | Image of a Maxtor 30 GB Hard Drive (SN - 93071U6) from a T2482 E-Machine. | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | |
| **Location:** | Office in Garage | **Locator Code:** | |
| **Found:** | On a Table in the Office Area | | |
| **Description:** | Seized Per Warrant | (1) Hitachi Travelstar 40 GB Hard Drive Model IC25N040ATCS04-0 (SN - CSH405DCJMX86B) | |

SW - 04318