# ATTACHMENT A

Received
APR 0 3 2014
US ATTORNEY
N.D. OKLAHOMA

Dear Mr. O'Reilly

I received your letter today and must decline what you propose. I obviously seek the return of my property taken during the grand jury investigation on September 16, 2005.

Rule 41(g) specifically mandates "the court must return the property to Movant." You are not the Court. Have a great day.

Truly

Lindsey K Springer

3/27/14

Declaration of Mailing

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on March 28, 2014 I deposited this document in the U.S. Mailbox located inside FSL La Tuna to Charles A. O'Reilly, 110 West 7th Street, Suite 300 Tulsa, Oklahoma 74119.

Lindsey K Springer
declarant

