# ATTACHMENT C

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
LINDSEY SPRINGER
Residence

25758 South 201st West
Avenue
Kellyville, OK

**Investigation Number:**
750530384

**Starting Date and Time:**
09/16/2005 08:20 AM
**Ending Date and Time:**

09/16/2005 02:40 PM

**Report Date:**
Tuesday, September 27, 2005

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Location:** | Master Bedroom (1st) | **Locator Code:** | |
| **Found:** | Chest of Drawers | | |
| **Description:** | Seized Per Warrant   Approximately $19,000.00 in U.S. Currency | | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | Cabinet | | |
| **Description:** | Seized Per Warrant   Paper Bag containing various cash receipts, copies of money orders, and copies of cashiers checks. | | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 1 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | Pantry | | |
| **Description:** | Seized Per Warrant   Copies of Bills,m Money Orders, and Cash Receipts | | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 1 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | 1 | | |
| **Description:** | Not Used | | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 2 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | Cabinet | | |
| **Description:** | Seized Per Warrant   Receipts and Misc. Records | | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 2 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | Counter | | |
| **Description:** | Seized Per Warrant   Misc. Expenditures Records and and Money Orders | | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 2 |
| **Location:** | Kitchen / Dining | **Locator Code:** | |
| **Found:** | 1 | | |
| **Description:** | Not Used | | |

SW - 04316

**Control #:** 8                                **Evidence Box:** 2
**Location:** Master Bedroom (1st)             **Locator Code:**
**Found:** Closet and Desk by Hot Tub
**Description:** Seized Per Warrant   Misc. Records

**Control #:** 9                                **Evidence Box:**
**Location:** Master Bedroom (1st)             **Locator Code:**
**Found:** TV Stand and Dresser
**Description:** Seized Per Warrant   Misc. Receipts

**Control #:** 10                              **Evidence Box:** 2
**Location:** Living Room                    **Locator Code:**
**Found:** 1
**Description:** Not Used

**Control #:** 11                              **Evidence Box:** 2
**Location:** Living Room                    **Locator Code:**
**Found:** Bag By Couch
**Description:** Seized Per Warrant   Mailing Labels and Receipts

**Control #:** 12                              **Evidence Box:** 2
**Location:** 1994 Ford F-150                 **Locator Code:**
**Found:** Front Seat
**Description:** Seized Per Warrant   Misc. Receipts

**Control #:** 13                              **Evidence Box:** 3
**Location:** 2004 Ford F-150                 **Locator Code:**
**Found:** Cab Area
**Description:** Seized Per Warrant   Documents of Expenses, Purchases and Assets.

**Control #:** 14                              **Evidence Box:** 3
**Location:** Office in Garage               **Locator Code:**
**Found:** Office Computer Stand
**Description:** Seized Per Warrant   Conterfeit U.S. 10.00 Bill, Compact Discs, Meeting Instructions, Expenditures Records, Checks, Business Cards, Diskettes.

**Control #:** 15                              **Evidence Box:** 3
**Location:** Office in Garage               **Locator Code:**
**Found:** Boxes Stacked Along Wall
**Description:** Seized Per Warrant   Expenditure Recipts and DVD

**Control #:** 16                              **Evidence Box:** 3
**Location:** Office in Garage               **Locator Code:**
**Found:** 2-Drawer File Cabinet
**Description:** Seized Per Warrant   Receipts of Expenditures and Jewelry Appraisals

SW - 04317

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 3 |
| **Location:** | Recreational Vehicle | **Locator Code:** | |
| **Found:** | Front Passenger Seats | | |
| **Description:** | Seized Per Warrant    Binder with Cash Receipts and Expenditures. | | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 4 |
| **Location:** | S. Storage Building | **Locator Code:** | |
| **Found:** | Inside Storage Building | | |
| **Description:** | Seized Per Warrant    Letter for payments on Cassette Tapes, Utitility and Expense Receipts | | |

| | | |
|---|---|---|
| **Control #:** | 19 | **Evidence Box:** |
| **Location:** | Kitchen / Dining | **Locator Code:** |
| **Found:** | Pine Pantry Closet | |
| **Description:** | Seized Per Warrant    Image of 30GB Hard Drive (SN - MRGA9C2HL9WTJ) from Dell Inspiron 5100 | |

| | | |
|---|---|---|
| **Control #:** | 20 | **Evidence Box:** |
| **Location:** | Office in Garage | **Locator Code:** |
| **Found:** | Underneath Computer Desk | |
| **Description:** | Seized Per Warrant    Image of Western Digital 80 GB Hard Drive (SN-WD800EB-00DJF0) from a T2482 E-Machine. | |

| | | |
|---|---|---|
| **Control #:** | 21 | **Evidence Box:** |
| **Location:** | Office in Garage | **Locator Code:** |
| **Found:** | Underneath Computer Desk | |
| **Description:** | Seized Per Warrant    Image of a Maxtor 30 GB Hard Drive (SN - 93071U6) from a T2482 E-Machine. | |

| | | |
|---|---|---|
| **Control #:** | 22 | **Evidence Box:** |
| **Location:** | Office in Garage | **Locator Code:** |
| **Found:** | On a Table in the Office Area | |
| **Description:** | Seized Per Warrant    (1) Hitachi Travelstar 40 GB Hard Drive Model IC25N040ATCS04-0 (SN - CSH405DCJMX86B) | |

SW - 04318