In The United States District Court
For The Northern District of Oklahoma

United States of America

Plaintiff

v.                                    Case No. 09-CR-043

Lindsey Kent Springer,

Defendant

**FILED**
APR 25 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Notice of Appeal

Lindsey Kent Springer ("Defendant") hereby files his Notice of Appeal regarding the April 10, 2014 order denying Defendant's Motion For Return of Property filed pursuant to Federal Rules of Criminal Procedure Rule 41(g) and Motion For Rule 41(i) papers. The 41(g) motion is Doc. 540. The Rule 41(i) motion is Doc. 551. The order being appealed in the criminal case is Doc 552

Respectfully
Lindsey K Springer
Reg # 02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

__ Mail   __ No Cert Svc   __ No Orig Sign
__ C/J    __ C/MJ   __ C/Ret'd   __ No Env
__ No Cpys   __ No Env/Cpys   __ O/J   __ O/MJ

## Certificate of Service

I hereby certify that I mailed First Class on April 18, 2014 the above Notice of Appeal to the Clerk of Court, 333 West 4th St, Tulsa, Oklahoma 74103:

I further certify that all parties are registered ECF users and shall receive service of the above notice of appeal through the ECF system:

Denny C. Williams Sr.
Charles A. O'Reilly
Jeffrey A. Gallant

*Lindsey K Springer*
Server

## Declaration of Mailing

I declare under penalty of perjury that pursuant to 28 U.S.C. § 1746(i), under the laws of the United States of America, I deposited the above Notice of Appeal in the U.S. mailbox located inside FSL La Tuna to the address above on April 18, 2014.

*Lindsey K Springer*
declarant

2

Lindsey Kent Springer
Reg # 02580-063
Federal Satellite Low - La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

"Legal Mail"

09-CR-43-SPF

Postmark
4/23/14
8C

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
-----United States

RECEIVED
APR 25 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

7410303839