In The United States District Court
For The Northern District of Oklahoma

Lindsey Kent Springer

    Movant

v.

United States of America

    Respondent.

Case No. 13-CV-145
(Formerly 09-CR-043)

FILED
APR 25 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

## Notice

Lindsey Kent Springer ("Movant") hereby gives notice that on or about March 25, 2014, movant amended his action in <u>Springer v. Woodward</u>, 14-CV-071 pending in the Northern District of Oklahoma, to include action to Try Titles of Robert H. Henry, as Former Tenth Circuit Chief Judge, Northern District of Oklahoma district judge Claire V. Eagan, the Northern District's current Chief Judge Gregory K. Frizzell, and Western District of Oklahoma district judge Stephen P. Friot, involving Stephen P. Friot's Title as an Article III, § 1 and 28 U.S.C. §§ 133(a) and 134(a) district judge holding office in the Northern District of Oklahoma.

Movant has amended his action to include various Titles of Kenneth P. Snoke, Charles A. O'Reilly, Jeffrey A. Gallant, and former United States attorney David E. O'Meilia, with those challenged Titles of Thomas Scott Woodward.

1

Movant also gives notice that Movant, as the Plaintiff in 14-CV-071, moved for a Temporary Restraining Order and Preliminary Injunction against Stephen P. Friot's further presiding in either 09-CR-043 and 13-CV-145 pending Trial on his right to Title, as an Article III, §1 district judge sitting in one of the three Northern District judge offices Congress allocated for the Northern District, pursuant to 28 USC §§ 133(a) and 134(a), in accordance also with Article II, § 2, Cl. 2.

Respectfully,

Lindsey K Springer
Reg # 02580-063
Federal Satellite Low La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

Certificate of Service

I hereby certify that I mailed First Class on April 16, 2014 the above Notice to the Clerk of Court, 333 West Fourth St., Tulsa, Oklahoma 74103:

I further certify that all parties are registered ECF users and shall receive service through the ECF system:

Danny C. Williams
Charles A. O'Reilly
Jeffrey A. Gallat

*Lindsey K Springs*
Server

Declaration of Mailing

I declare under penalty of perjury, pursuant to 28 USC § 1746(1), under the laws of the United States of America, that on April 16, 2014 I deposited the above Notice in the U.S. Mailbox located inside FSL La Tuna.

*Lindsey K Springs*
declarant

Lindsey Kent Springer
Reg # 02580-063
Federal Satellite Low-Latuna
P.O. Box 6000
Anthony, New Mexico 88021

"Legal Mail"

EL PASO TX 799
22 APR 2014 PM 2 L

09-CR-43-SPF

postmark
4/22/14

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED
APR 25 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT