IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-cr-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Mr. Springer applies to proceed on appeal in forma pauperis. Doc. nos. 559, 560. If the district court denies such a motion, it must state its reasons in writing. Rule 24(a)(2), Fed. R. App. P.

The appealed order of April 10, 2014, doc. no. 552, denied Mr. Springer's motion to return property brought under Rule 41(g), Fed. R. Crim. P., and denied Mr. Springer's motion for Rule 41(i) papers. As stated in more detail in that order, the contentions upon which Mr. Springer based his motions are frivolous. For example, the search and seizure in question has previously been determined lawful; Mr. Springer's contentions regarding an asserted theft of his money were litigated in a civil action brought by Mr. Springer, resulting in a judgment against him; and issues raised by Mr. Springer, including constitutional and jurisdictional issues, are frivolous. These are the same issues which form the basis of Mr. Springer's appeal. In addition, a pending motion filed by the government raises related issues, but the briefing is not yet complete with respect to that motion. Doc. no. 549.

The appeal is legally frivolous and not brought in good faith. Leave to proceed on appeal without pre-payment of fees (doc. nos. 559, 560) is **DENIED**.

Dated this 2nd day of May, 2014.

*/s/ Stephen P. Friot*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p124.wpd