FILED  
**United States Court of Appeals**  
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**June 4, 2014**

_____

**Elisabeth A. Shumaker**  
**Clerk of Court**

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

LINDSEY K. SPRINGER,

   Defendant - Appellant.

No. 14-5047  
(D.C. No. 4:09-CR-00043-SPF-1)

_____

## ORDER
_____

   As of the date of this order no attorney has entered an appearance on behalf of Appellant Lindsey Springer. Accordingly, this appeal is dismissed pursuant to 10th Cir. R. 42.1.

   A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

June 04, 2014

Douglas E. Cressler  
Chief Deputy Clerk

Lindsey K. Springer
FCI - La Tuna FSL
P.O. Box 6000
Anthony, TX 88021
# 02580-063

**RE:** **14-5047, United States v. Springer**
Dist/Ag docket: 4:09-CR-00043-SPF-1

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Jeffrey Andrew Gallant
      Charles Anthony O'Reilly

EAS/bv