CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
U.S. COURTHOUSE
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

#566
09-CR-43-SPF

Martha Durossette
506 S CADDO
MULDROW, OK 74948

RECEIVED
JUN 16 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

TULSA OK 741
12 JUN 2014

Mailed From 74103
06/12/2014
US POSTAGE $00.480

NIXIE   751   SE   1   01986/14/14
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 74103383999   *1457-06798-12-39

postmark
6/12/14
SC