
OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
Northern District of Oklahoma
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Phil Lombardi
Clerk of Court

Telephone (918) 699-4700
Fax (918) 699-4756

July 16, 2014

**RECEIVED**

JUL 2 5 2014

Phil Lombardi, Clerk
U.S. DISTRICT COURT

United States District Court
  for the District of New Mexico
United States Courthouse
333 Lomas N.W. Ste 270
Albuquerque, NM 87102

      RE:    USA v Lindsey Kent Springer; 09-cr-43-SPF

Dear Mr. Dykman:

      An order has been entered construing document #577, a Motion for Release Pending Disposition of 2255 Proceeding and document #578, an Affidavit in Support of Motion (titled as Declaration of Lindsey Kent Springer in Support of Motion for Release Pending Disposition of 2255 Proceeding) in the above referenced case as a petition for relief under 28 U.S.C. § 2241 and transferring them to your Court for further action. At the direction of the Court, we are transmitting certified copies of these documents (#577 & #578), the transfer order and the docket sheet to your Court.

      Please acknowledge receipt of the same on the enclosed copy of this letter and return it to us in the enclosed self-addressed stamped envelope.

Very truly yours,

Phil Lombardi, Clerk of Court

✓ Mail  __ No Cert Svc  __ No Orig Sign

__ C/J  __ C/MJ  __ C/Ret'd  __ No Env

__ No Cpys  ✓ No Env/Cpys  __ O/J  __ O/MJ

s/S. Turner

By: S. Turner, Deputy Clerk

encl: certified copies of dkts #577 & 578
      certified copy of transfer order
      certified copy of docket sheet

---

Receipt is acknowledged of the documents described herein on the 21st day of July, 2014.

Clerk, U.S. District Court

By: Lisa Nevues, Deputy Clerk

Case Number Assigned: 14cv 655 KG/SCG