# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

## TRANSMITTAL SHEET
(Notice of Appellate Action)

Date Notice filed: 9-16-2014

Style of Case: USA v. Springer et al

Appellant: Lindsey Kent Springer

District Court No: 09-cr-43-SPF-1
                          13-cv-145-SPF-TLW

Tenth Circuit Case No:

[ ] Amended NOA                              [ ] Cross Appeal

[ ] Interlocutory Appeal                      [ ] Successive Petition (2254 or 2255) (no fee)

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

District Court Judge: Judge Stephen P Friot,

### APPEAL FILED BY PRO SE

| | |
|---|---|
| Appeal Fee Paid | [ ] |
| IFP Granted | [ ] |
| Motion for IFP on Appeal Form Mailed/Given | [x] |
| Motion for IFP on Appeal Filed | [ ] |

### APPEAL FILED BY COUNSEL

| | |
|---|---|
| Appeal Fee Paid | [ ] |
| IFP Granted | [ ] |
| Motion for IFP on Appeal Form Made Available | [ ] |
| Motion for IFP on Appeal Filed | [ ] |
| Court Appointed Counsel (CJA/FPD) | [ ] |
| USA | [ ] |

Signature of: S. Clark, Deputy Clerk           September 16, 2014           Phone: (918) 699-4700

AP-01 (5/12)