**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**October 22, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

In re: LINDSEY K. SPRINGER,

    Petitioner.

No. 14-5111
(D.C. No. 4:09-CR-00043-SPF-1)

_____

## ORDER

_____

    This matter is before the court following receipt of petitioner Springer's response to our order dated October 6, 2014. Upon consideration of that response, and noting Mr. Springer's agreement to "withdraw the Petition," this proceeding is dismissed both on a voluntary basis and because it is now moot.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

October 22, 2014

Chris Wolpert
Chief Deputy Clerk


Lindsey K. Springer
FCI - La Tuna Satellite Camp Low
P.O. Box 6000
Anthony, NM 88021
# 02580-063

**RE:        14-5111, In re: Springer**
          Dist/Ag docket: 4:09-CR-00043-SPF-1, 4:13-CV-00145-SPF-TLW

Dear Mr. Springer:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                                   Sincerely,

                                   *Elisabeth A. Shumaker*

                                   Elisabeth A. Shumaker
                                   Clerk of the Court


cc:      Frank Phillip Cihlar
         Gregory Victor Davis
         Jeffrey Andrew Gallant
         Charles Anthony O'Reilly
         Alexander Patrick Robbins


EAS/bv