APPEAL,CUSTODY,LC-1

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
### ABRIDGED CRIMINAL DOCKET FOR CASE #: 4:09-cr-00043-SPF-1

Case title: USA v. Springer et al  
Other court case numbers: 09-5165 10th Circuit Court  
    10-5101 10th Circuit  
    11-10096 US Supreme Court  
    13-5113 10th Circuit  
    14-5111 10th Circuit  
Related Case: 4:13-cv-00145-SPF-TLW

Date Filed: 03/10/2009  
Date Terminated: 04/28/2010

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2009 | 2 | INDICTMENT by USA as to Lindsey Kent Springer (1) count(s) 1, 2, 3-4, 5-6, Oscar Amos Stilley (2) count(s) 1, 3-4 (pll, Dpty Clk) (Entered: 03/10/2009) |
| 03/11/2013 | 472 | MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 by Lindsey K Springer as to Lindsey Kent Springer (s-srt, Dpty Clk) Civil case 4:13-cv-00145 opened. (Entered: 03/12/2013) |
| 03/11/2013 | 473 | BRIEF in Support of Motion (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) by Lindsey K Springer as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 03/12/2013) |
| 03/11/2013 | 474 | AFFIDAVIT in Support of Motion (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) by Lindsey K Springer as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 03/12/2013) |
| 03/11/2013 | 476 | MINUTE ORDER by Judge Stephen P Friot (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 03/12/2013) |
| 03/15/2013 | 478 | ORDER by Judge Stephen P Friot , setting/resetting deadline(s)/hearing(s): ( Responses due by 8/9/2013) (Re: 474 Affidavit in Support of Motion, 473 Brief in Support of Motion, 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 , 475 Certificate of Service, ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 03/15/2013) |
| 03/25/2013 | 479 | MOTION to Proceed In Forma Pauperis by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/25/2013) |
| 03/27/2013 | 480 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #479 Denied (Re: 479 MOTION to Proceed In Forma Pauperis ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 03/27/2013) |
| 04/08/2013 | 483 | MOTION to Clarify by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: |

| | | |
|---|---|---|
| | | 04/08/2013) |
| 04/09/2013 | 484 | ORDER by Judge Stephen P Friot , terminating document(s) (Re: 480 Order, Ruling on Motion(s)/Document(s), 479 MOTION to Proceed In Forma Pauperis , 483 MOTION to Clarify ) (Documents Terminated: 483 MOTION to Clarify ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 04/09/2013) |
| 04/29/2013 | 485 | MOTION To Recuse of Disqualify Honorable United States District Judge Stephen P. Friot by Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 04/29/2013) |
| 04/29/2013 | 486 | AFFIDAVIT in Support of Motion (Re: 485 MOTION To Recuse of Disqualify Honorable United States District Judge Stephen P. Friot ) by Lindsey K Springer as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 04/29/2013) |
| 05/03/2013 | 487 | RESPONSE in Opposition to Motion (Re: 485 MOTION To Recuse of Disqualify Honorable United States District Judge Stephen P. Friot ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) Modified on 5/6/2013; this document contains two events and that is not allowed with CM/ECF - see 491 for Motion to Strike Document(s) (sac, Dpty Clk). (Entered: 05/03/2013) |
| 05/07/2013 | 492 | ORDER by Judge Stephen P Friot , striking/withdrawing document(s) (Re: 489 Brief in Support of Motion, 488 MOTION for Declaratory Judgment Remedy ) (Documents Terminated: 489 Brief in Support of Motion, 488 MOTION for Declaratory Judgment Remedy ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 05/07/2013) |
| 05/10/2013 | 493 | MOTION to Clarify *Who is U.S. Attorney* by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/10/2013) |
| 05/10/2013 | 494 | MOTION to Reconsider Determination that Section 2255 is Continuing Criminal Case and Not a New Civil Case by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/13/2013) |
| 05/15/2013 | 496 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #493 stricken in part, denied in part; #494 denied (Re: 493 MOTION to Clarify *Who is U.S. Attorney*, 494 MOTION to Reconsider Determination that Section 2255 is Continuing Criminal Case and Not a New Civil Case ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 05/15/2013) |
| 05/20/2013 | 502 | REPLY to Response to Motion (Re: 485 MOTION To Recuse of Disqualify Honorable United States District Judge Stephen P. Friot ) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/21/2013) |
| 05/31/2013 | 507 | MOTION to Disqualify Charles A. O'Reilly by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/31/2013) |
| 05/31/2013 | 508 | MOTION to Substitute by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/31/2013) |
| 06/21/2013 | 510 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #485 denied (Re: 485 MOTION To Recuse of Disqualify Honorable United States |

| | | |
|---|---|---|
| | | District Judge Stephen P. Friot ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 06/21/2013) |
| 06/25/2013 | 511 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #507 & #508 are denied (Re: 508 MOTION to Substitute , 507 MOTION to Disqualify Charles A. O'Reilly ) as to Lindsey Kent Springer (lml, Dpty Clk) (Entered: 06/25/2013) |
| 07/02/2013 | 512 | MOTION for Conditional Release on Writ of Habeas Corpus as to Count One by Lindsey K Springer as to Lindsey Kent Springer (sc, Dpty Clk) (Entered: 07/02/2013) |
| 07/02/2013 | 513 | MOTION for Conditional Release on Writ of Habeas Corpus as to Counts Two, Three and Four by Lindsey K Springer as to Lindsey Kent Springer (sc, Dpty Clk) (Entered: 07/02/2013) |
| 07/03/2013 | 514 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #512 and 513 denied (Re: 513 MOTION for Conditional Release on Writ of Habeas Corpus as to Counts Two, Three and Four , 512 MOTION for Conditional Release on Writ of Habeas Corpus as to Count One ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 07/03/2013) |
| 10/07/2013 | 522 | MOTION to Strike Document(s) (Re: 518 Response in Opposition to Motion ) by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 10/07/2013) |
| 10/09/2013 | 524 | MOTION for Leave to Conduct Limited Discovery on United States Attorney by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 10/09/2013) |
| 10/24/2013 | 525 | RESPONSE in Opposition to Motion *to Strike* (Re: 522 MOTION to Strike Document(s) ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 10/24/2013) |
| 10/24/2013 | 526 | RESPONSE in Opposition to Motion *to Conduct Limited Discovery* (Re: 524 MOTION for Leave to Conduct Limited Discovery on United States Attorney ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 10/24/2013) |
| 10/31/2013 | 527 | MOTION for Leave to File Reply (Re: 524 MOTION for Leave to Conduct Limited Discovery on United States Attorney , 522 MOTION to Strike Document(s) ) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 11/01/2013) |
| 01/06/2014 | 528 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #522, 524 & 527 denied (Re: 527 MOTION for Leave to File Reply , 524 MOTION for Leave to Conduct Limited Discovery on United States Attorney , 522 MOTION to Strike Document(s) ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 01/06/2014) |
| 01/08/2014 | 529 | MOTION to Clarify *Reply* (Re: 478 Order, Setting/Resetting Deadline (s)/Hearing(s),,,, ) by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 01/08/2014) |
| 01/10/2014 | 530 | ORDER by Judge Stephen P Friot *(Copy of this order and Order #528 mailed* |

| | | |
|---|---|---|
| | | *to defendant)*, ruling on motion(s)/document(s): #529 granted (Re: 529 MOTION to Clarify *Reply* ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 01/10/2014) |
| 01/21/2014 | 531 | MOTION to Reconsider (Re: 528 Order, Ruling on Motion(s)/Document(s),, ) by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 01/21/2014) |
| 02/10/2014 | 534 | RESPONSE (Re: 478 Order, Setting/Resetting Deadline(s)/Hearing(s),,,, ) by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 02/11/2014) |
| 02/13/2014 | 536 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #531 denied (Re: 531 MOTION to Reconsider ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 02/13/2014) |
| 03/03/2014 | 538 | MOTION to Disqualify Judge by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 03/04/2014) |
| 03/04/2014 | 537 | ORDER by Judge Stephen P Friot *Second stage schedule - Government response 5/5/14, Defendant reply 7/7/14; Briefs 25 pages limitation; Dismissal of certain grounds for relief.*, setting/resetting deadline(s)/hearing(s): ( Responses due by 5/5/2014) (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 03/04/2014) |
| 03/05/2014 | 539 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #538 denied (Re: 538 MOTION to Disqualify Judge ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 03/05/2014) |
| 03/19/2014 | 540 | MOTION for Return/Release *Property* by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 03/20/2014) |
| 03/19/2014 | 541 | EXHIBIT(S) *in Support of Motion for Return of Property* (Re: 540 MOTION for Return/Release *Property* ) as to Lindsey Kent Springer (sc, Dpty Clk) (Entered: 03/20/2014) |
| 03/27/2014 | 543 | MOTION for Identity of Statutory Authority of Honorable Stephen P. Friot by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/27/2014) |
| 03/27/2014 | 544 | MOTION to Reconsider (Re: 537 Order, Setting/Resetting Deadline(s)/Hearing(s),,,, ) by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/27/2014) |
| 03/27/2014 | 545 | MOTION for Appointment of Counsel by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/27/2014) |
| 03/31/2014 | 547 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #543, 544 & 545 denied, terminating document(s) (Re: 545 MOTION for Appointment of Counsel , 544 MOTION to Reconsider , 543 MOTION for Identity of Statutory Authority of Honorable Stephen P. Friot , 546 MOTION for Leave to Proceed Informa Pauperis ) (Documents Terminated: 546 MOTION for Leave to Proceed Informa Pauperis ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 03/31/2014) |
| 04/07/2014 | 548 | RESPONSE in Opposition to Motion (Re: 540 MOTION for Return/Release |

| | | |
|---|---|---|
| | | *Property* ) by USA as to Lindsey Kent Springer (With attachments) (O'Reilly, Charles) (Entered: 04/07/2014) |
| 04/07/2014 | 549 | MOTION *for an Order Directing Mr. Springer to Retrieve Search Warrant Records* by USA as to Lindsey Kent Springer (With attachments) (O'Reilly, Charles) (Entered: 04/07/2014) |
| 04/07/2014 | 551 | MOTION for Rule 41(i) Papers by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 04/07/2014) |
| 04/10/2014 | 552 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #540 & 551 denied (Re: 551 MOTION for Rule 41(i) Papers , 540 MOTION for Return/Release *Property* ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 04/10/2014) |
| 04/24/2014 | 553 | MOTION to Reconsider (Re: 537 Order, Setting/Resetting Deadline(s)/Hearing(s),,,, ) by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 04/24/2014) |
| 04/28/2014 | 557 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #553 denied (Re: 553 MOTION to Reconsider ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 04/28/2014) |
| 04/28/2014 | 558 | RESPONSE in Opposition to Motion *to Government Lawyer's Motion* (Re: 549 MOTION *for an Order Directing Mr. Springer to Retrieve Search Warrant Records* ) by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 04/28/2014) |
| 04/30/2014 | 562 | RESPONSE in Opposition to Motion (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 04/30/2014) |
| 06/11/2014 | 566 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #549 granted (Re: 549 MOTION *for an Order Directing Mr. Springer to Retrieve Search Warrant Records* ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 06/11/2014) |
| 06/27/2014 | 570 | MOTION to Amend *2255* (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 06/27/2014) |
| 07/07/2014 | 572 | MOTION to Reconsider and Allow Discovery by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 07/07/2014) |
| 07/07/2014 | 573 | AFFIDAVIT *(titled as Declaration of Lindsey Kent Springer in Support of Motion to Reconsider and Allow Discovery)* (Re: 572 MOTION to Reconsider and Allow Discovery ) by Lindsey Kent Springer (sc, Dpty Clk) Modified on 7/8/2014 to reflect correct event (sc, Dpty Clk). (Entered: 07/07/2014) |
| 07/09/2014 | 575 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #572 denied (Re: 572 MOTION to Reconsider and Allow Discovery ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 07/09/2014) |
| | | |

| | | |
|---|---|---|
| 07/10/2014 | 576 | RESPONSE in Opposition to Motion (Re: 570 MOTION to Amend *2255* ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 07/10/2014) |
| 07/11/2014 | 577 | MOTION for Release Pending Disposition of 2255 Proceeding (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 07/11/2014) |
| 07/11/2014 | 578 | AFFIDAVIT in Support of Motion *(titled as Declaration of Lindsey Kent Springer in Support of Motion for Release Pending Disposition of 2255 Proceeding)* (Re: 577 MOTION for Release Pending Disposition of 2255 Proceeding ) by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 07/11/2014) |
| 07/15/2014 | 579 | ORDER by Judge Stephen P Friot *Documents #577 & 578 are transferred to the U.S. District Court for the District of New Mexico, further any claims for relief brought under 28USC Sec 2255 are dismissed without prejudice for lack of jurisdiction.* (Re: 578 Affidavit in Support of Motion, 577 MOTION for Release Pending Disposition of 2255 Proceeding ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 07/15/2014) |
| 07/25/2014 | 582 | REPLY to Response to Motion (Re: 570 MOTION to Amend *2255* ) by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 07/28/2014) |
| 07/30/2014 | 583 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #570 denied (Re: 570 MOTION to Amend *2255* ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 07/30/2014) |
| 08/22/2014 | 584 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #472 denied, denying certificate of appealability (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 08/22/2014) |
| 08/22/2014 | 585 | JUDGMENT by Judge Stephen P Friot (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 08/22/2014) |
| 08/25/2014 | 586 | MOTION For Order Finding Charles A. O'Reilly Is Not Authorized And Was Never Authorized To Represent The United States Of America by Lindsey Kent Springer (jla, Dpty Clk) (Entered: 08/25/2014) |
| 08/26/2014 | 587 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #586 Denied (Re: 586 MOTION For Order Finding Charles A. O'Reilly Is Not Authorized And Was Never Authorized To Represent The United States Of America ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 08/26/2014) |
| 09/12/2014 | 588 | NOTICE OF APPEAL to Circuit Court (Re: 476 Order, 566 Order, Ruling on Motion(s)/Document(s), 530 Order, Ruling on Motion(s)/Document(s), 587 Order, Ruling on Motion(s)/Document(s),, 536 Order, Ruling on Motion(s)/Document(s), 480 Order, Ruling on Motion(s)/Document(s), 528 Order, Ruling on Motion(s)/Document(s),, 484 Order,, Terminating Document(s),,, 478 Order, Setting/Resetting Deadline(s)/Hearing(s),,,, 537 Order, Setting/Resetting Deadline(s)/Hearing(s),,,, 492 Order, Striking/Withdrawing Document(s),, 585 Judgment, 584 Order, Ruling on Motion(s)/Document(s), Re: Ruling on 2255, 3582 or Rule 35 Motion, Denying Certificate of |

| | |
|---|---|
| | Appealability,,,, 575 Order, Ruling on Motion(s)/Document(s), 557 Order, Ruling on Motion(s)/Document(s), 496 Order, Ruling on Motion (s)/Document(s),, 547 Order, Ruling on Motion(s)/Document(s), Terminating Document(s),,,,,, 511 Order, Ruling on Motion(s)/Document(s),, 552 Order, Ruling on Motion(s)/Document(s),, 579 Order,,, 514 Order, Ruling on Motion (s)/Document(s),, 510 Order, Ruling on Motion(s)/Document(s),, 539 Order, Ruling on Motion(s)/Document(s),, 583 Order, Ruling on Motion (s)/Document(s) ) as to Lindsey Kent Springer (sc, Dpty Clk) Modified on 9/16/2014 to create link for document #539 (sc, Dpty Clk). (Entered: 09/16/2014) |