FILED
United States Court of Appeals
Tenth Circuit

February 25, 2015

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

LINDSEY KENT SPRINGER,

    Defendant - Appellant.

No. 14-5109
(D.C. Nos. 4:13-CV-00145-SPF-TLW and
4:09-CR-00043-SPF-1)
(N.D. Okla.)

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**[*]

---

Before **HARTZ**, **McKAY**, and **MATHESON**, Circuit Judges.

---

    Appellant seeks a certificate of appealability to appeal the district court's dismissal of his 28 U.S.C. § 2255 habeas petition.

    In 2010, Appellant was convicted on several tax evasion charges and sentenced to 180 months' imprisonment. We affirmed his convictions and sentence on direct appeal. *United States v. Springer*, 444 F. App'x 256 (10th Cir. 2011). Appellant then filed the instant § 2255 petition, in which he raised seventy-six grounds for relief. The district court dismissed the majority of these grounds as procedurally barred, then concluded that

---

[*] This order is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

each of the remaining grounds failed on the merits.

We have thoroughly reviewed the appellate record and Appellant's filings on appeal, as well as the applicable legal standards. Having done so, we conclude that reasonable jurists would not debate the correctness of the district court's comprehensive orders disposing of this case. We accordingly **DENY** Appellant's request for a certificate of appealability and **DISMISS** the appeal. We **DENY** Appellant's motion to proceed *in forma pauperis* on appeal. All other pending motions are likewise **DENIED**.

ENTERED FOR THE COURT


Monroe G. McKay
Circuit Judge

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

February 25, 2015

Chris Wolpert
Chief Deputy Clerk

Mr. Lindsey K. Springer
FCI - La Tuna Satellite Camp Low
P.O. Box 6000
Anthony, NM 88021
# 02580-063

**RE:**   **14-5109, United States v. Springer**
Dist/Ag docket: 4:13-CV-00145-SPF-TLW and 4:09-CR-00043-SPF-1

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Frank Phillip Cihlar
      Gregory Victor Davis
      Jeffrey Andrew Gallant
      Charles Anthony O'Reilly
      Alexander Patrick Robbins

EAS/at



14-5109 United States v. Springer "Case termination for COA" (4:13-CV-00145-SPF-TLW)
ca10_cmecf_notify   to:                                               02/25/2015 09:42 AM

| From: | ca10_cmecf_notify@ca10.uscourts.gov |
|---|---|
| To: | |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 02/25/2015 at 8:37:38 AM MST and filed on 02/25/2015

| **Case Name:** | United States v. Springer |
|---|---|
| **Case Number:** | 14-5109 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10250463] (9) COA Denied and Dismissed. Terminated on the merits after submissions without oral hearing. Written, signed, and unpublished. Judges Hartz, McKay(authoring judge), and Matheson. [14-5109] (AT)

**Notice will be electronically mailed to:**

Mr. Frank Phillip Cihlar: frank.p.cihlar@usdoj.gov
Mr. Gregory Victor Davis: Cateps.Taxcriminal@usdoj.gov, Gregory.V.Davis@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Jeffrey Andrew Gallant: jeff.gallant@usdoj.gov, kathie.hall@usdoj.gov, bill.wright@usdoj.gov
Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov
Mr. Alexander Patrick Robbins: alexander.p.robbins@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file. If appropriate, notice will be delivered by other means to:**

Lindsey K. Springer
FCI - La Tuna Satellite Camp Low
P.O. Box 6000
Anthony, NM 88021

The following document(s) are associated with this transaction:
**Document Description:** COA Denial
**Original Filename:** 14-5109.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/25/2015] [FileNumber=10250463-0]
[74270b46a1d04336ad8b11e127003096ac74541e3fa5405f0145e57ad635d21b0dac54ce8396ea6
b4ab1dc0c084bdc1cd4e42d722aec8273aaef054520f34984]]

**Document Description:** COA Order Cover Letter
**Original Filename:** /opt/ACECF/live/forms/anthony_trujillo_145109_10250463_135.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/25/2015] [FileNumber=10250463-1]
[cacf7430d9a95aaf86b16267a3e2487b41df40a4a80acb7b99b0ec81aab7528d3fa795dd98586b4fc
d46beae38139e4b1ce2e93c823b86d3ce5f824d39ac1fb6]]

**Recipients:**
- Mr. Frank Phillip Cihlar
- Mr. Gregory Victor Davis
- Mr. Jeffrey Andrew Gallant
- Mr. Charles Anthony O'Reilly
- Mr. Alexander Patrick Robbins
- Lindsey K. Springer

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 10250463
**RELIEF(S) DOCKETED:**
  order for case termination
**DOCKET PART(S) ADDED:** 3705021, 3705022