

To:   Mr. Phil Lombardi
      Clerk of Court
      333 West Fourth Street,
      Tulsa, Oklahoma 74103

From: Lindsey K. Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

**RECEIVED**

AUG 2 5 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

      Re:   Amounts credited to Lindsey K. Springer's restitution order and
            Judgment in USA v. Springer, 09-CR-043 dated April 28, 2010

Dear Mr. Lombardi

      I am the Defendant in the above referenced case and since September, 2010
the Bureau of Prisons has been collecting from my account monies to be credited
towards the roughly $ 770,000.00 in restitution ordered by Stephen P. Friot on
April 28, 2010. Doc. 337
      Could you please provide me with an accounting of what monies you have
received from the Bureau of Prisons towards the restitution amount I am ordered
to pay and my current balance.
      Thank you for your attention to this matter.  I hope you have a great day.

                                              Truly,

Executed this 20th day of August, 2015


                        DECLARATION OF MAILING

      I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),

under the laws of the United States of America, that on August 26, 2015, I

deposited the above letter in the U.S. Mailbox located inside FSL La Tuna

Federal Prison to the address listed for the Clerk of Court above.

                                              declarant

```
✓ Mail      __No Cert Svc      __No Orig Sign

__C/J      __C/MJ      __C/Ret'd      __No Env

__No Cpys __No Env/Cpys __O/J      __O/MJ
```

1 of 1

Lindsey Kent Springer
Reg. # 02580-063
Federal Satellite Low -La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

"Legal Mail"

7410333839

EL PASO TX 799

21 AUG 2015 PM 2 T

15CV-1412-JED-FHM

RECEIVED

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

AUG

Phil Lombardi, Clerk
U.S. DISTRICT COURT

RECEIVED

AUG 24 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT