IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED

OCT 13 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
v.                          )        Case No. 09-CR-043
                            )
LINDSEY KENT SPRINGER,      )
                            )
        Defendant.          )

DECLARATION OF LINDSEY KENT SPRINGER
IN SUPPORT OF MOTION TO ENJOIN ENFORCEMENT
OF THE JUDGMENT DATED APRIL 28, 2010

I, Lindsey Kent Springer, declare the following:

1.   I am the Defendant in the above captioned case that began on March 10, 2009, in the Court of record known as the United States District Court for the Northern District of Oklahoma ("NDOK").

2.   On or about August 7, 2012, the Tulsa World Newspaper reported that the United States Senate had consented to President Obama's nomination of Danny C. Williams, Sr., ("Williams"), to be appointed as the NDOK United States Attorney ("USA").   A True and Correct copy of the Tulsa World Article is attached to this Declaration as Exhibit 1.

3.   The Tulsa World Article reported the NDOK had gone more than three years without a United States Attorney due to President Obama and Oklahoma's Two United States Senators being unable to agree on a nominee for the post.

GENERALLY

4.   I received from the Executive Office of United States Attorneys ("EOUSA") a letter dated July 23, 2015, responding to my Freedom of Information Act Request ("FOIA") to USA Williams where I sought all records showing:

   a) Thomas Scott Woodward ("Woodward") had been appointed by Attorney General Eric H. Holder, Jr. ("Holder") to the Article II, § 2, Cl. 2 office of Assistant United States Attorney ("AUSA") for the NDOK pursuant to 28 U.S.C. § 542(a), between January 1, 2009 through January 1, 2013;

–1–

b) Woodward held the position to office of First Assistant United States Attorney ("FAUSA") for USA David E. O'Meilia ("O'Meilia") between January 1, 2009 through January 1, 2013, pursuant to 5 U.S.C. § 3345-(a)(1);

c) Woodward received an appointment from Holder to the NDOK office of USA, pursuant to 28 U.S.C. § 546(a) and (c)(2), between January 1, 2009 through January 1, 2013;

d) Woodward received a "Notification of Personnel Action" ("NPA") as FAUSA to O'Meilia between October 6, 2005 and October 4, 2009;

e) Charles A. O'Reilly ("O'Reilly") received an appointment from Attorney General Holder to the office of "Special Assistant United States Attorney" ("SAUSA") for the NDOK, pursuant to 28 U.S.C. § 543(a), between December 1, 2008 through January 1, 2015;

f) Kenneth P. Snoke ("Snoke") received an appointment from Attorney General Holder to the office of AUSA for the NDOK, pursuant to 28 U.S.C. § 542(a), between January 1, 2008 through January 1, 2011;

g) Jeffrey A. Gallant ("Gallant") received an appointment from Attorney General Holder to the office of AUSA for the NDOK, pursuant to 28 U.S.C. § 542(a), between January 1, 2010 through January 1, 2015.

A True and Correct Copy of the EOUSA July 23, 2015 response is attached to this Declaration as Exhibit 2.

5.   EOUSA initially located an oath signed by Gallant on November 20, 2006, and an oath signed by Woodward on May 25, 2010.

6.   I received from EOUSA a letter dated July 29, 2015, supplementing the July 23, 2015 response with a copy of an oath signed by O'Reilly on January 5, 2009. A True and Correct Copy of the EOUSA July 29, 2015 response is attached to this Declaration as Exhibit 3.

7.   In an appointment order dated May 24, 2010, United States District Court Judge Claire V. Eagan appointed Woodward as the NDOK USA pursuant to 28 U.S.C. § 546(d).  A True and Correct Copy of the May 24, 2010 appointment order is attached to this declaration as Exhibit 4.

8.   I received from Tax Division Counsel for FOIA and PA Matters ("TDC/FOIA") a letter dated July 17, 2015 responding to my FOIA request seeking all records

appointing John A. Marrella ("Marrella") to the office of "Deputy Assistant Attorney General of the United States" ("DAAG") between January 1, 2008 through January 1, 2013, responding TDC/FOIA could find no record of Marrella being appointed DAAG.  A True and Correct Copy of the TDC/FOIA letter is attached to this Declaration as Exhibit 5.

9.   I received a letter from TDC/FOIA dated July 21, 2015 responding to my FOIA request seeking all records pertaining to or showing O'Reilly was appointed to the Article II, § 2, Cl. 2 office of SAUSA between December 1, 2008 through January 1, 2015, responding TDC/FOIA could find no record of O'Reilly ever being appointed SAUSA for the NDOK.  A True and Correct Copy of the TDC/FOIA letter dated July 21, 2015, is attached to this Declaration as Exhibit 6.

### FOIAs ON WOODWARD

10.  On October 9, 2013, I requested through FOIA from the Department of Justice FOIA Management Division ("DOJ/FOIA") all instruments of appointment naming Woodward as the NDOK USA between June 1, 2009 through August 2, 2012. A True and Correct Copy of my Ocotber 9, 2013 FOIA request is attached to this Declaration as Exhibit 7.

11.  I have not received any response from DOJ/FOIA on my October 9, 2013 FOIA request and the time period to respond  has long expired (20-days).

12.  On October 9, 2013, I requested through FOIA from  EOUSA all instruments of appointment naming Woodward as the NDOK USA between June 1, 2009 through August 2, 2012.  A True and Correct Copy of my FOIA request to EOUSA is attached to this Declaration as Exhibit 8.

13.  I received from EOUSA a response to my October 9, 2013 FOIA request, dated September 17, 2014, where EOUSA only found a May 25, 2010 oath signed by Woodward corresponding with Judge Eagan's May 24, 2010 order of appointment. A True and Correct Copy of EOUSA's letter dated September 17, 2014, and the accompany-

ing May 25, 2010 oath of Woodward, are attached to this Declaration as Exhibit 9.

14.   On December 31, 2014, I requested through FOIA to Williams' agency all instruments of appointment naming Woodward to the office of AUSA, FAUSA, and USA, between January 1, 2009 through January 1, 2013, for the NDOK.  A True and Correct Copy of my FOIA request dated December 31, 2014, is attached to this Declaration as Exhibit 10.

15.   On December 31, 2014, I requested through FOIA to Williams' agency all NPAs naming Woodward as O'Meilia's FAUSA prior to October 4, 2009 and  including from October 6, 2005.  A True and Correct Copy of my FOIA request dated December 31, 2014, is attached to this Declaration as Exhibit 11.

16.   Williams' agency forwarded these two December 31, 2014 FOIA requests to EOUSA, who on July 23, 2015, responded they could find no records of Woodward being appointed an AUSA or FAUSA, after searching Williams' records and that of EOUSA, and only located the May 25, 2010 oath which corresponds to the May 24, 2010 order of appointment by Judge Eagan. See Exhibit 2, pg. _1_.

17.   Williams' agency,  or EOUSA, could find no record of Woodward being appointed USA between January 21-25, 2010 by the Attorney General. See Exhibit 2, pg. _1_

18.   On March 8, 2015, I requested through FOIA from DOJ/FOIA all records pertaining to or showing Woodward was appointed to the offices of AUSA, FAUSA, and USA, between January 1, 2009 through January 1, 2013, for the NDOK.  A True and Correct Copy of my March 8, 2015 FOIA request is attached to this Declaration as Exhibit 12.

19.   I have received no response from DOJ/FOIA on my March 8, 2015 FOIA request and the time period to do so has long expired. (20 days)

FOIAs ON O'REILLY

20.  On October 9, 2013, I requested through FOIA from DOJ/FOIA all instru-
ments appointing O'Reilly to the Article II, § 2, Cl. 2 office of SAUSA for
the NDOK between June 1, 2009 through September 10, 2013.  A True and Correct
Copy of my October 9, 2013 FOIA request is attached to this Declaration as
Exhibit 13.

21.  I have received no response from DOJ/FOIA on my October 9, 2013 FOIA
request and the time period to do so has long expired. (20 days)

22.  On October 9, 2013, I requested through FOIA from EOUSA all instruments
appointing O'Reilly to the Article II, § 2, Cl. 2 office of SAUSA for the
NDOK between June 1, 2009 through September 10, 2013.  A True and Correct Copy
of my October 9, 2013 FOIA request is attached to this Declaration as Exhibit
14.

23.  I received from EOUSA a response to my October 9, 2013 FOIA request, dated
June 4, 2014, where EOUSA found O'Reilly was no longer employed as an SAUSA and
therefore no records could be located.  A True and Correct Copy of EOUSA's June
4, 2014 letter is attached to this Declaration as Exhibit 15.

24.  I appealed the June 4, 2014 EOUSA response to the Office of Information
Policy ("OIP") showing the determination O'Reilly was no longer appointed as
an SAUSA for the NDOK was clearly erroneous and attached a copy of a filing
in the case herein showing as of July 10, 2014, O'Reilly, Williams, and Gallant,
continued to present O'Reilly as a SAUSA. A True and Correct Copy of my appeal
to OIP is attached to this Declaration as Exhibit 16.

25.  On September 29, 2014, OIP overlooked the evidence I attached showing
O'Reilly continued in the NDOK as an SAUSA, even after June 4, 2014, and affirmed
EOUSA's June 4, 2014 finding O'Reilly was no longer employed.  A True and Corr-
ect Copy of OIP's September 29, 2014 decision is attached to this Declaration

-5-

as Exhibit 17.

26. On December 31, 2014, I requested through FOIA to Williams' agency all instruments of appointment pertaining to or showing O'Reilly was appointed to the office of SAUSA for the NDOK between December 1, 2008 through January 1, 2015. A True and Correct Copy of my December 31, 2014 FOIA request is attached to this Declaration as Exhibit 18.

27. Williams' agency forwarded my FOIA request naming O'Reilly dated December 31, 2014, to EOUSA, who on July 23, 2015, responded they could find no record of O'Reilly being appointed to the office of SAUSA for the NDOK after searching both Williams and EOUSA's records. See Exhibit 2, pg. 1

28. Six days later, on July 29, 2015, EOUSA issued a supplemental response to its July 23, 2015 response, providing an oath O'Reilly signed on January 5, 2009. A True and Correct Copy of EOUSA's July 29, 2015 letter is attached to this Declaration as Exhibit 3 and the January 5, 2009 oath is attached at Exhibit 3, pg. 2 .

29. On March 8, 2015, I requested through FOIA to DOJ/FOIA all records pertaining to or showing O'Reilly was appointed to the office of SAUSA for the NDOK, between December 1, 2008 through January 1, 2015, by the Attorney General. A True and Correct Copy of my March 8, 2015 FOIA request is attached to this Declaration as Exhibit 19.

30. I have received no response from DOJ/FOIA on my March 8, 2015 FOIA request and the time period to do so has long expired. (20 days)

31. On January 2, 2015, as resent on March 25, 2015, I requested from TDC/FOIA under FOIA all records pertaining to or showing O'Reilly as a SAUSA and Trial Attorney, between December 1, 2008 through January 1, 2015. A True and Correct Copy of my December 31, 2014, resent on March 25, 2015, FOIA request is attached to this Declaration as Exhibit 20.

-6-

32.   I received from TDC/FOIA  a response to my March 25, 2015 FOIA request,
pertaining to O'Reilly's appointment as a SAUSA and Trial Attorney, dated
July 21, 2015, finding no records showing O'Reilly was appointed SAUSA for
the NDOK from December 1, 2008 through January 1, 2015.   A True and Correct
Copy of the July 21, 2015 finding of TDC/FOIA is attached to this Declaration
as Exhibit 21.

33.   TDC/FOIA did find an oath O'Reilly signed in the 1990s and a NPA for
1993 as a Trial Attorney, but no instruments of appointment as a SAUSA. See
Exhibit 21, pg.  _3_ , attached to this Declaration.

FOIAs ON MARRELLA

34.   On December 31, 2014, as resent on March 25, 2015, I requested through
FOIA to TDC/FOIA all records pertaining to or showing Marrella was appointed
as the DAAG during the time period of January 1, 2008 through January 1, 2013.
A True and Correct Copy of the December 31, 2014 FOIA request is attached to
this Declaration as Exhibit 22.

35.   I received from TDC/FOIA a response to my March 25, 2015 FOIA request
pertaining to and showing Marrella as a  DAAG, dated July 17, 2015, finding
no such record showing Marrella was appointed DAAG.   See Exhibit 5 attached to
this Declaration.

36.   On March 8, 2015, I requested through FOIA to DOJ/FOIA all records per-
taining to or showing Marrella was appointed DAAG between January 1, 2008
through January 1, 2013.   A True and Correct Copy of the March 8, 2015 FOIA
request is attached to this Declaration as Exhibit 23.

37.   I have received no response from DOJ/FOIA on my March 8, 2015 FOIA
request and the time period to do so has long expired. (20 days)

FOIAs ON SNOKE

38.   On December 31, 2014, I requested through FOIA to Williams' agency all

--7--

instruments appointing Snoke to the Article II, § 2, Cl. 2 office of AUSA between January 1, 2008 through January 1, 2011. A True and Correct Copy of my December 31, 2014 FOIA request is attached to this Declaration as Exhibit 24.

39. Williams' agency forwarded my FOIA request to EOUSA, who on July 23, 2015, responded they could find no records of Snoke being appointed AUSA, after searching Williams' records and that of EOUSA. See Exhibit 2, pg. __1__

40. On March 8, 2015, I requested through FOIA to DOJ/FOIA all records pertaining to or showing Snoke Snoke was appointed to the Article II, § 2, Cl. 2 office of AUSA, between December 1, 2008 through January 1, 2011, for the NDOK. A True and Correct Copy of my March 8, 2015 FOIA request is attached to this Declaration as Exhibit 25.

41. I have received no resopnse from DOJ/FOIA on my March 8, 2015 FOIA request and the time period to do so has long expired. (20 days)

FOIAs ON GALLANT

42. On January 2, 2015, I requested through FOIA to Williams'agency all instruments appointing Gallant to the Article II, § 2, Cl. 2 office of AUSA between January 1, 2010 through January 1, 2015. A True and Correct Copy of my January 2, 2015 FOIA request is attached to this Declaration as Exhibit 26.

43. Williams' agency forwarded my FOIA request to EOUSA, who on July 23, 2015, responded they could find no records of Gallant being appointed AUSA, after searching Williams' records and that of EOUSA. See Exhibit 2, pg. __1__

44. On March 8, 2015, I requested through FOIA to DOJ/FOIA all records pertaining to or showing Gallant was appointed to the Article II, § 2, Cl. 2 office of AUSA, between January 1, 2010 through January 1, 2015, for the NDOK. A True and Correct Copy of my March 8, 2015 FOIA request is attached to this Declaration as Exhibit 27.

45.   I have received no response from DOJ/FOIA on my March 8, 2015 FOIA
request and the time period to do so has long expired. (20 days)

46.   On July 30, 2015, I received a copy of a Declaration of Linda Richardson
of EOUSA stating under the penalty of perjury that she conducted the records
search of Williams' agency, and EOUSA, involving the appointments to office of
Woodward, Snoke, O'Reilly, and Gallant, and other than the May 25, 2010 oath
signed by Woodward, the January 5, 2009 oath signed by O'Reilly, and the Nov-
ember 20, 2006 oath signed by Gallant, she could find no instruments of appoint-
ment appointing Woodward to the office of AUSA, FAUSA, and USA, or appointing
O'Reilly by Marrella, by O'Meilia, by other USAs for the NDOK through extension,
nor could she find any instruments of appointment appointing Snoke or Gallant
to the office of AUSA, all of which were the subject of my FOIA requests to
Williams' agency.  A True and Correct copy of Richardson's July 30, 2015 Dec-
laration is attached to this Declaration as Exhibit 28.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America that the foregoing is true and
correct as to the best of my knowledge and belief.

Reg. # 02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

CERTIFICATE OF SERVICE

I hereby certify that on October ___7___, 2015, I mailed First Class U.S. Postage Prepaid the above Declaration of Lindsey Kent Springer and the 28 attached Exhibits to the Clerk of Court, 333 West Fourth Street, Tulsa, Oklahoma 74103;

I further certify that all parties to the above proceeding are  registered ECF users and the following will receive service of the above Declaration and Exhibits through the ECF System:

UNITED STATES OF AMERICA

_____
Server

DECLARATION OF MAILING

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on October ___7___, 2015, I deposited the above Declaration and Exhibits in the U.S. Mailbox located inside FSL La Tuna to the address listed above.

_____
Declarant

10

-i-

EXHIBITS LIST

| EXHIBIT # | Description |
|---|---|
| 1 | Tulsa World Articles on Williams appointment |
| 2 | EOUSA July 23, 2015 Response for Williams' agency |
| 3 | EOUSA July 29, 2015 Supplemental  Response |
| 4 | Judge Eagan's May 24, 2010 order appointing Woodward |
| 5 | TDC/FOIA July 17, 2015 Response regarding Marrella |
| 6 | TDC/FOIA July 21, 2015 Response regarding O'Reilly |
| 7 | Springer FOIA to DOJ/FOIA October 9, 2013 on Woodward |
| 8 | Springer FOIA to EOUSA October 9, 2013 on Woodward |
| 9 | EOUSA September 17, 2014 Response on Woodward |
| 10 | Springer FOIA to Williams December 31, 2014 on Woodward |
| 11 | Springer FOIA to Williams December 31, 2014 on Woodward |
| 12 | Springer FOIA to DOJ/FOIA March 8, 2015 on Woodward |
| 13 | Springer FOIA to DOJ/FOIA October 9, 2013 on O'Reilly |
| 14 | Springer FOIA to EOUSA October 9, 2013 on O'Reilly |
| 15 | EOUSA June 4, 2014  Response on O'Reilly |
| 16 | Springer Appeal to OIP on EOUSA June 4, 2014 Response |
| 17 | OIP September 29, 2014 affirmance of June 4, 2014 EOUSA |
| 18 | Springer FOIA to Williams December 31, 2014 on O'Reilly |
| 19 | Springer FOIA to DOJ/FOIA March 8, 2015 on O'Reilly |
| 20 | Springer FOIA to TDC/FOIA March 25, 2015 on O'Reilly |
| 21 | TDC/FOIA July 21, 2015 Response regarding O'Reilly |
| 22 | Springer FOIA to TDC/FOIA March 25, 2015 on Marrella |
| 23 | Springer FOIA to DOJ/FOIA March 8, 2015 on Marrella |
| 24 | Springer FOIA to Williams December 31, 2014 on Snoke |
| 25 | Springer FOIA to DOJ/FOIA March 8, 2015 on Snoke |
| 26 | Springer FOIA to Williams January 2, 2015 on Gallant |

–ii–

## EXHIBITS LIST (cont'd)

| EXHIBIT # | Description |
|-----------|-------------|
| 27 | Springer FOIA to DOJ/FOIA March 8, 2015 on Gallant |
| 28 | Declaration of EOUSA's Lnda Richardson July 30, 2015 |

# Senate OKs U.S. attorney nominee

**BY DAVID HARPER**
World Staff Writer



**APPROVED**

**Danny Williams:** The Tulsa lawyer is the new U.S. attorney for the Northern District.

The U.S. Senate on Thursday night confirmed the nomination of Danny Williams as the new U.S. attorney for the Tulsa-based Northern District of Oklahoma.

Williams, a partner in the law firm of Charney, Buss & Williams, now specializes in condemnation proceedings but has prosecutorial experience as a former assistant district attorney.

A native of Mississippi, he is a graduate of Dillard University and the University of Tulsa law school.

Scott Woodward has been serving in the role of top federal prosecutor in the district since former U.S. Attorney David O'Meilia left office more than three years ago.

The Tulsa-based position has been the last U.S. attorney position still in limbo after the turnover in federal administrations that followed the 2008 presidential election.

The Obama administration and Oklahoma's two Republican senators had been unable to agree on a nominee until Williams' name was put forward in March.

SEE **SENATE** A15

EXHIBIT 1 -1 of 3

**TULSA WORLD**

**5** Sunday | January 9, 2011 | tulsaworld.com

# LOCAL

All five of Oklahoma's U.S. House members plan to vote this week to repeal the health-care law. **A18**



Jay Cronley

jay.cronley
@tulsaworld.com
581-8362

## 'alk's cheap ut texting s trivial

When you see somebody using a pay phone, you think, that's Mafia.
ew pay phones remain.
here's one near a service station
I pass on the way home.
couple of days ago, there was te-model automobile parked by pay phone stand, the cord ex- ding to the driver's seat, with the dow rolled up.
he thought came to mind, this here a person goes to have a versation that he or she doesn't t on the record.
's possible that the person in nice car keeps his or her cell ne where I keep mine, in with wrenches and nails. But it is e likely that this is the kind of place you go to have a conversa- with somebody you shouldn't alking to in the first place.
you post a picture on some cell nes, your place of residence is aled.
cording to TV crime shows,

# OK federal jobs go unfilled

● Gov. Brad Henry will leave office with several federal jobs unfilled, despite repeated suggestions.

**BY JIM MYERS**
World Washington Bureau

WASHINGTON — Oklahoma Gov. Brad Henry, a major player in what became a snake-bitten pro- cess to fill key federal posts in the state, will leave office with several of those positions still vacant.

Not only do those positions re- main unfilled, but the process used

by the governor and others report- edly has left them without viable candidates in the pipeline.

Those include the U.S. attorney and U.S. marshal posts in Tulsa and the U.S. marshal position in Musk- ogee.

One after another, names for- warded to the White House for about half of the positions to be filled by the president failed to



**VACANCIES**

**Gov. Brad Henry:** The governor sent names to the White Houses for consideration that somehow failed to make the cut.

make it through the process, for various reasons.

Now, two years into President Obama's term, the administration

still has those appointments to make despite a big push early on by U.S. Attorney General Eric Holder to have recommendations on the way as soon as possible.

In addition to the executive branch jobs, two court vacancies remain.

One is at the district court level created by the retirement of Ter- ence Kern, who announced his plans to step down more than a year ago, and the second is the

SEE **JOBS** A21

# Breaking ground in Brady

## TU, Gilcrease and Philbrook will share the new space

**BY JAMES D. WATTS JR.**
World Scene Writer

The city block that contains the Mathews Warehouse complex in downtown Tulsa is about to become a very busy place.

Construction is to begin in two weeks on the east section of the interconnected buildings on Brady Street between Boston and Cincinnati avenues, which will ulti- mately house facilities for the Philbrook Museum of Art and the University of Tulsa.

The work to be done will be "more



WORLD

Sunday, January 9, 2011 • • • A 21



Booker T. Washington High School at Booker T. Washington High School / Tulsa World file

## Events to celebrate King Day include forum, rally, parade

**WORLD REPORTS**

Highlights of events are planned to celebrate Martin Luther King Jr. Day during the parade scheduled...

8:30 a.m. until 10:30 a.m. The 32nd annual MLK parade will cap the festivities on Jan. 17, starting at 11 a.m.

On that day, the parade will begin at Elgin Avenue and John Hope Franklin Boulevard, proceed east to Greenwood Avenue, travel south through the Greenwood Business District to Tulsa...

The Governor's Office...

A rally is slated to follow the parade in the OSU-Tulsa Main Hall-Commons Area, 700 N. Greenwood Ave, with a presentation of awards.

Later that day, the Association of Black Collegians of the University of Tulsa, the Student Association and Sharp Chapel will be sponsoring a presentation...

Martin Luther King Jr. Day

## JOBS:
### Senators Inhofe and Coburn must approve nominations by the White House

FROM A15

vacancy on the 10th U.S. Circuit Court of Appeals created by the resignation of Robert Henry.

Even though that court is based in Denver, the seat Henry gave up is viewed as an Oklahoma slot.

Unlike the executive branch positions, names of potential nominees for the two court vacancies have surfaced, although various levels of uncertainty surround both.

Arvo Mikkanen, an assistant U.S. attorney in Oklahoma City, is being looked at for the district court position. Mikkanen is an American Indian.

There appears to be uncertainty about exactly how Mikkanen became a leading candidate for the post in Tulsa.

has placed an unusual level of secrecy around the process, did not return a call seeking comment for this story.

Mikkanen's name appears to have surfaced after the Obama administration considered another American Indian, a Washington, D.C., attorney, as a possible candidate for the 10th Circuit vacancy.

That move drew opposition from both parties because he was not from Oklahoma.

If Mikkanen makes it through the vetting process and is nominated by Obama, he will be expected to have the support from members of Oklahoma's congressional delegation.

"I have not submitted his name, and he has not contacted me," Rep. Dan Boren, another player in the process as the only Oklahoma Democrat in Congress, said when asked about Mikkanen.

Under the traditional process, followed for district court nominations, Oklahoma's two U.S. senators, Republicans Jim Inhofe and Tom Coburn, will have to have discussions with the administration and both support any nomination for Oklahoma senators and both put forward by the...

White House.

For the appeals court vacancy, Janet Levit, dean of the College of Law at the University of Tulsa, has been considered by some as a leading candidate.

Levit has worked in the areas of international law and human rights and has had articles published by several law journals.

If the White House were to recommend her for an appointment, those articles, especially those on international law, are expected to draw scrutiny from Oklahoma's two senators.

Neither Mikkanen nor Levit was available for comment.

Boren, who made it clear any specific recommendation or nomination, said he was surprised that two years into the Obama administration so many of the federal positions remain vacant.

"From talking to people in other states, we are not unique," he said. "This is happening all over the country."

Boren said he hopes soon to have discussions with the administration and both senators so all can support.

"It is very difficult to find people who are willing to submit their names and go through the process, knowing it has taken the administration so long to get these appointments done," he said.

Boren said it is also difficult to find that "unique person" who is going to fit Oklahoma values and have his support as well as the backing of the two Republican senators and the Democratic president.

"I think politically it is very difficult," he said.

"It is difficult, particularly when a lot of the talent pool comes from places where the Legislature wherever have voting records ... It almost gives an advantage to someone who has had no experience, whether it be on the bench or in the Legislature or some other place."

Asked if he believes the Obama administration has placed some kind of litmus test on nominees, Boren again making it clear he was not talking about any specific case — said he feels like that is the case.

The White House did not comment.

*Jim Myers (202) 484-1424*
*jim.myers@tulsaworld.com*



UNLEASH YOUR SIGNAL WITH

verizon

3 of 3

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W.
Suite 7300, Bicentennial Building
Washington, DC  20530-0001
(202) 252-6020      FAX: 252-6047      (www.usdoj.gov/usao)

July 23, 2015

Lindsey Springer
#02580-063
FSL, P.O. Box 6000
Anthony, New Mexico  88021

      Re: Request Number: <u>FOIA-2015-01085</u>
      Date of Receipt: <u>January 9, 2015</u>
      Subject of Request: <u>AUSA Appointments - USAO Northern District of Oklahoma</u>
<u>IN LITIGATION</u>

Dear Ms. Springer:

      Your request for records under the Freedom of Information Act/Privacy Act has been processed.   This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office.   To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

      All of the records you seek are being made available to you.   We have processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you.   This letter is a full release of 2 pages.

      Please note. There were no records located for Charles A. O'Reilly, Robert Metcalf, James Strong, or Kenneth Snoke because they are either no longer employees or were never employed by EOUSA.   Therefore, EOUSA does not have copies of their official personnel file.

      [X]     See additional information on next page.

      This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be received within sixty days from the date of this letter.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

**EXHIBIT  2 - 1 of 5**

Sincerely,

Susan B. Gerson
Assistant Director

Enclosure(s)

Form No. 0021A-nofee – 4/11




# APPOINTMENT AFFIDAVITS

m-74

Assistant United States Attorney
*(Position to which Appointed)*

November 12, 2006
*(Date Appointed)*

**FILED**
NOV 17 2006
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Department of Justice
*(Department or Agency)*

U.S. Attorney's Office, NDOK
*(Bureau or Division)*

Tulsa, Oklahoma.
*(Place of Employment)*

I, Jeffrey Andrew Gallant _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(B)(6)

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 17th day of November , 2006

at Tulsa _____     Oklahoma _____
*(City)*                          *(State)*

Claire V. Eagan
*(Signature of Officer)*

**(SEAL)**

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*

Chief United States District Judge
*(Title)*

Note – If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

3 of 5

# APPOINTMENT AFFIDAVITS

United States Attorney
*(Position to which Appointed)*

May 25, 2010
*(Date Appointed)*

Department of Justice
*(Department or Agency)*

U.S. Attorney's Office
*(Bureau or Division)*

Tulsa, Oklahoma
*(Place of Employment)*

I, Thomas Scott Woodward _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(B)(6)

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 25th day of May _____, 2010

at Tulsa _____
*(City)*

Oklahoma _____
*(State)*

*(Signature of Officer)*

(SEAL)

Commission expires 10/11/11
*(If by a Notary Public, the date of his/her Commission should be shown)*

Director of Administration
*(Title)*

Note – If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

4 of 5

### EXPLANATION OF EXEMPTIONS

#### FOIA: TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)     (A) specifically authorized under criteria established by and Executive order to be kept secret in the in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order;

(b)(2)     related solely to the internal personnel rules and practices of an agency;

(b)(3)     specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)     trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)     inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)     personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)     records or information compiled for law enforcement purposes, but only the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

(b)(8)     contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)     geological and geophysical information and data, including maps, concerning wells.

#### PRIVACY ACT: TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)     information complied in reasonable anticipation of a civil action proceeding;

(j)(2)     material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)     information which is currently and properly classified pursuant to Executive Order 12356 in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)     investigatory material complied for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)     material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)     required by statute to be maintained and used solely as statistical records;

(k)(5)     investigatory material compiled solely for the purpose of determining suitability eligibility, or qualification for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence;

(k)(6)     testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)     material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his identity would be held in confidence.

FBI/DOJ
1/06

**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W.
Suite 7300, Bicentennial Building
Washington, DC 20530-0001

(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)

July 29, 2015

Lindsey Springer
#02580-063
FSL, P.O. Box 6000

Anthony, New Mexico  88021

     Re: Request Number: <u>FOIA-2015-01085</u>
     Date of Receipt: <u>January 9, 2015</u>
     Subject of Request: <u>AUSA Appointments - USAO Northern District of Oklahoma</u>
<u>IN LITIGATION</u>

Dear Ms. Springer:

     Your request for records under the Freedom of Information Act was received some months ago.

     This letter constitutes a supplemental reply from the Executive Office for United States Attorneys, the official record keeper for all records located in this office and the various United States Attorney's offices.  One page is being released in part pursuant to exemption b(6) of the Freedom of Information Act.

               Sincerely,

               Susan B. Gerson
               Assistant Director

Enclosure(s)

Form No. 0021B – 4/11

**EXHIBIT 3 - 1 of 3**

# APPOINTMENT AFFIDAVITS

SPECIAL ASSISTANT UNITED STATES ATTORNEY
*(Position to which Appointed)*

01/05/2009
*(Date Appointed)*

DEPT. OF JUSTICE
*(Department or Agency)*

USAO/ND-OK
*(Bureau or Division)*

TULSA, OKLAHOMA
*(Place of Employment)*

I, CHARLES ANTHONY O'REILLY , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**(B)(6)**

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 5th day of JANUARY , 2009

at TULSA
*(City)*

OKLAHOMA
*(State)*

*David Darlington*
*(Signature of Officer)*

(SEAL)

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*

Administrative Services Specialist
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

## EXPLANATION OF EXEMPTIONS

### FOIA: TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)    (A) specifically authorized under criteria established by and Executive order to be kept secret in the in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order;

(b)(2)    related solely to the internal personnel rules and practices of an agency;

(b)(3)    specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)    trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)    inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)    personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)    records or information compiled for law enforcement purposes, but only the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

(b)(8)    contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)    geological and geophysical information and data, including maps, concerning wells.

### PRIVACY ACT: TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)    information complied in reasonable anticipation of a civil action proceeding;

(j)(2)    material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)    information which is currently and properly classified pursuant to Executive Order 12356 in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)    investigatory material complied for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)    material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)    required by statute to be maintained and used solely as statistical records;

(k)(5)    investigatory material compiled solely for the purpose of determining suitability eligibility, or qualification for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence;

(k)(6)    testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)    material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his identity would be held in confidence.

3 of 3

FBI/DOJ
1/06

# FILED

MAY 24 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

GO-10-4

| | |
|---|---|
| IN THE MATTER | ) |
| | ) |
| OF APPOINTMENT | )    ORDER OF APPOINTMENT |
| | ) |
| OF THOMAS SCOTT WOODWARD | ) |
| | ) |
| AS UNITED STATES ATTORNEY | ) |

Pursuant to Title 28, United States Code, Section 546(d), Thomas Scott Woodward is appointed as the United States Attorney for the Northern District of Oklahoma, effective May 25, 2010.

DONE AND ORDERED at Tulsa, Oklahoma, this 24th day of May, 2010.

For the Court:

_Claire V. Eagan_
The Honorable Claire V. Eagan
Chief Judge
Northern District of Oklahoma

United States District Court } ss
Northern District of Oklahoma }
I hereby certify that the foregoing is a true copy of the original on file in this court.
Phil Lombardi, Clerk
By _____ Deputy

GOVERNMENT
EXHIBIT
C

EXHIBIT 4 – 1 of 1



**U.S. Department of Justice**

**Tax Division**

*Civil Trial Section, Eastern Region*
*P.O. Box 227*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-6866*

July 17, 2015

CMB:SNWARD
FOIPA/TAX # 10871

**Certified Mail No. 7011 3500 0003 2475 8176**
**RETURN RECEIPT REQUESTED**

Mr. Lindsey Kent Springer Reg. #02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, NM 88021

Dear Mr. Springer:

This responds to your Freedom of Information Act request dated March 25, 2015. The Tax Division's Freedom of Information Act (FOIA) and Privacy Act (PA) Unit received your request on April 1, 2015; it was perfected on April 1, 2015.

We understand from your request that you seek records pertaining to or showing the authorization and/or appointment of John A. Marrella, Title of Deputy Assistant Attorney General.

Based on the information you provided, we nonetheless conducted a search, but could locate no responsive records.

To the extent you are seeking United States Attorney's documents, we suggest that you send a request to:

> Susan B. Gerson, Acting Assistant Director
> FOIA/Privacy Unit
> Executive Office for United States Attorneys

EXHIBIT 5 – 1 of 2

Lindsey Kent Springer
FOIPA/TAX #  10871
Certified Mail No. 7011 3500 0003 2475 8176

Department of Justice
Room 7300, 600 E Street, N.W.
Washington, DC 20530-0001
Phone: (202) 252-6020
Email: USAEO.FOIA.Requests@usdoj.gov

In the event you wish to appeal this determination, you may write to the
Director, Office of Information Policy, U.S. Department of Justice, 1425 New York
Avenue N.W., Suite 11050, Washington, D.C. 20530-0001 within sixty (60) days of the
date of this letter.  Both the letter and the envelope should be clearly marked "Freedom
of Information Act Appeal."  Thereafter, judicial review of the final determination will
be available in the District Court of the United States located in the district in which you
reside, where you have your principal place of business, in which the agency records
are located, or in the District of Columbia.[1]

Sincerely yours,

Carmen M. Banerjee
Carmen M. Banerjee
Division Counsel
for FOIA and PA Matters

---

[1]For your information, Congress excluded three discrete categories of law
enforcement and national security records from the requirements of the FOIA.  See 5
U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records that
are subject to the requirements of the FOIA.  This is a standard notification that is given
to all our requesters and should not be taken as an indication that excluded records do,
or do not, exist.

Page 2 of 2



**U.S. Department of Justice**

**Tax Division**

*Washington, D.C.  20533*

July 21, 2015

CMB:SNWARD
FOIPA/TAX # 10875

**Certified Mail No. 7011 3500 0003 2475 8169**
**RETURN RECEIPT REQUESTED**

Mr. Lindsey Kent Springer
Reg. #02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, NM 88021

Dear Mr. Springer:

This responds to your Freedom of Information Act request dated March 25, 2015. The Tax Division's Freedom of Information Act (FOIA) and Privacy Act (PA) Unit received your request on April 1, 2015; it was perfected on April 1, 2015.

We understand from your request that you seek information about:
__ yourself.
__ a third party taxpayer (individual).
__ a third party taxpayer (entity).
__ the Division's policies or procedures.
_✓_ other. Any documentation pertaining to or showing the authorization and/or appointment of Charles A. O'Reilly, from December 1, 2008 through January 1, 2015.

The Tax Division has determined that 2 page is from its records is responsive to your request. It is released in full and enclosed with this letter.

If you are not satisfied with my response to your request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington,

**EXHIBIT 6 – 1 of 4**

Lindsey Kent Springer
FOIPA/TAX #  10875
Certified Mail No. 7011 3500 0003 2475 8169

DC 20530-0001, or you may submit an appeal through OIP's eFOIA portal at
http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be postmarked or
transmitted electronically within sixty days from the date of this letter.  If you submit
your appeal by mail, both the letter and the envelope should be clearly marked
"Freedom of Information Act Appeal."   Thereafter, judicial review of the final
determination will be available in the District Court of the United States located in the
district in which you reside, where you have your principal place of business, in which
the agency records are located, or in the District of Columbia.[1]

Sincerely yours,

Carmen M. Banerjee
Division Counsel
for FOIA and PA Matters

Enclosures (2)

---

[1]For your information, Congress excluded three discrete categories of law
enforcement and national security records from the requirements of the FOIA.  *See* 5
U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records that
are subject to the requirements of the FOIA.  This is a standard notification that is given
to all our requesters and should not be taken as an indication that excluded records do,
or do not, exist.

Page 2 of 2

 

STANDARD FORM 61
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 295
61-107

OMB APPROVAL NO. 50-R0118

# APPOINTMENT AFFIDAVITS

| Law Clerk | November 16, 1992 |
|---|---|
| *(Position to which appointed)* | *(Date of appointment)* |

| U.S. Dept. of Justice | Tax Division | Washington, DC |
|---|---|---|
| *(Department or agency)* | *(Bureau or division)* | *(Place of employment)* |

I, _____Charles A. O'Reilly_____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this ___16th___ day of ___November___ A.D. 19_92_,

at ___Washington___                           ___DC___
      *(City)*                                          *(State)*

[SEAL]

_____
*(Signature of officer)*

Personnel Assistant
_____
*(Title)*

Commission expires_____
(If by a Notary Public, the date of expiration
of his Commission should be shown)

NOTE.—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God"
in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects
to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee
elects to affirm the affidavits.*

✭U.S.GPO:1979-0-261-187/4238

3 of 4

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| O REILLY, CHARLES A | | | 05/02/93 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 570 | CONV TO EXC APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| WON | SCH A 213.31020 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | TRIAL ATTY (TAX) |
| | TAX00007   TAX164 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0905 | | | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TAX DIVISION |
| | CRIMINAL SECTION |
| | NORTHERN REGION |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1=None  2=5-Point  3=10-Point/Disability  4=10-Point/Compensable  5=10-Point/Other  6=10-Point/Compensable/30% | 1 — 0=None  1=Permanent  2=Conditional  3=Indefinite | | YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C   BASIC | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS | 09/14/92 | F   FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1=Competitive Service  2=Excepted Service  3=SES General  4=SES Career Reserved | E — E=Exempt  N=Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: I | VET STAT: X | ED LV:15 YR:92 ACAD DISCPL:0100 |

45. Remarks

4 of 4

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/HC | PAT SIMMONS |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| OJ HC | 1831 | 06/02/93 | PERSONNEL STAFF |

5-Part   50-316                          OPF                          Editions Prior to 7/91 Are Not Usable After 9/30/93
3 – Payroll Copy                                          NSN 7540-01-333-6238

To: FOIA / PA Mail Referral Unit
Justice Management Division
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington D.C. 20530-0001

From: Lindsey Kent Springer
#02580-063
Federal Correctional Institution
P.O. Box 1500
El. Reno, Oklahoma 73036

This is my Freedom of Information Act request under 5 U.S.C. § 552, and agreement to pay costs associated herewith in obtaining information and any documents pertaining to the appointment of Thomas Scott Woodward as the United States attorney For the Northern Judicial District of Oklahoma.

The date or time period is between June 1, 2009 through August 2, 2012.

The Title to the information I seek may be appointment of Thomas Scott Woodward as United States attorney.

The author is unknown but could be either President Obama, Attorney General Eric Holder, or the United States District Court for the Northern District of Oklahoma.

The Subject is the appointment of Thomas Scott Woodward as United States attorney for the Northern District of Oklahoma.

My date of birth is September 11, 1965.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America the foregoing is true and correct to the best of my knowledge and belief.

Lindsey K Springer 10.9.13

EXHIBIT 7 – 1 of 1

To   Executive office for United States Attorneys
     U.S. Department of Justice
     BICN BLDG
     Room 7100
     Washington D.C. 20530-0001

From:  Lindsey Kent Springer
       #02580-063
       Federal Correctional Institution
       P.O. Box 1500
       El. Reno, Oklahoma 73036

This is my Freedom of Information Act request under 5 U.S.C § 552, and agreement to pay costs associated herewith in obtaining information and any documents pertaining to the appointment of Thomas Scott Woodward as the United States attorney for the Northern Judicial District of Oklahoma.

The date or time period is between June 1, 2009 through August 2, 2012.

The Title to the information I seek may be Appointment of Thomas Scott Woodward as United States attorney.

The author is unknown but could be either President Obama, Attorney General Eric Holder, or the United States District Court for the Northern District of Oklahoma

The Subject is the appointment of Thomas Scott Woodward as United States attorney for the Northern District of Oklahoma

My date of birth is September 11, 1965.

I declare under the penalty of perjury pursuant to 28 U.S.C § 1746 (1), under the laws of the United States of America the foregoing is true and correct to the best of my knowledge and belief.

Lindsey K Springer   10.9.13

**EXHIBIT   8 - 1 of 1**

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC  20530-0001*
*(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)*

September 17, 2014

Lindsey Springer
#02580-063
FSL, P.O. Box 6000
Anthony, New Mexico   88021

Re: Request Number: <u>FOIA-2014-00169</u>
Date of Receipt: <u>October 23, 2013</u>
Subject of Request: <u>Appointment of USA Thomas Scott Woodard/Personnel</u>

Dear Ms. Springer:

Your request for records under the Freedom of Information Act/Privacy Act has been processed.   This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office.

To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act.   28 CFR § 16.81.   We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you.   This letter is a [X] partial [   ] full denial.

Enclosed please find:

_____ page(s) are being released in full (RIF);
___1___ page(s) are being released in part (RIP);
_____ page(s) are withheld in full (WIF).   **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

(B)(6)

[   ]   In addition, this office is withholding grand jury material which is retained in the District.

[   ]   A review of the material revealed:

EXHIBIT 9 - 1 of 4

[  ]    Our office located records that originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.**   These records will be referred to the following component(s) listed for review and direct response to you:_____

[  ]    There are public records which may be obtained from the clerk of the court or this office, upon specific request.   If you wish to obtain a copy of these records, you must submit a new request.   These records will be provided to you subject to copying fees.

[  ]    Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought.   Each file was given a separate Request Number (listed below), for which you will receive a separate response:

_____

[  ]    See additional information attached.

This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be received within sixty days from the date of this letter.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Susan B. Gerson
Assistant Director

Enclosure(s)

### EXPLANATION OF EXEMPTIONS

#### FOIA: TITLE 5, UNITED STATES CODE, SECTION 552

(b) (1)    (A) specifically authorized under criteria established by and Executive order to be kept secret in the in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order;

(b)(2)    related solely to the internal personnel rules and practices of an agency;

(b)(3)    specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)    trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)    inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)    personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)    records or information compiled for law enforcement purposes, but only the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

(b)(8)    contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)    geological and geophysical information and data, including maps, concerning wells.

#### PRIVACY ACT: TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)    information complied in reasonable anticipation of a civil action proceeding;

(j)(2)    material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)    information which is currently and properly classified pursuant to Executive Order 12356 in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)    investigatory material complied for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)    material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)    required by statute to be maintained and used solely as statistical records;

(k)(5)    investigatory material compiled solely for the purpose of determining suitability eligibility, or qualification for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence;

(k)(6)    testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)    material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his identity would be held in confidence.

FBI/DOJ
1/06

 

# APPOINTMENT AFFIDAVITS

United States Attorney
_____
_(Position to which Appointed)_

May 25, 2010
_____
_(Date Appointed)_

Department of Justice
_____
_(Department or Agency)_

U.S. Attorney's Office
_____
_(Bureau or Division)_

Tulsa, Oklahoma
_____
_(Place of Employment)_

I, Thomas Scott Woodward _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(B)(6)

_____
_(Signature of Appointee)_

Subscribed and sworn (or affirmed) before me this 25th day of May _____, 2010

at Tulsa
_____
_(City)_

Oklahoma
_____
_(State)_

_____
_(Signature of Officer)_

(SEAL)

Commission expires 10/11/11
_(If by a Notary Public, the date of his/her Commission should be shown)_

Director of Administration
_____
_(Title)_

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

4 of 4

To: Danny C. Williams, Sr.
    United States Attorney Office
    110 West 7th St., Suite 300
    Tulsa, Oklahoma 74119-1013

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

Dear Mr. Williams:

This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining information and any documentation pertaining to or showing the authorization and/or appointment of  Thomas Scott Woodward
to represent the United States of America pursuant to  28 U.S.C. §§ 542, 546(a), and 5 U.S.C. § 3345(a)(1)                                    .
The dates or time period of this request is between January 1, 2009 through January 1, 2013                                             .
In order to assist you in locating the requested documents I am aware that the subject named above has used the Title of "Assistant United States Attorney," "Acting United States Attorney," and "United States Attorney"
My request is also limited to such authorization and/or appointment of Thomas Scott Woodward                  in and for the Northern District of Oklahoma.
My date of birth is September 11, 1965.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

_Lindsey K Springer_

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that on  December 31, 2014     I deposited the above Freedom of Information Act request in the U.S. Mailbox inside Federal Satellite Low-La Tuna Federal Prison to Mr. Williams and his Office at the address listed above under his name.

_Lindsey K Springer_
Declarant

EXHIBIT 10 - 1 of 1

Page 1 of 1

To:  Danny C. Williams
     United States Attorney Office
     110 West 7th St., Suite 300
     Tulsa, Oklahoma 74119-1013

From:  Lindsey Kent Springer
       Reg. # 02580-063
       Federal Satellite Low-La Tuna
       P.O. Box 6000
       Anthony, New Mexico 88021

     Dear Mr. Williams:

     This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining information and any documents pertaining to or showing Thomas Scott Woodward as the "First Assistant" to David E. O'Meilia, pursuant to 5 U.S.C. § 3345(a)(1), from or on January 1, 2009 through June 28, 2009.
     To help you in gathering this information I can provide to you that the Form 50-A or 50-B, entitled "Notification of Personnel Action," may contain the information I seek.
     I am not requesting the Form 50-B naming Thomas Scott Woodward dated October 5, 2009, which you have already provided to me in litigation, see filing dated January 17, 2014, in 08-CV-278, but rather, the Form 50-A or 50-B that is immediately before the October 5, 2009 Form 50-B.
     The dates may begin on October 6, 2005 and extend to October 4, 2009.
     My date of birth is September 11, 1965.

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

                    _____
                    DECLARATION OF MAILING

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of American that on _December 31, 2014_____ I deposited the above Freedom of Information Act request in the U.S. Mailbox inside Federal Satellite Low-La Tuna Federal Prison to Mr. Williams and his Office at the address listed above under his name.

                    _____
                    Declarant

EXHIBIT 11 - 1 of 1

Page 1 of 1

To:   FOIA/PA Mail Referral Unit
      Justice Management Division
      United States Department of Justice
      950 Pennsylvania Ave., N.W.
      Washington D.C. 20530-0001

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021


        This is my Freedom of Information Act request under 5 U.S.C. § 552 and
552(a), and my agreement to pay costs associated herewith in obtaining
information and any documentation pertaining to or showing the authorization
and/or appointment of  Thomas Scott Woodward - Northern District of Oklahoma
to represent the United States of America pursuant to  28 U.S.C. §§ 542, 546(a),
and  5 U.S.C. § 3345(a)(1)
        The dates or time period of this request is between  January 1, 2009
 through January 1, 2013
        In order to assist you in locating the requested documents I am aware
that the subject named above has used the Title of "Acting United States
Attorney" and "United States Attorney" and "Assistant United States Attorney"
        My date of birth is September 11, 1965.

        I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that the foregoing is true
and correct to the best of my knowledge and belief.


                        DECLARATION OF MAILING

        I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that on  March 8
 2015                   I deposited the above Freedom of Information Act
Request in the U.S. Mailbox located inside Federal Satellite Low-La Tuna
Federal Prison to FOIA/PA Mail Referral Unit at the address listed above.


                        Declaration


                                        EXHIBIT 12 - 1 of 1  0006

To: FOIA/PA Mail Referral Unit
Justice Management Division
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington D.C. 20530-0001

From: Lindsey Kent Springer
# 02580-063
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

This is my Freedom of Information Act request under 5 U.S.C § 552, and agreement to pay costs associated herewith, in obtaining information, and any documents pertaining to the appointment of Charles A. O'Reilly as a "Special Assistant United States Attorney," California Bar Association No. 160980.

The date or time period is between June 1, 2009 through September 10, 2013.

The Title to the information I seek may be Appointment of Charles A. O'Reilly as "Special Assistant United States Attorney."

The author is unknown but could be Attorney General Eric Holder.

The Subject is the appointment of Charles A. O'Reilly as "Special Assistant United States Attorney."

My date of birth is September 11, 1965.

I declare under penalty of perjury pursuant to 28 U.S.C § 1746(1), under the laws of the United States of America the foregoing is true and correct to the best of my knowledge and belief.

Lindsey K. Springer    10.9.13

EXHIBIT 13 – 1 of 1

To: Executive Office For United States Attorneys
U.S. Department of Justice
BICN BLDG
Room 7100
Washington DC 20530-0001

From: Lindsey Kent Springer
#02580-063
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

This is my Freedom of Information Act request under 5 U.S.C § 552, and agreement to pay costs associated herewith, in obtaining information, and any documents pertaining to the appointment of Charles A. O'Reilly as a "Special Assistant United States Attorney," California Bar Association No. 160980.

The date or time period is between June 1, 2009 through September 10, 2013.

The Title to the information I seek may be Appointment of Charles A. O'Reilly as "Special Assistant United States Attorney.

The author is unknown but could be Attorney General Eric Holder.

The Subject is the appointment of Charles A. O'Reilly as "Special Assistant United States Attorney."

My date of birth is September 11, 1965.

I declare under penalty of perjury pursuant to 28 U.S.C § 1746(1), under the laws of the United States of America the foregoing is true and correct to the best of my knowledge and belief.

Lindsey K Springer    10.9.13

**EXHIBIT 14 – 1 of 1**

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
 *Suite 7300, Bicentennial Building*
*Washington, DC  20530-0001*
*(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)*

June 4, 2014

Requester:  Lindsey Springer

Request Number:  FOIA-2014-00473    Date of Receipt  October 23, 2013

Subject of Request:  Appointment of SAUSA Charles A. O'Reilly/Personnel

Dear Ms. Springer:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [X] A search for records located in EOUSA-  Personnel  has revealed no responsive records regarding the above subject.  It appears that SAUSA Charles A. O'Reilly in no longer an employee.  Therefore, his official personnel file is no longer maintained.

2. [  ] A search for records located in the United States Attorney's Office(s) for the _____ has revealed no responsive records regarding the above subject.

3. [  ] After an extensive search, the records which you have requested cannot be located.

4. [  ] Your records have been destroyed pursuant to Department of Justice guidelines.

5. [  ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought.  Each file was given a separate Request Number (listed below), for which you will receive a separate response:

_____

This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be received within sixty days from the date of this letter.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Susan B. Gerson
Assistant Director

Form No. 005 - 6/12

EXHIBIT 15 - 1 of 1

To:  Director, Office of Information Policy
     United States Department of Justice, Suite 11050,
     1425 New York Avenue,
     Washington D.C. 20530-001

From Lindsey Springer
     Reg. # 02580-063
     Federal Satellite Low-La Tuna
     P.O. Box 6000
     Anthony, New Mexico 88021

     Re:  FOIA Request Number "FOIA-2014-00473"

     This is my formal "Freedom of Information Act Appeal" stemming from

my request for any and all documents related to the "Appointment of SAUSA

Charles A. O'Reilly."  Attached hereto is my original request made to the

Executive Office of United States Attorney seeking appointment documents

confirming Mr. O'Reilly's appointment as a "Special Assistant United States

Attorney" for the Northern District of Oklahoma.  See Attachment 1.

     On June 4, 2014, Assistant Director Susan B. Gerson issued a final action

response to my request in which she concluded she could locate no records in

EOUSA responsive to my requests and that it "appears that SAUSA Charles A.

O'Reilly [sic] no longer an employee."  See Attachment 2.

     In October, 2013, Mr. O'Reilly explained his theory of authority and

appointment in a responsive filing in a case pending in the Northern District

of Oklahoma.  See Attachment 3.

     Most recently, Mr. O'Reilly has signed another document on July 10, 2014.

See Attachment 4.

     Surely, Ms. Gerson did not mean to suggest that her search was limited to

only "records located in EOUSA."  Perhaps maybe a search of the records of the

Office of United States Attorney in the Northern District of Oklahoma would

produce the documents I seek to obtain.

     Please reverse the Assistant Director's narrow decision with direction

that a search of the records of the Northern District of Oklahoma's United

States Attorney's Office for the time period at issue be made and any and

all documents responsive to my request be surrendered to me immediately.

FOIA-2014-00473----Page 1 of 2

**EXHIBIT 16 - 1 of 12**

Respectfully Submitted

Reg. # 02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

## DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on July 20, 2014, I deposited the above Freedom of Information Act Appeal in the U.S. Mailbox located inside FSL La Tuna addressed to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington D.C., 20530-001.

Declarant.

To: Executive Office For United States Attorneys
U.S. Department of Justice
BICN BLDG
Room 7100
Washington D.C. 20530-0001

From: Lindsey Kent Springer
# 02580-063
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

This is my Freedom of Information Act request under 5 U.S.C. 3 552, and agreement to pay costs associated herewith, in obtaining information and any documents pertaining to the appointment of Charles A. O'Reilly as a "Special Assistant United States attorney," California Bar Association No. 160980.

The date or time period is between June 1, 2009 through September 10, 2013.

The Title to the information I seek may be appointment of Charles A. O'Reilly as "Special Assistant United States attorney."

The author is unknown but could be Attorney General Eric Holder.

The Subject is the appointment of Charles A. O'Reilly as "Special Assistant United States Attorney."

My date of birth is September 11, 1965.

I declare under penalty of perjury pursuant to 28 U.S.C. 3 1746 (1), under the laws of the United States of America the foregoing is true and correct to the best of my knowledge and belief.

Lindsey K Springer   10.9.13

3 of 12   Attachment 1
1 of 2

To:   FOIA/PA Mail Referral Unit
      Justice Management Division
      U.S. Department of Justice
      950 Pennsylvania Ave, N.W.
      Washington D.C. 20530-0001

From: Lindsey Kent Springer
      # 02580-063
      Federal Correctional Institution
      P.O. Box 1500
      El Reno, Oklahoma 73036

This is my Freedom of Information Act request under 5 U.S.C § 552, and agreement to pay costs associated herewith, in obtaining information, and any documents pertaining to the appointment of Charles A. O'Reilly as a "Special Assistant United States attorney," California Bar Association No. 160980.

The date or time period is between June 1, 2009 through September 10, 2013.

The Title to the information I seek may be Appointment of Charles A. O'Reilly as "Special Assistant United States attorney,"

The author is unknown but could be Attorney General Eric Holder.

The Subject is the appointment of Charles A. O'Reilly as "Special Assistant United States Attorney."

My date of birth is September 11, 1965.

I declare under penalty of perjury pursuant to 28 U.S.C § 1746(1), under the laws of the United States of America the foregoing is true and correct to the best of my knowledge and belief.

_Lindsey K. Springer_   10.9.13

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)*

June 4, 2014

Requester:  Lindsey Springer

Request Number:  FOIA-2014-00473    Date of Receipt  October 23, 2013

Subject of Request:  Appointment of SAUSA Charles A. O'Reilly/Personnel

Dear Ms. Springer:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.  [X] A search for records located in EOUSA-  Personnel  has revealed no responsive records regarding the above subject.   It appears that SAUSA Charles A. O'Reilly in no longer an employee.   Therefore, his official personnel file is no longer maintained.

2.  [  ] A search for records located in the United States Attorney's Office(s) for the _____ has revealed no responsive records regarding the above subject.

3.  [  ] After an extensive search, the records which you have requested cannot be located.

4.  [  ] Your records have been destroyed pursuant to Department of Justice guidelines.

5.  [  ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought.   Each file was given a separate Request Number (listed below), for which you will receive a separate response:

_____

This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be received within sixty days from the date of this letter.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Susan B. Gerson
Assistant Director

Form No. 005 - 6/12

5 of 12      Attachmet 2
1. of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent | ) | |
| | ) | |
| v. | ) | Case No.    09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

## UNITED STATES' RESPONSE IN OPPOSITION TO MR. SPRINGER'S MOTION TO STRIKE (DOCKET NUMBER 522)

The United States of America, by and through its attorneys, Danny C. Williams,

Sr., United States Attorney for the Northern District of Oklahoma, and Jeffrey Gallant,

Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United

States Attorney, hereby responds in opposition to Mr. Springer's fifteen-page Motion to

Strike (Doc. No. 522). The pleading Mr. Springer seeks to have stricken, the United

States' Preliminary Response Regarding Lindsey Springer's Motion for Relief Under 28

U.S.C. §2255 (Doc. Nos. 472 - 475) Concisely Listing Those Grounds For Relief That

Should Be Stricken or Dismissed, is signed by an authorized representative of the United

524

**6 of 12**    Attachment 3
1 of 4

States and complies with the Court's March 15, 2013 Order directing the United States to file a preliminary response (Doc. No. 478).

With respect to the above-capitioned case, the undersigned represented the United States of America during the grand jury investigation, at trial, and during Mr. Springer's appeal from his conviction. Pursuant to Title 28, United States Code Section 515(a) and Title 28, Code of Federal Regulations Section 0.13(a), Deputy Assistant Attorney General John A. Marrella of the United States Department of Justice, Tax Division authorized the undersigned to represent the United States with respect to this investigation and prosecution by letter dated December 23, 2008.

By letter dated January 5, 2009, United States Attorney David E. O'Meilia appointed the undersigned as a Special Assistant United States Attorney for the Northern District of Oklahoma. The United States Attorneys for the Northern District of Oklahoma have extended the undersigned's appointment as a Special Assistant United States Attorney by letters dated January 4, 2010, January 4, 2011, January 10, 2012, and most recently by United States Attorney Danny C. Williams, Sr. in a letter dated December 19, 2012. Mr. Springer's rhetoric does not change the fact that the undersigned has been and remains authorized to represent the United States of America.

Mr. Springer's claim that the Government's Preliminary Response (Doc. No. 518) does not comply with the Court's March 15, 2013 Order (Doc. No. 478) is simply wrong. Mr. Springer states "First, <u>Doc</u> 518 is clearly not signed by an authorized representative

2 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing, and also served the foregoing document by United States Postal Mail, to:

Lindsey Kent Springer
Defendant
FCI El Reno
Federal Correctional Institution
P.O. Box 1500
El Reno, OK 73036
Inmate Number 02580-063.

/s/ Charles A. O'Reilly
Charles A. O'Reilly
Special Assistant United States Attorney

8 of 12

3 of 4

For the reasons stated above, the United States respectfully requests that the Court deny Mr. Springer's Motion to Strike (Doc. No. 522).

DATED:      24 October 2013

                      Respectfully submitted,

                      DANNY C. WILLIAMS, SR.
                      UNITED STATES ATTORNEY

                      */s/ Charles A. O'Reilly*
                      CHARLES A. O'REILLY, CBA NO. 160980
                      Special Assistant United States Attorney
                      110 West Seventh Street, Suite 300
                      Tulsa, Oklahoma 74119
                      (918) 382-2700

4 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent | ) | |
| | ) | |
| v. | ) | Case No.   09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

UNITED STATES' RESPONSE IN OPPOSITION TO
LINDSEY SPRINGER'S MOTION FOR LEAVE TO AMEND
MOTION MADE PURSUANT TO 28 U.S.C. §2255 (DOC. NO. 570)

The United States of America, by and through its attorneys, Danny C. Williams,
Sr., United States Attorney for the Northern District of Oklahoma, Jeffrey Gallant,
Assistant U.S. Attorney, and Charles A. O'Reilly, Special Assistant United States
Attorney, responding pursuant to the Court's Order dated July 1, 2014 (doc. no. 571),
hereby responds and objects to Mr. Springer's 24-page Motion for Leave to Amend 2255
(doc. no. 570). As more fully detailed herein, Mr. Springer's motion should be stricken
for being filed in violation of the page limitations imposed under the local rules; as the
Court indicated in its order dated March 4, 2014 (doc. no. 537 at 12) ("the court now
advises that it is highly unlikely to permit briefs with more than 25 pages of text").

Mr. Springer already filed a twenty-five page typewritten reply brief (doc. no. 570)
in response to the Government's Response in Opposition to Lindsey Kent Springer's

into the conspiracy count, and also to reject the assertion that the imposition of consecutive sentences violated double jeopardy. *Id.* at 249.

## CONCLUSION

The Government requests that the Court strike Mr. Springer's most recent pleading, doc. no. 570, because, together with Mr. Springer's previous and related pleading, doc. no. 567, the pleadings exceed twenty-five pages in length, in violation of Rule 47.7 of the Local Rules. Should the Court decide to consider Mr. Springer's motion to amend, the Court should deny the amendment because each of the two additional issues could have been raised in the underlying proceedings and each of the additional issues is without merit. Counsel's election to not raise either issue cannot constitute ineffective assistance of counsel.

Respectfully submitted,

DANNY WILLIAMS
UNITED STATES ATTORNEY

*/s/ Charles A. O'Reilly*
CHARLES A. O'REILLY, CBA NO. 160980
Special Assistant United States Attorney
JEFFREY GALLANT
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

-5-

2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July 2014, I electronically transmitted the

foregoing document to the Clerk of Court using the ECF System for filing, and also

served the foregoing document by United States Postal Mail, to:


Lindsey Kent Springer
Defendant
FCI La Tuna
Federal Correctional Institution
P.O. Box 6000
Anthony, TX 88021
Inmate Number 02580-063.


_/s/ Charles A. O'Reilly_____
Charles A. O'Reilly
Special Assistant United States Attorney



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

**September 29, 2014**

Ms. Lindsey Springer
Register No. 02580-063
Federal Correctional Institution
Post Office Box 6000
Anthony, NM  88021

Re:    Appeal No. AP-2014-04015
          Request No. FOIA-2014-00473
          MWH:ADF

**VIA:  U.S. Mail**

Dear Ms. Springer:

You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to records regarding the appointment of Charles A. O'Reilly as a Special Assistant United States Attorney in the United States Attorney's Office for the Northern District of Oklahoma.

After carefully considering your appeal, I am affirming EOUSA's action on your request. EOUSA informed you that it could locate no responsive records subject to the Freedom of Information Act in its files.  I have determined that EOUSA's action was correct and that it conducted an adequate, reasonable search for such records.

For your information, it appears that the subject of your request may have been appointed as a Special Assistant United States Attorney for the Tax Division of the United States Department of Justice.  If you have not already done so, you may wish to submit a request directly to the Tax Division for the records you seek, at the following address:

> Carmen M. Banerjee
> Division Counsel for FOIA and PA Matters
> Post Office Box 2272
> Ben Franklin Station
> Washington, DC  20044

Please be advised that this Office's decision was made only after a full review of this matter.  Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of EOUSA in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

EXHIBIT 17 - 1 of 2

- 2 -

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Sean R. O'Neill
Chief
Administrative Appeals Staff

**2 of 2**

To: Danny C. Williams, Sr.
    United States Attorney Office
    110 West 7th St., Suite 300
    Tulsa, Oklahoma 74119-1013

From:  Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

    Dear Mr. Williams:

    This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining information and any documentation pertaining to or showing the authorization and/or appointment of  Charles A. O'Reilly to represent the United States of America pursuant to  28 U.S.C. §§ 542, 543, and 547(1)

    The dates or time period of this request is between  December 1, 2008 through January 1, 2015

    In order to assist you in locating the requested documents I am aware that the subject named above has used the Title of  "Trial Attorney," and "Special Assistant United States Attorney"

    My request is also limited to such authorization and/or appointment of  Charles A. O'Reilly  in and for the Northern District of Oklahoma.

    My date of birth is September 11, 1965.

    I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

*Lindsey K Springer*

DECLARATION OF MAILING

    I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that on  December 31, 2014  I deposited the above Freedom of Information Act request in the U.S. Mailbox inside Federal Satellite Low-La Tuna Federal Prison to Mr. Williams and his Office at the address listed above under his name.

*Lindsey K Springer*
Declarant

**EXHIBIT 18 – 1 of 1**

To:   FOIA/PA Mail Referral Unit
      Justice Management Division
      United States Department of Justice
      950 Pennsylvania Ave., N.W.
      Washington D.C. 20530-0001

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021


        This is my Freedom of Information Act request under 5 U.S.C. § 552 and
552(a), and my agreement to pay costs associated herewith in obtaining
information and any documentation pertaining to or showing the authorization
and/or appointment of Charles A. O'Reilly
to represent the United States of America pursuant to 28 U.S.C. §§ 515, 543
and 28 CFR §§ 0.5(a), 0.5(b), 0.13(a), 0.13(b), 0.70(a) and 0.70(b)
        The dates or time period of this request is between December 1, 2008
through January 1, 2015                                                    .
        In order to assist you in locating the requested documents I am aware
that the subject named above has used the Title of "Trial Attorney" and
"Special Assistant United States Attorney" for the Northern District of Oklahoma.
        My date of birth is September 11, 1965.

        I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that the foregoing is true
and correct to the best of my knowledge and belief.

                        DECLARATION OF MAILING

        I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that on March 8,
2015              I deposited the above Freedom of Information Act
Request in the U.S. Mailbox located inside Federal Satellite Low-La Tuna
Federal Prison to FOIA/PA Mail Referral Unit at the address listed above.

                        Declaration

000 2

EXHIBIT 19 - 1 of 1

Page 1 of 1

To:     Carmen M. Banerjee
        Attn: Ms. Billie Willis
        FOIA and PA Unit, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington D.C., 20044

From:   Lindsey Kent Springer
        Reg. # 02580-063
        Federal Satellite Low-La Tuna
        P.O. Box 6000
        Anthony, New Mexico 88021

Dear Ms Billie Willis c/o Carmen M. Banerjee

On _Januarry 2, 2015_, I mailed the enclosed Freedom of Information Act Request (FOIA) to:

Carmen M. Banerjee, Division Counsel for FOIA and PA Matters, P.O. Box 2272, Ben Franklin Station, Washington, D.C. 20044"

I received this name and address from Sean R. O'Neill, Chief of the Office of Adminstrative Appeals Staff in a letter dated January 29, 2014 involving Appeal No. AP-2014-04015.  This FOIA Request was returned to me by the U.S. Post Office where the envelope has on a printed sticker dated January 20, 2015, the following:

⇦02580-063⇨
Carmen M Banerjee
Ben Franklin Station
PO BOX 2272
Washington, DC 20044
United States

NIXIE    200444183-1N        01/20/15

N ACT REQUEST                RETURN TO SENDER
                             NO SUCH STREET
                             UNABLE TO FORWARD
                             RETURN TO SENDER

1 of 2

EXHIBIT 20 - 1 of 3

In a letter dated March 17, 2015, Ms. Carmen M. Banerjee sent me a certified letter involving 1 of my 14 FOIA Requests I sent her at the address shown above involving Attorney Jonathan S. Cohen. The number assigned to the Cohen FOIA request is 10841. The March 17, 2015 letter directs me to use the following address:

FOIA and PA Unit, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington D.C. 20044

Please process my FOIA Request accompanying this letter. This letter accompanies the FOIA Request for _Charles A. O'Reilly_.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

_____
Declarant

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on _March 25_, 2015, I deposited the above letter and the accompanying FOIA Request dated _January 2, 2015_, naming _Charles A. O'Reilly_, in the U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal Prison to Ms. Banerjee, c/o Ms. Willis, at the address of FOIA and PA Unit, Tax Division, U.S. Department of Justice, Attn: Ms. Billie Willis, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

_____
Declarant

2 of 2

2 of 3

C. O'Reilly

To:  Carmen M. Banerjee
     Division Counsel for FOIA and PA Matters
     P.O. Box 2272
     Ben Franklin Station
     Washington D.C. 20044

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

     Dear Ms. Banerjee:

     This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and
552(a), and my agreement to pay costs associated herewith in obtaining
information and any documentation pertaining to or showing the authorization
and/or appointment of   Charles A. O'Reilly
to represent the United States of America pursuant to 28 U.S.C. §§ 515, 543
and 28 C.F.R. §§ 0.5(a), 0.5(b), 0.13(a), 0.13(b), and 0.70(a) and 0.70(b). .
     The date or time period of this request is between December 1, 2008
_____ through  January 1, 2015              .
     In order to assist you in locating the requested documents I am aware
that the subject named above has used the Title of "Trial Attorney" and "Special
Assistant United States Attorney."
My date of birth is September 11, 1965.

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1)
under the laws of the United States of America that the foregoing is true and
correct to the best of my knowledge and belief.

                              _Lindsey K Springer_

               DECLARATION OF MAILING

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1)
under the laws of the United States of America that on _January 2,_
_2015_    I deposited the above Freedom of Information Act request in the
U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal Prison to
Ms. Banerjee at the address listed above under her name.

                              _Lindsey K Springer_
                    Declarant

                                                 **3 of 3**



**U.S. Department of Justice**

**Tax Division**

*Washington, D.C.  20533*

July 21, 2015

CMB:SNWARD
FOIPA/TAX # 10875

**Certified Mail No. 7011 3500 0003 2475 8169**
**RETURN RECEIPT REQUESTED**

Mr. Lindsey Kent Springer
Reg. #02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, NM 88021

Dear Mr. Springer:

       This responds to your Freedom of Information Act request dated March 25, 2015.
The Tax Division's Freedom of Information Act (FOIA) and Privacy Act (PA) Unit
received your request on April 1, 2015; it was perfected on April 1, 2015.

       We understand from your request that you seek information about:
       __ yourself.
       __ a third party taxpayer (individual).
       __ a third party taxpayer (entity).
       __ the Division's policies or procedures.
       _✓_ other. Any documentation pertaining to or showing the authorization
and/or appointment of Charles A. O'Reilly, from December 1, 2008 through January 1,
2015.

       The Tax Division has determined that 2 page is from its records is responsive to
your request. It is released in full and enclosed with this letter.

       If you are not satisfied with my response to your request, you may
administratively appeal by writing to the Director, Office of Information Policy, United
States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington,

**EXHIBIT 21 – 1 of 4**

Lindsey Kent Springer
FOIPA/TAX # 10875
Certified Mail No. 7011 3500 0003 2475 8169

DC 20530-0001, or you may submit an appeal through OIP's eFOIA portal at
http://www.justice.gov/oip/efoia-portal.html.    Your appeal must be postmarked or
transmitted electronically within sixty days from the date of this letter.  If you submit
your appeal by mail, both the letter and the envelope should be clearly marked
"Freedom of Information Act Appeal."    Thereafter, judicial review of the final
determination will be available in the District Court of the United States located in the
district in which you reside, where you have your principal place of business, in which
the agency records are located, or in the District of Columbia.[1]

Sincerely yours,

Carmen M. Banerjee
Division Counsel
for FOIA and PA Matters

Enclosures (2)

---

[1]For your information, Congress excluded three discrete categories of law
enforcement and national security records from the requirements of the FOIA.  *See* 5
U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records that
are subject to the requirements of the FOIA.  This is a standard notification that is given
to all our requesters and should not be taken as an indication that excluded records do,
or do not, exist.

Page 2 of 2

 

STANDARD FORM 61
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 295
61–107

OMB APPROVAL NO. 50–R0118

# APPOINTMENT AFFIDAVITS

| Law Clerk | November 16, 1992 |
|---|---|
| *(Position to which appointed)* | *(Date of appointment)* |

| U.S. Dept. of Justice | Tax Division | Washington, DC |
|---|---|---|
| *(Department or agency)* | *(Bureau or division)* | *(Place of employment)* |

I, _____ Charles A. O'Reilly _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of appointee)_

Subscribed and sworn (or affirmed) before me this __16th__ day of __November__ A.D. 19__92__,

at __Washington__ __DC__
  *(City)*      *(State)*

[SEAL]

_(Signature of officer)_

Personnel Assistant
*(Title)*

Commission expires_____
(If by a Notary Public, the date of expiration
of his Commission should be shown)

NOTE—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

☆U.S.GPO:1979-0-281-187/4238

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| O REILLY, CHARLES A | | | | 05/02/93 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 570 | CONV TO EXC APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| WDM | SCH A 213.31020 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | TRIAL ATTY (TAX) |
| | TAX00007  TAX164 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0905 | | | | PA |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TAX DIVISION |
| | CRIMINAL SECTION |
| | NORTHERN REGION |

### EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1 – None  2 – 5-Point  3 – 10-Point/Disability  4 – 10-Point/Compensable  5 – 10-Point/Other  6 – 10-Point/Compensable/30% | 1 | 0 – None  1 – Permanent  2 – Conditional  3 – Indefinite | YES  ☒NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C  BASIC | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS | 09/14/92 | F  FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1 – Competitive Service  2 – Excepted Service  3 – SES General  4 – SES Career Reserved | E  E – Exempt  N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON  DIST OF COLUMBIA  DC |

| 40. AGENCY DATA | 41. SEX: M | 42. CITZ: 1 | 43. VET STAT: X | 44. ED LV:15 YR:92 ACAD DISCPL:0100 |
|---|---|---|---|---|

45. Remarks

4 of 4

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/HC | PAT SIMMONS |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| OJ HC | 1831 | 06/02/93 | PERSONNEL STAFF |

5-Part  50-316

OPF

3 – Payroll Copy

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

OJ HC1906020000000000  PP 10 1*1993*BATCH 18315571 000-00 466-04 AG/EG HC-1831

To:     Carmen M. Banerjee
        Attn: Ms. Billie Willis
        FOIA and PA Unit, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington D.C., 20044

From:   Lindsey Kent Springer
        Reg. # 02580-063
        Federal Satellite Low-La Tuna
        P.O. Box 6000
        Anthony, New Mexico 88021

Dear Ms Billie Willis c/o Carmen M. Banerjee

On _December 31, 2014_ , I mailed the enclosed Freedom of Infor-

mation Act Request (FOIA) to:

    Carmen M. Banerjee, Division Counsel for FOIA and PA Matters, P.O. Box
    2272, Ben Franklin Station, Washington, D.C. 20044"

I received this name and address from Sean R. O'Neill, Chief of the

Office of Adminstrative Appeals Staff in a letter dated January 29, 2014

involving Appeal No. AP-2014-04015.  This FOIA Request was returned to me by

the U.S. Post Office where the envelope has on a printed sticker dated January

20, 2015, the following:

⇔02580-063⇔
Carmen M Banerjee
Ben Franklin Station
PO BOX 2272
Washington, DC 20044
United States


                NIXIE      200444183-1N          01/20/15

N ACT REQUEST                  RETURN TO SENDER
                               NO SUCH STREET
                               UNABLE TO FORWARD
                               RETURN TO SENDER


                                 1 of 2

J. Marella

EXHIBIT  22 -- 1 of 3

In a letter dated March 17, 2015, Ms. Carmen M. Banerjee sent me  a
certified letter involving 1 of my 14 FOIA Requests I sent her at the address
shown above involving Attorney Jonathan S. Cohen.  The number assigned to
the Cohen FOIA request is 10841.  The March 17, 2015 letter directs me to use
the following address:

> FOIA and PA Unit, Tax Division
> U.S. Department of Justice
> P.O. Box 227
> Ben Franklin Station
> Washington D.C. 20044

Please process my FOIA Request accompanying this letter.  This letter
accompanies the FOIA Request for ___John A. Marrella___.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that the foregoing is true
and correct to the best of my knowledge and belief.

_____
Declarant

### DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that on ___March 25___,
2015, I deposited the above letter and the accompanying FOIA Request dated
___December 3, 2014___, naming ___John A. Marrella___,
in the U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal
Prison to Ms. Banerjee, c/o Ms. Willis, at the address of FOIA and PA Unit,
Tax Division, U.S. Department of Justice, Attn: Ms. Billie Willis, P.O. Box
227, Ben Franklin Station, Washington D.C. 20044.

_____
Declarant

To:  Carmen M. Banerjee
     Division Counsel for FOIA and PA Matters
     P.O. Box 2272
     Ben Franklin Station
     Washington D.C. 20044

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021


Dear Ms. Banerjee:

     This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and
552(a), and my agreement to pay costs associated herewith in obtaining
information and any documentation pertaining to or showing the authorization
and/or appointment of  John A. Marrella
to represent the United States of America pursuant to 28 U.S.C. §§ 515,516,517
and 28 C.F.R. §§  0.5(a), 0.5(b), 0.13(a), 0.13(b), 0.70(a), and 0.70(b)    .
     The date or time period of this request is between  January 1, 2008
_____ through  January 1, 2013                   .
     In order to assist you in locating the requested documents I am aware
that the subject named above has used the Title of  "Deputy Assistant Attorney
General"                       .
     My date of birth is September 11, 1965.

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1)
under the laws of the United States of America that the foregoing is true and
correct to the best of my knowledge and belief.

                         DECLARATION OF MAILING

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1)
under the laws of the United States of America that on  December 31,
2014       I deposited the above Freedom of Information Act request in the
U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal Prison to
Ms. Banerjee at the address listed above under her name.

                         Declarant


**3 of 3**

To:   FOIA/PA Mail Referral Unit
      Justice Management Division
      United States Department of Justice
      950 Pennsylvania Ave., N.W.
      Washington D.C. 20530-0001

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

        This is my Freedom of Information Act request under 5 U.S.C. § 552 and
552(a), and my agreement to pay costs associated herewith in obtaining
information and any documentation pertaining to or showing the authorization
and/or appointment of John A. Marrella
to represent the United States of America pursuant to 28 U.S.C. §§ 515, 516,
517, and 28 CFR §§ 0.5(a), 0.5(b), 0.13(a), o.13(b), 0.70(a), and O.70(b) .
        The dates or time period of this request is between January 1, 2008
through January 1, 2013                                                      .
        In order to assist you in locating the requested documents I am aware
that the subject named above has used the Title of "Deputy Assistant Attorney
General"                                                                      .
        My date of birth is September 11, 1965.

        I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that the foregoing is true
and correct to the best of my knowledge and belief.

                    DECLARATION OF MAILING

        I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that on _March 8,_
_2015_____ I deposited the above Freedom of Information Act
Request in the U.S. Mailbox located inside Federal Satellite Low-La Tuna
Federal Prison to FOIA/PA Mail Referral Unit at the address listed above.

                    Declaration

To: Danny C. Williams, Sr.
    United States Attorney Office
    110 West 7th St., Suite 300
    Tulsa, Oklahoma 74119-1013

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

Dear Mr. Williams:

This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining information and any documentation pertaining to or showing the authorization and/or appointment of __Kenneth P. Snoke__ to represent the United States of America pursuant to __28 U.S.C. §§ 542, 543, and 547(1)__

The dates or time period of this request is between __January 1, 2008__ through January 1, 2011

In order to assist you in locating the requested documents I am aware that the subject named above has used the Title of "Assistant United States Attorney" for the Northern District of Oklahoma

My request is also limited to such authorization and/or appointment of __Kenneth P. Snoke__ in and for the Northern District of Oklahoma.

My date of birth is September 11, 1965.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that on __December 31, 2014__ I deposited the above Freedom of Information Act request in the U.S. Mailbox inside Federal Satellite Low-La Tuna Federal Prison to Mr. Williams and his Office at the address listed above under his name.

Declarant

**EXHIBIT 24 - 1 of 1**

Page 1 of 1

To:   FOIA/PA Mail Referral Unit
      Justice Management Division
      United States Department of Justice
      950 Pennsylvania Ave., N.W.
      Washington D.C. 20530-0001

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021


     This is my Freedom of Information Act request under 5 U.S.C. § 552 and
552(a), and my agreement to pay costs associated herewith in obtaining
information and any documentation pertaining to or showing the authorization
and/or appointment of   Kenneth P. Snoke
to represent the United States of America pursuant to 28 U.S.C. §§ 542, 543,
and 547                                                                        .
     The dates or time period of this request is between January 1, 2008
through January 1, 2011                                                        .
     In order to assist you in locating the requested documents I am aware
that the subject named above has used the Title of "Assistant United States
Attorney" for the Northern District of Oklahoma                               .
     My date of birth is September 11, 1965.

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that the foregoing is true
and correct to the best of my knowledge and belief.

                         DECLARATION OF MAILING

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that on _March 8,_
_2015_            I deposited the above Freedom of Information Act
Request in the U.S. Mailbox located inside Federal Satellite Low-La Tuna
Federal Prison to FOIA/PA Mail Referral Unit at the address listed above.

                                                Declaration

                                                                EXHIBIT 25 - 1 of 1      0004

                              Page 1 of 1

To: Danny C. Williams, Sr.
    United States Attorney Office
    110 West 7th St., Suite 300
    Tulsa, Oklahoma 74119-1013

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

Dear Mr. Williams:

This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining information and any documentation pertaining to or showing the authorization and/or appointment of Jeffrey A. Gallant to represent the United States of America pursuant to 28 U.S.C. §§ 542, 543, and 547(1).

The dates or time period of this request is between January 1, 2010 and January 1, 2015.

In order to assist you in locating the requested documents I am aware that the subject named above has used the Title of "Assistant United States Attorney for the Northern District of Oklahoma".

My request is also limited to such authorization and/or appointment of Jeffrey A. Gallant in and for the Northern District of Oklahoma.

My date of birth is September 11, 1965.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

*[signature]*

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that on January 2, 2015 I deposited the above Freedom of Information Act request in the U.S. Mailbox inside Federal Satellite Low-La Tuna Federal Prison to Mr. Williams and his Office at the address listed above under his name.

*[signature]*
Declarant

EXHIBIT 26 - 1 of 1

Page 1 of 1

To:   FOIA/PA Mail Referral Unit
      Justice Management Division
      United States Department of Justice
      950 Pennsylvania Ave., N.W.
      Washington D.C. 20530-0001

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021


      This is my Freedom of Information Act request under 5 U.S.C. § 552 and
552(a), and my agreement to pay costs associated herewith in obtaining
information and any documentation pertaining to or showing the authorization
and/or appointment of Jeffrey A. Gallant
to represent the United States of America pursuant to 28 U.S.C. §§ 542, 543
547                                                                       .
      The dates or time period of this request is between January 1, 2010
through January 1, 2015                                                    .
      In order to assist you in locating the requested documents I am aware
that the subject named above has used the Title of "Assistant United States
Attorney" for the Northern District of Oklahoma                           .
      My date of birth is September 11, 1965.

      I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that the foregoing is true
and correct to the best of my knowledge and belief.

                        DECLARATION OF MAILING

      I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that on _March 8,
_2015_                I deposited the above Freedom of Information Act
Request in the U.S. Mailbox located inside Federal Satellite Low-La Tuna
Federal Prison to FOIA/PA Mail Referral Unit at the address listed above.

                        Declaration

600 5

EXHIBIT 27 - 1 of 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

(1) LINDSEY KENT SPRINGER,      )
                                )
        Plaintiff,              )
                                )
vs.                             )   Case No. 15-CV-142-JED-FHM
                                )
(1) UNITED STATES ATTORNEY FOR  )
    THE NORTHERN DISTRICT OF    )
    OKLAHOMA, Danny C. Williams, Sr., )
    Officially;                 )
(2) UNITED STATES DEP'T OF JUSTICE, )
    Eric D. Holder, Jr., Officially; )
(3) EXECUTIVE OFFICE OF UNITED  )
    STATES ATTORNEYS, Susan B.  )
    Gerson, Officially;         )
(4) OFFICE OF INFORMATION POLICY, )
    Sean R. O'Neill, Officially; )
(5) DIVISION COUNSEL FOR FOIA AND )
    PA MATTERS, Carmen M. Banerjee, )
    Officially,                 )
                                )
        Defendants.             )

## DECLARATION OF LINDA M. RICHARDSON

I,      Linda M. Richardson, declare as follows:

1.      I am currently an Administrative Services Assistant for the Department of Justice,

Executive Office of U.S. Attorneys.

2.      In this capacity, I serve as a liaison to the FOIA/PA staff for the Executive Office

for United States Attorneys ("EOUSA") located in Washington, D.C.  EOUSA FOIA/PA staff,

in accordance with 28 C.F.R. § 16.3, processes and responds to FOIA/PA requests for all 94

United States Attorney's Offices ("USAO").

3.      My duties include receiving and reviewing requests made pursuant to FOIA, 5

U.S.C. § 552, and the PA, 5 U.S.C. § 552a, for records maintained by or located in the Electronic

EXHIBIT 28 -- 1 of 5

Exhibit 2

Official Personnel Folders (eOPF) system.  I am also responsible for conducting searches for records located in Personnel that are responsive to FOIA/PA requests.

4.      The statements I make in this declaration are made on the basis of my personal knowledge, review of the official files and records of the EOUSA, and knowledge acquired by me through the performance of my official duties.

5.      I am familiar with the procedures followed by EOUSA in conducting searches for records responsive to FOIA/PA requests.  Also, I am familiar with the FOIA requests submitted by plaintiff, Lindsey Kent Spencer, (hereinafter referred to as "plaintiff") that were assigned FOIA Request Nos. 2015-01085, 2014-00473, and 2014-00169.

6.      The purpose of this declaration is to provide the Court with information regarding my efforts to respond to plaintiff's FOIA requests.  This declaration consists of: (1) relevant correspondence related to plaintiff's FOIA request; and (2) an explanation of the search for records responsive to the plaintiff's request.

## I.    CORRESPONDENCE

7.      On January 9, 2015, I received by email from EOUSA a copy of FOIA Request No. 2015-01085 dated December 31, 2014 and January 2, 2015.  Plaintiff sought to obtain information or documentation related to six individuals - Kenneth P. Snoke, Robert D. Metcalfe, Jeffrey A. Gallant, Charles A. O'Reilly, James C. Strong, and Thomas Scott Woodward. Specifically, plaintiff wanted information showing the authorization for the above-named individuals to represent the United States of America during various periods ranging from January 1, 2007, to January 1, 2015.  I respectfully refer the Court to the documents for a true and accurate statement of the FOIA request contents.

2

Exhibit 2

8.    On April 23, 2014, I received by email from EOUSA a copy of FOIA Request No. 2014-00473 dated October 9, 2013.  Plaintiff sought to obtain information and any documents that pertain to the appointment of Charles A. O'Reilly as a "Special Assistant United States Attorney" during the period between June 1, 2009, and September 10, 2013.  I respectfully refer the Court to the documents for a true and accurate statement of the FOIA request contents.

9.    On February 4, 2014, I received by email from EOUSA a copy of FOIA Request No. 2014-00169 dated October 9, 2013.  Plaintiff sought to obtain "information and any documents pertaining to the appointment of Thomas Scott Woodward as the United States Attorney for the Northern Judicial District of Oklahoma."  I respectfully refer the Court to the documents for a true and accurate statement of the FOIA request contents.

## II.    ADEQUACY OF THE SEARCH

10.    In order to determine whether responsive records existed for the individuals identified in FOIA Request Nos. 2015-01085, 2014-00473, and 2014-00169, I conducted a search of the eOPF.  The eOPF provides electronic, web-enabled access for all Federal agency personnel to view and manage employment documents.  eOPF includes security measures that ensure the integrity of the system and employee documents in the system.

11.    Additionally, I conducted a search of DOJ's Microsoft Outlook Office, Global Address Book, Global Address Listings (GAL).  GAL is a database within the Microsoft Exchange Server account that contains the names and email addresses, among other things, of every employee within DOJ.

12.    The searches produced records that consist of the following:

a.   Appointment Affidavits of Thomas Scott Woodward dated May 25, 2010

b.   Appointment Affidavits of Jeffrey A. Gallant dated November 17, 2006

3 of 5

Exhibit 2

13.     Initially I was unable to locate any information related to Kenneth P. Snoke, Robert D. Metcalfe, Charles A. O'Reilly, and James C. Strong. The absence of information in the eOPF and GAL indicated to me that the individuals were not employed by the USAO/NDOK at the time of the search.

14.     On July 23, 2015, my office contacted USAO/NDOK staff to determine whether Appointment Affidavits existed for Mr. O'Reilly or any of the other individuals for whom I was unable to locate information. After searching the records, a staff member from the SAUSA Program located a copy of Mr. O'Reilly's Appointment Affidavits. Apparently, Mr. O'Reilly was appointed by the U.S. Attorney for NDOK for a limited purpose not to exceed January 5, 2016. I received a copy of Mr. O'Reilly's Appointment Affidavits from USAO/NDOK on July 23, 2015 and immediately forwarded a copy to EOUSA/FOIA staff.

15.     As previously stated, EOUSA FOIA/PA staff located in Washington, D.C. review, process and make determinations on all requests for access to records located in the 94 United States Attorney's offices in accordance with FOIA, PA and the United States Department of Justice's regulations. *See* 28 C.F.R. §§ 16.3 *et seq.* and 16.40 *et seq.*

16.     In accordance with that procedure, on February 4, 2014, I electronically scanned the records that had been located at that time into the EOUSA FOIA/PA database system for review by EOUSA FOIA/PA staff.

17.     All systems of records located within eOPF that were likely to contain records responsive to plaintiff's requests have been searched. The searches were reasonably calculated to uncover all records responsive to plaintiff's requests.

18.     I am not aware of any other locations within EOUSA where any other records that might be responsive to plaintiff's requests are likely to be located. Furthermore, I am not aware

4

Exhibit 2

of any other method or means by which a further search could be conducted that would likely uncover additional responsive records.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed this 30th day of July, 2015.

Linda M. Richardson
Administrative Services Assistant
United States Department of Justice
Executive Office for United StatesAttorneys

5

Exhibit 2

Lindsey Kent Springer
Reg. # 02580-063
Federal Satellite Low Katura
P.O. Box 60000
Anthony, New Mexico 88021



"Legal Mail"

<02580-063>
Clerk Of Court
Northern District of Okla
333 W. 4TH ST
Tulsa, OK 74103
United States

**RECEIVED**

OCT 1 3 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

No postmark

U.S. OFFICIAL MAIL
UNITED STATES POSTAGE
$ 00.00⁰
MAILED FROM ZIP CODE 79821