

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-CR-043 |
| LINDSEY KENT SPRINGER, | ) |
| Defendant. | ) |

FILED

NOV 02 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

NOTICE OF APPEAL

Lindsey Kent Springer ("Defendant") hereby files his Notice of Appeal in the above criminal case to the United States Court of Appeals for the Tenth Circuit from the order denying Defendant's Motion to Enjoin Enforcement of the Judgment dated April 28, 2010, based upon several Frauds on the Court, dated September 20, 2015. Doc. 606. Judge Friot denied the Motion (Doc. 604), which was supported by a Declaration of Defendant (Doc. 605), showing from the records of the United States Department of Justice and the United States Attorney's Office for the Northern District of Oklahoma, that at least 13 Frauds were intentionally committed, prior to the April 28, 2010 Judgment becoming final, to hide the fact the Court lost Article III, § 2 Judicial Power and jurisdiction upon the resignation of David E. O'Meilia as the Northern District of Oklahoma's United States Attorney.

✓ Mail   ___No Cert Svc   ___No Orig Sign

___C/J   ___C/MJ   ___C/Ret'd   ___No Env

___No Cpys ✓ No Env/Cpys ___O/J   ___O/MJ

1

Respectfully Submitted,

*[signature]*

Reg. # 02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2015, I mailed U.S. First Class the above Notice of Appeal to the Clerk of Court, at 333 West Fourth Street, Tulsa, Oklahoma 74103;

I further certify that the following are registered ECF users and shall receive service of the above Notice of Appeal through the ECF system:

United States of America

*[signature]*
Server

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on October 29, 2015, I deposited the above Notice of Appeal in the U.S. Mailbox located inside FSL La Tuna Federal Prison to the adress listed above for the Clerk of Court.

*[signature]*
Declarant

Lindsey Kent Springer
Reg. # 02580-063
Federal Satellite Low - La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

09-CR-43-JPF

EL PASO TX
30 OCT 2015 PM 1 L

Post Marked
10-30-15

"Legal Mail"

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED
NOV 02 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT