**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | November 03, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Lindsey K. Springer
FCI - La Tuna Satellite Camp Low
P.O. Box 6000
Anthony, NM 88021
# 02580-063

**RE:**   **15-5109, United States v. Springer**
Dist/Ag docket: 4:09-CR-00043-SPF-1

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Attorneys for parties must complete and file an entry of appearance form within 14 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via the court's Electronic Case Filing (ECF) system as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

Please note that a separate fee is due for initiating an appeal to the circuit court. You are required to pay the $505.00 fee ($5.00 filing fee and $500.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees with the district court within 30 days of the date of this letter, or this appeal may be dismissed without further notice. *See* Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

Prisoners are reminded that to invoke the prison mailbox rule they must file with each pleading a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit with prison officials and must also state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732 (2004), *revised and superseded*, 371 F.3d 713 (10th Cir. 2004), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir. 2004), *cert. denied*, 125 S.Ct. 624, (U.S. Nov 29, 2004).

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

        Sincerely,

        Elisabeth A. Shumaker
        Clerk of the Court

cc:    Jeffrey Andrew Gallant
       Charles Anthony O'Reilly

EAS/mb



**15-5109 United States v. Springer "Criminal case docketed" (4:09-CR-00043-SPF-1)**
ca10_cmecf_notify   to:                                    11/03/2015 10:45 AM

| | |
|---|---|
| From: | ca10_cmecf_notify@ca10.uscourts.gov |
| To: | |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 11/03/2015 at 9:41:38 AM MST and filed on 11/03/2015

| | |
|---|---|
| **Case Name:** | United States v. Springer |
| **Case Number:** | 15-5109 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10315987] Criminal case docketed. Preliminary record filed. DATE RECEIVED: 11/03/2015. Notice of appearance and fee/ifp forms due on 12/03/2015 for Lindsey K. Springer. Notice of appearance due on 11/17/2015 for United States of America. [15-5109] (MB)

**Notice will be electronically mailed to:**

Mr. Jeffrey Andrew Gallant: jeff.gallant@usdoj.gov, kathie.hall@usdoj.gov, bill.wright@usdoj.gov, christina.watson@usdoj.gov
Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file. If appropriate, notice will be delivered by other means to:**

Lindsey K. Springer
FCI - La Tuna Satellite Camp Low
P.O. Box 6000

Anthony, NM 88021

The following document(s) are associated with this transaction:
**Document Description:** Prelim Record and NOA
**Original Filename:** Springer Prelim.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=11/03/2015] [FileNumber=10315987-0]
[e0f0b7c3f1b86c1848471879482b85b6acd8ed5f50b5087a95038235d0741685716af5dfe4e591d7
1ff0a4d990705921875aea489c5c6644ffee3849ca97d76e]]

**Document Description:** General Docketing Letter - Pro Se
**Original Filename:** /opt/ACECF/live/forms/michael_barajas_155109_10315987_97.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=11/03/2015] [FileNumber=10315987-1]
[ef67d3faa8c0eb0fa0be4c10dbde1c090928923329c2e0b7395bad90c1df7c73db6f4d43321f9e877
1e258653a41551cfa7d274b5b76e32836aa65441e44dd02]]
**Recipients:**
- Mr. Jeffrey Andrew Gallant
- Mr. Charles Anthony O'Reilly
- Lindsey K. Springer

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 10315987
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 3823622, 3823623