

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



**FILED**

DEC 7 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

---

UNITED STATES OF AMERICA,

          Plaintiff/Petitioner Appellant,

v.

LINDSEY KENT SPRINGER,

          Defendant/Respondent Appellee.

Case No.  09-CR-043/15-5109

Motion for Leave to Proceed on
Appeal Without Prepayment of
Costs or Fees (non-PLRA)

---

I,   LINDSEY KENT SPRINGER  , the petitioner/appellant in the

captioned case move this court for leave to proceed in forma pauperis.

In support of this motion, I state that because of my poverty, I am unable to pay the

costs of said proceedings or give security therefor, I submit the following financial

declaration.

---

(from page 2 "issues" continuted)

ment procured by fraudulent representations of Article III standing is never
final, is the Tenth Circuit's recent divided decision in U.S. v. Williams,in
opposite to Defendant's equitable motion to enjoin where Williams filed a
motion to withdraw his guilty plea and Defendant's motion seeks to enjoin the
April 28, 2010 judgment.

___ Mail    ___ No Cert Svc    ___ No Orig Sign

___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env

___ No Cpys    ___ NH Env/Cpys    ___ O/J    ___ O/MJ

# FINANCIAL DECLARATION

## Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis

I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the docket fees of my appeal or to post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions. Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are:

(1) Is Defendant's arguments that the Court's Article III Judicial Power ceased upon O'Meilia's resignation, and was only continued upon the commission of at least 13 intentional fraudulent representations involving Article III standing by Woodward, Snoke, O'Reilly, Williams, and Gallant, which Defendant clearly rebutted any presumption their representations were in fact true, legally frivolous; (2) Is a motion to enjoin the enforcement of a fraudulent judgment, procured by fraudulent representation of Article III standing, an exception to the rule of finality and not subject to 28 U.S.C. § 2255's post final judgment remedy; (3) Is a motion to enjoin enforcement of the judgment for fraudulent representations of Article III standing an issue in equity and not subject to the district court's collateral jurisdiction under § 2255; (4) Where a judg-

1. Are you or your spouse currently employed?   Yes _____   No _X___   (con't on pg.1)

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

Yourself:                                    Your Spouse:

Name and Address of Employer                 Name and Address of Employer

P.O. Box 6000, Anthony, NM                   I have no Spouse

_____                    _____

_____                    _____


Length of Employment                         Length of Employment
  5        7                                  _____     _____
Years    Months                              Years    Months


Monthly Gross Pay $ 58.00 appx        Monthly Gross Pay $_____

3. If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself _____; spouse _____

Monthly gross pay during last month of employment $_____

4. State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|---|
| | | You | Spouse | You | Spouse |
| Self-employment | Y/N  N | $ _____ | $ _____ | $ _____ | $ _____ |
| Income from real property (such as rental income) | Y/N  N | $ _____ | $ _____ | $ _____ | $ _____ |
| Interest and dividends | Y/N  N | $ _____ | $ _____ | $ _____ | $ _____ |
| Gifts | Y/N  Y | $ 135.00 | $ _____ | $ _____ | $ _____ |
| Alimony | Y/N  N | $ _____ | $ _____ | $ _____ | $ _____ |
| Child Support | Y/N  N | $ _____ | $ _____ | $ _____ | $ _____ |

Retirement income from sources such as social security, private pensions, annuities, or insurance policies   Y/N __N__   $ _____   $ _____   $ _____   $ _____

Disability payments such as social security, other state or federal government, or insurance payments   Y/N __N__   $ _____   $ _____   $ _____   $ _____

Unemployment payments   Y/N __N__   $ _____   $ _____   $ _____   $ _____

Public assistance payments such as welfare payments   Y/N __N__   $ _____   $ _____   $ _____   $ _____

Other sources of money (specify: __1 time gift__)   Y/N __Y__   $ __200.00__   $ _____   $ _____   $ _____

TOTAL   Appx.$ 151.60 ave.   $ _____   $ _____   $ _____
                      58.00 prison
            $ 209.60

5. State the amount of cash you and your spouse have: $ __37.00__

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| None | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

6. State below the assets owned by you and your spouse.  **Do not list ordinary household furnishings and clothing.**

| | | |
|---|---|---|
| **Home** | None<br>Address: | Value: $ _____ |
| | _____ | Amount owed on mortgages and |
| | _____ | liens:  $ _____ |
| **Other real estate** | Address: | Value: $ _____ |
| | _____ | Amount owed on mortgages and |
| | _____ | liens: $ _____ |
| **Motor vehicle** | Model/Year: | Value: $ _____ |
| | _____ | Amount owed: $ _____ |
| **Motor vehicle** | Model/Year: | Value: $ _____ |
| | _____ | Amount owed: $ _____ |
| **Other** | Description: _____ | Value: $ _____ |
| | _____ | Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| None | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

8. State the individuals who rely on you and your spouse for support.  Indicate their relationship to you, their age, and whether they live with you.

| Name | Relationship | Age | Does this person live with you? |
|------|-------------|-----|-------------------------------|
| None | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |

9. Complete this question by estimating the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|--|-----|--------|
| Rent or home mortgage payment (include lot rented for mobile home) | $ zero | $ _____ |
| Are real estate taxes included?   Yes _____ No _____ |  |  |
| Is property insurance included?  Yes _____ No _____ |  |  |
| Utilities:  Electricity and heating fuel | $ zero | $ _____ |
| Water and sewer | $ zero | $ _____ |
| Telephone | $ 40.00 apx. | $ _____ |
| Other  Trulinks | $ 25.00 apx. | $ _____ |
| Home maintenance (Repairs and upkeep) | $ zero | $ _____ |
| Food | $ 30.00 apx. | $ _____ |
| Clothing | $ zero | $ _____ |
| Laundry and dry cleaning | $ 6.00 apx. | $ _____ |
| Medical and dental expenses | $ 2.00 | $ _____ |
| Transportation (not including car payments) | $ zero | $ _____ |

| | | |
|---|---|---|
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ zero | $ _____ |
| Charitable contributions | $ zero | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments) | zero | |
|    Homeowner's or renter's | $ zero | $ _____ |
|    Life | $ zero | $ _____ |
|      Health | $ zero | $ _____ |
|    Auto | $ zero | $ _____ |
|    Other _____ | $ zero | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) _____ | | $ _____ |
| Installment payments | | |
|    Auto: | $ zero | $ _____ |
|    Credit Card: (name) _____ | $ zero | $ _____ |
|    Department Store: (name) _____ | $ zero | $ _____ |
|    Other _____ | $ zero | $ _____ |
|    Other _____ | $ zero | $ _____ |
| Alimony, maintenance, and support paid to others | $ zero | $ _____ |
| Payments for support of additional dependents not living at your home | $ zero | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ zero | $ _____ |
| Other  Stamps, Copies, Typing Ribbon, Correct Tape, Envelopes | $ 90.00 | $ _____ |
| **TOTAL MONTHLY EXPENSES**      appx. | $ 193.00 | $ _____ |

10. Do you expect any major changes to your monthly income or expenses during the next four months? Yes _____  No __X__

If yes, describe.
I may be receiving help with fees from family and friends.

11. Have you paid an attorney any money for services in connection with this case, including the completion of this form? Yes _____  No __X__

If yes, how much?  $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____

_____

_____

Have you promised to pay or do you anticipate paying an attorney any money for services in connection with this case, including the completion of this form? Yes _____  No __x__

If yes, how much?  $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____

_____

_____

12. Have you paid anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form?

Yes _____  No __X__

If yes, how much?  $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

13. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes _____ No __X__

If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

14. How much can you pay each month toward the docket fee for your appeal.

$ _____

15. Please provide any other information that helps to explain why you are unable to pay the docket fees for your appeal.

16. State the address of your legal residence:

_____

_____

_____

Your daytime phone number:

( _____ ) _____

Your age: ___50___

Years of schooling: __High School Graduate__

Your social security number: __XXX-XX-3758__

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Date: 12/1/15    Signature: _Lindsey K Springer_

## CERTIFICATE OF SERVICE

I hereby certify that on ___December 1, 2015___ I sent a copy of
[date]

the foregoing Motion for Leave to Proceed on Appeal without Prepayment of

Costs of Fees, to:

_Clerk of Court_____, at ___333 West Fourth Street, Tulsa,_

_Oklahoma 74103_____

_____, the last known

address/email address, by ___First Class Mail___.

[state method of service]

I further certify that all parties are registered ECF users and shall

receive service to the following through that ECF System: USA

_12/1/15_
Date

Signature

### DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),

under the laws of the United States of America, that on December 1, 2015, I

deposited the above Motion in the U.S. Mailbox located inside FSL La Tuna to

the address of Clerk of Court above.

Declarant

Lindsey Kent Springer
Reg. # 02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, N.M. 88021

09-CR-43-SPF

Postmark 12/3/15-8

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

"Legal Mail"

**RECEIVED**

DEC 7 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

7410383839 C006