OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT

Phil Lombardi  **Northern District of Oklahoma**  Telephone (918) 699-4700
Clerk of Court  411 UNITED STATES COURTHOUSE  Fax (918) 699-4756
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

December 10, 2015

Clerk of Court
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

IN RE:   Case No.:   09-CR-43-SPF
   10th Circuit Case No.: 15-5109
   Plaintiff:   United States of America
   Defendant:   Lindsey Kent Springer

Dear Clerk of Court,

Enclosed herewith is the electronic record on appeal.

If there is anything further needed, please do not hesitate to contact me.

Very truly yours,

Phil Lombardi, Clerk of Court

s/ S. Cope

By: S. Cope, Deputy Clerk

Enclosures: VOLUME I   Docket Sheet & Public Pleadings

cc: All counsel of record
   (With Docket Sheet/Index)

AP-02 (11/11)