APPEAL,CUSTODY,LC-1

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
### ABRIDGED CRIMINAL DOCKET FOR CASE #: 4:09-cr-00043-SPF-1

Case title: USA v. Springer et al  
Other court case numbers: 09-5165 10th Circuit Court  
    10-5101 10th Circuit  
    11-10096 US Supreme Court  
    13-5113 10th Circuit  
    14-5111 10th Circuit  

Date Filed: 03/10/2009  
Date Terminated: 04/28/2010  

Related Case: 4:13-cv-00145-SPF-TLW

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2009 | 2 | INDICTMENT by USA as to Lindsey Kent Springer (1) count(s) 1, 2, 3-4, 5-6, Oscar Amos Stilley (2) count(s) 1, 3-4 (pll, Dpty Clk) (Entered: 03/10/2009) |
| 10/13/2015 | 604 | MOTION to Enjoin Enforcement of the Judgment Dated April 28, 2010, Based Upon Several Frauds on the Court (Re: 337 Judgment and Commitment, Entering Judgment ) by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 10/14/2015) |
| 10/13/2015 | 605 | BRIEF in Support of Motion (Re: 604 MOTION to Enjoin Enforcement of the Judgment Dated April 28, 2010, Based Upon Several Frauds on the Court ) by Lindsey Kent Springer (sc, Dpty Clk) (Entered: 10/14/2015) |
| 10/20/2015 | 606 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #604 denied (Re: 604 MOTION to Enjoin Enforcement of the Judgment Dated April 28, 2010, Based Upon Several Frauds on the Court ) as to Lindsey Kent Springer (lml, Dpty Clk) (Entered: 10/20/2015) |
| 11/02/2015 | 607 | NOTICE OF APPEAL to Circuit Court (Re: 606 Order, Ruling on Motion(s)/Document(s),, ) as to Lindsey Kent Springer (jln, Dpty Clk) (Entered: 11/02/2015) |