

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED

APR 21 2016

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 09-CR-043

LINDSEY KENT SPRINGER,

    Defendant.

NOTICE OF CHANGE OF ADDRESS

Lindsey Kent Springer ("Defendant") hereby gives notice of his change of address which is:

"Lindsey Kent Springer
Reg. 02580-063
Federal Satellite Camp-Seagoville
P.O. Box 9000
Seagoville, Texas 75159

Please use this address for anything required to be sent or mailed to Defendant in the above case number.

Respectfully Submitted,

Reg. No. 02580-063
Federal Satellite Camp-Seagoville
P.O. Box 9000
Seagoville, Texas 75159

1

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I mailed U.S. Postal, First Class, Postage Prepaid, the above Notice of Change of Address to the Clerk of Court, 333 West Fourth Street, Tulsa, Oklahoma 74103;

I further certify that the following parties have entered their appearance in this case and shall receive service of the above Notice through the Court's ECF system:

United States of America
Danny C. Williams, Sr.
Jeffrey A. Gallant
Charles A. O'Reilly

_____
Server

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on April 18, 2016, I deposited the above Notice in the U.S. Mailbox located inside Federal Satellite Camp-Seagoville to the address listed for the Clerk of Court above.

_____
Declarant

Name Lindsey Kent Springer
Reg. No. 02580-063
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

09-CR-43-SPF

NORTH TEXAS TX P&DC
DALLAS TX 750
19 APR 2016 PM 7 L

Post Marked 4/19/16

"Legal Mail"

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED
APR 21 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

74103363999