# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff/Respondent, | ) |
| vs. | ) Case No. 09-cr-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant/Movant. | ) |

## ORDER

Presumably because this court vacated its order at doc. no. 606 as directed by the Court of Appeals in <u>United States v. Springer</u>, No. 15-5109 (November 13, 2017), the clerk has reinstated Mr. Springer's Motion to Enjoin (doc. no. 604), which was the subject of the now-vacated order. The Court of Appeals' decision in <u>United States v. Springer</u> makes clear that Mr. Springer's Motion to Enjoin is a second or successive petition for habeas relief under 28 U.S.C. § 2255 which should either be dismissed or transferred to the Court of Appeals. There is no reason to transfer the motion, and the motion is **DISMISSED** as an unauthorized second or successive petition over which this court has no jurisdiction. A certificate of appealability is **DENIED**.

Dated this 29th day of November, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p139.docx