IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff/Respondent | ) |
| vs. | ) Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER | ) |
| Defendant/Movant. | ) |

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE FILE OUT OF TIME AND FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT/MOVANT'S APPLICATION (DOC. NO. 636)**

Before the court is plaintiff/respondent United States of America's Motion for Leave to File Out of Time and for Extension of Time to Respond. Citing excusable neglect, the Government seeks leave to file out of time pursuant to Fed.R.Civ.P. 6(b)(1)(B). The Government also requests an extension of time to respond to Mr. Springer's Application to Set Aside the Judgment Entered on August 22, 2014, in Springer's 28 U.S.C. § 2255 Proceeding Based Upon Ten Frauds upon the § 2255 Court. Doc. no. 625.

The Government's motion for leave to file out of time, and for a three-week extension in which to file its response to Mr. Springer's application is hereby GRANTED.  The Government's response to Mr. Springer's application shall be filed not later than April 13, 2018.  Any reply brief which Mr.

Springer wishes to file is due within 21 days of the filing of the Government's response brief.

Dated this 26th day of March, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p146.PO.docx