1

## Bartlett to discuss budget

Mayor Dewey Bartlett will discuss the city of Tulsa's pending budget proposal at the Tulsa Press Club Page One Luncheon on June 21.

A former city councilor and current president of Keener Oil and Gas Co., he was sworn in as Tulsa's 39th mayor in December.

Bartlett's proposed budget of $555.3 million includes fee increases to generate funds that would allow the city to restore services that have been reduced or eliminated. The City Council must approve a budget before the city begins a new fiscal year on July 1.

The luncheon presentation begins at noon in the Tulsa Press Club inside the Atlas Life Building, 415 S. Boston Ave. Luncheon cost is $15 for members and $20 for nonmembers.

Tickets are available at the Tulsa Press Club, 583-7737, or e-mail mail@tulsapressclub.com.

— WORLD STAFF REPORTS

### POLITICAL NOTEBOOK

DA seeks re-election: Tim Harris has announced that he will seek a fourth four-year term as Tulsa County district attorney.

Harris, a Republican, indicated that he plans to file formally as a candidate for re-election on Monday.

"Prosecuting crime is my passion," Harris said.

"I will continue to provide public safety through the firm and fair prosecution of criminals," he said. "Tulsa County deserves a proven prosecutor to address the challenges we face, and that is why I am running for re-election."

Legislative candidates: Those recently declaring themselves candidates for area legislative offices include:

• House District 72 incumbent Seneca Scott, a Democrat. Scott won the vacant north Tulsa seat two years ago.

• House District 73 incumbent Jabar Shumate, a Democrat. Shumate has held the north Tulsa seat since 2004.

• Dewey City Manager Nick Brown, a Democrat seeking the House District 10 seat now held by Republican Steve Martin. The mostly rural district includes all of Nowata County and portions of Washington and Osage counties.

Republican Assembly speaker: Corporation Commissioner Dana Murphy and Labor Commissioner candidate Mark Costello will be featured speakers during the Tulsa Republican Assembly meeting at 7 p.m. Tuesday at Purr's Buffet in The Farm Shopping Center.

— WORLD STAFF REPORTS

## Man's body found in river

LUTHER (AP) — Crews recovered the body of a man who jumped into the Deep Fork River in Oklahoma County and didn't resurface.

Luther Fire Chief Brian Martin said Saturday that an Oklahoma City water rescue team found Michael Finch, 28, about 11:15 a.m. near the area where he jumped into the river.

Martin said officials began looking for Finch on Friday, and crews returned about 8 a.m. Saturday.

# Prosecutor shaped white-collar fraud law

BY DAVID HARPER
World Staff Writer





Assistant U.S. Attorney Kenneth Snoke is retiring after nearly 40 years on the job.
CHRIS KERR
For the Tulsa World

There will be a void at the U.S. Attorney's Office in Tulsa on Monday.

Kenneth Snoke will no longer be working there. Snoke retired last week after 35 years as a federal prosecutor in the Northern District of Oklahoma.

"It's time now," the 68-year-old Snoke said while taking a break from packing up boxes full of memories. "I've planned this for awhile."

Though his colleagues knew this day was coming, it doesn't make the departure any easier for them.

"It's mind-boggling how prolific he was as a prosecutor," acting U.S. Attorney Scott Woodward said "It's staggering to say the least."

Woodward said Snoke has an "encyclopedic recollection of the law" and expressed the belief that Snoke has been involved in more cases that have shaped white-collar fraud law than anyone else in this federal circuit.

Assistant U.S. Attorney Kevin Leitch, who has worked with Snoke for nearly 20 years, said Snoke has "executed every sort of crime I can imagine."

A lot of that versatility was born of necessity. Snoke said that when he first arrived in Tulsa in 1975, he was one of three assistants who handled criminal cases — compared with about 25 now.

A lot of people live their whole lives without getting to do what they really want. Snoke has spent his whole professional life doing exactly what he wanted to do.

A Los Angeles native and Navy veteran, Snoke decided at an early age he would like to be a federal prosecutor. After marrying his wife, Georgia, and moving to Tulsa, he graduated in 1970 from the University of Tulsa law school.

During his last year in law school, he interned in the Tulsa U.S. Attorney's Office, helping with research and drafting search warrants.

In February 1975, he became an assistant U.S. attorney in Los Angeles. After a little more than four years, he received word from the people he had impressed in a law student that there was an opening in the Tulsa office. He recalled that he "buddied up" with Georgia and they decided that Tulsa would be a good place to raise their daughters, who were born in California.

In Tulsa, Snoke prosecuted a full array of federal crimes and became the chief of the office's criminal division from 1984 until 2001, when he shifted to the role of criminal litigation counsel.

Leitch, who was deputy criminal chief under Snoke from 1997 until 2001, said one of Snoke's impressive traits "is that he has continued to study the legal trends in all aspects of the law."

In recent years, Snoke has focused mostly on so-called "white-collar" cases. It's a category that can incorporate everything from multi-million-dollar fraud and tax prosecutions to something as routine as a stolen mail case.

U.S. Postal Inspector Al Chapa said that no matter the scope of the case, Snoke brought the same intensity and concentration as he learned about the underlying facts.

"He listens to you like it's the first case he's ever worked on," Chapa said before Snoke's final day on the job.

Assistant U.S. Attorney Jeff Gallant said "He brings such a joy to his work, even after doing it for almost 40 years. It was a pleasure and honor to work with someone like him. I learned from him every time I talked to him."

When told of such compliments about his attitude, Snoke said, "That's what we're supposed to do."

Woodward said that Snoke has kept the same drive even as his retirement approached.

"A lot of people slow down," Woodward said. "If anything, he has accelerated in the past few years."

By his estimation, Snoke has handled more than 100 trials — a remarkable number in a federal system where a large number of cases result in guilty pleas.

Woodward, a veteran of many trials himself, acknowledged that Snoke's approach in the courtroom may have been a little "unconventional" but was extremely effective.

The story of Snoke searching for an exhibit until a judge told him, "Mr. Snoke, would you please come out from under that table and continue your examination of this witness," is the stuff of courthouse legend.

As he fades into the sunset, the question will be where Snoke will be to see the sun dip below the horizon.

He and Georgia have traveled all over the world. Name a place — Antarctica, for example — and chances are they have been there. Retirement will allow them more time to add to their long list of adventures. Snoke said he plans on doing some volunteer work, but he has no plans to do anything in the world of criminal law. "It's time to move on," he said.

David Harper 581-8359
david.harper@tulsaworld.com



**FOOT PAIN?**
Just What The Doctor Ordered!

$20 off

We've helped thousands & we can help you!

FOOT SOLUTIONS
• Good, Supportive Shoes
• Custom Shoe Insert Experts
• Certified Pedorthists on Staff

8222 E 103rd St. #132
(103rd & Memorial)
918-369-4848

NEW!
**Hearing Instruments with High Definition Sound**
Call today for a RISK FREE trial!

clear-tone
838-1000 or 800 722 8050

10 stupidest MISTAKES
men make when facing divorce

Reserve your spot at this free seminar by calling
918 200 0990 or register online at CordellLaw.com

TULSA - June 9
6:30-9:00pm
The Mayo Hotel

CORDELL & CORDELL

Get Everything for Your Backyard Pool or Spa Here
Open 7 days a week
Inground Pools Starting @ $24,999

**Backyard Pools & Spas**
4404 S. 100th East Pl.
796-7778 • backyardpoolsandspas.com



SUPER SUMMER SALE
For a limited time EVERY FOUR SEASONS SUNROOM IS 25%-35% OFF!
Oklahoma's Largest Sunroom Builder!

FOUR SEASONS SUNROOMS
"We'll make you feel right at home"
fourseasonssunrooms.com
250-7301






MEMORIAL DAY LEFT OVER SALE

Sony

FINAL WEEKEND FOR FREE 3D GLASSES
Lowest Prices Guaranteed.

MAJOR CLOSEOUT SALE

Mitsubishi 40" 1080p 120HZ Sound bar NOW $799

Sony 40" 1080p NOW $629

Sharp 32" HDTV · LCD NOW $399

Pioneer 50" 1080p KURO PLASMA NOW $2499

Pioneer 50" 1080p KURO Was $3999 NOW $1499

Panasonic 50" PLASMA HDTV 600HZ NOW $799

Sharp 52" 1080p Built in BluRay LCD NOW $999

Mitsubishi 60" DLP 1080p 6 color NOW $788

LG 55" LED 1080p 240hz Wireless NOW $1698

Samsung 52" LCD 1080p 120hz NOW $1299

Sony DVD Player $39

HOME THEATER 5.1 Surround Sound Powered Sub $349

Video Revolution



THURSDAY MATINEE ADDED AT 1PM!

THE WIZARD OF OZ
THE SPECTACULAR NEW NATIONAL TOUR

June 15-20 • Tulsa Performing Arts Center
Tickets 596-7111 • MyTicketOffice.com

Groups of 12 or more receive a discount, call 796-0220

TULSA WORLD

**2**



**U. S. Department of Justice**

Tax Division

---

Deputy Assistant Attorney General                    *Washington, D.C. 20530*

December 23, 2008

Charles A. O'Reilly, Esquire
Trial Attorney
U.S. Department of Justice
Tax Division
Western Criminal Enforcement Section
Washington, D.C. 20530

Dear Mr. O'Reilly:

As an attorney for the United States who is employed full time by the Department of Justice and assigned to the Tax Division, you are hereby authorized to represent the United States in any kind of legal proceeding, civil or criminal, including grand jury proceedings and proceedings before United States Magistrate Judges, in the Northern District of Oklahoma or in any other judicial district.  You are authorized by the Tax Division to conduct such business on behalf of the United States that United States Attorneys are authorized to conduct, including such matters as filing an information, presenting an indictment, and entering into a plea agreement. This authority is granted pursuant to 28 U.S.C. § 515(a) and 28 CFR § 0.13(a).

You may file a copy of this letter with the Clerk of the District Court as evidence of your authorization to represent the United States.

Sincerely,

JOHN A. MARRELLA
Deputy Assistant Attorney General

cc:   NATHAN J. HOCHMAN
      Assistant Attorney General
      Tax Division

3



**U.S. Department of Justice**

**DAVID E. O'MEILIA**
*United States Attorney*
*Northern District of Oklahoma*

*110 West Seventh Street, Suite 300*
*Tulsa, Oklahoma 74119*

*(918) 382-2700*
*Fax (918) 560-7938*

January 5, 2009

Charles A. O'Reilly, Trial Attorney
Department of Justice, Tax Division
601 D Street, N.W., Suite 7032
Washington, DC 20530

    RE:   SAUSA Appointment Paperwork

Dear Mr. O'Reilly:

    Pursuant to 28 U.S.C. § 543, effective the date of this letter you are hereby appointed as a Special Assistant United States Attorney for the Northern District of Oklahoma, subject to the following conditions:

1. You are appointed to assist the Office with a DOJ Tax Investigation.

2. The appointment expires on January 5, 2010 unless extended.

3. You will report to and act under the direction of David E. O'Meilia with regard to any matters handled.

4. You understand and agree to serve without compensation other than that which you are now receiving under your existing appointment.

5. This appointment may be terminated at any time without cause or notice.

January 5, 2009
Page 2

6.   You must execute and return to the Personnel Staff within 14 days the enclosed Appointment Affidavit containing the oath of office, Statement of Appointment Conditions, and a signed copy of this letter.  Your signature in the space provided below acknowledges your agreement to the terms and conditions of this appointment.

Sincerely,

DAVID E. O'MEILIA
UNITED STATES ATTORNEY

Enclosures

The foregoing terms and conditions are hereby agreed to and accepted:

Charles A. O'Reilly

5 January 2009
Date

**4**



**U.S. Department of Justice**

**THOMAS SCOTT WOODWARD**
*Acting United States Attorney*
*Northern District of Oklahoma*

---

*110 West Seventh Street, Suite 300*
*Tulsa, Oklahoma 74119*

*(918) 382-2700*
*Fax (918) 560-7938*

January 4, 2010

Charles A. O'Reilly, Trial Attorney
Department of Justice, Tax Division
601 D Street, N.W., Suite 7032
Washington, DC 20530

     RE:   SAUSA Extension Paperwork

Dear Mr. O'Reilly:

     Your appointment as a Special Assistant United States Attorney for the Northern District of Oklahoma is hereby extended effective the date of this letter, not to exceed January 5, 2011. This extension is subject to the conditions set forth in the original appointment letter. You will continue to serve without compensation. No additional appointment papers are necessary.

     Sincerely,

Thomas Scott Woodward
Acting United States Attorney