IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff/Respondent ) | |
| ) | |
| vs. ) | Case No. 09-CR-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER ) | |
| ) | |
| Defendant/Movant. ) | |

**[PROPOSED] ORDER DENYING DEFENDANT/MOVANT'S MOTIONS
(DOC. NOS. 647, 649 and 653)**

Before the court are Mr. Springer's "Motion for Reconsideration of Order and Judgment Dated June 22, 2018", Motion to Set Aside Order and Judgment Dated June 22, 2018 for Fraud Upon the Court", and "Motion to Determine Specifically the Constitutional Validity of the Appointment to Office of Charles A. O'Reilly, Jeffrey A. Gallant, and R. Trent Shores" (doc. nos. 647, 649 and 653). Having considered Mr. Springer's pleadings and the United States' response, along with the record in this matter, Mr. Springer's motions, doc. nos. 647, 649 and 653 are in all respects **DENIED**.

DATED

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing, and also served the foregoing document by United States Postal mail to:

Lindsey Kent Springer
Defendant
FCI Seagoville
Federal Correctional Institution
P.O. Box 9000
Seagoville, TX 75159
Inmate Number 02580-063.

　　　　　　　　　　　　　　　　　　　　*/s/ Charles A. O'Reilly*
　　　　　　　　　　　　　　　　　　　　Charles A. O'Reilly
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney