

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDSEY KENT SPRINGER,

    Defendant.

Case No. 09-CR-043
(13-CV-145)

FILED
OCT 15 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

NOTICE OF APPEAL

I, Lindsey Kent Springer ("Springer"), hereby file this Notice of Appeal from the orders dated (i) March 26, 2018 (granting an out-of-time extension to file a responsive pleading without showing or a finding of good cause or excusable neglect), Doc. 637; (ii) April 3, 2018 (denying reconsideration of the granting an out-of-time extension to file a responsive pleading), Doc. 640; (iii) June 22, 2018 (denying reopening of § 2255 proceedings as to each of the Ten Fraud on the Court claims), Doc. 645, and the Judgment, Doc. 646; (iv) August 30, 2018 (denying reconsideration under Federal Rules of Civil Procedures ("FRCvP") Rule 59(e) and 60(b)(6), denying setting aside the June 22, 2018 order and judgment, denying to determine the Constitutional validity of the appointments to office of the present attorneys representing the government since January 10, 2018, denying the striking of certain filings by the present attorneys for opposing the Court to determine the Constitutional validity of their appointments, and denying the opportunity to file a reply to the August 2, 2018 consolidated responsive pleading ordered to be filed by the district court), Doc. 658, to the United States Court of Appeals for the Tenth Circuit. The district court did issue a Certificate of Appealability ("COA") on one issue presented in Springer's Motion to Reconsider the June 22, 2018 order.

1

Respectfully Submitted,

Lindsey Kent Springer
Reg. # 02580-063
Federal Satellite Camp
P.O. Box 9000
Seagoville, Texas 75159

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, I mailed U.S. Postal, First-Class, Postage Prepaid, the above Notice of Appeal, to the Clerk of Court, 333 West Fourth Street, Tulsa, Oklahoma 74103;

I further certify that the following are registered ECF users and shall receive service of the above Notice of Appeal through the ECF system:

R. Trent Shores
Jeffrey A. Gallant
Charles A. O'Reilly
United States of America

Server

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on October 9, 2018, I deposited the above Notice of Appeal in the U.S. Mailbox located inside Seagoville Federal Prison Camp to the address listed for the Clerk of Court above.

Declarant

Name: Lindsey Kent Springer
Reg. No.: 02580-063
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

NORTH TEXAS TX P&DC
DALLAS TX 750
10 OCT 2018 PM 3 L

Postmarked 10/10/18 SC

"Legal Mail"

09-CR-43-SPF

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED
OCT 15 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

74103-381911