# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

October 17, 2018

Chris Wolpert  
Chief Deputy Clerk

Lindsey Kent Springer  
FCI - Seagoville Satellite Camp  
P.O. Box 9000  
Seagoville, TX 75159  
# 02580-063

RE:     **18-5104, United States v. Springer**  
         Dist/Ag docket: 4:13-CV-00145-SPF-tlw, 4:09-CR-00043-SPF-1

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Attorneys must complete and file an entry of appearance form within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form within thirty days of the date of this letter. An attorney who fails to enter an appearance within that time frame will be removed from the service list for this case, and there may be other ramifications under the rules. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

Please note that a separate fee is due for initiating an appeal to the circuit court. You are required to pay the $505.00 fee ($5.00 filing fee and $500.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees with the district court within 30 days of the date of this letter, or this appeal may be dismissed without further notice. *See* Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

Prisoners are reminded that to invoke the prison mailbox rule they must file with each pleading a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit with prison officials and must also state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732, *revised and superseded*, 371 F.3d 713 (10th Cir.), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir.), *cert. denied*, 125 S. Ct. 624 (2004). Prisoners should also review carefully Federal Rule of Appellate Procedure 4(c)(1), which was amended December 1, 2016.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:      Jeffrey Andrew Gallant
           Samuel Robert Lyons
           Charles Anthony O'Reilly

EAS/dd



18-5104 United States v. Springer "Prisoner case docketed"
(4:13-CV-00145-SPF-tlw)
ca10_cmecf_notify    to: CM-ECFIntake_OKND                    10/17/2018 01:38 PM

| From: | ca10_cmecf_notify@ca10.uscourts.gov |
|---|---|
| To: | CM-ECFIntake_OKND@oknd.uscourts.gov |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 10/17/2018 at 12:35:02 PM MDT and filed on 10/17/2018

**Case Name:**     United States v. Springer
**Case Number:**   18-5104
**Document(s):**   Document(s)

**Docket Text:**
[10597996] Prisoner case docketed. DATE RECEIVED: 10/16/2018. Notice of appearance due on 11/16/2018 for Lindsey Kent Springer, and Notice of appearance due on 10/31/2018 for United States of America. Fee or ifp forms due 11/16/2018 for Lindsey Kent Springer [18-5104]

**Notice will be electronically mailed to:**

Mr. Jeffrey Andrew Gallant: jeff.gallant@usdoj.gov, bill.wright@usdoj.gov, caseview.ecf@usdoj.gov, kathie.hall@usdoj.gov, melody.housley@usdoj.gov, margie.thompson@usdoj.gov, sarah.m.coffey@usdoj.gov, christina.watson@usdoj.gov
Mr. Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov


**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file. If appropriate, notice will be delivered by other means to:**


Lindsey Kent Springer
FCI - Seagoville Satellite Camp

P.O. Box 9000
Seagoville, TX 75159

The following document(s) are associated with this transaction:
**Document Description:** Preliminary Record
**Original Filename:** 09cr43 correct Prelim Rec.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=10/17/2018] [FileNumber=10597996-0]
[6bb30caa65df9c4ef7bd82d3f786150c6e9e6587cfd2b7fb3a06c7b1ee085dac639e16600c670e9d3
b7645de1285b60c429f361269244450b399dd410412a9f2]]

**Document Description:** Civil Docket
**Original Filename:** Springer 13cv145 docket.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=10/17/2018] [FileNumber=10597996-1]
[d442a63191ca7e842abf4be57cb68c445f1ebf1b221152710aa03235154d8a5214be8ef964f10cbf1
05534a01c68633a87dc0c55d37018d6a51e78121590b3bc]]

**Document Description:** Transmittal letter
**Original Filename:** Transmittal springer.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=10/17/2018] [FileNumber=10597996-2]
[3887bfe765a7fa61bda0a53aba5ef8ed05d50019aa35380daad33ee9f5cbec85df794087f94a27cf9a
4a65c0836a6f7aee886b4ffe50a557114fa744a8e3a33d]]

**Document Description:** New General Dkt Letter - Pro Se
**Original Filename:** /opt/ACECF/live/forms/DianeDimiceli_185104_10597996_119.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=10/17/2018] [FileNumber=10597996-3]
[bb812d3b60d8980e7560994385a82d0d51759117895823f998263daed333a7655eb17ec471af38a
bfecfe27126a51e36d17de685d31db8a44ece5cdfcee60b20]]

**Recipients:**
- Mr. Jeffrey Andrew Gallant
- Mr. Samuel Robert Lyons
- Mr. Charles Anthony O'Reilly
- Lindsey Kent Springer