


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Case Number: 09-CR-043/13-CV-145

LINDSEY KENT SPRINGER,

    Defendant.

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
AND SUPPORTING AFFIDAVIT**

I, Lindsey Kent Springer ("Springer"), hereby move for leave to proceed on appeal without having to pay fees and costs or give security thereof.

This Court issued a Certificate of Appealability ("COA") in its August 30, 2018 order listed in Springer's Notice of Appeal. After speaking with the United States Court of Appeals for the Tenth Circuit on how to proceed with the forms provided, Springer proceeds with the Motion and Affidavit herein explaining that Springer needs the In Forma Pauperis status to then qualify for the Appointment of Counsel under the Criminal Justice Act, i.e. 18 U.S.C. § 3006A. Springer was previously granted the Appointment of Counsel in the most recent appeal from the October 20, 2015 order issued by this Court in <u>USA v. Springer</u>, 15-5109(10th Cir. decided November 13, 2017).

1. Are you or your spouse currently employed? Yes  X   No___

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

I have no spouse and my employer is the Bureau of Prisons, 2113 N. Hwy 175, Seagoville, Texas 75159. I have been employed here since April 1, 2016. My Monthly Gross Pay averages appx. $ 180.00 per month with bonus possible.

3. Since I am currently employed the 3rd question on CV-04(4/09) is not applicable.

1

Monthly gross pay during last month of employment $_____

4. State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|---|
| | | You | Spouse | You | Spouse |
| Self-employment | Y/N  N | $ | $ | $ | $ |
| Income from real property (such as rental income) | Y/N  N | $ | $ | $ | $ |
| Interest and dividends | Y/N  N | $ | $ | $ | $ |
| Gifts | Y/N  Y | $ 200 | $ | $ ? | $ |
| Alimony | Y/N  N | $ | $ | $ | $ |
| Child Support | Y/N  N | $ | $ | $ | $ |
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N  N | $ | $ | $ | $ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N  N | $ | $ | $ | $ |
| Unemployment payments | Y/N  N | $ | $ | $ | $ |
| Public assistance payments such as welfare payments | Y/N  N | $ | $ | $ | $ |
| Other sources of money (specify: Bonus ) | Y/N  Y | $ 80 | $ | $ -0- | $ |
| TOTAL | | $ 460 | $ | $ | $ |

5. State the amount of cash you and your spouse have: $_____

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| BOP-Trulinks | Institutional | $ 1300 | $ N/A |
| | | $ | $ |
| | | $ | $ |

6. State below the assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**   <u>None</u>

| | | |
|---|---|---|
| Home | Address: _____ <br> _____ | Value: $ _____ <br> Amount owed on mortgages and liens: $ _____ |
| Other real estate | Address: _____ <br> _____ | Value: $ _____ <br> Amount owed on mortgages and liens: $ _____ |
| Motor vehicle make/ | Model/Year: _____ | Value: $ _____ <br> Amount owed: $ _____ |
| Motor vehicle make/ | Model/Year: _____ | Value: $ _____ <br> Amount owed: $ _____ |
| Other | Description: _____ <br> _____ | Value: $ _____ <br> Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| <u>None</u> | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

8. State the individuals who rely on you and your spouse for support. Indicate their relationship to you, their age, and whether they live with you.

| Name (or, if under 18, initials only) | Relationship | Age | Does this person live with you? |
|---|---|---|---|
| <u>None</u> | _____ | _____ | Yes ____ No ____ |
| _____ | _____ | _____ | Yes ____ No ____ |
| _____ | _____ | _____ | Yes ____ No ____ |
| _____ | _____ | _____ | Yes ____ No ____ |

9. Complete this question by estimating the average monthly expenses of you and your family.

Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ None | $ _____ |

Are real estate taxes included? Yes ____ No ____
Is property insurance included? Yes ____ No ____

|  | You | Spouse |
|---|---|---|
| Utilities: Electricity and heating fuel | $ None | $ _____ |
| Water and sewer | $ None | $ _____ |
| Telephone | $ 75 | $ _____ |
| Other  Trulinks/Messaging | $ 50 | $ _____ |
| Home maintenance (Repairs and upkeep) | $ None | $ _____ |
| Food | $ 180 | $ _____ |
| Clothing | $ 20 | $ _____ |
| Laundry and dry cleaning | $ 7 | $ _____ |
| Medical and dental expenses | $ 2 | $ _____ |
| Transportation (not including car payments) | $ None | $ _____ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ None | $ _____ |
| Charitable contributions | $ 40 | $ _____ |

Insurance (not deducted from wages or included in home mortgage payments)

|  | You | Spouse |
|---|---|---|
| Homeowner's or renter's | $ None | $ _____ |
| Life | $ None | $ _____ |
| Health | $ None | $ _____ |
| Auto | $ None | $ _____ |
| Other _____ | $ None | $ _____ |

Taxes (not deducted from wages or included in home mortgage payments) (specify) _____   $ _____

Installment payments

|  | You | Spouse |
|---|---|---|
| Auto: | $ None | $ _____ |
| Credit Card: (name) _____ | $ None | $ _____ |
| Department Store: (name) _____ | $ None | $ _____ |
| Other _____ | $ None | $ _____ |
| Other _____ | $ None | $ _____ |
| Alimony, maintenance, and support paid to others | $ None | $ _____ |

Payments for support of additional dependents not living at your home                                $ None_____     $ _____

Regular expenses from operation of business, profession, or farm
(attach detailed statement) Stamps, Copy Cards, Type Ribbon   $ 50_____     $ _____
Other ___FRP_____ Envelopes, Correct Ribbon            $ 25_____     $ _____

            TOTAL MONTHLY EXPENSES                                          $ 449_____     $ _____

10. Do you expect any major changes to your monthly income or expenses during the next four months?
Yes __X__   No _____

    *If yes, describe.*  I am changing jobs where the pay will be apprx. $ 90

11. Have you paid an attorney any money for services in connection with this case, including the completion of this form?  Yes _____   No __X__

    If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____

_____

_____

12. Have you promised to pay or do you anticipate paying an attorney any money for services in connection with this case, including the completion of this form?  Yes _____   No __X__

If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____

_____

_____

13. Have you paid anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form?

    Yes _____   No __X__

    If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

14. Have you promised to pay  or do you anticipate paying anyone other than an attorney (such as a

paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes _____ No __X__

If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

15. Please provide any other information that helps to explain why you are unable to pay the docket fees.

16. State the city and state of your legal residence:   I am in Federal Prison.
    _Lindsey Kent Springer, Reg. # 02580-063_
    _Federal Satetllite Camp, P.O. Box 9000_
    _Seagoville, Texas 75159_

Your daytime phone number:

(_____)_____

Your age: __53__

Years of schooling: __High School Graduation__

Last 4 digits of your social security number: __3758__

I declare under penalty of perjury that the above information is true and correct.

Date: __November 6, 2018__        Signed: _[signature]_

                                  Print Name: __Lindsey Kent Springer__

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2018, I sent by U.S. Mail, First Class, Postage Prepaid, the above Motion for Leave to Proceed In Forma Pauperis and Supporting Affidavit to the Clerk of Court at 333 West Fourth Street, Tulsa, Oklahoma 74103;

I further certify that the following persons are registered ECF users and shall receive service of the above Motion for Leave to Proceed In Forma Pauperis and Supporting Affidavit for the United States of America through the ECF system:

R. Trent Shores
Jeffrey A. Gallant
Charles A. O'Reilly

/s/ Lindsey K Springer
Server

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on November 6, 2018, I deposited the above Motion for Leave to Proceed In Forma Pauperis and Supporting Affidavit in the U.S. Mailbox located in Seagoville Federal Prison Camp to the address for the Clerk of Court listed above.

/s/ Lindsey K Springer
Declarant

7

Name Lindsey Kent Springer
Reg. No. 02580-063
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

NORTH TEXAS TX P&DC
DALLAS TX 750
7 NOV 2018 PM 8L



09-CR-43-SPF

Post Marked illegible

"Legal Mail"

RECEIVED
NOV 13 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

74103-383999