FILED
United States Court of Appeals
Tenth Circuit

June 28, 2019

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LINDSEY KENT SPRINGER,

Defendant-Appellant.

No. 18-5104
(D.C. Nos. 4:13-CV-00145-SPF-TLW
and 4:09-CR-00043-SPF-1)
(N.D. Okla.)

_____

**ORDER**
_____

Before **MATHESON**, **BACHARACH**, and **McKAY**, Circuit Judges.
_____

This matter is before the court on our order (May 14, 2019) denying Mr. Springer's motion for leave to proceed *in forma pauperis*. There we ordered Mr. Springer to pay his $505.00 filing fees by June 4, 2019, and warned that failure to timely comply could result in the dismissal of his appeal without further notice.[1] Though the deadline passed more than three weeks ago, Mr. Springer has still not paid the filing fees.

He has instead filed numerous motions. For example, he has moved to vacate the order requiring payment, arguing that the Court Clerk

---

[1] In denying leave to proceed *in forma pauperis*, we noted that Mr. Springer had certified possession of $1,300 in a Bureau of Prisons trust fund.

displaced the panel's Article III authority by signing and issuing our order. Mr. Springer is mistaken; the order was decided by the panel and filed by the Court Clerk at the panel's direction. We thus deny this motion.

Mr. Springer has also moved

- for the appointment of counsel,

- to expand the certificate of appealability,

- to reconsider the applicability of his filing restrictions to this appeal, and

- for determination of the status of the Court Clerk, the deputy court clerks, and the government's attorney under the Constitution's Appointments Clause.

But Mr. Springer has not paid the filing fees, so he has not properly begun this appeal. All of Mr. Springer's motions presuppose that he has properly begun his appeal, and he hasn't. Because Mr. Springer never paid the filing fees, we deny these motions.

\* \* \*

We dismiss the appeal and deny all pending motions. Mr. Springer is reminded that he remains obligated to pay the filing fees.

Entered for the Court


Robert E. Bacharach
Circuit Judge

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

June 28, 2019

Chris Wolpert  
Chief Deputy Clerk

Lindsey Kent Springer
FCI - Seagoville Satellite Camp
P.O. Box 9000
Seagoville, TX 75159
# 02580-063

**RE:**     **18-5104, United States v. Springer**
           Dist/Ag docket: 4:13-CV-00145-SPF-tlw, 4:09-CR-00043-SPF-1

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Yael T. Epstein
        Kevin Chambers Leitch
        Samuel Robert Lyons
        Stanley J. Okula Jr.
        Alexander Patrick Robbins
        Joseph Brian Syverson

EAS/klp



18-5104 United States v. Springer "Case termination for order and judgment " (4:13-CV-00145-SPF-tlw)

ca10_cmecf_notify    to: CM-ECFIntake_OKND          06/28/2019 10:16 AM

| From: | ca10_cmecf_notify@ca10.uscourts.gov |
|---|---|
| To: | CM-ECFIntake_OKND@oknd.uscourts.gov |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 06/28/2019 at 9:12:12 AM MDT and filed on 06/28/2019

**Case Name:**     United States v. Springer
**Case Number:**   18-5104
**Document(s):**   Document(s)

**Docket Text:**
[10658979] Dismissed; Procedural termination after other judicial action; Written, signed, unpublished; Judges Matheson, McKay and Bacharach (authoring). Mandate to issue. [18-5104]

**Notice will be electronically mailed to:**

Yael T. Epstein: yael.t.epstein@usdoj.gov
Mr. Kevin Chambers Leitch: kevin.leitch@usdoj.gov, kathie.hall@usdoj.gov, bill.wright@usdoj.gov, caseview.ecf@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Stanley J. Okula, Jr.: stan.j.okula@usdoj.gov
Mr. Alexander Patrick Robbins: alexander.p.robbins@usdoj.gov, cateps.taxcriminal@usdoj.gov, stan.j.okula@usdoj.gov
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Lindsey Kent Springer
FCI - Seagoville Satellite Camp
P.O. Box 9000
Seagoville, TX 75159

The following document(s) are associated with this transaction:
**Document Description:** Order and judgment
**Original Filename:** 18-5104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=06/28/2019] [FileNumber=10658979-0]
[142e441bea6cfec92e5054668df9fc096143244b59f0083a7021ca8fe13733154059241598a0aa40
b8e131ce3b781c2dad51e5b53d26ad8e3ca11bf3cfdc3ac0]]

**Document Description:** Order Cover Letter
**Original Filename:** /opt/ACECF/live/forms/KarenPhillips_185104_10658979_128.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=06/28/2019] [FileNumber=10658979-1]
[973cc1e56fb3ab3632c9b49a6e708351a3bd5fae2c404f4d765d0131d05fabe7d10e16c6af952275f
cc05e263aa09484329ca3a044bcdd04ef81845857460130]]

**Recipients:**
- Yael T. Epstein
- Mr. Kevin Chambers Leitch
- Samuel Robert Lyons
- Mr. Stanley J. Okula, Jr.
- Mr. Alexander Patrick Robbins
- Lindsey Kent Springer
- Mr. Joseph Brian Syverson