# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

August 20, 2019

Chris Wolpert
Chief Deputy Clerk

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

RE:     **18-5104, United States v. Springer**
        Dist/Ag docket: 4:13-CV-00145-SPF-tlw, 4:09-CR-00043-SPF-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 28, 2019 order takes effect this date.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Yael T. Epstein
        Kevin Chambers Leitch
        Samuel Robert Lyons
        Stanley J. Okula Jr.
        Alexander Patrick Robbins
        Lindsey Kent Springer
        Joseph Brian Syverson

EAS/dd



**18-5104 United States v. Springer "Mandate issued" (4:13-CV-00145-SPF-tlw)**
ca10_cmecf_notify   to: CM-ECFIntake_OKND                 08/20/2019 09:38 AM

From:     ca10_cmecf_notify@ca10.uscourts.gov
To:       CM-ECFIntake_OKND@oknd.uscourts.gov

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/20/2019 at 8:35:08 AM MDT and filed on 08/20/2019

**Case Name:**     United States v. Springer
**Case Number:**   18-5104
**Document(s):**   Document(s)

**Docket Text:**
[10671931] Mandate issued. [18-5104]

**Notice will be electronically mailed to:**

Yael T. Epstein: yael.t.epstein@usdoj.gov
Mr. Kevin Chambers Leitch: kevin.leitch@usdoj.gov, kathie.hall@usdoj.gov, bill.wright@usdoj.gov, caseview.ecf@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Mark C. McCartt, Clerk of Court: CM-ECFIntake_OKND@oknd.uscourts.gov
Mr. Stanley J. Okula, Jr.: stan.j.okula@usdoj.gov
Mr. Alexander Patrick Robbins: alexander.p.robbins@usdoj.gov, cateps.taxcriminal@usdoj.gov, stan.j.okula@usdoj.gov
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov


**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**


Lindsey Kent Springer

FCI - Seagoville Satellite Camp
P.O. Box 9000
Seagoville, TX 75159

The following document(s) are associated with this transaction:
**Document Description:** Regular Mandate Letter - OJ
**Original Filename:** /opt/ACECF/live/forms/DianeDimiceli_185104_10671931_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/20/2019] [FileNumber=10671931-0]
[78cf32405ec865b5dfa6670449ebb1ee80009589e2d6bc37f535608c2f63038380bc5a9aba1cdde7
02e41517d881ab64dd071a00d7b394a5bfcc556b53e33b12]]
**Recipients:**
- Yael T. Epstein
- Mr. Kevin Chambers Leitch
- Samuel Robert Lyons
- Mr. Mark C. McCartt, Clerk of Court
- Mr. Stanley J. Okula, Jr.
- Mr. Alexander Patrick Robbins
- Lindsey Kent Springer
- Mr. Joseph Brian Syverson