FILED
SEP 16 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF Oklahoma

United States of America
　　　　Plaintiff,

v.                                            Case No. 09-CR-043

Lindsey Kent Springer
　　　　Defendant(s).

NOTICE OF ADDRESS CHANGE

Lindsey Kent Springer ("Springer") hereby gives notice to the Court and parties of his new address:

Lindsey Kent Springer
Reg. # 02580-063
Federal Transfer Center
P.O. Box 898801
Oklahoma City, Oklahoma 73189

Please take notice of Springer's address change and use the new address from this date forward.

Respectfully Submitted,

/s/ Lindsey K. Springer
Reg. # 02580-063
Federal Satellite Camp
P.O. Box 9000
Seagoville, Texas 75159

✓ Mail　　__ No Cert Svc　　__ No Orig Sign
__ C/J　　__ C/MJ　　__ C/Ret'd　　__ No Env
__ No Cpys　　✓ No Env/Cpys　　__ O/J　　__ O/MJ

1

CERTIFICATE OF SERVICE

I hereby certify that on September _11_, 2019, I sent by U.S. Mail, First Class, Postage Prepaid, the above Notice of Change of Address, to the Clerk of Court, _333 West Fourth Street, Tulsa, Oklahoma 74103_;

I further certify that the following parties are registered ECF users and shall receive service of the above Notice through the Court's ECF system or, if no one is listed below, that is because there are no parties to be served:

_R. Trent Shores_
_Charles A. O'Reilly_
_Jeffry A. Gallant_

_[signature]_
Server

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on September _11_, 2019, I deposited the above Notice in the U.S. Mailbox located inside Seagoville Federal Prison Camp to the address for the Clerk listed above.

_[signature]_
Declarant

2

Name Lindsey Kent Springer
Reg. No. 02580-063
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

"Legal Mail"

NORTH TEXAS TX FORT
DALLAS TX 750
12 SEP 2019 PM 4

09-CR-43   08-CV-278
15-CV-142

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED
SEP 16 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT