challenging the jurisdiction of this Court (Docs. 271 and 272) also raise many of these issues, to which the United States has already responded.

Defendant's motions (Docs. 280, 282, 284 and 285), together with their supporting briefs, (Docs. 281 and 283), largely rehash frivolous arguments that Defendant has previously made. The United States previously addressed these assertions in Docs. 42, 71, 80, 93, 276 and 277. However, the United States stands ready to file supplemental responses should the Court determine that such responses would be of assistance to the Court.

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

*/s/ Kenneth P. Snoke*
KENNETH P. SNOKE, OBA NO. 8437
Assistant United States Attorney
CHARLES A. O'REILLY, CBA NO. 160980
Special Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey K. Springer, Defendant

Oscar A. Stilley, Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley

*/s/ Kenneth P. Snoke*
Assistant United States Attorney

E X H I B I T

30

Case 4:09-cv-00043-SPF-PJC Document 675-2 Filed in USDC ND/OK on 11/18/19 Page 4 of 34

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,     )
                              )
     Plaintiff,          )
                              )
     v.                 )     Case No. 08-cv-0278-TCK-PJC
                              )
LINDSEY KENT SPRINGER, *et al.*,  )
                              )
     Defendants.     )
                              )

## UNITED STATES' RESPONSE TO MOTION FOR CONFESSION OF JUDGMENT

Judgment was entered in this action against Lindsey K. Springer and in favor of the United States on March 16, 2010. The judgment was affirmed by the Tenth Circuit on June 23, 2011, and on or around June 4, 2012, the Supreme Court denied Springer's Petition for Writ of Certiorari. Springer filed a Motion to Void Judgment on November 27, 2013, and when the United States did not respond filed a Motion for Confession of Judgment on January 15.

Springer asks that the Court exercise its discretion under Local Rule 7.2(f) and void the judgment due to the Government's failure to respond to his November 27 motion. Good cause exists for the failure to respond. This case was litigated by Civil Central Trial Section, United States Department of Justice, Tax Division. Having completed litigation, the Section closed its files on the matter in July 2013 (about a year after the denial of Springer's certiorari petition). James Strong, one of the two attorneys who was assigned the case is no longer with the Justice Department. The other attorney, Robert Metcalfe, is no longer working in the Central Trial Section. Thus, no attorney assigned the matter in the Tax Division received ECF notice when Springer filed his Motion to Void Judgment. In the interest of justice, the United States requests that the Court excuse its failure to timely respond to the Motion to Void Judgment.

1

With respect to the merits of Springer's motion, Springer claims that the judgment should be deemed void because Thomas Scott Woodward was somehow not a legitimate United States Attorney during the period the various levels of federal courts were ruling against him. In June 2009, Woodward was the First Assistant U.S. Attorney for the Northern District of Oklahoma. When David O'Meilia resigned as the United States Attorney for the Northern District of Oklahoma on June 28, 2009, Woodward became acting United States Attorney pursuant to 5 U.S.C. § 3345(a)(1), which provides that if an officer of an Executive agency whose appointment is required to be made by the President, such as a U.S. Attorney, resigns, "the first assistant to the office of such officer shall perform the functions and duties of the office temporarily in an acting capacity subject to the time limitations of section 3346." Section 3346, Title 5, imposes a 210-day limit on persons serving in such capacity.[1]

At the end of the 210-day period, on January 25, 2010, the Attorney General appointed Woodward as United States Attorney under 28 U.S.C. § 546(a).[2] There is a 120-day limit for persons appointed as a U.S. Attorney by the Attorney General. 28 U.S.C. § 546(c)(2). On May 25, 2010, at the end of the 120-day period, the Chief Judge of the Northern District of Oklahoma appointed Woodward United States Attorney in accordance with 28 U.S.C. § 546(d).[3]

---

[1]  Filed herewith as Exhibit A to the Declaration of undersigned counsel, is a "Notification of Personnel Action" form that shows Woodward as being First Assistant United States Attorney at least as early as March 3, 2009.

[2]  Filed herewith as Exhibit B is Woodward's "Appointment Affidavit" with respect to the January 25, 2010, appointment.

[3]  Filed herewith as Exhibit C is a copy of the "Order of Appointment" and "Appointment Affidavit" both signed on May 24, 2010, and made effective May 25, 2010.

Woodward remained U.S. Attorney until the present United States Attorney, Danny Williams, was confirmed by the Senate and took the oath of office in August 2012.

At all times while serving as the United States Attorney between June 28, 2009, and August 2012, Woodward was vested with the full powers and authority of a United States Attorney. *See, generally, United States v. Baldwin*, 541 F. Supp.2d 1184 (D.N.M. 2008) (detailed discussion of history and authority of non-Presidential appointed U.S. Attorneys). Congress put into place a statutory framework that allows the U.S. Attorney position to be filled in the absence of a person appointed by the President. *See* 5 U.S.C. § 3345 and 28 U.S.C § 546. That law was followed in the instant situation. Springer's argument to the contrary is unfounded and not a basis to void the judgment.

In any event, "[a]n infirmity in the United States' Attorney's appointment would not generally affect the jurisdiction of this court so long as a proper representative of the government participated in the action." *United States v. Gantt*, 194 F.3d 987, 998 (9th Cir. 1999); *United States v. Baker*, 504 F. Supp.2d 402, 407 (E.D. Ark. 2007) (government counsel defects do not affect jurisdiction). The chief attorneys representing the United States in this present action were Tax Division attorneys Metcalfe and Strong. Springer does not question their authority or the propriety of their appearances.

Springer's motion should be denied.

//

//

3

Respectfully submitted,

DANNY C. WILLIAMS
United States Attorney

/s/ Martin M. Shoemaker
MARTIN M. SHOEMAKER
U.S. Dept. of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
202-514-6491 (v)
202-514-6770 (f)
Martin.M.Shoemaker@tax.usdoj.gov

Certificate of Service

I hereby certify that on this 17th day of January 2014, I electronically filed the foregoing United States' Response to Motion for Confession of Judgment with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: all counsel of record.

I further certify that on this 17th day of January 2014, I served the same document by U.S. Postal Service on the following non-CM/ECF participants:

Lindsey K. Springer
Reg. # 02580-063
Federal Satellite Low
P.O. Box 6000
Anthony, NM 88021

/s/ Martin M. Shoemaker

4

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 08-cv-0278-TCK-PJC |
| | ) |
| LINDSEY KENT SPRINGER, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF MARTIN M. SHOEMAKER

1. I am a trial attorney with the United States Department of Justice, Tax Division, CTS-Central Section, with an office in Washington, D.C. I am the attorney assigned to represent the United States in the above-captioned action.

2. Attached hereto as Exhibits A, B, and C are documents obtained from the United States Attorney's Office for the Northern District of Oklahoma to be used in this matter.

3. Exhibit A is a copy of a "Notification of Personnel Action" form pertaining to Thomas Scott Woodward. (Exhibit A has been redacted for privacy reasons.)

4. Exhibit B is a copy of an "Appointment Affidavit" signed on January 22, 2010, by Thomas Scott Woodward.

5. Exhibit C consists of two pages. The first page is a copy of the "Order of Appointment" issued by the United States District Court for the Northern District of Oklahoma filed May 24, 2010, in which Thomas Scott Woodward is appointed United States Attorney pursuant to 28 U.S.C. § 546(d). The second page is a copy of an "Appointment Affidavit" signed on May 25, 2010, by Thomas Scott Woodward.

//

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2014, in Washington, D.C.

/s/ Martin M. Shoemaker
MARTIN M. SHOEMAKER

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 298-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WOODWARD, THOMAS SCOTT | - redacted - 5 | - redacted - 9 | 10/05/09 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 769 | EXT OF PROMOTION NTE 10/04/13 | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZLM | 28 USC 548 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | FIRST ASST U.S. ATTY |
| | 620001       P15AA1 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AD | 0905 | -7 | .00 | | J | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | - redacted - | .00 | - redacted - .00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | OKLAHOMA, NORTHERN |
| | DJ JA6200000000000000    PP 20 2009 |

| EMPLOYEE DATA | | | | |
|---|---|---|---|---|
| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
| 1 – None         3 – 10 Point/Disability      5 – 10 Point/Other | 1 | | | YES  X NO |
| 2 – 5 Point      4 – 10 Point/Compensable    6 – 10 Point/Compensable/30% | | 1 | 1 | |
| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| 70  BASIC | | 9  NOT APPLICABLE | | 0 |
| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per |
| CS | 08/23/82 | F  FULL TIME | | Biweekly Pay Period |

| POSITION DATA | | | | |
|---|---|---|---|---|
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | | 37. Bargaining Unit Status |
| 2   1 – Competitive Service   3 – SES General | E   E – Exempt | | | 8888 |
|     2 – Excepted Service      4 – SES Career Reserved |     N – Nonexempt | | | |
| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) | | | |
| 40-4780-143 | TULSA   TULSA   OK | | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: N | ED LV:15 YR:82 INST PRG:220101 |

45. Remarks

EMPLOYEE HAS BEEN ADVISED THAT ASSIGNMENT TO A SUPERVISORY OR SENIOR
LITIGATION COUNSEL POSITION IS TEMPORARY AND THAT ANY RIGHTS TO A
HIGHER SUPERVISORY/SENIOR LITIGATION  COUNSEL SALARY ACCRUE ONLY SO
LONG AS HE/SHE IS AN INCUMBENT OF SUCH A POSITION.

GOVERNMENT
EXHIBIT

A

PENGAD 800-631-6989

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/USA | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | E/S BY: JEAN DUNN |
| DJ JA | 4244 | 10/02/09 | HUMAN RESOURCES OFFICER |

Editions Prior to 7/91 Are Not Usable After 8/30/93
NSN 7540-01-333-6237

TURN OVER FOR IMPORTANT INFORMATION
3-Part    50-315
1 – Employee Copy – Keep for Future Reference

DJ JA6200009000000000        PP 20 1*2009*BATCH 42445812 000-00 207-08 AG/EO JA-4244

# APPOINTMENT AFFIDAVITS

United States Attorney
*(Position to which Appointed)*

1-25-2010
*(Date Appointed)*

Department of Justice
*(Department or Agency)*    *(Bureau or Division)*

Tulsa, Oklahoma
*(Place of Employment)*

I, Thomas Scott Woodward_____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 22 day of January, 2010

at Tulsa
*(City)*

Oklahoma
*(State)*

*(Signature of Officer)*

(SEAL)

Commission expires 10/11/2011
*(If by a Notary Public, the date of his/her Commission should be shown)*

Administrative Officer
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.



GOVERNMENT
EXHIBIT
B

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

Case 4:09-cr-00043-SPF   Document 675-2 Filed in USDC ND/OK on 11/18/19   Page 12 of 34
Case 4:08-cv-00278-TCK-PJC   Document 277-1 Filed in USDC ND/OK on 01/17/14   Page 5 of 6

Case 4:10-go-00001-CVE   Document 4  Filed in USDC ND/OK on 05/24/2010   Page 1 of 1

FILED

MAY 24 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

GO-10-4

| | | |
|---|---|---|
| IN THE MATTER | ) | |
| | ) | |
| OF APPOINTMENT | ) | ORDER OF APPOINTMENT |
| | ) | |
| OF THOMAS SCOTT WOODWARD | ) | |
| | ) | |
| AS UNITED STATES ATTORNEY | ) | |

Pursuant to Title 28, United States Code, Section 546(d), Thomas Scott Woodward is appointed as the United States Attorney for the Northern District of Oklahoma, effective May 25, 2010.

DONE AND ORDERED at Tulsa, Oklahoma, this 24 day of May, 2010.

For the Court:

The Honorable Claire V. Eagan
Chief Judge
Northern District of Oklahoma

United States District Court )
Northern District of Oklahoma ) SS
I hereby certify that the foregoing
is a true copy of the original on file
in this court.
Phil Lombardi, Clerk
By _____
Deputy



GOVERNMENT
EXHIBIT

C

# APPOINTMENT AFFIDAVITS

United States Attorney

*(Position to which Appointed)*

May 25, 2010

*(Date Appointed)*

Department of Justice

*(Department or Agency)*

U.S. Attorney's Office

*(Bureau or Division)*

Tulsa, Oklahoma

*(Place of Employment)*

I, Thomas Scott Woodward _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 25th day of May _____, 2010

at Tulsa _____   Oklahoma _____

*(City)*   *(State)*

*(Signature of Officer)*

(SEAL)

Commission expires: 10/11/11

*(If by a Notary Public, the date of his/her Commission should be shown)*

Director of Administration

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

E X H I B I T

31



**U.S. Department of Justice**

**DANNY C. WILLIAMS, SR.**
*United States Attorney*
*Northern District of Oklahoma*

---

| | |
|---|---|
| *110 W 7th Street, Suite 300* | *Telephone:  (918) 382-2700* |
| *Tulsa, OK 74119* | *Fax:       (918) 560-7949* |

January 3, 2014

Charles A. O'Reilly
Department of Justice
Tax Division
601 D Street, N.W., Suite 7032
Washington, DC  20530

Dear Mr. O'Reilly:

     Your appointment as a Special Assistant United States Attorney for the Northern District of Oklahoma is hereby extended effective the date of this letter, not to exceed January 5, 2015.  This extension is subject to the conditions set forth in the original appointment letter. You will continue to serve without compensation.  No additional appointment papers are necessary.

                      Sincerely,

                      DANNY C. WILLIAMS, SR.
                      UNITED STATES ATTORNEY

E X H I B I T

32



U.S. Department of Justice

## DANNY C. WILLIAMS, SR.
*United States Attorney*
*Northern District of Oklahoma*

---

*110 W 7ʰ Street, Suite 300     Telephone: (918) 382-2700*
*Tulsa, OK 74119               Fax:        (918) 560-7949*

January 5, 2016

Charles A. O'Reilly
Department of Justice
Tax Division
601 D Street, N.W., Suite 7032
Washington, DC  20530

Dear Mr. O'Reilly:

   Your appointment as a Special Assistant United States Attorney for the Northern District of Oklahoma is hereby extended effective the date of this letter, not to exceed January 5, 2017. This extension is subject to the conditions set forth in the original appointment letter. You will continue to serve without compensation. No additional appointment papers are necessary.

                         Sincerely,

                         DANNY C. WILLIAMS, SR.
                         UNITED STATES ATTORNEY



**U.S. Department of Justice**

**DANNY C. WILLIAMS, SR.**
*United States Attorney*
*Northern District of Oklahoma*

---

110 W 7th Street, Suite 300     Telephone: (918) 382-2700
Tulsa, OK 74119                 Fax:       (918) 560-7949

December 21, 2016

Mr. Charles O'Reilly
Department of Justice
Tax Division
601 D Street, N.W., Suite 7032
Washington, DC  20530

Dear Mr. O'Reilly:

Your appointment as a Special Assistant United States Attorney for the Northern District of Oklahoma is hereby extended effective the date of this letter, not to exceed January 5, 2018.  This extension is subject to the conditions set forth in the original appointment letter. You will continue to serve without compensation.  No additional appointment papers are necessary.

Sincerely,

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

E X H I B I T

34



**U.S. Department of Justice**

**R. TRENT SHORES**
*United States Attorney*
*Northern District of Oklahoma*

---

110 West Seventh Street, Suite 300    Telephone (918) 382-2700
Tulsa, Oklahoma 74119                         Fax (918) 560-7954
r.trent.shores@usdoj.gov

January 3, 2018

Mr. Charles O'Reilly
Department of Justice
Tax Division
601 D Street, NW, Suite 7032
Washington DC 20530

Dear Mr. O'Reilly:

 Your appointment as a Special Assistant United States Attorney for the Northern District of Oklahoma is hereby extended effective the date of this letter, not to exceed January 5, 2020. This extension is subject to the conditions set forth in the original appointment letter. You will continue to serve without compensation. No additional appointment papers are necessary.

Sincerely,

R. TRENT SHORES
UNITED STATES ATTORNEY

E X H I B I T

35



UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES ATTORNEY
NORTHERN DISTRICT OF OKLAHOMA

**R. TRENT SHORES**
**UNITED STATES ATTORNEY**

---

110 West Seventh Street, Suite 300 · Tulsa, Oklahoma, 74119 · (918) 382-2700 · www.justice.gov/usao-ndok

March 26, 2018

Charles O'Reilly
Department of Justice
Tax Division
601 D Street, NW, Suite 7032
Washington, DC 20530

Re:     Special Assistant United States Attorney Extension

Dear Mr. O'Reilly:

Your appointment as a Special Assistant United States Attorney for the Northern District of Oklahoma is hereby extended effective January 3, 2018, not to exceed January 2, 2020. This extension is subject to the conditions set forth in the original appointment letter under 28 U.S.C. § 543 dated January 5, 2009. You will continue to serve without compensation. No additional appointment papers are necessary.

Sincerely,

R. TRENT SHORES
UNITED STATES ATTORNEY

E X H I B I T

36



U.S. Department of Justice

Tax Division

Washington, D.C. 20533

July 21, 2015

CMB:SNWARD
FOIPA/TAX # 10875

Certified Mail No. 7011 3500 0003 2475 8169
RETURN RECEIPT REQUESTED

Mr. Lindsey Kent Springer
Reg. #02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, NM 88021

Dear Mr. Springer:

This responds to your Freedom of Information Act request dated March 25, 2015. The Tax Division's Freedom of Information Act (FOIA) and Privacy Act (PA) Unit received your request on April 1, 2015; it was perfected on April 1, 2015.

We understand from your request that you seek information about:
__ yourself.
__ a third party taxpayer (individual).
__ a third party taxpayer (entity).
__ the Division's policies or procedures.
_✓_ other. Any documentation pertaining to or showing the authorization and/or appointment of Charles A. O'Reilly, from December 1, 2008 through January 1, 2015.

The Tax Division has determined that 2 page is from its records is responsive to your request. It is released in full and enclosed with this letter.

If you are not satisfied with my response to your request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington,



STANDARD FORM 61
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 295
61–107

OMB APPROVAL NO. 50–R0110

# APPOINTMENT AFFIDAVITS

*15*

__Law Clerk__                                     __November 16, 1992__
(Position to which appointed)                    (Date of appointment)

__U.S. Dept. of Justice__    __Tax Division__    __Washington, DC__
(Department or agency)       (Bureau or division)   (Place of employment)

I, __Charles A. O'Reilly__ , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of appointee)_

Subscribed and sworn (or affirmed) before me this __16th__ day of __November__ A.D. 19__92__,

at __Washington__                           __DC__
(City)                                      (State)

[SEAL]

_(Signature of officer)_

_Personnel Assistant_
(Title)

Commission expires _____
(If by a Notary Public, the date of expiration
of his Commission should be shown)

NOTE.—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

☆ U.S.GPO:1970-0-281-187/4238

Standard Form 50-B
7/91
Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| REILLY, CHARLES A | | ~~[redacted]~~ | ~~[redacted]~~ | 05/02/93 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 570 | CONV TO EXC APPT | | |
| C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| HQM | SCH A 213-31020 | | |
| E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 14. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | TRIAL ATTY (TAX) |
| | TAX00007   TAX164 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0905 | ~~[redacted]~~ | ~~[redacted]~~ | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | ~~[redacted]~~ | ~~[redacted]~~ | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TAX DIVISION |
| | CRIMINAL SECTION |
| | NORTHERN REGION |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 - None          3 - 10-Point/Disability   5 - 10-Point/Other | | 0 - None         2 - Conditional | | | YES   NO [X] |
| 2 - 5-Point       4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | | 1 - Permanent    3 - Indefinite | | | |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|---|---|
| C | BASIC | 9 | NOT APPLICABLE | 0 |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| K | FERS | 09/14/92 | F | FULL TIME | |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 2 | 1 - Competitive Service   3 - SES General | E | E - Exempt | | 8888 |
| | 2 - Excepted Service      4 - SES Career Reserved | | N - Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITI: 1 | VET STAT: X | EO LV:15 YR:92 ACAD DISCPL:0100 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/HC | ~~[signature illegible]~~ |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PERSONNEL STAFF |
| DJ HC | 1831 | 06/02/93 | |

5-Part   50-316

OPF
3 - Payroll Copy

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-0218

E X H I B I T

37



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff          *Suite 5.400, 3CON Building*          *(202) 252-6020*
                                                  *175 N Street, NE*                     *FAX (202) 252-6048*
                                                  *Washington, DC  20530*

September 6, 2018

Lindsey K. Springer
#02580-063
FSC
P.O. Box 9000
Seagoville, TX 75159

Re: Request Number: <u>FOIA-2018-001749</u> Date of Receipt:  <u>January 25, 2018</u>
Subject:  AUSA Oath (Charles A. O'Reilly) – EOUSA Personnel

Dear Requester:

        In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.  [x ] A search for records by EOUSA- <u>Personnel</u> has revealed no responsive records regarding the above subject. [EOUSA does not maintain records on former employees. Please see attachment regarding possible location of information you seek in DOJ Tax Division.]

2.  [  ] A search for records located in the United States Attorney's Office(s) for the _____ has revealed no responsive records regarding the above specific subjects.

3.  [  ] After an extensive search, the records which you have requested cannot be located.

4.  [  ] Your records have been destroyed pursuant to Department of Justice guidelines.

5.  [  ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought.  Each file was given a separate Request Number (listed below), for which you will receive a separate response:

        This is the final action on this above-numbered request.  If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If

you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Form No. 005 - 12/15

# FOIA

**FOIA Contact**

Carmen M. Banerjee
Senior Division Counsel for FOIA and PA Matters
Tax Division
Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
(202) 616-3399 (FOIA Servicing Center)
(202) 307-0462 (FOIA Public Liaison)
TaxDiv.FOIAPA@usdoj.gov

**Conventional Reading Room:**

Call (202) 616-3399 for access instructions.

FOIA Library:

This includes records created by the Tax Division on or after November 1, 1996 and may include earlier
records converted to electronic format.

**Component Description:**

The Tax Division's chief activity is to represent the Internal Revenue Service in civil and criminal litigation.
It also represents other Federal agencies that may have problems with state and local taxing authorities.
Consequently, the Tax Division maintains information primarily about civil and criminal tax litigation, either
actual or contemplated. This information is stored in files that are indexed in central classification systems
under the names of the individuals or entities who are parties to the litigation. In addition, the Tax Division
maintains some information relating to various procedures and guidelines for processing tax cases, as
well as files on its administrative functions.

**General information about making a FOIA request**

1. Under the Freedom of Information Act (FOIA) (5 U.S.C. 552) and Department of Justice
   regulations, any person may request Tax Division records.

2. All FOIA requests must be made in writing, signed, and mailed to the above address. Alternatively,
   all requests made pursuant to items 2 and 3 may be electronically sent to
   TaxDiv.FOIAPA@usdoj.gov. All attachments to e-mail requests must be attached as pdf files.

3. Individuals requesting records about themselves must verify their identity before the Tax Division
   will process the request. One verification method is to complete DOJ Form 361 (Certificate of
   Identity) and attach it to the request. Please click here to download DOJ Form 361.

4. For more information about making FOIA requests, please refer to the <u>DOJ Reference Guide</u>, a comprehensive guide to the FOIA that serves as a handbook for obtaining information from the Department of Justice and to 28 C.F.R. 16.3 ("Requirements for Making Requests").

**Information about making a FOIA request to the Tax Division**

1. FOIA does not require agencies either to create records or to provide narrative responses to inquiries that do not request records. Therefore, requests should seek only existing Tax Division records that do not fall under a specific disclosure exemption (e.g., classified national security matters, personal privacy material, investigative files, trade secrets, privileged information, etc.). See 5 U.S.C. 552(b).

2. To understand the types of records the Tax Division maintains, please see the Component Description above. Individuals seeking records primarily maintained by the Internal Revenue Service, like Forms 1040 or other IRS forms filed with the Service, should submit their FOIA requests in writing to the Internal Revenue Service. See <u>www.irs.gov/foia</u>. The Tax Division does not: (1) process FOIA requests on behalf of the Service, (2) handle general or specific inquiries pertaining to identity theft pertaining to tax returns. See, <u>http://www.irs.gov/Individuals/Identity-Protection</u> for information about identity theft inquiries.

**Publicly available information for which a FOIA request is not required:**

<u>Criminal Tax Manual</u>, <u>Judgment and Collection Manual</u>, <u>Settlement Reference Manual</u>, <u>Summons Enforcement Manual</u>, and the log of <u>FOIA requests</u> made during fiscal year 2009.

Please click on the links above to access any of these documents, and note that each link goes to the Electronic Reading Room.

<u>Major Information Systems</u>

<u>Former Assistant Attorneys General</u>

*Updated October 12, 2016*

Was this page helpful?
Yes    No

Lindsey Kent Springer
Reg #02580-063
Federal Transfer Center
P.O. Box 898801
Oklahoma City, Oklahoma 73189



Legal Mail

USPS TRACKING® NUMBER

9505 5150 2883 9320 4424 47

UNITED STATES
POSTAL SERVICE

**P**

Retail

US POSTAGE PAID
$0.00

Origin: 73159
11/16/19
3961200007-47

PRIORITY MAIL 2-DAY®

EXPECTED DELIVERY DAY: 11/18/19

C006

1 Lb 4.90 Oz
1006

SHIP
TO:
333 W 4TH ST
TULSA OK 74103-3839

≪02580-063≫
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED

NOV 18 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

9-CR-43-SPF

Post Marked 11/16/19 US



FTC Oklahoma City
7500 S. MacArthur Blvd.
P.O. Box 8801
Oklahoma City, OK 73189-8801

DATE: _____ NOV 1 5 2019

"The enclosed letter was processed through special mailing procedures for forwarding
to you. The letter has neither been opened nor inspected. If the writer raises a
question or problem over which this facility has jurisdiction, you may wish to return
the material for further information or clarification. If the writer encloses
correspondence for forwarding to another addressee, pleas return the enclosure to the
above address."

JIBSON, CASE MANAGER