FILED

DEC 31 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 09-CR-043

LINDSEY KENT SPRINGER,

    Defendant.

NOTICE OF APPEAL

Lindsey Kent Springer ("Springer") hereby files his Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from the Orders entered during First Step Act of 2018 criminal proceedings under 18 U.S.C. § 3582(c)(1)(A)(i) dated November 20, 2019, Doc. 676 (denying Springer's Motion to Strike or Invalidate the Government's Brief filed in response to Springer's First Step Act Motion under § 3582(c)(1)(A)(i)), and dated December 19, 2019, Doc. 679 (denying Springer's Motion for Reduction in Sentence under the First Step Act of 2018 under § 3582(c)(1)(A)(i)).

Respectfully Submitted,

/s/ Lindsey K. Springer
Lindsey Kent Springer
Reg. # 02580-063
Federal Transfer Center
P.O. Box 898801
Oklahoma City, Oklahoma 73189

1

CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2019, I sent by U.S. Mail, First Class, Postage Prepaid, the above Notice of Appeal to the Clerk of Court at 333 West Fourth Street, Tulsa, Oklahoma 74103;

I further certify that the following are registered users of the Court's ECF System and shall receive service of the above Notice of Appeal through the Court's ECF System:

Charles A. O'Reilly

_/s/ Lindsey K Springer_
Server

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on December 26, 2019, I deposited the above Notice of Appeal in the U.S. Mailbox located inside the Federal Transfer Center to the address for the Clerk of Court at the address listed above.

_/s/ Lindsey K Springer_
Declarant

NAME: Lindsey Kent Springer
REG# 02580-063
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

"Legal Mail"

RECEIVED
DEC 31 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

⇔ 02580-063 ⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

OKLAHOMA CITY OK 730
27 DEC 2019 PM 5 L

09-cr-43-SPF

Post marked 12/27/19
PG

Sealed in the Presence of Staff



**Sealed in the Presence of Staff**

FTC Oklahoma City
7410 S. MacArthur Blvd.
P.O. Box 898801
Oklahoma City, OK 73189-898801

DATE: DEC 27 2019

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."