# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

January 02, 2020

Jane K. Castro
Chief Deputy Clerk

Mr. Lindsey Kent Springer
FTC Oklahoma City
Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK 73189
# 02580-063

**RE:**     **20-5000, United States v. Springer**
Dist/Ag docket: 4:09-CR-00043-SPF-1

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Attorneys must complete and file an entry of appearance form within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file an entry of appearance form within thirty days of the date of this letter. An attorney who fails to enter an appearance within that time frame will be removed from the service list for this case, and there may be other ramifications under the rules. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

Please note that a separate fee is due for initiating an appeal to the circuit court. You are required to pay the $505.00 fee ($5.00 filing fee and $500.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees with the district court within 30 days of the date of this letter, or this appeal may be dismissed without further notice. *See* Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

Prisoners are reminded that to invoke the prison mailbox rule they must file with each pleading a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit with prison officials and must also state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732, *revised and superseded*, 371 F.3d 713 (10th Cir.), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir.), *cert. denied*, 125 S. Ct. 624 (2004). Prisoners should also review carefully Federal Rule of Appellate Procedure 4(c)(1), which was amended December 1, 2019.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

        Sincerely,

        Christopher M. Wolpert
        Clerk of the Court

cc:    Jeffrey Andrew Gallant
       Charles Anthony O'Reilly

CMW/klp

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 20-5000 United States v. Springer "Criminal case docketed" (4:09-CR-00043-SPF-1) |
| **Date:** | Thursday, January 2, 2020 10:05:55 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 01/02/2020 at 9:01:00 AM MST and filed on 01/02/2020

| | |
|---|---|
| **Case Name:** | United States v. Springer |
| **Case Number:** | 20-5000 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10706445] Criminal case docketed. Preliminary record filed. DATE RECEIVED: 12/31/2019. Fee or ifp forms due 02/03/2020 for Lindsey Kent Springer. Notice of appearance due on 02/03/2020 for Lindsey Kent Springer and on 01/16/2020 for United States of America. [20-5000]

**Notice will be electronically mailed to:**

Mr. Jeffrey Andrew Gallant: jeff.gallant@usdoj.gov, bill.wright@usdoj.gov, caseview.ecf@usdoj.gov, kathie.hall@usdoj.gov, sarah.m.coffey@usdoj.gov, christina.watson@usdoj.gov, michelle.hammock@usdoj.gov
Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Lindsey Kent Springer
FTC Oklahoma City
Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK 73189

The following document(s) are associated with this transaction:
**Document Description:** Transmittal letter and preliminary record
**Original Filename:** SpringerPROA.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/02/2020] [FileNumber=10706445-0]
[3549d0fb7f8847f9cc0b371404682f1beb668e84943ba3c9c61815cab827979cc50744c9da6dc27ae0e63860bffa4ddf3e512044646f5790ee774e5bb00a1520]]

**Document Description:** General Docketing Letter - Pro Se
**Original Filename:** /opt/ACECF/live/forms/KarenPhillips_205000_10706445_97.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/02/2020] [FileNumber=10706445-1]
[9d877d5f52167572b017d0d2f2c7046eb1c1032e582669dcd7cd92455287843bdd7f2849460289af8bd688dbd8f9912dc265497518a68069d7a9677c1f000ca5]]
**Recipients:**

- Mr. Jeffrey Andrew Gallant
- Mr. Charles Anthony O'Reilly
- Lindsey Kent Springer