06/06

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



FILED

JAN 1 3 2020

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff/~~Petitioner~~ - ~~Appellant~~,

v.

LINDSEY KENT SPRINGER,

    Defendant/~~Respondent~~ - ~~Appellee~~.

Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees (non-PLRA)

Case No. 09-CR-043
(10th Cir. # 20-5000)

    I, __Lindsey Kent Springer_____, the ~~petitioner~~/appellant in the captioned case move this court for leave to proceed in forma pauperis.

    In support of this motion, I state that because of my poverty, I am unable to pay the costs of said proceedings or give security therefor, I submit the following financial declaration.



# FINANCIAL DECLARATION

### Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis

I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the docket fees of my appeal or to post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions. Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are:
1) Did the district court abuse its discretion in refusing to strike the response filed on behalf the United States of America in First Step Act proceedings where Charles A. O'Reilly did not hold a current valid appointment and commission, and without a current oath to such inferior office, as a Special Assistant United States Attorney or Trial Attorney?

2) Is the exhaustion of all administrative rights to appeal under 18 U.S.C. § 3582(c)(1)(A) a claim processing rule subject to waiver and forfeiture?

3) Did the district court abuse its discretion in denying Springer's Motion finding exposure to asbestos and mold for 500 days not extraordinary/compelling?

1. Are you or your spouse currently employed?   Yes __x__   No _____

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.
   Yourself: BOP                    Your Spouse: N/A

A-14   Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/13

Page 2

Name and Address of Employer

BOP
P.O. Box 898801
Oklahoma City, Oklahoma 73189

Name and Address of Employer

N/A

Length of Employment
9     5
Years   Months

Length of Employment
___   ___
Years   Months

Monthly Gross Pay $ 30.00

Monthly Gross Pay $_____

3. If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself _____; spouse _____

Monthly gross pay during last month of employment $_____

4. State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Self-employment | Y/N N  $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | Y/N N  $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | Y/N N  $_____ | $_____ | $_____ | $_____ |
| Gifts | Y/N Y  $ 125.00 | $ appx. | $ 125.00 | $_____ |
| Alimony | Y/N N  $_____ | $_____ | $_____ | $_____ |

A-14    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/13

Page 3

| | | | | | |
|---|---|---|---|---|---|
| Child Support | Y/N N | $ ____ | $ ____ | $ ____ | $ ____ |
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N N | $ ____ | $ ____ | $ ____ | $ ____ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N N | $ ____ | $ ____ | $ ____ | $ ____ |
| Unemployment payments | Y/N N | $ ____ | $ ____ | $ ____ | $ ____ |
| Public assistance payments such as welfare payments | Y/N N | $ ____ | $ ____ | $ ____ | $ ____ |
| Other sources of money (specify: _____ ) | Y/N N | $ ____ | $ ____ | $ ____ | $ ____ |
| TOTAL | appx. | 125.00 | $ ____ | $ 125.00 | $ ____ |

5. State the amount of cash you and your spouse have: $ None

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| BOP Trust Account | Trulinks | $ 161.00 | $ ____ |
| _____ | _____ | $ ____ | $ ____ |
| _____ | _____ | $ ____ | $ ____ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

THIS IS A CRIMINAL APPEAL MATTER

A-14    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/13

Page 4

6. State below the assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**   None

| | | |
|---|---|---|
| **Home** | Address: _____ | Value: $ _____<br>Amount owed on mortgages and liens: $ _____ |
| **Other real estate** | Address: _____ | Value: $ _____<br>Amount owed on mortgages and liens: $ _____ |
| **Motor vehicle** | Model/Year: _____ | Value: $ _____<br>Amount owed: $ _____ |
| **Motor vehicle** | Model/Year: _____ | Value: $ _____<br>Amount owed: $ _____ |
| **Other** | Description: _____ | Value: $ _____<br>Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.   None

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

A-14    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/13

8. State the individuals who rely on you and your spouse for support. Indicate their relationship to you, their age, and whether they live with you.   None

| Name | Relationship | Age | Does this person live with you? |
|------|--------------|-----|------------------------------|
| _____ | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |
| _____ | _____ | _____ | Yes _____   No _____ |

9. Complete this question by estimating the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ None | $ _____ |
| Are real estate taxes included? Yes ____ No ____ |  |  |
| Is property insurance included? Yes ____ No ____ |  |  |
| Utilities: Electricity and heating fuel | $ None | $ _____ |
| Water and sewer | $ None | $ _____ |
| Telephone | appx. $ 40.00 | $ _____ |
| Other Tulinks | appx. $ 30.00 | $ _____ |
| Home maintenance (Repairs and upkeep) | $ None | $ _____ |
| Food | appx. $ 50.00 | $ _____ |
| Clothing | appx. $ 5.00 | $ _____ |
| Laundry and dry cleaning | $ None | $ _____ |
| Medical and dental expenses | $ None | $ _____ |

A-14    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/13

| | | |
|---|---|---|
| Transportation (not including car payments) | $ None | $ _____ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ None | $ _____ |
| Charitable contributions | $ None | $ _____ |

Insurance (not deducted from wages or included in home mortgage payments)

| | | |
|---|---|---|
| Homeowner's or renter's | $ None | $ _____ |
| Life | $ None | $ _____ |
| Health | $ None | $ _____ |
| Auto | $ None | $ _____ |
| Other _____ | $ None | $ _____ |

Taxes (not deducted from wages or included in home mortgage payments) (specify) _____   $ _____

Installment payments

| | | |
|---|---|---|
| Auto: | $ None | $ _____ |
| Credit Card: (name) _____ | $ None | $ _____ |
| Department Store: (name) _____ | $ None | $ _____ |
| Other _____ | $ None | $ _____ |
| Other _____ | $ None | $ _____ |
| Alimony, maintenance, and support paid to others | $ None | $ _____ |
| Payments for support of additional dependents not living at your home | $ None | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ None | $ _____ |
| Other Stamps, Envelopes | $ 25.00 | $ _____ |
| FRP                              (per quarter) | 25.00 | |
| (I am paying on over $ 700,000.00 in restitution) | | |
| TOTAL MONTHLY EXPENSES appx. | $ 150.00 | $ _____ |

A-14   Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/13

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? Yes _____ No __X__

　　If yes, describe on an attached sheet.

11. Have you spent- or will you be spending- any money for expenses or attorneys fees in connection with this case? Yes _____ No __X__

　　If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____
_____
_____

12. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes _____ No __X__

　　If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____
_____
_____

13. How much can you pay each month toward the docket fee for your appeal:
　　$ __5.00__

14. Please provide any other information that helps to explain why you cannot pay the docket fees for your appeal.

　　　　I am in prison and have recently been transferred to another prison where I work very hard and hopefully will find a job that pays more in the future but have no way of knowing when or if that will take place.

A-14　　Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/13

15. State the city and state of your legal residence:

   Oklahoma City, Oklahoma

Your daytime phone number:
(_____) N/A
Your age: 54
Years of schooling: H.S. Diploma
[Last four digits of] your social security number: 3758

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Date: January 9, 2020      Signature: /s/ Lindsey K. Springer

A-14   Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/13

# CERTIFICATE OF SERVICE

I hereby certify that on ___January 9, 2020___ I sent a copy of
[date]

the foregoing Motion for Leave to Proceed on Appeal without Prepayment of

Costs of Fees, to:

___Clerk of Court___, at ___333 West Fourth Street, Tulsa,___

___Oklahoma 74103___

_____, the last known

address/email address, by ___First Class, Postage Prepaid, U.S. Mail;___
[state method of service]

    I further certify that the following are registered users of the ECF System and shall receive service of the above Motion through that system:
Charles A. O'Reilly

___1-9-2020___      _Lindsey K. Springer_
Date                       Signature

## DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on January 9, 2020, I deposited the above Motion in the U.S. Mailbox located inside the Federal Transfer Center in Oklahoma City, Oklahoma, to the address for the Clerk of Court listed above.

_Lindsey K. Springer_
Declarant

A-14    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/13

NAME: Lindsey Kent Springer
REG# 02580-063
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 73
10 JAN 2020 PM 6 L

Postmarked 1/10/20-Da
09-CR-43-SPF-1

RECEIVED
JAN 13 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Sealed In the
Presence of Staff

02580-063
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

Sealed in the Presence of Staff